ROB BONTA
Attorney General of California
NELI N. PALMA (SBN: 203374)
Senior Assistant Attorney General
KATHLEEN BOERGERS (SBN: 213530)
KARLI EISENBERG (SBN: 281923)
Supervising Deputy Attorneys General
ERICA CONNOLLY (SBN: 288822)
HAYLEY PENAN (SBN: 313693)
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7755
 Fax: (916) 327-2319
 E-mail: Erica.Connolly@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES** on behalf of itself and its members, and **SCV PREGNANCY CENTER,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:24cv-08468-HDV<br><br>**[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION**<br><br>Date: Nov. 7, 2024<br>Time: 10:00 a.m.<br>Courtroom: 5B<br>Judge: Hon. Hernán D. Vera<br>Trial Date: N/A<br>Action Filed: Oct. 2, 2024 |

# [~~PROPOSED~~] ORDER

Having read and considered the above stipulation, and good cause appearing therefore,

IT IS ORDERED that the hearing on Plaintiffs' Preliminary Injunction Motion is continued from November 7, 2024 to December 12, 2024 at 10:00 a.m. The Attorney General's opposition is due November 4, 2024, and Plaintiffs' reply is due November 25, 2024.

10/15/24
Date

Hon. Hernán D. Vera
U.S. District Court Judge