# EXHIBIT 1

 

Contraception

Contraception 92 (2015) 206–211

Review article

# Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review ☆

Daniel Grossman[a,b,*], Kari White[c], Lisa Harris[d,e], Matthew Reeves[f,g], Paul D. Blumenthal[h], Beverly Winikoff[i], David A. Grimes[j]

[a]*Ibis Reproductive Health, Oakland, CA 94612, USA*
[b]*Bixby Center for Global Reproductive Health, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco, San Francisco, CA 94143, USA*
[c]*Department of Health Care Organization and Policy, School of Public Health, University of Alabama at Birmingham, Birmingham, AL 35233, USA*
[d]*Department of Obstetrics and Gynecology, University of Michigan, Ann Arbor, MI 48109, USA*
[e]*Department of Women's Studies, Program in Sexual Rights and Reproductive Justice, University of Michigan, Ann Arbor, MI 48109, USA*
[f]*National Abortion Federation, Washington, DC 20036, USA*
[g]*Johns Hopkins Bloomberg School of Public Health, Baltimore, MD 21205, USA*
[h]*Department of Obstetrics and Gynecology, Stanford University, Stanford, CA 94305, USA*
[i]*Gynuity Health Projects, New York, NY 10010, USA*
[j]*Department of Obstetrics and Gynecology, University of North Carolina School of Medicine, Chapel Hill, NC 27516, USA*

Received 4 May 2015; revised 27 May 2015; accepted 2 June 2015

## Abstract

**Objective:** We conducted a systematic review of the literature on the effectiveness of medical abortion "reversal" treatment. Since the usual care for women seeking to continue pregnancies after ingesting mifepristone is expectant management with fetal surveillance, we also performed a systematic review of continuing pregnancy after mifepristone alone.

**Study design:** We searched PubMed, CINAHL (*Cumulative Index to Nursing and Allied Health Literature*), Scopus and the Cochrane Library for articles published through March 2015 reporting the proportion of pregnancies continuing after treatment with either mifepristone alone or after an additional treatment following mifepristone aimed at reversing its effect.

**Results:** From 1115 articles retrieved, 1 study met inclusion criteria for abortion reversal, and 13 studies met criteria for continuing pregnancy after mifepristone alone. The one report of abortion reversal was a case series of 7 patients receiving varying doses of progesterone in oil intramuscularly or micronized progesterone orally or vaginally; 1 patient was lost to follow-up. The study was of poor quality and lacked clear information on patient selection. Four of six women continued the pregnancy to term [67%, 95% confidence interval (CI) 30–90%]. Assuming the lost patient aborted resulted in a continuing pregnancy proportion of 57% (95% CI 25–84%). The proportion of pregnancies continuing 1–2 weeks after mifepristone alone varied from 8% (95% CI 3–22%) to 46% (95% CI 37–56%). Continuing pregnancy was more common with lower mifepristone doses and advanced gestational age.

**Conclusions:** In the rare case that a woman changes her mind after starting medical abortion, evidence is insufficient to determine whether treatment with progesterone after mifepristone results in a higher proportion of continuing pregnancies compared to expectant management.

**Implications:** Legislation requiring physicians to inform patients about abortion reversal transforms an unproven therapy into law and represents legislative interference in the patient–physician relationship.

© 2015 Elsevier Inc. All rights reserved.

*Keywords:* Medical abortion; Mifepristone; Reversal; Progesterone; Continuing pregnancy

☆ Conflicts of interest: none.
 * Corresponding author. Ibis Reproductive Health, 1330 Broadway, Ste 1100, Oakland, CA 94612, USA. Tel.: +1-510-986-8941; fax: +1-510-986-8960.
 *E-mail address:* DGrossman@ibisreproductivehealth.org (D. Grossman).

http://dx.doi.org/10.1016/j.contraception.2015.06.001
0010-7824/© 2015 Elsevier Inc. All rights reserved.

## 1. Introduction

First-trimester medical abortion involves the use of mifepristone followed by misoprostol, generally up to a gestational age of 63 days from last menstrual period [1,2]. Many women prefer medical abortion to surgical abortion

• AGO – Connolly – 002

Exhibit - 1

*D. Grossman et al. / Contraception 92 (2015) 206–211*                    207

because they perceive it as less invasive and more private [3]. The proportion of all nonhospital abortions in the United States that were early medical abortions increased from 17% in 2008 to 23% in 2011 [4].

In early 2015, legislatures in Arizona and Arkansas passed laws requiring physicians providing abortion to inform women that if they choose to have a medical abortion and then decide not to complete the abortion, the effect of mifepristone may be reversed with specific treatment [5]. Treatment to reverse the effects of mifepristone is not considered an established practice by the American College of Obstetricians and Gynecologists (ACOG) [6] and was not described in a recent practice bulletin on first-trimester medical abortion issued by ACOG and the Society of Family Planning (SFP) [1].

The purpose of this study was to perform a systematic review of the literature on reversal of medical abortion that documented the proportion of pregnancies continuing after treatment. Since the usual care for women seeking to continue pregnancies after ingesting mifepristone is expectant management with fetal surveillance, we also performed a systematic review of continuing pregnancy after treatment with mifepristone alone.

## 2. Materials and methods

### 2.1. Systematic review of medical abortion reversal

In this review, we searched for reports of pharmacological methods (e.g., intramuscular injection of progesterone) to reverse the effects of mifepristone prior to administration of misoprostol (or any other prostaglandin) for first-trimester medical abortion. We anticipated few, if any, randomized controlled trials and therefore broadened our search to include cohort studies and case studies or case series; we excluded review articles, editorials and commentaries. The primary outcome was the proportion of women who carried their pregnancies to term after receiving treatment to reverse the effect of mifepristone.

We searched for studies published through March 31, 2015, using databases for PubMed, the CINAHL (*Cumulative Index to Nursing and Allied Health Literature*), Scopus and the Cochrane Library. We combined the following search terms as Medical Subject Headings (MeSH) and text words: induced abortion, steroidal abortifacient agents; mifepristone; Mifeprex; Mifegyne; RU-486; reverse; antidote; progesterone; progestin; first-trimester pregnancy (see Box).

After initial title and abstract screening, two reviewers (DG and KW) independently evaluated full-text articles to determine whether they met the inclusion criteria. For relevant studies, we recorded the number of women enrolled in the study (or included in the case series) and the number of continuing pregnancies. We then calculated the percentage of continuing pregnancies and 95% Wilson Score confidence intervals (CIs) for women receiving reversal therapy.

Box
List of PubMed search terms used in a systematic review of studies on the efficacy of medical abortion reversal

| Search | |
|---|---|
| (1) | "Abortifacient Agents, Steroidal"[mesh] or "Mifepristone" [mesh] or mifepristone or mifegyne or mifeprex or "r 38486" or r38486 or r-38486 or "ru 38486" or "ru 486" or ru486 or ru-486 or ru38486 or "zk 98296" or zk98296 or zk-98296 |
| (2) | "Abortion, Induced"[mesh] or abort* or terminat* |
| (3) | ("Pregnancy"[mesh] or pregnan* and ("first trimester") or (week*)) or "Pregnancy Trimester, First"[mesh] or "early pregnancy" |
| (4) | revers* or antidote* or "Progesterone"[mesh] or progesterone or "progestins"[mesh] or progestin* #1 AND #2 AND #3 AND #4 AND (("0001/01/01"[PDAT]: "2015/03/31"[PDAT]) AND "humans"[MeSH Terms]) |

### 2.2. Systematic review of continuing pregnancies following the use of mifepristone alone for first-trimester medical abortion

We reviewed cohort studies and randomized controlled trials that used mifepristone alone during the first trimester of pregnancy to induce abortion, which we identified through a search of the same four databases and using the same search strategy, excluding the reversal terms. We also searched the reference lists of relevant publications for additional studies. We excluded studies that only reported medical abortion failure after mifepristone alone and did not specify the number of continuing pregnancies. We calculated the proportion of pregnancies continuing at the time of the follow-up visit after treatment with mifepristone alone and 95% Wilson Score CIs. Because the mifepristone regimens were not uniform, metaanalysis could not be performed.

## 3. Results

### 3.1. Systematic review of medical abortion reversal

Of the 319 unduplicated titles identified in our search, one article met our inclusion criteria (Fig. 1). This article was a case series by Delgado and Davenport [7] of seven women who received progesterone treatment after taking mifepristone for medical abortion at 7–11 weeks gestation. The mifepristone dosage was not noted. One patient was lost to follow-up. Of the six patients with follow-up data, four continued the pregnancy and delivered at term with no apparent congenital malformations; two patients aborted the pregnancy within 3 days of taking mifepristone. The progesterone regimen varied from progesterone in oil 200 mg intramuscularly daily to twice per week, sometimes followed by oral micronized progesterone, to micronized

•    AGO – Connolly – 003

Exhibit - 1

*D. Grossman et al. / Contraception 92 (2015) 206–211*



Fig. 1. Summary of study selection process for medical abortion reversal.

progesterone administered vaginally. Therapy was continued for up to 5 months. The publication provides limited details, but it appears that, in at least five cases, a living embryo was documented prior to initiating progesterone treatment. The authors did not report how many women presented seeking medical abortion reversal after taking mifepristone and were found to have already aborted and therefore excluded from treatment. The dates during which cases were collected are not specified, and it is unclear if all women treated were included in the case series. Based on the four continuing pregnancies and excluding the patient lost to follow-up, the proportion of pregnancies continuing after this therapy was 67% (95% CI 30–90%). If we assume that the patient lost to follow-up had an abortion, the continuing pregnancy proportion was 57% (95% CI 25–84%).

### 3.2. Systematic review of continuing pregnancies following the use of mifepristone alone for first-trimester medical abortion

Our search retrieved 1115 unduplicated articles, and 13 studies in 11 publications met our inclusion criteria (one publication was an English-language article that included two relevant studies performed in China, and one publication provided complete information on two relevant mifepristone dosages) (Fig. 2) [8–18]. Women were generally assessed 1–2 weeks after mifepristone and those with a continuing pregnancy at that time underwent surgical abortion. Table 1 shows for each study the mifepristone regimen used, the gestational age limit, when the follow-up visit occurred, the proportion of pregnancies that had a complete abortion after

mifepristone alone and the proportion of pregnancies that were continuing at the follow-up visit. The continuing pregnancy proportions ranged from 8% to 46% with the different regimens.

### 4. Discussion

We found only one small case series that evaluated a treatment aimed at reversing the effects of mifepristone. The proportion of pregnancies that continued after this treatment was 57–67%, but the 95% CI of this estimate was wide, ranging from 25% to 90% [7]. The study was of poor quality with few details.

Due to the limited information in the article [7], one cannot directly compare the results of this single small series to the continuing pregnancy rate after mifepristone alone, which was as high as 46% in one of the clinical trials [15]. In the report by Delgado and Davenport [7], women presented 7–48 h after mifepristone ingestion, and, except for two cases, the patient had a live embryo at the time of treatment. In order to calculate the proportion of women with a continuing pregnancy seeking this treatment, which would be comparable to the proportion of continuing pregnancies after mifepristone alone, one must know how many women requested treatment and were found to already have an embryonic demise or incomplete abortion. It is reasonable to suppose that women who have an ongoing pregnancy 1–2 days after mifepristone are more likely to have pregnancies that continue to term with no further treatment. It is also possible that some of the continuing pregnancies noted 1–2

•    AGO – Connolly – 004

Exhibit - 1

*D. Grossman et al. / Contraception 92 (2015) 206–211*



Fig. 2. Summary of study selection process for continuing pregnancy following administration of mifepristone alone for medical abortion.

weeks after treatment in the studies of mifepristone alone may have aborted if the period of follow-up were longer.

Although the dose of mifepristone was not noted in the report by Delgado and Davenport [7], women likely received 200 mg, which is the dosage recommended by ACOG and SFP and most often used by providers in the US [1,19]. Most of the studies of mifepristone alone used a higher dose, and the one study that compared 600 mg to 200 mg found a higher proportion of continuing pregnancies with 200 mg

[18]. In addition, none of the studies of mifepristone alone included women pregnant beyond 56 days, while the report by Delgado and Davenport [7] included women up to 11 weeks gestation. In the first trimester, the risk of continuing pregnancy after medical abortion increases as gestational age advances [15,20].

Progesterone is used for other indications during pregnancy. Injections of 17a-hydroxyprogesterone caproate or administration of vaginal progesterone suppositories or

Table 1
Studies reporting the proportion of women with continuing pregnancies following administration of mifepristone alone for medical abortion

| Study | Mifepristone oral dose | N | Gestational age limit | Follow-up visit (number of days after mifepristone) | Complete abortion | Continuing pregnancy at follow-up visit (%, 95% CI) |
|---|---|---|---|---|---|---|
| Birgerson 1988 [9] | 10, 25 or 50 mg twice daily for 7 days | 153 | 49 days | 8–10 days | 67% | 27% (20–34%) |
| Cameron 1986 [8] | 150 mg daily for 4 days | 20 | 56 days | 14 days | 60% | 25% (11–47%) |
| Carol 1989 [17] | 600 mg (single dose) | 50 | 39 days | NS | 80% | 12% (6–24%) |
| Grimes 1988 [10] | 600 mg (single dose) | 50 | 49 days | 14 days | 88% | 10% (4–21%) |
| Kovacs 1984 [11] | 25–100 mg twice daily for 4 days | 36[a] | 42 days | 14 days | 61% | 8% (3–22%) |
| Maria 1988a [16] | 600 mg (single dose) | 149[a] | 42 days | 7 days | 88% | 9% (6–15%) |
| Maria 1988b [18] | 600 mg (single dose) | 174 | 49 days | 7 days | 84% | 11% (8–17%) |
| Maria 1988b [18] | 200 mg (single dose) | 30 | 49 days | 7 days | 63% | 23% (12–41%) |
| Somell 1990 [12] | 600 mg (single dose) | 70 | 42 days | 7 days | 80% | 17% (10–28%) |
| Swahn 1989 [13] | 25 mg twice daily for 4 days | 14 | 49 days | 14 days | 57% | 36% (16–61%) |
| Ylikorkala 1989 [14] | 600 mg (single dose) | 47[b] | 43 days | 14 days | 70% | 11% (5–23%) |
| Zheng 1989 [15] | 600 mg (single dose) | 204 | 42 days | 7 days | 65% | 31% (25–38%) |
| Zheng 1989 [15] | 600 mg (single dose) | 95 | 49 days | 7 days | 53% | 46% (37–56%) |

NS, not specified.
[a] One additional participant was later found to have an ectopic and is excluded from the total here.
[b] Three additional participants had a missed abortion at time of treatment and are excluded from the total here.

•   AGO – Connolly – 005

Exhibit - 1

gel may be used for prevention of preterm birth among women at high risk of early delivery, generally weekly from 16 weeks to 36 weeks gestation [21]. Progesterone supplementation is also used with assisted reproductive technologies that involve treatment with a gonadotropin-releasing hormone (GnRH) analog, agonist or antagonist, which may interrupt the normal functioning of the corpus luteum [22]. Progesterone in oil injections or vaginal suppositories or gel may be used for this purpose, but treatment is generally stopped after 9–12 weeks gestation, by which time the trophoblast is the primary source of progesterone. Progesterone is not associated with an increased risk of congenital anomalies, including genital abnormalities. Adverse events associated with progesterone injections include injection site swelling or irritation [23], as well as the potential of allergies to the yam, soy or peanut used in manufacturing or compounding the medication [21].

However, the evidence supporting the use of progesterone early in pregnancy after GnRH treatment or to prevent preterm birth is not directly applicable to the situation after mifepristone treatment. Mifepristone blocks the progesterone receptor with a higher affinity than progesterone itself [24]. Women treated with mifepristone for abortion have normal pregnancies with high progesterone levels, and it is not clear that adding more progesterone would counteract the effect of the receptor blockade. A recent randomized controlled trial found that insertion of an etonogestrel contraceptive implant, a very potent progestin, immediately after ingestion of mifepristone did not reduce the effectiveness of the medical abortion regimen compared to delayed insertion after abortion completion [25], confirming the findings of a previous pilot study [26]. In addition, the duration of treatment that women received in the report by Delgado and Davenport [7] was more consistent with preterm labor prevention (albeit with an unproven regimen). It also far exceeded the expected duration of action of mifepristone since the drug is undetectable in humans 10 days after ingestion of a 200-mg dose [27].

The evidence to date does not suggest an elevated risk of congenital malformations after mifepristone administration alone. A recent prospective study from France reported on 46 pregnancies exposed to mifepristone only [28]. Two major malformations occurred among 38 continuing pregnancies (5.3%), which, based on these small numbers, does not appear to be significantly elevated above the expected proportion of about 3%. While more prospective data are needed, information about the low risk of congenital malformations after mifepristone exposure should be given to women who decide to continue a pregnancy after taking the drug.

The clinical use and new state laws concerning abortion "reversal" raise serious ethical concerns. The limited data on mifepristone reversal grew out of the anecdotal experiences of physicians who performed experimental treatment on pregnant women, without usual research safeguards. Delgado and Davenport [7] do not report that their study had an ethics board or institutional review board (IRB) approval. Case reports involving retrospective analysis of three or fewer cases do not generally require IRB oversight, although institutions or journals may require IRB review to determine that the report is exempt. While Delgado and Davenport [7] published their findings as a "case report," their study is clearly "research" as defined in federal policy. Federal regulations define research as "a systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge [29]." The report clearly extends into the realm of research, whether measured by its prospective nature, the number of patients on which it reports, its attempt to assess a specific new treatment regimen or the suggestion that the data produced be used to guide treatment of other women. In recognition of the report's limitations, Delgado and Davenport [7] themselves called for further clinical trials before routine use of their protocol. The new laws in Arizona and Arkansas have now bypassed the research process, in effect making all women who undergo this treatment subjects in an uncontrolled, unmonitored experiment.

Providing evidence-based care is part of how physicians meet their beneficence-based obligations to patients, and therefore, it is a *moral* as well as a clinical mandate to base care on accepted scientific fact. The new laws compel physicians to say things that may contradict their clinical knowledge and judgment. Some physicians will not be able to do so in good conscience; they may feel that suggesting unproven treatment or suggesting that a woman can begin an abortion with uncertainty about her decision contradicts their duty to do no harm.

Women rarely change their minds after beginning a medical abortion. According to reports that physicians are required to submit to the drug's manufacturer, between 2000 and 2012, less than 0.004% of women taking mifepristone in the US later chose to continue the pregnancy (personal communication, Danco Laboratories). In such a case, a woman should be counseled that there is a reasonable chance (10–45%) that the pregnancy will continue. We found no credible evidence that using medication after ingestion of mifepristone is better than expectant management in assuring a continuing pregnancy; suggesting otherwise is scientifically untenable. Legislative interference in the patient–physician relationship is unwarranted and dangerous [30]. In the case of recent Arizona and Arkansas laws, this interference transforms an unproven therapy into law, bases law on methodologically flawed research and in effect turns unethical experimentation on pregnant women into legislative mandate. These features of mifepristone reversal represent an affront to responsible research conduct and to the ethical practice of medicine.

### Acknowledgments

This work was supported by grants from the William and Flora Hewlett Foundation and an anonymous foundation.

•     AGO – Connolly – 006

Exhibit - 1

*D. Grossman et al. / Contraception 92 (2015) 206–211*                211

# References

[1] American College of Obstetricians and Gynecologists. Practice Bulletin No 143: Medical management of first-trimester abortion. Obstet Gynecol 2014;123:676–92.

[2] World Health Organization. Safe abortion: technical and policy guidance for health systems. 2nd ed. Geneva: WHO; 2012.

[3] Ho PC. Women's perceptions on medical abortion. Contraception 2006;74:11–5.

[4] Jones RK, Jerman J. Abortion incidence and service availability in the United States, 2011. Perspect Sex Reprod Health 2014;46:3–4.

[5] Arizona Senate Bill 1318. Available at, https://legiscan.com/AZ/text/SB1318/2015 [Accessed 25 April 2015].

[6] American Congress of Obstetricians and Gynecologists. Medication Abortion Reversal. Available at, http://www.acog.org/-/media/Departments/State-Legislative-Activities/2015AZFactSheetMedication AbortionReversalfinal.pdf?dmc=1&ts=20150425T1907218559 [Accessed 25 April 2015].

[7] Delgado G, Davenport ML. Progesterone use to reverse the effects of mifepristone. Ann Pharmacother 2012;46:e36.

[8] Cameron IT, Michie AF, Baird DT. Therapeutic abortion in early pregnancy with antiprogestogen RU486 alone or in combination with prostaglandin analogue (gemeprost). Contraception 1986;34:459–68.

[9] Birgerson L, Odlind V. The antiprogestational agent RU 486 as an abortifacient in early human pregnancy: a comparison of three dose regimens. Contraception 1988;38:391–400.

[10] Grimes DA, Mishell DR, Shoupe D, Lacarra M. Early abortion with a single dose of the antiprogestin RU-486. Am J Obstet Gynecol 1988;158:1307–12.

[11] Kovacs L, Sas M, Resch BA, Ugocsai G, Swahn ML, Bygdeman M, et al. Termination of very early pregnancy by RU 486 — an antiprogestational compound. Contraception 1984;29:399–410.

[12] Somell C, Olund A. Induction of abortion in early pregnancy with mifepristone. Gynecol Obstet Invest 1990;29:13–5.

[13] Swahn ML, Ugocsai G, Bygdeman M, Kovacs L, Belsey EM, Van Look PF. Effect of oral prostaglandin E2 on uterine contractility and outcome of treatment in women receiving RU 486 (mifepristone) for termination of early pregnancy. Hum Reprod 1989;4:21–8.

[14] Ylikorkala O, Alfthan H, Kääriäinen M, Rapeli T, Lähteenmäki P. Outpatient therapeutic abortion with mifepristone. Obstet Gynecol 1989;74:653–7.

[15] Zheng SR. RU 486 (mifepristone): clinical trials in China. Acta Obstet Gynecol Scand Suppl 1989;149:19–23.

[16] Maria B, Stampf F, Goepp A, Ulmann A. Termination of early pregnancy by a single dose of mifepristone (RU 486), a progesterone antagonist. Eur J Obstet Gynecol Reprod Biol 1988;28:249–55.

[17] Carol W, Klinger G. Experiences with the antigestagen mifepristone (RU 486) in the interruption of early pregnancy. Zentralbl Gynakol 1989;111:1325–8.

[18] Maria B, Chaneac M, Stampf F, Ulmann A. Early pregnancy interruption using an antiprogesterone steroid: mifepristone (RU 486). J Gynecol Obstet Biol Reprod (Paris) 1988;17:1089–94.

[19] Wiegerinck MM, Jones HE, O'Connell K, Lichtenberg ES, Paul M, Westhoff CL. Medical abortion practices: a survey of National Abortion Federation members in the United States. Contraception 2008;78:486–91.

[20] Spitz IM, Bardin CW, Benton L, Robbins A. Early pregnancy termination with mifepristone and misoprostol in the United States. N Engl J Med 1998;338:1241–7.

[21] Iams JD. Identification of candidates for progesterone: why, who, how, and when? Obstet Gynecol 2014;123:1317–26.

[22] Practice Committee of the American Society for Reproductive Medicine. Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility: an educational bulletin. Fertil Steril 2008;89:789–92.

[23] Meis PJ, Klebanoff M, Thom E, Dombrowski MP, Sibai B, Moawad AH, et al. Prevention of recurrent preterm delivery by 17 alpha-hydroxyprogesterone caproate. N Engl J Med 2003;348:2379–85.

[24] Heikinheimo O, Kontula K, Croxatto H, Spitz I, Luukkainen T, Lähteenmäki P. Plasma concentrations and receptor binding of RU 486 and its metabolites in humans. J Steroid Biochem 1987;26:279–84.

[25] Raymond EG, Weaver MA, Tan YL, Louie KS, Bousiéguez M, Sanhueza P, et al. Medical abortion outcomes following quickstart of contraceptive implants. Contraception 2015;91:429.

[26] Sonalkar S, Hou MY, Borgatta L. Administration of the etonogestrel contraceptive implant on the day of mifepristone for medical abortion: a pilot study. Contraception 2013;88:671–3.

[27] Situk-Ware R, Spitz IM. Pharmacological properties of mifepristone: toxicology and safety in animal and human studies. Contraception 2003;68:409–20.

[28] Bernard N, Elefant E, Carlier P, Tebacher M, Barjhoux CE, Bos-Thompson MA, et al. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study. BJOG 2013;120:568–74.

[29] Department of Health and Human Services. Code of Federal Regulations, 45 CFR 46.102 (d); 2009.

[30] Weinberger SE, Lawrence HC, Henley DE, Alden ER, Hoyt DB. Legislative interference with the patient–physician relationship. N Engl J Med 2012;367:1557–9.

• AGO – Connolly – 007

Exhibit - 1

# EXHIBIT 2

AGO – Connolly – 008

Exhibit - 2



(https://stenoinstitute.org/)

Donate (https://give.cornerstone.cc/stenoinstitute)

NAVIGATION

# About

### George Delgado, M.D.

**President, Board of Directors**

George Delgado, M.D., is the president and founder of Steno Institute. Since 2005, he has been the Medical Director of Culture of Life Family Services (COLFS) in San Diego, California. He was also the founder of the Abortion Pill Reversal (APR) program, now called Abortion Pill Rescue. The APR program provides a medically safe protocol, using progesterone, to reverse the effects of the drug mifepristone, which is now used in over 30% of the one million annual abortions in the U.S. Since 2008, over 1000 women have given birth to healthy babies thanks to the use of the APR protocols developed, studied and promulgated by Dr. Delgado and his team.

In 2018, because of the APR success, Dr. Delgado partnered with Heartbeat International, the largest pro-life organization in the world, including over 2500 affiliated pregnancy centers, maternity homes, and non-profit agencies on six continents. Heartbeat International assumed responsibility for APR operations, and global outreach. Dr. Delgado retained directorship of APR research and has founded the Steno Institute to serve as the platform for broader pro-life research, including abortion pill reversal.

He was the author of the two most important articles in the medical literature describing and evaluating the successful reversal of mifepristone medical abortions. Additionally, Dr. Delgado was a co-author on Dr. Mary Davenport's high-impact paper reviewing the mifepristone literature to establish an historic control of embryo

AGO – Connolly – 009
Exhibit - 2



survival of mifepristone abortion, if no treatment is offered. Read the articles, **here (https://stenoinstitute.org/articles/)**.

Board certified in both family medicine and hospice and palliative medicine, Dr. Delgado received his medical degree from the University of California, Davis, and completed his residency at Santa Monica Hospital/UCLA. Dr. Delgado is certified in Health Care Ethics through the National Catholic Bioethics Center and is a Natural Family Planning Medical Consultant, having completed the NaProTECHNOLOGY physician training program.

Dr. Delgado is nationally recognized for his pro-life medical expertise. He is a regular guest on the highly acclaimed Catholic Answers Live radio show, received the St. Gianna Molla Pro-Life Award at the 2017 Walk for Life West Coast, was awarded the Servant Leader Award in 2018 by Heartbeat International, and was granted the Pro-Life Innovator Award by Solidarity HealthShare in January 2019.

## Matthew Harrison, M.D.

**Treasurer, Board of Directors**

Dr. Matthew Harrison is a board-certified family physician residing in North Carolina. He obtained his Bachelor of Science and Master of Arts degrees in biology from the College of William and Mary and his Doctorate in Medicine from the Medical College of Virginia/Virginia Commonwealth University. Dr. Harrison was a co-author on a paper (https://stenoinstitute.org/articles/) reviewing the mifepristone literature to establish qan historic control of embryo survival of mifepristone abortion, if no treatment is offered. Additionally, he co-authored

AGO – Connolly – 010
Exhibit - 2

papers in pediatric leukemia protocols as well as brain receptor biology while a supervising research technician at Johns Hopkins University and Duke University. He is currently serving as a full-time hospitalist, and was the previous medical director of a hospitalist group at a 200-bed acute care hospital where he is also an assistant professor for Campbell School of Osteopathic Medicine. Dr. Harrison has provided obstetrical care since 1998, and currently is the medical director of a free prenatal care center outside of Charlotte, NC. He is the director of the student health center at Belmont Abbey College. Dr. Harrison performed the first recorded mifepristone (RU- 486) reversal in 2006 and Kaylie is thriving. Dr. Harrison is married to Kathleen, and they have 7 children.



## Mary L. Davenport, M.D, M.S., F.A.C.O.G., C.N.F.P.M.C.

**Secretary, Board of Directors**



Dr. Davenport is a board-certified obstetrician-gynecologist in private practice in the San Francisco Bay Area. She is a past president of the American Association of Pro-Life Obstetricians and Gynecologists, and is the medical director of Magnificat Maternal Health Program of the Diocese of Idah, Nigeria. She's a Natural Family Planning Medical Consultant, through the NaProTECHNOLOGY physician training program at the Pope Paul VI Institute. Recently she completed a master's degree in nutrition and metabolism. Dr. Davenport has lectured extensively on a Catholic approach to reproductive health care; In a EWTN series on Humane Vitae, she spoke on its implications for women's health care. Maternal mortality, the global abortion

AGO – Connolly – 011
Exhibit - 2

agenda, harms of abortion, contraception and sexually transmitted infections have been other lecture topics at international and US educational institutions and medical groups. She co-authored a paper on the Hippocratic Oath for the Linacre Quarterly. She was the lead author on on a paper (https://stenoinstitute.org/articles/) reviewing the mifepristone literature to establish an historic control of embryo survival of mifepristone abortion, if no treatment is offered. Dr. Davenport was a co-author on the two groundbreaking papers (https://stenoinstitute.org/articles/) describing the reversal of mifepristone abortions using progesterone. In addition, she is on the boards of the California Association for Natural Family Planning (CANFP) and the Breast Cancer Prevention Institute. She graduated from Smith College and Tufts University School of Medicine, and completed her obstetrics and gynecology residency at the University of California, San Diego.

# Board of Advisors

His Excellency, the Most Reverend Salvatore Cordileone, Archbishop of San Francisco

Charles LiMandri, Esq., President and Chief Counsel of Freedom of Conscience Defense Fund

Philip and Tiffany Rivers

## Contact Us:

306 W. El Norte Parkway, #25
Escondido, CA 92026

AGO – Connolly – 012
Exhibit - 2

info@stenoinstitute.org (mailto:info@stenoinstitute.org)

Donate (https://give.cornerstone.cc/stenoinstitute)



(https://stenoinstitute.org/)

 (https://www.facebook.com/pages/category/Medical-Research-Center/Steno-Institute-614421422304688/)

© 2024 Steno Institute

AGO – Connolly – 013
Exhibit - 2

# EXHIBIT 3

• AGO – Connolly – 014

Exhibit  - 3

# Virtual Mentor

American Medical Association Journal of Ethics
January 2011, Volume 13, Number 1: 46-51.

**POLICY FORUM**
**Rating Evidence in Medical Literature**
Opeyemi O. Daramola, MD, and John S. Rhee, MD, MPH

A 24-year-old medical student comes to your clinic having had purulent rhinorrhea for 14 days, preceded by symptoms of upper respiratory infection. She reports having facial pain, frontal headache, nasal congestion, fever, and overall malaise. Nasal endoscopy reveals inflamed nasal mucosa with significant edema bilaterally. There is purulent rhinorrhea in the left middle meatus. Both cheeks are tender to the touch. You prescribe a 10-day course of amoxicillin and daily use of an intranasal steroid spray. She agrees with the use of amoxicillin but questions your nasal steroid recommendation. She proceeds to ask you about the effectiveness of intranasal steroids as adjunctive therapy and the strength of reported evidence supporting this recommendation.

An eager learner observing a seasoned physician will often probe the origin of the physician's recommendation. Today's patients are encouraged to seek more education about their health. Thus, they are not shy about questioning their physician's recommendations. If the efficacy of an intervention has been established, how does it compare to available alternatives? How does one reach conclusions about the strength of relevant comparisons?

**Evidence-Based Medicine**
A concise and widely cited definition of evidence-based medicine (EBM) was formulated by David Sackett, one of its pioneers [1]. Sackett and colleagues define EBM as the "conscientious, explicit, and judicious use of current best evidence in making decisions about the care of individual patients" [1]. In practice, the provision of compassionate EBM reflects the integration of evidence from research, wisdom from clinical experience, and respect for the patient's values and preferences, while recognizing existing circumstances [2, 3]. Most journals and specialty academies are dedicated to the continuous pursuit of high-quality studies and explicit grading recommendations in order to provide effective guidelines to physicians [4].

To understand the strength of guidelines and management strategies, one must be familiar with the different levels of evidence. The Oxford Centre for Evidence-Based Medicine (OCEBM) provides a popular scale for stratifying evidence from strongest to weakest on the basis of susceptibility to bias and the quality of the study design [5]. A modified and condensed version of the OCEBM scale is presented in table 1. A similar hierarchy is used by the U. S. Preventive Services Task Force in grading evidence [6, 7].

•    AGO – Connolly – 015
www.virtualmentor.org
Exhibit - 3

Table 1. Modified presentation of the Oxford Centre for Evidence-Based Medicine levels of evidence [5].

| Grade of Recommendation | Level of Evidence | Type of Study |
|---|---|---|
| A | 1a | SR (with homogeneity) of RCTs and of prospective cohort studies |
|  | 1b | Individual RCT with narrow confidence interval, prospective cohort study with good followup |
|  | 1c | All or none studies, all or none case series |
| B | 2a | SR (with homogeneity) of cohort studies |
|  | 2b | Individual cohort study |
|  | 2c | Outcomes research, ecological studies |
|  | 3a | SR of case control studies, SR of 3b and better studies |
|  | 3b | Individual case control study, nonconsecutive cohort study |
| C | 4 | Case series/case report, poor quality cohort studies |
| D | 5 | Expert opinion, bench research |

SR: systematic review; RCT: randomized controlled trial.

Randomized controlled trials (RCTs) are considered the gold standard in modern medicine for determining the efficacy of a treatment. Individual RCTs are level 1b evidence. Systematic reviews of homogenous RCTs are regarded as the highest level of evidence—level 1a. These systematic reviews consist of information synthesized from individual, well-designed RCTs where participants are similar and have equal chances of being assigned to an intervention group, a control group, or a placebo group. Systematic reviews of trials with blinded investigators and subjects (i.e., double-blinded RCTs) are even more desirable than reviews of non-double-blinded trials. These studies go through rigorous measures to eliminate bias, but they tend to be expensive and time-consuming.

In the case of our medical student, a literature search would reveal a published Cochrane Database systematic review of double-blinded RCTs. This review reported that intranasal corticosteroids (INCS) had been found to be effective as monotherapy or as adjunctive treatment when compared to placebo treatment for acute rhinosinusitis [8]. This review examined 475 studies but excluded 471. In the selected four studies, which had a robust total of 1,943 participants, those treated with INCS had earlier resolution or improvement of symptoms than those receiving a placebo. This systematic review selected high-quality, double-blinded placebo-controlled RCTs with homogenous design, clear reporting of outcomes, and an adequate number of subjects to establish clinical significance.

Cohort studies are considered level 2b evidence. In this design, a population (cohort) is defined according to the presence or absence of a variable that may potentially influence the occurrence of a specific disease. Cohort studies can be prospective or retrospective. In prospective cohort studies, people at risk for certain diseases are followed over time to investigate trends or risk factors in those who get the disease. Predictor variables are measured before outcomes occur. In retrospective cohort studies, the sample is defined and predictor variables are reported after the outcomes have occurred. Epidemiology studies that compare outcomes of people who had a certain exposure to unexposed subjects are examples of cohort studies.

• AGO – Connolly – 016
Exhibit - 3

Suppose you are counseling a 35-year-old woman whose husband is addicted to smoking tobacco about the risk of environmental tobacco smoke (ETS) on cardiovascular health. Because the deleterious effects of smoking tobacco are well-established, it would be unethical to perform a RCT to answer this question. An appropriate cohort study, such as one performed by Iribarren et al., would be the highest level of study that can be performed ethically and pragmatically to address the question in this scenario [9]. Iribarren et al. investigated the independent effect of exposure to environmental tobacco smoke (ETS) on the risk of stroke among 27,698 lifelong nonsmokers. They found that 20 hours or more a week of ETS exposure at home (compared to less than 1 hour a week) was associated with a 1.29-fold and a 1.50-fold increased risk of first ischemic stroke among men and women, respectively.

In matched-case control studies (level 3b evidence) investigators retrospectively evaluate two groups—one group with disease and the other without disease—with the intent of finding risk factors or trends. Subjects are matched for age, sex, and other demographics. For example, in a Swedish nationwide study, Lagergren et al. convincingly demonstrated that people who have weekly symptoms of esophageal reflux disease were eight times more likely to have adenocarcinoma of the esophagus than matched subjects without these symptoms [10]. In other words, these investigators looked for the prevalence of reflux (predictor variable) among subjects with confirmed esophageal adenocarcinoma (cases) and compared it to the prevalence of reflux symptoms in a sample of those who did not have adenocarcinoma of the esophagus (control).

A case report that provides information on the diagnosis, intervention, and outcome for a single individual is level 4 evidence. Case series—articles written about a series of patients with a specific diagnosis—are also regarded as level 4 evidence. Both case reports and case series describe characteristics of patients with certain diseases and may help identify questions for future research. These studies are ranked lower than other designs because of associated bias, lack of random sampling, the absence of controls or a comparison group, and heterogeneity of subjects. While these studies do not meet criteria necessary for achieving higher evidence level status, they are quite common in reporting outcomes in surgical specialties. Some diseases treated by surgical intervention (or nonintervention) do not lend themselves well to the higher level study designs previously mentioned. For example, performing sham surgeries for the sake of a controlled trial is ethically unacceptable. Systematic review of case series and case reports are helpful in identifying trends that lead to positive outcomes in diseases with high morbidity or that are treated surgically.

**Grading Evidence in Medical Literature**
Different specialty academies and journals have historically adopted unique systems to grade medical evidence and indicate the strength of disease-specific treatment guidelines [4, 6]. Grading systems arm physicians with information to help them make consistent, well-informed decisions and limit disparities in health care. Each system has its own shortcomings. A detailed explanation of the disadvantages of each system is beyond the scope of this article. (The reader is referred to a review

• AGO – Connolly – 017
www.virtualmentor.org
Exhibit - 3

paper by David Atkins et al., which appraised six prominent systems for grading levels of evidence [6]).

In 2002, the Agency for Healthcare Research and Quality (AHRQ) conducted a review of available methodologies for grading the strength of a body of scientific evidence [11]. This review identified three important characteristics to consider in assigning a grade to studies: quality, quantity, and consistency. Quality, as discussed above, refers to the methodologic rigor or extent to which bias was minimized in a study. Consistency refers to the similarities in design, population, outcome, and data analysis in studies attempting to answer the same question. Quantity refers to the number of subjects in individual studies and number of studies included in reviews. Seven systems fully addressed these key elements [11].

Grading of recommendations is useful when there is a need for a consensus guideline regarding the approach to a particular disease. Systematic reviews report the levels of evidence present in given studies and then assign grades to recommendations from these studies that reflect the strength of the intervention and likelihood of a successful outcome. The OCEBM system has grades of recommendations. Under this scheme, a grade A is a strong recommendation for or against an intervention. After critical appraisal, well-designed level 1a to 1c studies tend to result in grade A recommendations, level 2a to 3b studies result in grade B recommendations, and recommendations derived from level 4 studies are typically labelled grade C. Level 5 studies or "troubling," "imprecise" studies at any level above 5 generate grade D recommendations (table 2). For example, recommendations from expert opinion without objective critical appraisal tend to be regarded as inconclusive and cannot be given a grade stronger than D.

Another popular grading system is the Strength of Recommendation Taxonomy (SORT) used by the journal of the American Academy of Family Physicians [4]. While the algorithms behind these systems are not identical, the outcomes are fundamentally similar. The simplified version in table 2 underrepresents the complexity of the system, and the reader is encouraged to peruse the algorithm behind these grading systems [4-6, 11].

Table 2. Similarities between the SORT and OCEBM grading systems.

| Grading System | | |
|---|---|---|
| | **SORT*** | **OCEBM**** |
| A | Recommendation based on consistent and good quality patient-oriented evidence | Consistent level 1 studies |
| B | Recommendation based on inconsistent or limited-quality patient oriented evidence | Consistent level 2 or 3 studies or extrapolations from level 1 studies |
| C | Recommendation based on consensus, usual practice, disease-oriented evidence, case series for studies of treatment or screening, and/or opinion | Level 4 studies or extrapolations from level 2 or 3 studies |
| D | | Level 5 evidence or troublingly inconsistent or inconclusive studies of any level |

*SORT: Strength of Recommendation Taxonomy
**OCEBM: Oxford Centre for Evidence Based Medicine

• AGO – Connolly – 018
Exhibit - 3

**Final Comment**

One must be careful not to adopt an inflexible approach of only applying recommendations of greater strength. The practice of evidence-based medicine is not "cookbook" medicine, and therefore the basis for patient care decisions should not be restricted to randomized trials or meta-analyses [1, 12]. There are uncommon diseases and complex pathologies that cannot be investigated with study designs that achieve levels of evidence higher than 3 or 4.

In returning to our case illustration, let us assume that our medical student actually has chronic rhinosinusitis with nasal polyposis. She was counseled by a previous otolaryngologist that a surgical polypectomy may be performed to achieve better control of her disease. You perform a literature search and find level 3 and 4 evidence that supports polypectomy as an option. Although the level of evidence is not any higher than 3 or 4, surgery is not necessarily an inappropriate recommendation for the patient. As discussed earlier, study design limitations are inherent to some situations and therefore the physician must make a "conscientious, explicit and judicious use of current best evidence in making decisions about the care of individual patients" [1].

**References**

1. Sackett DL, Rosenberg WM, Gray JA, Haynes RB, Richardson WS. Evidence-based medicine: what it is and what it isn't. *BMJ*. 1996;312(7023):71-72.
2. Dickersin K, Straus SE, Bero LA. Evidence based medicine: increasing, not dictating, choice. *BMJ*. 2007;334(Suppl 1):s10.
3. Burton MJ. Evidence-based medicine and otolaryngology-HNS: passing fashion or permanent solution. *Otolaryngol Head Neck Surg*. 2007;137(4 Suppl):S47-51.
4. Ebell MH, Siwek J, Weiss BD et al. Strength of recommendation taxonomy (SORT): a patient-centered approach to grading evidence in the medical literature. *Am Fam Physician*. 2004;69(3):548-556.
5. Oxford Centre for Evidence-Based Medicine. Levels of evidence. http://www.cebm.net/index.aspx?o=1025. Accessed December 15, 2010.
6. Atkins D, Eccles M, Flottorp S, et. al. Systems for grading the quality of evidence and the strength of recommendations I: critical appraisal of existing approaches; The GRADE Working Group. *BMC Health Serv Res*. 2004;4(1):38.
7. Hadorn DC, Baker D, Hodges JS, Hicks N. Rating the quality of evidence for clinical practice guidelines. *J Clin Epidemiol*. 1996;49(7):749-754.
8. Zalmanovici A, Yaphe J. Steroids for acute sinusitis. *Cochrane Database Syst Rev*. 2007;2:CD005149.
9. Iribarren C, Darbinian J, Klatsky AL, Friedman GD. Cohort study of exposure to environmental tobacco smoke and risk of first ischemic stroke and transient ischemic attack. *Neuroepidemiology*. 2004;23(1-2):38-44.
10. Lagergren J, Bergstrom R, Lindgren A, Nyren O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. *N Engl J Med*. 1999;340(11):825-831.
11. West S, King V, Carey TS, et al. *Systems to Rate the Strength of Scientific Evidence*. Rockville, MD: Agency for Healthcare Research and Quality; 2002. Evidence Report/Technology Assessment series; no. 47.

•   AGO – Connolly – 019
www.virtualmentor.org
Exhibit - 3

12.  Smith GC, Pell JP. Parachute use to prevent death and major trauma related to gravitational challenge: systematic review of randomized controlled trials. *BMJ*. 2003;327(7429):1459-1461.

Opeyemi O. Daramola, MD, is a third-year resident in the otolaryngology-head and neck surgery residency program in the Medical College of Wisconsin Affiliated Hospitals in Milwaukee. He completed his undergraduate education at Adams State College in Colorado and his medical studies at the University of Minnesota Medical School. He is working on research projects on hereditary hearing loss, outcomes in surgical management of pediatric vascular anomalies, and reporting of long-term outcomes of tracheotomy-related complications.

John S. Rhee, MD, MPH, is chief of the Division of Facial Plastic and Reconstructive Surgery and professor of otolaryngology and dermatology at the Medical College of Wisconsin in Milwaukee. Dr. Rhee was recently appointed the coordinator for research for the American Academy of Otolaryngology-Head and Neck Surgery Foundation (AAO-HNSF). He is the deputy editor in chief for the *Archives of Facial Plastic Surgery*, a senior examiner for the American Board of Otolaryngology, and a board member of the American Board of Facial Plastic and Reconstructive Surgery.

**Related in VM**

Evidence-Based Medicine: Can You Trust the Evidence? December 2010

The Role of Comparative Effectiveness Research in Developing Clinical Guidelines and Reimbursement Policies, January 2011

*The viewpoints expressed on this site are those of the authors and do not necessarily reflect the views and policies of the AMA.*

Copyright 2011 American Medical Association. All rights reserved.

•    AGO – Connolly – 020
Exhibit  - 3

# EXHIBIT 4

•      AGO – Connolly – 021

Exhibit  - 4

for all disclosures closer to strict scrutiny.

The Court's approach in *NIFLA*, as the dissent noted, "could radically change prior law, perhaps placing much securities law or consumer protection law at constitutional risk." Many health laws could be similarly threatened. Already a lower court has preliminarily enjoined Food and Drug Administration warning labels for cigars on the basis of *NIFLA*.[5] Whether that injunction holds, and whether other health laws will be struck down on First Amendment grounds, remains to be seen. What is clear is that the Court has created new uncertainty, and invited new litigation, regarding numerous health laws that were once assumed to be constitutional.

Disclosure forms provided by the authors are available at NEJM.org.

From Northeastern University School of Law, Boston (W.E.P.); the College of Public Health and the Moritz College of Law, Ohio State University, Columbus (M.L.B.); and California State University, East Bay, Hayward (J.A.S.).

This article was published on August 29, 2018, at NEJM.org.

1. 138 S. Ct. 2361 (2018).
2. Haupt CE. Professional speech. Yale Law J 2016;125:1238-303.
3. Corbin CM. Abortion distortions. Wash & Lee L Rev 2014;71:1175-210.
4. Central Hudson Gas & Electric Corp. v. Public Service Comm., 447 U.S. 557 (1980).
5. Cigar Ass'n v. US FDA, 2018 WL 3304627 (D.D.C. July 5, 2018).

DOI: 10.1056/NEJMp1809488
*Copyright © 2018 Massachusetts Medical Society.*

*An audio interview with Prof. Parmet is available at NEJM.org*

---

# Abortion "Reversal" — Legislating without Evidence

Daniel Grossman, M.D., and Kari White, Ph.D., M.P.H.

Women up to 10 weeks pregnant who are having a medication abortion generally take one dose of mifepristone, which blocks the progesterone receptor, followed within 48 hours by a dose of misoprostol, a prostaglandin that causes cervical dilation and uterine contractions, leading to expulsion of the pregnancy tissue. Four states (Arkansas, Idaho, South Dakota, and Utah) require abortion providers to tell their patients about treatment that may reverse the effect of mifepristone if they change their mind after starting a medication abortion. So-called abortion reversal involves administering repeated doses of progesterone. Since 2017, other states have proposed similar bills and the California Board of Registered Nursing approved a course on medication-abortion reversal for continuing-education credit. This trend is troubling because of the lack of medical evidence demonstrating the safety and efficacy of the treatment; laws promoting it essentially encourage women to participate in an unmonitored research experiment.

When states began passing laws on abortion reversal, the only published report on this treatment was a case series involving seven patients. A systematic review we coauthored in 2015 found no evidence that pregnancy continuation was more likely after treatment with progesterone as compared with expectant management among women who had taken mifepristone.[1] Our review found that the proportion of continuing pregnancies after mifepristone alone varied from 8% to 46% in published studies.

Recently, Delgado et al. published a case series involving 754 patients who underwent reversal treatment in the United States and several unnamed countries.[2] After excluding 27% of patients for various reasons, they report that 47% had a live birth. The authors conclude that reversal treatment is effective, citing the higher proportion of continuing pregnancies in their study as compared with a historical control rate of 25% of women who had continuing pregnancies after taking mifepristone alone. This estimate comes from Maria et al., the only published report that examined rates of pregnancy continuation after a single 200-mg dose of mifepristone,[3] which is the dose most commonly used in current medication-abortion regimens. This study, which included 30 women who were up to 7 weeks pregnant, 25 of whom were no more than 6 weeks pregnant, found that 23% had continuing pregnancies 7 days later.

It is difficult to compare the results from Delgado et al. with data on mifepristone alone for several reasons. In the Delgado study, some providers performed ultrasonography in patients presenting for reversal and excluded those found to have embryonic death. These patients were removed from the denominator of the proportion of women with continuing pregnancies, which could have contributed to the higher success rate for reversal treatment — especially at gestational ages of more than 6 weeks, when cardiac activity is more apparent. In addition, the authors excluded patients who were lost to follow-up before 20 weeks, which probably exaggerated the treatment's reported success.

AGO – Connolly – 022

Exhibit - 4

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Erica Connolly on October 24, 2024. For personal use only.
No other uses without permission. Copyright © 2018 Massachusetts Medical Society. All rights reserved.

| Percentage of Women with Continuing Pregnancies after Taking 200 mg Mifepristone with or without Progesterone.* | | | | |
|---|---|---|---|---|
| Treatment | Total No. of Pregnancies | Continuing Pregnancies | Percentage of Continuing Pregnancies (95% CI) | P Value |
| Gestational age ≤6 wk | | | | |
| Mifepristone followed by progesterone | 189 | 71 | 38 (31–45) | 0.119 |
| Mifepristone alone | 25 | 5 | 20 (9–39) | |
| Gestational age ≤7 wk | | | | |
| Mifepristone followed by progesterone | 291 | 121 | 42 (36–47) | 0.076 |
| Mifepristone alone | 30 | 7 | 23 (21–41) | |

* Data are from Delgado et al.[2] and Maria et al.[3] Maria et al. report a total of seven continuing pregnancies in the sample of 30 women who were 7 weeks pregnant or less. There were two abortion failures among the five women who were between 6 and 7 weeks pregnant, but whether these were continuing pregnancies is unclear. We therefore made the conservative assumption that five of the seven continuing pregnancies occurred among the 25 women who received mifepristone at 6 weeks' gestation or less and that the two failures that occurred among those who were between 6 and 7 weeks pregnant were both continuing pregnancies.

Gestational ages in Delgado et al. (up to 9 weeks) also differed from those in Maria et al. As Delgado et al. note, pregnancy continuation is more common with advanced gestation; therefore, it is important to compare groups of similar gestational age. We analyzed the effectiveness of reversal treatment by comparing rates of continuing pregnancy among women who were up to 6 or 7 weeks pregnant in the two studies.

Among women who were up to 6 weeks pregnant, 38% (95% confidence interval [CI], 31 to 45) of those who received reversal therapy had a continuing pregnancy.[2] This proportion was not significantly different from the 20% (95% CI, 9 to 39) of women who had a continuing pregnancy after taking mifepristone alone (P=0.119) (see table).[3] The rates of pregnancy continuation were also not significantly different when we included women who were up to 7 weeks pregnant, despite the fact that the reported success rate for reversal therapy was most likely an overestimate at 7 weeks because some patients were excluded from treatment after ultrasound screening for embryonic viability. Because there are

no published data on rates of pregnancy continuation after a 200-mg dose of mifepristone alone at more than 7 weeks' gestation, we cannot evaluate the effectiveness of reversal treatment beyond this gestational age.

The safety data presented by Delgado et al. are minimal. No adverse events were reported among pregnant women, but it is unclear whether such data were routinely collected. The reported data on birth defects and preterm birth are generally reassuring; given the range of progesterone regimens used and the lack of reporting by regimen, however, it is difficult to draw conclusions about the treatment's safety. Data from a registry in France suggest that exposure to mifepristone alone does not increase the risk of birth defects.[4]

Equally unclear is the demand for reversal treatment. Since participants in the study by Delgado et al. were recruited from several unnamed countries over a period of 4 years, it is impossible to estimate what proportion of patients undergoing medication abortion is represented by this sample. According to data obtained from Danco Laboratories, the U.S. manufacturer of mifepristone, less than 0.004% of patients who took mife-

pristone between 2000 and 2012 ended up deciding to continue their pregnancies.[1] Other research indicates that decisional certainty among women having an abortion is high — and higher than it is among patients making other decisions about medical treatment.[5]

Still, efforts should be made at the time of preabortion counseling to identify women who may be conflicted and to provide additional support to help them make an informed decision. Allowing patients to take mifepristone at home, which has been permitted since the drug's label was updated in 2016, may reduce the already small number of women who change their mind by giving patients more control over where and when they take the medication. But for patients who do change their mind after taking mifepristone, what is the best course of action? If a woman changes her mind within an hour after taking the drug, vomiting should be induced. Beyond that time frame, we believe the pregnancy should be carefully followed.

One could argue that the demand for abortion reversal treatment is so low that additional research is not justified. But if

AGO – Connolly – 023

Exhibit - 4

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Erica Connolly on October 24, 2024. For personal use only.
No other uses without permission. Copyright © 2018 Massachusetts Medical Society. All rights reserved.

researchers do perform additional studies, it is critical that such studies be rigorously designed and conducted in an ethical manner. Clinical equipoise exists for this question, since there is no evidence that treatment is superior to doing nothing. In such cases, a randomized, placebo-controlled trial is the most appropriate study design. For now, any use of reversal treatment should be considered experimental and offered only in the context of clinical research supervised by an institutional review board (IRB). Delgado et al. obtained IRB approval for their retrospective data analysis, but it is not clear that approval was obtained in advance for their experimental treatment protocol. In fact, the study was retracted temporarily because of

concerns raised about what the authors initially described as an IRB "waiver."

We believe that states' mandating that health care providers give patients information about an unproven and experimental therapy is a disturbing intrusion into the relationship between physicians and their patients. Additional states will undoubtedly consider such legislation, despite the lack of evidence for abortion reversal treatment. We should all be concerned when politicians recommend treatment options over the advice of medical professionals.

Disclosure forms provided by the authors are available at NEJM.org.

From Advancing New Standards in Reproductive Health, Bixby Center for Global Reproductive Health, and the Department of Obstetrics, Gynecology and Reproductive

Sciences, University of California, San Francisco (D.G.); and the Department of Health Care Organization and Policy, School of Public Health, University of Alabama at Birmingham (K.W.).

1. Grossman D, White K, Harris L, et al. Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review. Contraception 2015;92: 206-11.
2. Delgado G, Condly SJ, Davenport M, et al. A case series detailing the successful reversal of the effects of mifepristone using progesterone. Issues Law Med 2018;33:3-14.
3. Maria B, Chaneac M, Stampf F, Ulmann A. Early pregnancy interruption using an antiprogesterone steroid: Mifepristone (RU 486). J Gynecol Obstet Biol Reprod (Paris) 1988; 17:1089-94. (In French.)
4. Bernard N, Elefant E, Carlier P, et al. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study. BJOG 2013;120:568-74.
5. Ralph LJ, Foster DG, Kimport K, Turok D, Roberts SCM. Measuring decisional certainty among women seeking abortion. Contraception 2017;95:269-78.

DOI: 10.1056/NEJMp1805927
Copyright © 2018 Massachusetts Medical Society.

# Extensively Drug-Resistant Typhoid — Are Conjugate Vaccines Arriving Just in Time?

Jason R. Andrews, M.D., Farah N. Qamar, F.C.P.S., Richelle C. Charles, M.D., and Edward T. Ryan, M.D.

In Hyderabad, Pakistan, an outbreak of extensively drug-resistant (XDR) *Salmonella enterica ssp. enterica* serovar Typhi, resistant to chloramphenicol, ampicillin, trimethoprim–sulfamethoxazole, fluoroquinolones, and third-generation cephalosporins, was recognized in November 2016 and has now spread to Karachi, home to more than 14 million people. More than 1000 cases have been confirmed by blood culture; since most typhoid cases are treated empirically, however, the true number of cases is probably many times greater. The outbreak is being caused by the H58 clade, a multidrug-resistant haplotype of S. Typhi that is common in Asia and areas of Africa. The H58 S. Typhi involved in the outbreak contains a chromosomally inte-

grated antimicrobial-resistance cassette imparting resistance to chloramphenicol, ampicillin, and trimethoprim–sulfamethoxazole, and the XDR variant also contains an IncY plasmid that carries not only the fluoroquinolone-resistance gene *qnrS* but also the CTX-M-15 gene *bla* that mediates resistance to ceftriaxone.[1] S. Typhi already causes invasive disease in 12 million to 22 million people each year, many of whom live in South and Southeast Asia, and the emergence of an XDR variant in this densely populated area is extremely worrisome.[2]

Prior to the advent of antimicrobial therapy, case fatality rates for typhoid fever exceeded 20% in many areas, since untreated disease led to complications such as intestinal perforation. In 1948, the

first effective antimicrobial therapy for typhoidal salmonella, chloramphenicol, ushered in a new era in the management of enteric fever (see timeline). Within 2 years, however, the first clinical isolate resistant to chloramphenicol was reported. But resistance was relatively uncommon, and chloramphenicol remained the mainstay of therapy for the next two decades. In the early 1970s, outbreaks of chloramphenicol-resistant typhoid with evidence of horizontal transfer of resistance genes were reported around the world. Ampicillin and trimethoprim–sulfamethoxazole emerged as alternative, albeit possibly inferior, therapies for chloramphenicol-resistant enteric fever. By the late 1980s, resistance to all three antibiotics (multidrug-resistant typhoid) was increasingly

AGO — Connolly — 024

Exhibit - 4

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Erica Connolly on October 24, 2024. For personal use only.
No other uses without permission. Copyright © 2018 Massachusetts Medical Society. All rights reserved.

# EXHIBIT 5

•      AGO – Connolly – 025

Exhibit  - 5



**Advocacy**

# Facts Are Important: Medication Abortion "Reversal" Is Not Supported by Science

Facts are important, especially when it comes to policies and discussions that impact patients. Claims regarding abortion "reversal" treatment are not based on science and do not meet clinical standards. The American College of Obstetricians and Gynecologists (ACOG) ranks its recommendations on the strength of the evidence[i] and does not support prescribing progesterone to stop a medication abortion.

• AGO – Connolly – 026

Exhibit - 5

Despite this, in states across the country, politicians are advancing legislation to require physicians to recite a script that a medication abortion can be "reversed" with doses of progesterone, to cause confusion and perpetuate stigma, and to steer women to this unproven medical approach. Unfounded legislative mandates like this one represent dangerous political interference and compromise patient care and safety.

**What is Medication Abortion?**

- Medication abortion is the use of medications, rather than a procedure, to end a pregnancy. This safe and effective evidence-based regimen includes a combination of two drugs—mifepristone, taken first, and misoprostol, taken at a later point under counsel from a clinician.

- Mifepristone stops the pregnancy growth by blocking the hormone progesterone; misoprostol makes the uterus contract to complete the abortion.

- Medication abortion is more effective when both drugs are used, because mifepristone alone will not always cause abortion. In fact, as many as half of women who take only mifepristone continue their pregnancies.[ii]

- Mifepristone and misoprostol are safe, effective medications that are also used for other indications.

**So-called abortion "reversal" procedures are unproven and unethical.**

- A 2012 case series reported on six women who took mifepristone and were then administered varying progesterone doses. Four continued their pregnancies.[iii] This is not scientific evidence that progesterone resulted in the continuation of those pregnancies.

AGO – Connolly – 027

Exhibit  - 5

- This study was not supervised by an institutional review board (IRB) or an ethical review committee, required to protect human research subjects, raising serious questions regarding the ethics and scientific validity of the results.

- Case series with no control groups are among the weakest forms of medical evidence.[iv]

- Subsequent case series used to support use of medication abortion reversal have had similar limitations, including no ethics approval, no control group, under-reporting of data, and no reported safety outcomes.

- A 2020 study intending to evaluate medication abortion reversal in a controlled, IRB-approved setting was ended early due to safety concerns among the participants.[v]

- A 2016 randomized trial found that administration of the progestin-only contraceptive depot medroxyprogesterone acetate (DMPA, also known as DepoProvera) at the time of mifepristone administration for medication abortion may slightly increase the risk of ongoing pregnancy compared with DMPA administration at a follow-up visit.[vi] However, ongoing pregnancy rates were very low among all participants. Although the study's findings suggest that concurrent administration of DMPA may slightly decrease the effectiveness of mifepristone for medication abortion, the results do not demonstrate that DMPA "reverses" medication abortion.

**Legislative mandates based on unproven, unethical research are dangerous to women's health.**

Politicians should never mandate treatments or require that physicians tell patients inaccurate information. This is an interference in the patient-clinical relationship and contradicts a fundamental principle of medical ethics.

- AGO – Connolly – 028

Exhibit  - 5

Abortion is an essential part of comprehensive medical care, and a patient's decision to end a pregnancy following appropriate consultation with their trusted medical professional should be treated with respect.

## Additional ACOG Resources

ACOG Practice Bulletin 225 Medication Abortion Up to 70 Days of Gestation (October 2020)

ACOG Committee Opinion 815 Increasing Access to Abortion (December 2020)

## References

1. Hal C. Lawrence, M.D., "The American College of Obstetricians and Gynecologists Supports Access to Women's Health Care," Obstetrics & Gynecology vol. 125 1282, 1283 (Jun. 2015) available at http://journals.lww.com/greenjournal/Fulltext/2015/06000/The_American_College_of_Obstetricians_and_2.aspx.

2. Grossman D et al. "Continuing Pregnancy After Mifepristone and 'Reversal' of First-Trimester Medical Abortion: A Systematic Review," Contraception 92 206–211 (Jun. 2015).

3. Delgado G and Davenport M, "Progesterone Use to Reverse the Effects of Mifepristone," The Annals of Pharmacotherapy vol. 46 (Dec. 2012).

4. ACOG, Reading the Medical Literature

5. Mitchell D. Creinin, M.D., "Mifepristone Antagonization With Progesterone to Prevent Medical Abortion," Obstetrics & Gynecology vol. 135, 158-165 (Jan. 2020) available

ACOG v. Cannella - 029

Exhibit - 5

at https://journals.lww.com/greenjournal/pages/articleviewer.aspx?year=2020&issue=01000&article=00021&type=Fulltext.

6. Raymond EG, Weaver MA, Louie KS, et al. Effects of Depot Medroxyprogesterone Acetate Injection Timing on Medical Abortion Efficacy and Repeat Pregnancy: A Randomized Controlled Trial. *Obstet Gynecol*. 2016;128(4):739-745. doi:10.1097/AOG.0000000000001627

American College of Obstetricians and Gynecologists

409 12th Street SW, Washington, DC 20024-2188

Copyright 2024. All rights reserved.

Privacy Statement   |   Terms and Conditions of Use

•   AGO – Connolly – 030

Exhibit  - 5

# EXHIBIT 6

•     AGO – Connolly – 031

Exhibit  - 6



# SOGC statement on Abortion Medication "Reversal"

Ottawa, March 19, 2021 –  In response to an investigative media article about an abortion "reversal" treatment advertised in Canada, the Society of Obstetricians and Gynecologists of Canada (SOGC) released the following statement:

*The SOGC does not support prescribing progesterone to stop a medical abortion. The claims regarding so-called abortion "reversal" treatments are not based on scientific evidence.*

*Not only are the treatments unproven, they can also result in serious complications for the patient.*

*The Canadian protocol for medical abortion includes counselling to identify those who may be ambivalent about the decision, and to ensure that their decision is made freely, informed and with no coercion.*

*If a patient changes their mind after taking the first tablet, they should contact their care provider.*

*The SOGC fully respects the reproductive and sexual health rights of women, and that every individual is entitled to evidence based treatment, free of coercion by any external body.*

**THE SOCIETY OF OBSTETRICIANS AND GYNAECOLOGISTS OF CANADA · LA SOCIÉTÉ DES OBSTÉTRICIENS ET GYNÉCOLOGUES DU CANADA**

2781 chemin Lancaster Road, Suite 200, Ottawa, ON  K1B 1A7    Tel/Tél: (800) 561-2416 or (613) 730-4192    Fax/Télécopieur: (613) 730-4192 or **sogc.org**

Exhibit  - 6

# EXHIBIT 7

• AGO – Connolly – 033

Exhibit  - 7

 

## Joint statement on 'Abortion reversal': The Royal College of Obstetricians and Gynaecologists (RCOG), The Faculty of Sexual and Reproductive Healthcare (FSRH), the Royal College of Midwives (RCM) and the British Society of Abortion Care Providers (BSACP)

### Key points and recommendations

- There are **no reputable national or international clinical guidelines that recommend the use of progesterone to reverse the effect of mifepristone**, and no evidence that it increases the likelihood of continuing pregnancy, compared to expectant management alone.
- Although evidence shows it is uncommon for women to regret their decision to have an abortion, on the very rare occasions where they do change their mind after receiving mifepristone, they should be supported and offered non-directive, neutral counselling with the benefits and risks of each of their options discussed. This should usually be through the abortion care provider, or an obstetrics and gynaecology (O&G) service.
- **Where a woman or person chooses to continue with the pregnancy after having taken mifepristone, best practice is to:**
    - Offer an ultrasound scan to establish if the pregnancy has continued
    - Advise that if it is viable, there is a reasonable chance that the pregnancy will continue (this is more likely later on in a pregnancy).
    - Advise of an increased risk of pregnancy loss later in the pregnancy, possibly with some increased risk of severe bleeding.
    - Advise that mifepristone is not known to cause birth anomalies.
    - Not offer treatment with progesterone.
    - Provide reassurance that women will be given support to understand their options, including access to counselling if desired.
    - Provide assurance that the option of returning for abortion of this pregnancy remains open (and noting the latest date where pregnancy duration reaches the legal limit for the option of abortion).
    - Refer on for antenatal care at an appropriate point in pregnancy.

### Background

A medical abortion uses medication to end a pregnancy. It involves taking two different medications one after the other. Mifepristone (taken first) has the effect of priming the uterus to make the second medicine quicker and more effective. Misoprostol (usually taken 24-48 hours later) causes the uterus to contract and the pregnancy tissue to pass, similar to a miscarriage. So-called abortion 'reversal' treatment involves prescribing doses of progesterone after a woman has taken the first medication (mifepristone) with the objective of reversing the effect.

The promotion of abortion 'reversal' has been observed for several years in the United States where in some States politicians are advancing legislation to require physicians to recite incorrect advice that states abortion can be 'reversed' with doses of progesterone. **The**

•     AGO – Connolly – 034

Exhibit - 7

**American College of Obstetricians and Gynecology (ACOG) does not support the use of progesterone, citing its use for this purpose as "unproven and unethical", and we strongly agree with this position.**

We have observed an increase in discussions of abortion 'reversal' in the UK Parliament and media in recent months. This follows reports, dating from early 2021, from doctors and nurses working in abortion care who raised concerned reports that women and people were being offered abortion 'reversal' treatment. Investigative journalists have corroborated these accounts[i].

## Evidence for the use of progesterone for abortion 'reversal'

**There are no reputable national or international clinical guidelines that recommend the use of progesterone to reverse the effect of mifepristone, and no evidence that it increases the likelihood of continuing pregnancy, compared to expectant management alone[ii].** One European study showed that 82% of those who opted to continue with their pregnancy having taken only mifepristone (not progesterone) at a mean gestation of nine weeks proceeded to have a live birth, using a higher dose of mifepristone than is currently recommended[iii].

A randomised controlled trial to assess the effectiveness of progesterone treatment in reversing the effects of mifepristone was published in 2020[iv]. The trial was stopped prematurely, owing to safety concerns when three of the 12 patients experienced "severe bleeding requiring ambulance transport to an emergency department". The author of the study concluded that abortion 'reversal' treatment with progesterone is "experimental and should be offered only in approved human clinical trials to ensure proper oversight". **Aside from this abandoned study, we do not recognise the legitimacy of any other studies used to evidence the safety or efficacy of progesterone as an abortion 'reversal' treatment because they do not follow the usual standards of reporting and study design for observational trials, and are not published in reputable peer-reviewed journals[v].**

Good practice guidelines for prescribing and managing medicines and medical devices[vi] produced by the General Medical Council (GMC) state that when prescribing any "unlicensed medicine", a doctor must be satisfied that there is sufficient evidence or experience of using the medicine to demonstrate its safety and efficacy. **We strongly believe that this is fundamentally not the case for prescribing progesterone off label in these circumstances.**

## Understanding the need for abortion 'reversal'

It is essential to ensure that discussion around the use of progesterone as a treatment to reverse the effect of mifepristone is put into the context of women's experiences of abortion care in the UK. The overwhelming majority of women and people requesting an abortion are clear about their decision, and want treatment as soon as possible.

There is strong evidence that, for most women, introducing delay causes distress and the NICE 2019 guideline on abortion care states that providers should ensure minimal delay in the abortion process. It also does not require women to have "compulsory counselling or a compulsory time for reflection before the abortion" – recommending that women should be provided or referred for support to make a decision if they request this[vii].

Research states there is no evidence of emerging regret after an abortion, with 97.5% of women believing that their decision was the right one after 8 days, increasing to 99% after

five years. There is evidence of an increase in decision certainty after proceeding with an abortion[viii].

On very rare occasions, some women may regret their decision, or change their mind during the treatment process. When this is the case, **women can be supported to come to the right decision for their individual circumstances. It is important they are offered non-directive, neutral counselling that provides the benefits and risks of each of their options.**

The ACOG guidelines on medical abortion state that "in the very rare case that patients change their mind about having an abortion after taking mifepristone and want to continue the pregnancy, they should be monitored expectantly"[ix]. There is no evidence to show that use of progesterone in this scenario would increase the chance of a pregnancy continuing as compared to monitoring a pregnancy following the use of mifepristone. The British Society of Abortion Care Providers (BSACP) recommend to its members that if this scenario arises they should offer an ultrasound scan to establish whether there is still a pregnancy, provide evidence-based advice on the future of the pregnancy, and if a woman or person decides to continue with the pregnancy, to liaise with antenatal services.

**Provision of evidence-based information and support**

**Internationally and nationally recognised guidelines on abortion care are clear about the importance of providing evidence-based and non-biased information to support women to make informed decisions around pregnancy choices.** The World Health Organisation (WHO) is clear that access to relevant, accurate and evidence-based health information is an "essential first step in improving access to and quality of abortion care"[x]. RCOG clinical guidelines on abortion state that written, objective, evidence-guided information should be available for women considering abortion before the procedure, and that women should have access to objective information[xi]. Evidence-based guidelines are also clear that for women and people who request it, non-directive counselling should be made available.

There is a real risk that outside of the confines of regulated abortion care, where guidelines and training are very clear about the need for neutral and evidence-based advice, those offering advice and treatments around abortion or abortion 'reversal' might not be prepared to offer objective advice that enables women to make an informed choice free from bias or coercion. Abortion providers are experienced at safeguarding vulnerable women and girls, and work within multidisciplinary teams to ensure they are protected. The healthcare regulator, the Care Quality Commission (CQC), ensures that providers comply with their fundamental standards. Individuals who prescribe abortion 'reversal' act outside regulated care systems and are unlikely to have the same skills or resources. **Healthcare professionals working in abortion care are experts in the provision of evidence-based information and non-directive counselling, and should be relied upon to ensure that women are able to make informed decisions regarding abortion.**

---

[i] Open Democracy. UK women are being 'used as guinea pigs' by 'abortion reversal' doctors (2021)

ii American College of Obstetricians and Gynecologists (ACOG). Medication Abortion Up to 70 Days of Gestation: ACOG Practice Bulletin, Number 225 (2020)

iii Bernard N et al, BJOG. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study. (2013)

iv Creinin MD, et al, Obstetrics & Gynecology. Mifepristone Antagonization With Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial. (2020)

v Bhatti K et al, AJOG. Medical abortion reversal: science and politics meet (2018)

vi GMC. Good practice in prescribing and managing medicines and devices (2021)

vii National Institute for Health and Care Excellence. Abortion Care [NG140] (2019)

viii Lovel I et al, Obstetrics & Gynaecology. Abortion Waiting Periods and Decision Certainty Among People Searching Online for Abortion Care (2021)

ix ACOG. Clinical Guideline: Medication Abortion up to 70 days (2014)

x WHO. Abortion care guideline (2022)

xi RCOG. The Care of Women Requesting Induced Abortion (2011)

# EXHIBIT 8

•     AGO – Connolly – 038

Exhibit  - 8

En Español

Get Help Now: **1-877-558-0333**



# Abortion Pill Reversal

Have you taken the first dose of the abortion pill?
Do you regret your decision and wish you could
reverse the effects of the abortion pill?
*We're here for you!*

I want to
## Reverse my Abortion*

I'm considering
## the Abortion Pill

•     AGO – Connolly – 039

Exhibit  - 8

Chat

Chat

# CALL OUR 24/7 HELPLINE:
# 1-877-558-0333

We know that an unplanned pregnancy can be scary and many women make decisions to abort when they are terrified and stressed. We know that after some time, many women change their minds about a chemical abortion.
**IT MAY NOT BE TOO LATE TO SAVE YOUR PREGNANCY.**

*There is an effective process called Abortion Pill Reversal\** *that gives your unborn child a second chance at life.*

We are eager to connect with you and available any time, day or night! We can offer help, but most importantly, **hope**.

Our helpline will connect you with one of our medical professionals nearby who can guide you towards reversing the effects of the abortion pill. We will help you every step of the way. Time is precious, and so is your baby — call us today.

•    AGO – Connolly – 040

Exhibit  - 8

Chat

Chat

# Success Story

"After I took the abortion pill, I began to think about how this world is only for a short while, but my choice to abort this baby would be eternal. It was crystal clear to me that I made a huge mistake. I popped out of bed, went downstairs, and began to search on Google. I clicked on 'abortion reversal.' I called the hotline provided on the website and asked, 'Is it true that the abortion pill can be reversed?' The hotline nurse answered, 'Yes.'"

Read More

## *Contact Us:*

24/7 Helpline:
**877-558-0333**

• AGO – Connolly – 041

Exhibit - 8

Chat

Non-Urgent Inquiries:
**614-885-7577**

**info@apr.life**

Chat

## *Need More Info?*

### POST-ABORTION RESOURCES

### SHARE MY STORY

## *Follow Us:*

  

Disclaimer: ** APR has been shown to increase the chances of allowing the pregnancy to continue. However, the outcome of your particular reversal attempt cannot be guaranteed.

© 2023 Abortion Pill Reversal / Abortion Pill Rescue Network

Privacy Policy
Terms and Conditions

Chat

-     AGO – Connolly – 042

Exhibit - 8

Chat

•        AGO – Connolly – 043

         Exhibit  - 8

# EXHIBIT 9

•      AGO – Connolly – 044

Exhibit  - 9

En Español

Get Help Now: **1-877-558-0333**





# *Can the abortion pill be reversed?*

The simple answer is yes! If done in time.

There is an effective process called abortion pill reversal* that can reverse the effects of the abortion pill and allow you to continue your pregnancy, but time is of the essence.

The abortion pill is the common name for a chemical abortion process that combines two medications. It is also referred to as medical abortion, self-managed abortion, or DIY abortion. After taking the first pill, some women regret their choice and want to reverse it. That's where abortion pill reversal comes in.

AGO – Connolly – 045

Exhibit - 9

Chat

Using the natural hormone progesterone, professionals have been able to save 64-68% of pregnancies through abortion pill reversal.



# *How do I start the abortion pill reversal process?*

- Call our hotline **(877) 558-0333 or connect with us via the chat feature at the bottom of your screen**.
- Our on-call Healthcare Professional will ask you some basic questions to see if a reversal is possible.
- The Healthcare Professional will then connect you with a doctor or medical provider in your area to start treatment if that is your choice.

We know that an unplanned pregnancy can be scary and many women make decisions to abort when they are terrified and stressed. However, we know that many women change their minds about their abortions.

If you have taken the first dose of the abortion pill and regret it, you are not alone. We can help you! Contact us and we'll help you every step of the way.

For more information about the reversal process, **click here.**

• AGO – Connolly – 046

Exhibit  - 9

7/31/23, 2:48 PM
Case 2:24-cv-08468-HDV-MAR
Document 30-1
Abortion Pill Reversal Overview
Filed 11/04/24
Page 47 of 664
Page ID #:1074

Chat

*Keep Reading*

# Success Stories

*Keep Reading*

# Abortion Pill Reversal FAQs



• AGO – Connolly – 047

Exhibit - 9

Chat

Chat

## *Contact Us:*

24/7 Helpline:
**877-558-0333**

Non-Urgent Inquiries:
**614-885-7577**

**info@apr.life**

## *Need More Info?*

**POST-ABORTION RESOURCES**

**SHARE MY STORY**

## *Follow Us:*

  

Disclaimer: ** APR has been shown to increase the chances of allowing the
pregnancy to continue. However, the outcome of your particular reversal attempt
cannot be guaranteed.

• AGO – Connolly – 048

Exhibit - 9

Chat

Chat

© 2023 Abortion Pill Reversal / Abortion Pill Rescue Network

Privacy Policy
Terms and Conditions

• AGO – Connolly – 049

Exhibit  - 9

Chat

# EXHIBIT 10



# Abortion Pill Side Effects: What You Should Know Before Deciding

Jul 16, 2019

Share this Article:

 

It can be very confusing to sort through all the facets of an unplanned pregnancy and what to do next . According to the Centers for Disease Control and Prevention (CDC), 51 percent of all pregnancies are unintended [1], so many women are wrestling with pregnancy decisions. No matter what you end up deciding, it's a difficult choice to make.

• AGO – Connolly – 051

Exhibit - 10

You may be thinking about the abortion pill as one of your options. Here we will common answer questions about it as well as the accompanying side effects.

# What is the Abortion Pill?

If you have weighed all your pregnancy options and have made an informed decision to <u>end your pregnancy through abortion</u> , you may be given a choice to have a medical abortion. The abortion pill is used to induce a medical abortion if the first day of your last period was less than 70 days earlier.  If more than ten weeks have passed since the first day of your last period, you will probably need a surgical abortion, a surgical procedure performed in a clinic or hospital.

# How Does the Abortion Pill Work?

Although it's called the <u>abortion pill</u> [2], it actually requires two different medications be taken to end a confirmed pregnancy. Before giving you the abortion pill, it's essential that a licensed healthcare provider does the following:

- Provides you information about all your pregnancy options so you can feel confident about your decision

- Discusses your health history with you and reviews medications you're taking

- AGO – Connolly – 052

Exhibit  - 10

- Gives you a pregnancy test to confirm you're pregnant

- Performs a blood test for Rh factor to prevent potential future pregnancy complications

- Performs an ultrasound to see how far along you are and verify that you have a viable pregnancy

- Provides sexually transmitted infection (STI) testing to prevent complications

- Fully informs you about the abortion pill, including how it works, what to expect, side effects, risks, follow-up, and when to contact the doctor.

Once you have decided on a medical abortion, do not move forward without a healthcare provider examining you and completing the steps above. Be sure you have a viable pregnancy before taking the abortion pill.

You will usually take the first medication (mifepristone) at a clinic or doctor's office. Mifepristone prevents the embryo from staying implanted in the uterus by blocking the hormone progesterone. The second medication (misoprostol) is typically taken at home 6-48 hours later and causes heavy cramping, which expels the gestational sac or embryo. After taking misoprostol, the embryo is usually expelled about 4-6 hours later, but it can take as long as one to two days.

# Abortion Pill Side Effects

At first glance, it might seem pretty simple to have an abortion by taking medication. But there are physical and emotional side effects that are crucial for you to consider. Let's start with discussing physical abortion pill side effects [3].

- AGO – Connolly – 053

Exhibit - 10

**Physical action pill side effects:** Physicians typically provide nausea and pain medication to help with discomfort; however, women experience the following during a medical abortion:

- Nausea and vomiting
- Diarrhea
- Severe cramping
- Passing clots as large as a lemon
- Low-grade fever and chills
- Headache
- Dizziness and weakness

In addition to side effects, there are also abortion pill risks [4] that require immediate medical attention to consider, including:

- Severe bleeding, which is heavy bleeding for more than 12 hours in a row, soaking more than two sanitary pads in an hour for two hours in a row, or passing golf-ball sized clots for more than two hours

- A fever of 100.4 degrees or higher

- Vomiting for more than 4-6 hours

- Sudden swelling of your belly

- Heart racing

•     AGO – Connolly – 054

Exhibit  - 10

- Severe abdominal or back pain not relieved by pain relievers or rest

- Foul smelling vaginal discharge

Don't hesitate to reach out to your healthcare provider if you have other symptoms you're concerned about or sense something is wrong. Other physical complications can occur, such as a failed abortion requiring a surgical abortion or retained tissue in the uterus requiring treatment.

Sometimes, there are other side effects that can affect a woman after the physical discomfort has subsided. Let's look at those next.

**Emotional and psychological abortion pill side effects:** Many women feel an initial sense of relief after an abortion. But sometimes, difficult emotional side effects [5] set in later. These can include regret, guilt, grief, humiliation, and second-guessing their choices.

Women who have the most emotional and psychological difficulty after taking the abortion pill are:

- Women who felt pressured or forced into the abortion decision

- Women who are blamed and/or shamed for their abortion decision

If you are struggling emotionally after an abortion, you are not alone. We offer emotional support and healing support groups to help you recover after an abortion.

• AGO – Connolly – 055

Exhibit - 10

# What Happens if I Take the Abortion Pill but Change My Mind?

If you take the first medication and regret it, help is available to you. Know that you aren't alone. Enough women have changed their minds after taking the abortion pill that professional healthcare providers developed and operate a program called Abortion Pill Rescue (APR) for women who take the abortion pill but decide to continue their pregnancies after all — regardless if they're going to parent or choose adoption.

The abortion pill reversal process consists of taking the progesterone hormone that was blocked by mifepristone, but time is of the essence. Ideally the reversal protocol would be started within 24 hours.

If you changed your mind and have only taken the first set of pills, do not take the second medication and call APR at (877) 558-0333 so they can help you.

# Get the Information and Support You Deserve

•    AGO – Connolly – 056

Exhibit  - 10

At Pregnancy Care Clinic , we are here to walk with you each step of the way in a caring and judgment-free environment. Make an appointment today to receive the caring support you deserve so you'll be equipped with unbiased information to make confident decisions about your pregnancy.

Pregnancy Care Clinic offers confidential pregnancy testing, ultrasounds, and other resources at no cost to you. Our licensed medical professionals and compassionate client advocates provide these services and education , so you are empowered to make the best decision for yourself.

[1] Centers for Disease Control and Prevention. (2019, September 12). *Unintended Pregnancy.* Retrieved January 21, 2021 from https://www.cdc.gov/reproductivehealth/contraception/unintendedpregnancy/index.htm

[2] Gotter, Ana. (2016, August 30). *Abortion pill: What is a medical abortion?* Retrieved July 3, 2019, from https://www.healthline.com/health/abortion-pill

[3] Mayo Clinic. (n.d.). *Medical abortion.* Retrieved July 2, 2019, from https://www.mayoclinic.org/tests-procedures/medical-abortion/about/pac-20394687

[4] The University of Michigan Health. (2019, May 29). *Medical Abortion Care.* Retrieved January 21, 2021, from https://www.uofmhealth.org/health-library/tw5273#:~:text=Call%20your%20doctor%20immediately%20if,from%20a%20normal%20menstrual%20period.

[5] N., Pam. (2016, January 9). *The emotional side effects of abortion.* Retrieved July 2, 2019 from https://psychologydictionary.org/article/the-emotional-side-effects-of-abortion/

• AGO – Connolly – 057

Exhibit - 10

luer Post

Newer Post >

### What is Opill (Norgestrel Tablet)?

04 Oct, 2024

Discover what Opill (Norgestrel tablet) is and how it works as a progestin-only birth control option.

### What are Prenatal Vitamins and Why Are They Important?

03 Oct, 2024

Learn what prenatal vitamins are and why they are important for a healthy pregnancy. Discover the essential

### 5 Ways to Support Your Pregnant Daughter

28 Aug, 2024

As parents, you naturally want the best for your daughter. Then, one day, she tells you that she's pregnant. The

AGO – Connolly - 058

Exhibit - 10



Learn about its effectiveness and

nutrients they provide for both

news feels like a bombshell because

**More Posts**



## Clinic Locations

**Locations/Hours**

San Diego - Southcrest

East County – Santee

## Contact Us

East County: **619-442-4357**

San Diego: **619-326-8595**

Text Us: **619-442-0389**

**REQUEST AN APPOINTMENT**

## Our Services

- Free Urine Pregnancy Testing
- Ultrasound Exams
- STI Testing
- Health Provider Consultation
- Medical Referrals
- Natural Family Planning Information
- Peer Counseling & Education
- Emotional Support
- Maternity Clothes
- Support Classes

## Quick Links

**Services**

**Blog**

**Contact Us**

**Frequently Asked Questions**

**Support Clinic**

• AGO – Connolly – 059

Exhibit - 10

© Pregnancy Care Clinic 1994-2024 | 10201 Mission Gorge Rd., Suite K1, Santee CA 92071 | Website imagined and executed by **RivalMind.** |

Privacy Policy

• AGO – Connolly – 060

Exhibit - 10

# EXHIBIT 11

•     AGO – Connolly – 061

Exhibit  - 11

10/26/24, 6:38 AM                    Services and Appointments | Alternatives Pregnancy Center | Women's Health Clinic, Sacramento, CA



Services and Appointments    For Supporters    Donate    Baby Bottle Campaigns    Florence Elizabeth Legacy Fund

# Request Your Appointment Online

Our online form is for pregnancy tests only. Call 916.880.4040 for all other services and we will get you scheduled!

•        AGO – Connolly – 062

Exhibit  - 11



Services and Appointments    For Supporters    Donate    Baby Bottle Campaigns    Florence Elizabeth Legacy Fund

## Wednesday, October 30th, 2024

🕐 9:00 AM ›

🕐 10:00 AM ›

## Thursday, October 31st, 2024

🕐 9:00 AM ›

🕐 10:00 AM ›

🕐 11:00 AM ›

🕐 1:00 PM ›

🕐 2:00 PM ›

🕐 3:00 PM ›

## Friday, November 1st, 2024

🕐 9:00 AM ›

🕐 10:00 AM ›

🕐 11:00 AM ›

• AGO – Connolly – 063

Exhibit - 11



Services and Appointments    For Supporters    Donate    Baby Bottle Campaigns    Florence Elizabeth Legacy Fund

# OUR FREE MEDICAL SERVICES

pregnancy tests

ultrasounds

abortion pill reversal

STD testing and treatment

prenatal care

gynecological care

AGO – Connolly – 064

Exhibit  - 11

10/26/24, 6:38 AM
Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 65 of 664   Page ID #:1092
Services and Appointments | Alternatives Pregnancy Center / Women's Health Clinic | Sacramento, CA



Services and Appointments    For Supporters    Donate    Baby Bottle Campaigns    Florence Elizabeth Legacy Fund

pap smears

breast exams

HIV testing and referrals

contraception education

parenting classes

community referrals

material assistance

lactation consulting

# Call us at 916.880.4040 to schedule your appointment

this facility does not provide or refer for abortion

•   AGO – Connolly – 065

Exhibit  - 11



Services and Appointments | Alternatives Pregnancy Center, Women's Health Clinic, Sacramento, CA

Services and Appointments   For Supporters   Donate   Baby Bottle Campaigns   Florence Elizabeth Legacy Fund

women with free medical care
and alternatives to abortion
while proclaiming the hope of
the Gospel.

CA, 95826

**Tuesdays – 9am-7pm**

**Email** – info@alternativespc.org

HIPAA Notice Of Privacy
Practices

Terms Of Use And Privacy
Policy

*We are closed for lunch from
12 PM – 1 PM. Appointments
are recommended. Medical
interpreters available by
request.*

© 2024 Alternatives Pregnancy Center | Women's Health Clinic
| Sacramento, CA.

•   AGO – Connolly – 066

Exhibit  - 11

# EXHIBIT 12

•    AGO – Connolly – 067

Exhibit  - 12



a program of



# Abortion Pill Rescue

# APR Healthcare Professional Kit

# Version 4

# Effective May 2022

• AGO – Connolly – 068

Exhibit 62
Page 61

# Table of Contents

Definitions ............................................................................................................................. 3

Background ............................................................................................................................ 6

Overview of Procedure ......................................................................................................... 7

Progesterone Protocols for The Attempted  Reversal of Mifepristone ................................ 8

Methotrexate ....................................................................................................................... 10

Misoprostol ......................................................................................................................... 11

APR Healthcare Professional FAQs ................................................................................... 12

APR Patient FAQs .............................................................................................................. 14

Forms .................................................................................................................................. 18

    Consent for Patients who took Mifepristone Only .......................................................... 19

    Consent for Patients who took Methotrexate ................................................................. 23

    Consent for Patients who took both Mifepristone and Misoprostol ................................ 27

Authorization for Release of Health Information ................................................................. 31

Outcome Report .................................................................................................................. 32

• AGO – Connolly – 661

Exhibit 9 of 60

# Definitions

**1. Chemical Abortion (aka medical or medication abortion)** – A two-step  process in which a pregnant woman ingests first mifepristone then misoprostol with  the intention of ending her pregnancy.

**2. Mifepristone (aka Mifeprex or RU-486)** – A progesterone receptor antagonist that blocks progesterone. The first step in a Chemical Abortion process.

**3. Misoprostol (aka Cytotec)** – A chemical which causes the uterus to contract, facilitating the emptying of the uterus. The second step in the Chemical Abortion process, it is usually ingested 24-48 hours after mifepristone.

**4. Progesterone** – A hormone necessary for implantation of the fertilized egg in  the uterus and for sustaining pregnancy. Progesterone is approved by the FDA and  used off-label in the APR Protocol.

**5. Methotrexate** – A chemical primarily used to treat cancer, psoriasis, and rheumatoid arthritis because it attacks rapidly growing cells. Used in the first step of a chemical abortion, it causes the fetus and placenta to separate from the lining of the uterus. Using Methotrexate as an abortion medication is not approved by the FDA.

**6. Ella** – A progesterone receptor modulator, it is promoted to be effective for up to  5 days after sexual intercourse to prevent pregnancy. It disables the uterine lining, compromising the endometrium and inhibiting implantation of the embryo or depriving the embryo of oxygen and nutrients as an abortifacient action.

**7. Abortion Pill Rescue ("APR")** – A program of Heartbeat International which includes: Contact, Consultation, Counseling, Prescribing, Administering, and Data Collection with women seeking to reverse their Chemical Abortion.

**8. Abortion Pill Reversal Protocol ("APR Protocol")** – The use of Progesterone to counteract the effects of Mifepristone. The APR Protocol is most successful when the woman begins the APR Protocol within 24-72 hours of ingesting mifepristone. An ultrasound is performed as soon as possible to confirm a viable intrauterine pregnancy.

**9. APR Network** – The entities and individuals involved in administering and/or facilitating the administration of APR Protocol. The APR Network includes Heartbeat's Option Line, APR PRCs, APR PMCs, APR Medical Practices, and individuals trained in the APR Protocol.

**10. Option Line** – A 24/7 life-affirming contact center that receives initial contacts from potential APR Clients. A program of Heartbeat International.

**11. Hotline Consultant** – A volunteer or contracted individual tasked with responding to telephone and electronic communication primarily from women who are

seeking reversal after the initiation of a chemical abortion. The role of the consultant is to assess the immediate need of the contact, provide information, answer questions as appropriate, and connect callers with life affirming medical providers who offer the APR protocol.

**12. Rescue Hotline Team** – Consists of Option Line and the Hotline Consultants who receive Contact and provide Consultation with potential APR Clients.

**13. APR Healthcare Professional** – A doctor, nurse or other licensed healthcare professional, who is trained in the APR Protocol. These professionals Counsel and may be involved with Prescribing, Administering, and Following Up with APR Clients.

**14. APR Pregnancy Resource Centers ("PRCs")** – Life-affirming pregnancy centers that are a part of the APR Network and provide Consultation with APR Clients regarding the APR Protocol. APR PRCs may offer continued support and resources, consistent with their typical operations, for APR Clients.

**15. APR Medical Clinics ("PMCs")** – Life-affirming pregnancy medical clinics that are a part of the APR Network and provide Consultation, Counseling, and Prescribing of the APR Protocol. APR PMCs may also Administer and Follow Up with APR Clients.

**16. APR Medical Practice** – A private medical practice which provides the APR Protocol and either offers APR Clients continuing prenatal care or arranges for APR Clients to receiving ongoing prenatal care.

**17. APR Client/Patient** – A pregnant or potentially pregnant woman who has begun a Chemical Abortion or taken Methotrexate and now wishes to continue her pregnancy by following the APR Protocol.

**18. Contact** – The initial communication between a woman seeking the APR Protocol and any member of Abortion Pill Rescue.

**19. Consultation** – Explaining the APR Protocol and referring APR Clients to APR resources in their community.

**20. Counseling** – Assisting a client through the steps of the APR Protocol process. Counseling, as used in this document, is distinguished from professional mental health counseling.

**21. Prescribing** – Advising and authorizing the use of the APR Protocol. For the purpose of this manual, Prescribing refers to providing a prescription and is differentiated from Administering.

**22. Administering** – The giving of progesterone shots, or the provision of progesterone pills or other medications directly to the APR Client pursuant to the APR Protocol.

**23. Data Collection** – Collecting information on the Outcome Report by the clinic staff about the reversal process and sent to Heartbeat International for use in further studies regarding the APR Reversal.

# Background

## Mission of the APR Network

Our mission is to provide a supportive alternative to women who have taken Mifepristone or another abortifacient drug and have decided they would like to try to continue their pregnancies by reversing the effects of that drug.

## Chemical Abortions

Chemical Abortions became available in the United States in 2000. According to the Mifeprex manufacturer, Danco Laboratories, over 2 million women in the United States have procured Chemical Abortions.[1] There are multiple sources for obtaining a Chemical Abortion, including Planned Parenthood, independent abortion centers, private medical offices, community clinics, and online providers. The FDA does not recommend the online purchase of Chemical Abortion drugs.

## A Brief History of the APR Protocol and APR Network

In 2006, Dr. Matthew Harrison, MD, was approached by a woman who had taken Mifepristone and wanted to reverse the effects of it. He treated her with Progesterone, and she went on to deliver a healthy baby.

In 2008, Dr. George Delgado, MD, the founder of the original APR network, devised the APR Protocol for reversing the effects of Mifepristone and began to advise doctors on the APR Protocol.

In December 2012, Dr. Delgado and Dr. Mary Davenport published a case series of mifepristone reversals in the peer-reviewed medical journal, *Annals of Pharmacotherapy*. (See Appendix). In May 2012, Dr. Delgado launched the APR website, www.abortionpillreversal.com and a telephone hotline designed to connect women seeking APR to medical professionals in their area who could administer it. Medical professionals were invited to join the APR network.

In May 2017, Dr. Davenport published an article in the peer-reviewed medical journal, *Issues in Law and Medicine*, establishing the survival rate of embryos and fetuses exposed to Mifepristone when no reversal treatment was offered. (See Appendix). Shortly thereafter, in April 2018, Dr. Delgado published a large case series in *Issues in Law and Medicine* supporting the safety and effectiveness of the APR Protocol.

---

[1] Mifeprex (mifepristone) Information. (2016, March 30). In U.S. Food and Drug Administration.  Retrieved November 1, 2017, from https://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandprovid ers/ucm111323.htm

• AGO – Connolly – 073
Exhibit 9 of 60

# Overview of Procedure

APR Healthcare Professional or APR PMC Procedures

*APR Clients referred to you from the Hotline Rescue Team will have some general information about the APR Protocol. However, please be aware that <u>you are assuming their care from this point forward</u>. We request the following:*

1. At the first in-person visit with the APR Patient, review the following formwith her and obtain her signature:

   *Authorization for Release of Health Information Form* providing consent to share medical information with Heartbeat International.

2. Prescribe or Administer Progesterone according to the APR Protocol.

3. Provide or arrange for continuing care as follows:

   a. If using injectable Progesterone, all visits to receive the injection, per the APR Protocol.

   b. Ultrasounds every 1-2 weeks until the end of the 12th week or as necessary per your judgment.

   c. Regular prenatal care.

   d. If the APR Protocol fails, provide or refer for medical or surgical care for incomplete abortion.

   Note: If the APR Patient has her own prenatal care practitioner, we recommend that you manage the APR Protocol separately, if acceptable to the prenatal care practitioner.

4. Complete the APR Outcome Report and return to Heartbeat International using NextLevel login or email to followup@apr.life.

5. Please be sure to follow all applicable <u>patient confidentiality </u>laws and regulations, including HIPAA and any applicable state laws. Additionally, please follow all applicable laws with respect to <u>mandatory reporting</u>.

**ABORTION PILL RESCUE NETWORK™**

# Progesterone Protocols for The Attempted Reversal of Mifepristone

Oral Protocol

1. Prometrium brand or progesterone generic micronized oral capsules 200 mg, two capsules (400 mg) by mouth ASAP and bedtime on day 1 (must be at least 5 hours apart). 200mg, two capsules (400 mg) AM and PM on day 2 and 3.

2. Continue progesterone 200mg, two capsules (400mg) at bedtime for a minimum of two weeks or according to your clinical judgment.

Vaginal Protocol (Capsules per vagina)

1. If the patient is unable to take oral capsules or intramuscular injections, consider vaginal administration of oral capsules Prometrium brand or progesterone generic micronized oral capsules 200 mg, two capsules (400 mg) inserted vaginally ASAP AND at bedtime day 1 (must be at least 5 hours apart). 200mg, two capsules (400 mg) AM and PM on day 2 and 3.

2. Continue progesterone 200mg, two capsules (400 mg) inserted vaginally daily at bedtime for a minimum of two weeks or according to your clinical judgment.

Intramuscular Protocol

1. Compounded progesterone in oil 200mg (100mg/ml or 50mg/ml) intramuscularly (IM) upper outer quadrant of gluteal muscle, slowly over 2-3 minutes as soon as possible after the ingestion of mifepristone.

2. Continue progesterone in oil, 200 mg IM once a day for two more days.

3. Continue progesterone in oil, 200mg IM every other day until day 14 after mifepristone ingestion.

4. Continue progesterone in oil, 200 mg IM twice a week for a minimum of two weeks or according to your clinical judgment.

Additional Instructions for the Reversal Provider:

• Do not prescribe Prometrium based in peanut oil if the patient is allergic to peanuts.
• If prescribing oral, prescribe enough for 1 week at a time with refills. One month's supply may be unaffordable if the patient's insurance doesn't cover.  • Provide ultrasound per Clinic Protocol as soon as possible to confirm embryonic viability and intrauterine location. If less than 6 weeks after LMP, consider monitoring serial HCG levels and simply do ultrasound at 6 weeks.  • If bleeding or

cramping occurs and an intrauterine location of pregnancy has  not been confirmed, treat as an ectopic pregnancy and appropriately refer until  an intrauterine location is confirmed.

• For an ectopic pregnancy or an incomplete abortion, seek consultation as necessary.
• Provide an ultrasound every 1-2 weeks during the first trimester to confirm continued viability.
• The physician, midwife, PA or NP who prescribes should see patient within 72 hours or ensure a plan for ongoing care.
• Providers should use their own professional judgement based on experience prescribing progesterone. Some providers have successfully prescribed 600 mg twice a day for two days, followed by 400 mg twice a day for two days and then 400 mg at bedtime. Other doctors, particularly in Europe have used even higher doses.

Reversal in Second and Third Trimester:

• If the patient has had laminaria inserted and been given mifepristone, but still has a living fetus, progesterone should be prescribed, the laminaria removed,  and she should be evaluated for rupture of the membranes. The patient should  also be assessed for the need for antibiotics, as laminaria will increase the  chance for chorioamnionitis in a pregnancy that continues after their use.
• A minimum of two weeks of progesterone treatment is recommended in second and third trimesters of pregnancy for reversal of mifepristone. The individual prescribing provider should use his or her clinical judgement for dose and duration of progesterone treatment.

Approved by:
George Delgado, M.D., Medical Advisor, APR Medical Advisory Team
Dr. Brent Boles, M.D., Medical Director, Heartbeat International

• AGO – Connolly – 976

Exhibit 9 of 60

# Methotrexate

Currently, our program is designed to serve women who have taken mifepristone (Mifeprex).

**However, for women who have taken methotrexate, prescribed progesterone may also be beneficial to support the pregnancy even though it is not an antidote to methotrexate.** In addition to our standard progesterone protocol, co-treatment with leucovorin (also called citrovorum factor and 5-formyltetrahydrofolate) is used in some treatment regimens to reduce the toxicity of methotrexate. Folic acid is also commonly prescribed to counter the anti-folate action of methotrexate.

Methotrexate is an anti-folate medication that is potentially associated with increased risk of multiple birth defects. Based on a limited number of cases in humans, there appears to be increased rate for congenital heart defect (CHD), cleft palate, hypospadias, congenital diaphragmatic hernia, craniosynostosis, central nervous system abnormalities, limb defects, developmental delay, and cognitive impairment.

Leucovorin supplement to Progesterone for Methotrexate

- Dose #1: 30mg po immediately
- Dose #2-9: 15mg q6h po x 2days
- Folic Acid 4mg qd throughout first trimester

*Note from Dr. George Delgado, founder of Abortion Pill Reversal & member of APR Advisory Team:*

*Methotrexate inhibits the enzyme dihydrofolate reductase (DHFR) which reduces folic acid to leucovorin (colonic acid). Without that step, folic acid is useless. That is why the antidote is leucovorin. After the methotrexate is washed out, folic acid can be given because DHFR will again be operable.*

Adam MP, Manning MA, Beck AE, et al. 2003. Methotrexate/misoprostol embryopathy: report of four cases resulting from failed medical abortion. *Am J Med Genet A* 123: 72–78.

Dawson AL, Riehle-Colarusso T, Reefhuis J, Arena JF, The National Birth Defects Prevention Study. Maternal Exposure to Methotrexate and Birth Defects: a Population Based Study. *American journal of medical genetics Part A.* 2014;0(9):2212-2216. doi:10.1002/ajmg.a.36625.

When a fetus survives methotrexate exposure**.** *J Fam Pract.* 2012 March;61(3):E1-E4

# Misoprostol

Currently, our program is designed to serve women who have taken mifepristone (Mifeprex), which is not associated with birth defects according to the ACOG  October 2020 Practice Bulletin "Medication Abortion Up to 70 Days of Gestation." **However, for women who have taken the first and second drugs of the medical  abortion regimen, mifepristone on day one and misoprostol (Cytotec) 12-48 hours  later, progesterone may be beneficial to support the pregnancy even though it is  not an antidote to misoprostol.**

Currently, our program is designed to serve women who have taken mifepristone (Mifeprex), which is not associated with birth defects according to ACOG Practice Bulletin Number 225, October 2020 ("No evidence exists to date of a teratogenic effect of mifepristone"). However, for women who have taken the first and second drugs of the medical abortion regimen, mifepristone on day one and misoprostol (Cytotec) 12-48 hours later, progesterone may be beneficial to support the pregnancy even though it is not an antidote to misoprostol. Studies show there is a small increase in risk of birth defects in babies born after misoprostol but the incidence remains largely unknown and involves multiple factors. https://pubmed.ncbi.nlm.nih.gov/23207166/.

• AGO – Connolly – 0078

Exhibit 16 of 60

# APR Healthcare Professional FAQs

**Who can treat women who would like to reverse mifepristone?**

Practitioners currently in the APR network include obstetricians, gynecologists, family physicians, internists, pediatricians, nurse practitioners, midwives and physician assistants. Generally, practitioners who treat women with threatened miscarriages in the first trimester of pregnancy will find that treating APR patients is within the scope of their practice.

**How do I obtain injectable progesterone?**

Many doctors use progesterone in oil, 100 mg/ml compounded in order to minimize injection volumes. Contact compounding pharmacies in your area and select one that is reputable. Some physicians use commercially available progesterone in oil, 50 mg/ml. Two -2ml injections are given in **each** gluteal area, if the 50 mg/ml formulation is used.

**What about oral or vaginal progesterone?**

Our current data suggest that high-dose oral progesterone is as effective as injected progesterone. Physicians have used progesterone oral capsules (Prometrium or generic) dosed orally or vaginally. Other doctors have prescribed compounded vaginal suppositories. The most important thing is to get the progesterone started as soon as possible.

**What if the woman has a peanut allergy?**

Since progesterone (Prometrium) oral capsules contain peanut oil, they should not be prescribed to patients with a peanut allergy. Some compounding pharmacies offer Prometrium without peanut oil.

**What if a patient starts to spot or bleed initially?**

Many patients have spotted or mildly bled after they started the reversal process and have continued with normal pregnancies. We do not recommend stopping the progesterone treatment unless an embryonic or fetal demise has been confirmed by ultrasound or the passage of tissue.

**What diagnosis code should I use?**

The appropriate diagnosis code for APR is ICD-10 O20 "Threatened abortion".

**If I will not provide prenatal care for the whole pregnancy, when should I transfer care?**

Each physician who will not continue prenatal care should determine when the

• AGO – Connolly – 179

Exhibit 60

obstetrical care provider will accept the transfer of a patient. Many obstetricians do not begin to see patients until they are 10-12 weeks along in their pregnancies.

We recommend that the reversal physicians ensure that progesterone therapy continues during the first trimester.

### Why does the patient need to sign the Authorization to Release Medical Information form?

This form allows the doctor to share information with APR about the patient's status and outcome. The data APR collects will allow us to adjust and modify the recommended protocols so that patients receive the best evidence-based treatments.

### Is mifepristone (RU-486) teratogenic?

The studies available do not suggest that mifepristone significantly increases the risk of birth defects. In fact, ACOG, in its March 2014, Practice Bulletin 143 (updated 2016) states that mifepristone is not teratogenic. That study is provided (see page 10 of the study). Our April 2018 study is the largest case series of embryos exposed to mifepristone; the birth defect rate was about the same as the general population.

### What about costs of the treatment?

Costs of the treatment vary depending on the progesterone used. Insurance plans may cover treatment. Women who do not have insurance or financial means to pay for treatment should discuss this with the medical provider. In cases of financial hardship, APR will work with the medical provider to underwrite progesterone costs. If a woman cannot afford progesterone treatment, contact APR; we are committed to help.

• AGO – Connolly – 1080

Exhibit 16 of 60

# APR Patient FAQs

With answers from APR Founder, Dr. George Delgado, M.D., F.A.A.F.P. **Is
it too late to reverse the abortion pill?**

For those seeking to reverse a chemical abortion, the goal is to start the protocol
within the first 24 hours of taking the first abortion pill, mifepristone, also known as
RU-486. However, there have been many successful reversals when treatment was
started within 72 hours of taking the first abortion pill. Even if 72 hours have passed,
it may not be too late.

**The abortion clinic said I have to complete the abortion; is that true?**

No, it is always your choice to change your mind. Even if you have started the
chemical abortion process, reversal may still be a choice for you.

**What if I am cramping or spotting? Does that mean it's too late to reverse the
abortion pill?**

Spotting or bleeding is common during reversal treatment. It is important and safe to
continue the progesterone even if you experience spotting or bleeding, unless directed
otherwise. If you experience heavy bleeding, faintness, severe abdominal pain, or fever,
seek emergency medical attention immediately. This could be effect of the mifepristone
and would require immediate care. It is important to have an ultrasound to confirm
that your baby is in the uterus as soon as possible.

**What about the other pills the abortion clinic gave me?**

The second medication is called misoprostol or Cytotec. Its purpose is to cause the
uterus to contract and expel the baby. You should not take the Misoprostol/Cytotec if
you want to try to reverse the chemical abortion.

**What is the treatment to reverse the abortion pill?**

An ultrasound will be done as soon as possible to confirm heart rate, placement, and
dating of the pregnancy. The doctor or other medical provider will prescribe
progesterone, given as a pill to be taken orally or vaginally or possibly by
intramuscular injection. The treatment will usually continue through the first
trimester of pregnancy.

**Why is progesterone used?**

Mifepristone blocks progesterone's actions by binding to progesterone receptors in the uterus and the placenta. Progesterone is the natural hormone in a woman's body that is necessary to nurture and sustain a pregnancy. By giving extra progesterone, we hope to outnumber and outcompete the mifepristone in order to reverse the effects of mifepristone.

**What if I start cramping or spotting after I start the progesterone treatment?**

Many women have experienced cramping or spotting and still go on to have successful reversals. Be sure to let your doctor or medical provider know you are experiencing these symptoms. If you experience heavy bleeding, faintness, severe abdominal pain, or fever, seek emergency medical attention immediately. This could be effect of the mifepristone and would require immediate care.

**What is the success rate of Abortion Pill Reversal?**

Initial studies of APR have shown that APR has a 64-68% success rate. Without the APR treatment, mifepristone may fail to abort the pregnancy on its own. In other words, your pregnancy may continue even without APR if you decide not to take misoprostol, the second abortion drug likely prescribed or provided to you when you took mifepristone. APR has been shown to increase the chances of allowing the pregnancy to continue. However, the outcome of your particular reversal attempt cannot be guaranteed.

**What about birth defects? Is my baby going to be OK?**

The American College of Obstetricians and Gynecologists (ACOG) in its Practice Bulletin Number 143, March 2014, states that: "No evidence exists to date of a teratogenic effect of mifepristone." In other words, it does not appear that mifepristone, RU-486, causes birth defects.

Progesterone has been safely used in pregnancy for over 50 years. Initial studies have found that the birth defect rate in babies born after the APR is less than or equal to the rate in the general population. Neither Mifepristone nor progesterone is associated with birth defects.

**What are the possible side effects of progesterone?**

Progesterone may cause sleepiness, lack of energy, light headedness, dizziness, gastrointestinal discomfort and headaches. Increased fluid intake might help relieve these symptoms. Swelling and pain are side effects of the shots. If ice and heat packs do not relieve the pain or if the site is red and grows, seek medical attention. It is

• AGO – Connolly – 082

Exhibit 66
15 of 66

important that you follow all of the instructions of your APR provider carefully. If you have any questions, contact your provider.

**Some progesterone treatments include peanut oil - what if I am allergic to peanuts?**

If you are allergic to peanut oil, notify your provider before beginning APR. Progesterone may include this ingredient, so it is important that you notify your provider of any of this allerg7 before taking progesterone. An alternative form of progesterone may be available for those with allergies.

**How much will this cost?**

Costs of the treatment varies depending on the progesterone used. Insurance plans may cover treatment. Women who do not have insurance or financial means to pay for treatment should discuss this with their medical provider.

In cases of financial hardship, APR will help you find ways to reduce the cost of the treatment.

**Even though I regret my decision to take the abortion pill, there is no way I could keep and raise this baby alone and without support. What would I do then?**

We are here to help support pregnant women and their developing babies. We can connect you to the support you need to make the best decision possible for you and your baby.

If you think parenting might be an option for you, but you have concerns about money, baby supplies, insurance or your parenting skills, there may be local help available.

**I'd like to save this pregnancy, but I'll probably get kicked out of my house. What should I do?**

Call Abortion Pill Rescue at (877) 558-0333. They can help you find the resources you need for your particular situation. Most women might need a little (or a lot) of help. There are over 2,000 organizations in the United States, and many more around the world, who help women and families with anything from baby bottles and diapers, to peer and professional counseling, and even housing.

**The abortion pill and the morning after pill are the same thing, right?**

No, they are different. The "morning after pill" is marketed as an emergency contraception method. The most commonly used preparation contains a high level of a progestin and can be taken up to 72 hours after sexual intercourse. New insights into how it works make it clear that it can prevent implantation of the young human embryo into the lining of the uterus. This is a contragestational or abortifacient effect, not a contraceptive effect.

The abortion pill, mifepristone, is taken up to 70 days (10 weeks) into a pregnancy with the intention of causing an abortion. It works by blocking progesterone receptors. Progesterone is the necessary hormone that nurtures and supports a pregnancy.

The newest morning after pill, Ella, is very similar to mifepristone in its action in that it blocks progesterone receptors. It is approved by the FDA for use up to five days after intercourse and also has abortifacient effects.

**Does your organization provide the abortion pill to women or perform surgical abortions?**

Abortion Pill Rescue provides compassionate support for women during their pregnancies and does not provide or refer for abortion. We work diligently to provide women seeking reversal with information and resources to make healthy choices for their pregnancies.

**Do any professional organizations support Abortion Pill Reversal?**

The American Association of Pro-Life Obstetricians and Gynecologists, a 2500-member organization, supports offering abortion pill reversal (APR) to women who regret initiating the abortion pill process, after appropriate informed consent.

• AGO – Connolly – 084

Exhibit 60
15 of 60



# **Forms**

• AGO – Connolly – 1085

Exhibit 6, 18 of 60

Consent for Patients who took Mifepristone Only



**This information is for women who have begun a chemical abortion by taking mifepristone and now wish to continue their pregnancies.**

A medical/chemical abortion most commonly requires you to take two drugs: first, mifepristone, then misoprostol. Mifepristone begins to abort a pregnancy by blocking progesterone, the hormone required for a viable, successful pregnancy. Misoprostol causes the uterus to contract and expel the pregnancy from the uterus.

Abortion Pill Reversal (APR) treatment is the process of using progesterone to reverse the effects of mifepristone, in an attempt to stop the chemical abortion process and allow the pregnancy to continue.

APR treatment has not been formally approved by the U.S. Food and Drug Administration. However, progesterone, the hormone used to reverse the effects of mifepristone, is a hormone approved by the FDA to reduce the risk of recurrent preterm birth. Additionally, a related compound, 17-OH progesterone, is approved for use in pregnancy to prevent preterm labor in certain women. APR treatment is an off-label use of progesterone. Off-label use of medications is a common medical practice. Progesterone has been used safely in pregnancy since the 1950s. It is prescribed as an as a pill to be taken orally or vaginally or on occasion as an intramuscular injection.

APR was first used in 2006. Initial studies have found that the birth defect rate in babies born after the APR treatment is less than or equal to the rate in the general population. Neither mifepristone nor progesterone is associated with birth defects.

**Risks Associated with APR Treatment**

Spotting or bleeding is common during reversal treatment. It is important and safe to continue the progesterone even if you experience spotting or bleeding, unless directed otherwise by a medical professional. **If you experience heavy bleeding, faintness, severe abdominal pain, fever, or any other symptom of concern, seek emergency medical attention immediately, and bring a list of all your medications (including any medications taken to induce an abortion) with you to the Emergency Room. These symptoms require immediate care.**

**If you are allergic to** <u>peanut oil</u>**, notify your provider before beginning APR.** Progesterone may include this ingredient, so it is important that you notify your provider of this allergy before taking progesterone. An alternative form of progesterone may be available for those with allergies.

Progesterone may cause sleepiness, lack of energy, light headedness, dizziness, gastrointestinal discomfort and headaches. Increased fluid intake and taking this medication with food might help reduce these symptoms. Swelling and pain are possible side effects of the intramuscular injections. If ice and heat packs do not relieve the pain or if the site is red and grows, seek medical attention.

It is important that you follow all of the instructions of your APR provider carefully. If you have any questions, contact your provider.

**The outcome of your particular reversal attempt cannot be guaranteed.** Sometimes, a reversal attempt is unsuccessful, and the unborn child dies, despite the use of abortion pill reversal treatment. If your particular reversal attempt is not

successful, you may experience mental, physical, or emotional distress as a result. If this occurs, you should seek medical attention.

**Success Rates with APR Treatment**

Initial studies of APR report a 64-68% success rate. Without the APR treatment, mifepristone may fail to abort the pregnancy on its own. In other words, your pregnancy may continue even without APR treatment if you decide not to take misoprostol, the second abortion drug likely prescribed or provided to you when you took mifepristone. APR has been shown to increase the chances of allowing the pregnancy to continue. However, **the outcome of your particular reversal attempt cannot be guaranteed.**

**Acknowledgment**

I have been given the opportunity to ask questions, and my questions have been answered to my satisfaction. I have read and understand the above information about using APR treatment to attempt to continue my pregnancy.

Signed: _____         Dated: _____



**Consent to Provide Personal and Medical Information to APR Provider**

*Please read each line carefully before initialing. By initialing below, you indicate that you read, understand, and consent to each line.*

_____ I have contacted the Abortion Pill Rescue Network (APRN), owned and operated by Heartbeat International, because I want to stop the effects of a non-surgical abortion, and **I want to try to continue my pregnancy**.

_____ I have contacted the APRN freely and without coercion.

_____ I certify that I am seeking information for personal use only, and I agree not to use any information received from APRN or its providers or partners for any commercial, publication, or research purpose.

_____ I agree that any media inquiries should be directed to Heartbeat International at media@heartbeatinternational.org.

_____ I understand that any personal data communicated in writing to the APRN will be held confidential by APRN, except as required by law,

_____ I understand that I am responsible to secure a private space in order to maintain confidentiality.

_____ I have been provided an interpreter, if available, if I do not understand English.

_____ I understand that the consultant who provided me this form ("My Consultant") is associated with the Abortion Pill Rescue Hotline and may not be employed by the medical professional(s) or facility who prescribes and/or provides the APR treatment (the "APR Provider").

_____ I understand that My Consultant provides education but not medical advice. I understand that My Consultant is not assuming my medical care, and that I should go to the Emergency Room if I experience any significant complications.

_____ I understand that the Abortion Pill Rescue Hotline does not provide APR treatment but will attempt to refer me to an APR Provider who may provide APR treatment, in his or her sole medical discretion.

_____ I have read this consent, and My Consultant has explained to me the APR treatment, including its risks and benefits. My Consultant has answered all of my questions.

_____ I understand that APR treatment is an off-label use of progesterone.

_____ I understand that the outcome of my reversal attempt cannot be guaranteed and that I may experience mental, physical or emotional distress if my reversal attempt is not successful.

_____ I understand that **if I experience heavy bleeding, faintness, severe abdominal pain, fever, or any other symptom of concern, I should seek emergency medical care immediately.**

_____ I consent to allow my de-identified data to be used or shared to study APR or improve the administration of the APRN.

**_____ I hereby give full consent to receive APR treatment, and I waive and release any and all claims of whatsoever kind and nature that I, my baby, my legal representative or heirs and relatives might have or hereafter have against Heartbeat International, its medical personnel, directors, officers, employees, agents, representatives, and volunteers, My Consultant, and/or the APR Provider.**

AGO – Connolly – 2088

Exhibit 60
Page 26 of 60

_____ **I hereby give permission to allow the Abortion Pill Rescue Hotline, Heartbeat International, Inc., and My Consultant to provide my personal and medical information to an APR Provider. I agree to have my information released for the administration and operations of the APRN.**

_____ I expressly agree that this waiver, release and indemnity agreement is intended to be as broad and inclusive as permitted by law, and that if any portion thereof is held invalid, I expressly agree that the balance shall, not withstanding, continue in full legal force and effect.

Signed: _____    Dated: _____

Printed Name: _____

## Consent for Patients who took Methotrexate



**This information is for women who have begun a methotrexate chemical abortion and now wish to continue their pregnancies.**

Methotrexate is a drug used to treat cancer, rheumatoid arthritis and psoriasis. It is sometimes used off-label to cause an abortion. Methotrexate can be administered through a shot or a pill. Methotrexate begins to abort a pregnancy by stopping the baby's cells from dividing and multiplying.

Currently, the Abortion Pill Reversal (APR) protocol is designed to serve women who have taken mifepristone (Mifeprex) by administering progesterone to counter mifepristone. However, for women who have taken methotrexate, prescribing progesterone may also be beneficial to support the pregnancy, even though progesterone is not an antidote to methotrexate. In addition to the standard APR protocol using progesterone, co-treatment with leucovorin (also called citrovorum factor and 5-formyltetrahydrofolate) is used in some treatment regimens to reduce the toxicity of methotrexate. Folic acid is also commonly prescribed to counter the anti-folate action of methotrexate.

APR treatment has not been formally approved by the U.S. Food and Drug Administration. However, progesterone is a hormone approved by the FDA to reduce the risk of recurrent preterm birth. Additionally, a related compound, 17-OH progesterone, is approved for use in pregnancy to prevent preterm labor in certain women. APR is an off-label use of progesterone. Off-label use of medications is a common medical practice. Progesterone has been used safely in pregnancy since the 1950s. It is prescribed as a pill to be taken orally or vaginally or on occasion as an intramuscular injection.

**Risks Associated with Methotrexate**

Methotrexate is an anti-folate medication that is potentially associated with increased risk of multiple birth defects.  Based on a limited number of cases in humans, there appears to be increased rate for congenital heart defect, cleft palate, hypospadias, congenital diaphragmatic hernia, craniosynostosis, central nervous system abnormalities, limb defects, developmental delay, and cognitive impairment. Other birth defects are also possible. If you wish to learn more about the risk of birth defects associated with methotrexate, studies are available upon your request.

**Risks Associated with APR Treatment**

Spotting or bleeding is common during reversal treatment. It is important and safe to continue the progesterone even if you experience spotting or bleeding, unless directed otherwise by a medical professional. **If you experience heavy bleeding, faintness, severe abdominal pain, fever, or any other symptom of concern, seek emergency medical attention immediately, and bring a list of all your medications (including any medications taken to induce an abortion) with you to the Emergency Room. These symptoms require immediate care.**

**If you are allergic to <u>peanut oil</u>, notify your provider before beginning APR.** Progesterone may include this ingredient, so it is important that you notify your provider of this allergy before taking progesterone. An alternative form of progesterone may be available for those with allergies.

Progesterone may cause sleepiness, lack of energy, light headedness, dizziness, gastrointestinal discomfort and headaches. Increased fluid intake and taking this medication with food might help reduce these symptoms. Swelling and pain are possible

• AGO – Connolly – 290

Exhibit 60
26 of 60

side effects of the intramuscular injections. If ice and heat packs do not relieve the pain or if the site is red and grows, seek medical attention.

It is important that you follow all of the instructions of your APR provider carefully. If you have any questions, contact your provider.

**The outcome of your particular reversal attempt cannot be guaranteed.** Sometimes, a reversal attempt is unsuccessful, and the unborn child dies, despite the use of abortion pill reversal treatment. If your particular reversal attempt is not successful, you may experience mental, physical, or emotional distress as a result. If this occurs, you should seek medical attention.

**Success Rates with APR Treatment**

**There have been no studies to show a success rate for women taking methotrexate and attempting reversal. The outcome of your particular reversal attempt cannot be guaranteed.**

**Acknowledgment**

I have been given the opportunity to ask questions, and my questions have been answered to my satisfaction. I have read and understand the above information about using APR treatment to attempt to continue my pregnancy.

Signed: _____    Dated: _____

• AGO – Connolly – 291
Exhibit 6
24 of 60



**Consent to Provide Personal and Medical Information to APR Provider**

*Please read each line carefully before initialing. By initialing below, you indicate that you read, understand, and consent to each line.*

_____ I have contacted the Abortion Pill Rescue Network ("APRN"), owned and operated by Heartbeat International, because I want to stop the effects of a non-surgical abortion, and **I want to try to continue my pregnancy**.

_____ I have contacted the APRN freely and without coercion.

_____ I certify that I am seeking information for personal use only, and I agree not to use any information received from APRN or its providers or partners for any commercial, publication, or research purpose.

_____ I agree that any media inquiries should be directed to Heartbeat International at <u>media@heartbeatinternational.org</u>.

_____ I understand that any personal data communicated in writing to the APRN will be held confidential by APRN, except as required by law,

_____ I understand that I am responsible to secure a private space in order to maintain confidentiality.

_____ I have been provided an interpreter, if available, if I do not understand English=.

_____ I understand that the consultant who provided me this form ("My Consultant") is associated with the Abortion Pill Rescue Hotline and may not be employed by the medical professional(s) or facility who prescribes and/or provides the APR treatment (the "APR Provider").

_____ I understand that My Consultant provides education but not medical advice. I understand that My Consultant is not assuming my medical care, and that I should go to the Emergency Room if I experience any significant complications.

_____ I understand that the Abortion Pill Rescue Hotline does not provide APR treatment but will attempt to refer me to an APR Provider who may provide APR treatment, in his or her sole medical discretion.

_____ I have read this consent, and My Consultant has explained to me the APR treatment, including its risks and benefits. My Consultant has answered all of my questions.

_____ I understand that APR treatment is an off-label use of progesterone.

_____ I understand that the outcome of my reversal attempt cannot be guaranteed and that I may experience mental, physical or emotional distress if my reversal attempt is not successful.

_____ **I understand that if I experience heavy bleeding, faintness, severe abdominal pain, fever, or any other symptom of concern, I should seek emergency medical care immediately.**

_____ I consent to allow my de-identified data to be used or shared to study APR or improve the administration of the APRN.

_____ **I hereby give full consent to receive APR treatment, and I waive and release any and all claims of whatsoever kind and nature that I, my baby, my legal representative or heirs and relatives might have or hereafter have against Heartbeat International, its medical personnel, directors, officers, employees, agents, representatives and volunteers, My Consultant, and/or the APR Provider.**

_____ **I hereby give permission to allow the Abortion Pill Rescue Hotline, Heartbeat International, Inc., and My Consultant to provide my personal and medical information to an APR provider. I agree to have my information released for the administration and operations of the APRN.**

• AGO – Connolly – 291
Exhibit 60
26 of 60

_____ I expressly agree that this waiver, release and indemnity agreement is intended to be as broad and inclusive as permitted by law, and that if any portion thereof is held invalid, it is agreed that the balance shall, not withstanding, continue in full legal force and effect.

Signed: _____        Dated: _____

Printed Name: _____

Consent for Patients who took both Mifepristone and Misoprostol



**This information is for women who have begun a chemical abortion and now wish to continue their pregnancies after taking both mifepristone and misoprostol.**

A medical/chemical abortion most commonly requires you to take two drugs: first, mifepristone, then misoprostol. Mifepristone begins to abort a pregnancy by blocking progesterone, the hormone required for a viable, successful pregnancy. Misoprostol causes the uterus to contract and expel the pregnancy from the uterus.

Abortion Pill Reversal (APR) treatment is the process of using progesterone to reverse the effects of mifepristone, in an attempt to stop the chemical abortion process and allow the pregnancy to continue.

Currently, our program is designed to serve women who have taken mifepristone (Mifeprex). However, for women who have taken both mifepristone and misoprostol, progesterone may be beneficial to support the pregnancy, even though progesterone is not an antidote to misoprostol.

APR treatment has not been formally approved by the U.S. Food and Drug Administration. However, progesterone, the hormone used to reverse the effects of mifepristone, is a hormone approved by the FDA to reduce the risk of recurrent preterm birth. Additionally, a related compound, 17-OH progesterone, is approved for use in pregnancy to prevent preterm labor in certain women. APR treatment is an off-label use of progesterone. Off-label use of medications is a common medical practice. Progesterone has been used safely in pregnancy since the 1950s. It is prescribed as a pill to be taken orally or vaginally or on occasion as an intramuscular injection.

**Risks Associated with Misoprostol**

*Studies show there is a small increase in risk of birth defects in babies born after exposure to misoprostol, but the incidence remains largely unknown and involves multiple factors.* If you wish to learn more about the risk of birth defects associated with misoprostol, studies are available upon your request.

**Risks Associated with APR Treatment**

Spotting or bleeding is common during reversal treatment. It is important and safe to continue the progesterone even if you experience spotting or bleeding, unless directed otherwise by a medical professional. **If you experience heavy bleeding, faintness, severe abdominal pain, fever, or any other symptom of concern, seek emergency medical attention immediately, and bring a list of all your medications (including any medications taken to induce an abortion) with you to the Emergency Room. These symptoms require immediate care.**

**If you are allergic to <u>peanut oil</u>, notify your provider before beginning APR.** Progesterone may include this ingredient, so it is important that you notify your provider of this allergy before taking progesterone. An alternative form of progesterone may be available for those with allergies.

Progesterone may cause sleepiness, lack of energy, light headedness, dizziness, gastrointestinal discomfort and headaches. Increased fluid intake and taking this medication with food might help reduce these symptoms. Swelling and pain are possible

side effects of the intramuscular injections. If ice and heat packs do not relieve the pain or if the site is red and grows, seek medical attention.

It is important that you follow all of the instructions of your APR provider carefully. If you have any questions, contact your provider.

**The outcome of your particular reversal attempt cannot be guaranteed.** Sometimes, a reversal attempt is unsuccessful, and the unborn child dies, despite the use of abortion pill reversal treatment. If your particular reversal attempt is not successful, you may experience mental, physical, or emotional distress as a result. If this occurs, you should seek medical attention.

**Reversal Success Rates with APR Treatment**

**There have been no studies to show a success rate for women taking both mifepristone and misoprostol. The outcome of your particular reversal attempt cannot be guaranteed.**

**Acknowledgment**

I have been given the opportunity to ask questions, and my questions have been answered to my satisfaction. I have read and understand the above information about using APR treatment to attempt to continue my pregnancy.

Signed: _____    Dated: _____

•    AGO – Connolly – 295
Exhibit 6
26 of 60



**Consent to Provide Personal and Medical Information to APR Provider**

*Please read each line carefully before initialing. By initialing below, you indicate that you read, understand, and consent to each line.*

_____ I have contacted the Abortion Pill Rescue Network ("APRN"), owned and operated by Heartbeat International, because I want to stop the effects of a non-surgical abortion, and **I want to try to continue my pregnancy**.

_____ I have contacted the APRN freely and without coercion.

_____ I certify that I am seeking information for personal use only, and I agree not to use any information received from APRN or its providers or partners for any commercial, publication, or research purpose.

_____ I agree that any media inquiries should be directed to Heartbeat International at media@heartbeatinternational.org.

_____ I understand that any personal data communicated in writing to the APRN will be held confidential by APRN, except as required by law,

_____ I understand that I am responsible to secure a private space in order to maintain confidentiality.

_____ I have been provided an interpreter, if available, if I do not understand English.

_____ I understand that the consultant who provided me this form ("My Consultant") is associated with the Abortion Pill Rescue Hotline and may not be employed by the medical professional(s) or facility who prescribes and/or provides the APR treatment (the "APR Provider").

_____ I understand that My Consultant provides education but not medical advice. I understand that My Consultant is not assuming my medical care, and that I should go to the Emergency Room if I experience any significant complications.

_____ I understand that the Abortion Pill Rescue Hotline does not provide APR treatment but will attempt to refer me to an APR Provider who may provide APR treatment, in his or her sole medical discretion.

_____ I have read page this consent, and My Consultant has explained to me the APR treatment, including its risks and benefits. My Consultant has answered all of my questions.

_____ I understand that APR treatment is an off-label use of progesterone.

_____ I understand that the outcome of my reversal attempt cannot be guaranteed and that I may experience mental, physical or emotional distress if my reversal attempt is not successful.

_____ **I understand that if I experience heavy bleeding, faintness, severe abdominal pain, fever, or any other symptom of concern, I should seek emergency medical care immediately.**

_____ I consent to allow my de-identified data to be used or shared to study APR or improve the administration of the APRN.

_____ **I hereby give full consent to receive APR treatment, and I waive and release any and all claims of whatsoever kind and nature that I, my baby, my legal representative or heirs and relatives might have or hereafter have against Heartbeat International, its medical personnel, directors, officers, employees, agents, representatives, and volunteers, My Consultant, and/or the APR Provider.**

_____ **I hereby give permission to allow the Abortion Pill Rescue Hotline, Heartbeat International, Inc., and My Consultant to provide my personal and medical information to an APR Provider. I agree to have my information released for the administration and operations of the APRN.**

AGO – Connolly – 296

Exhibit 66

_____ I expressly agree that this waiver, release and indemnity agreement is intended to be as broad and inclusive as permitted by law, and that if any portion thereof is held invalid, it is agreed that the balance shall, not withstanding, continue in full legal force and effect.


Signed: _____          Dated: _____

Printed Name: _____

• AGO – Connolly – 397

Exhibit 40
36 of 66

# Authorization for Release of Health Information

Pursuant to HIPAA

I request that Health Information regarding my care and treatment be released as set forth on this form and in accordance with the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

I understand that:

1. I hereby authorize release of my information by in any secure manner, including via facsimile, secure e-mail and telephonically.

2. I have the right to revoke this authorization at any time by writing to the healthcare providers listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

3. I understand that signing this authorization is voluntary.

4. Name and address of agencies to whom you are authorized to release information:

   Heartbeat International
   5000 Arlington Centre Blvd. Suite 2277
   Columbus, OH 43220

5. Specific information to be released:

   Medical Records

   Progesterone Dosage and Administration Record During Prenatal Care

   Laboratory Records of Progesterone Levels

   Ultrasound Reports

   Verification of Positive Pregnancy

   APR Outcome Report

   Other _____

6. Date or event on which this authorization is expire: One year after birth of child.


All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.


Signed: _____ Date: _____

Printed Name: _____

# Outcome Report



Patient Name_____ ID # _____ APR

Provider_____

## APR OUTCOME REPORT

| U/S DATE | EGA | EDD | FHR |
|----------|-----|-----|-----|
|          |     |     |     |
|          |     |     |     |
|          |     |     |     |
|          |     |     |     |

## Progesterone Treatment:

| Date | Dose/Route | Frequency | Duration |
|------|-----------|-----------|----------|
| *Eg., 01/02/03* | *200 mg/PO* | *QHS* | *6 weeks* |
|      |           |           |          |
|      |           |           |          |
|      |           |           |          |
|      |           |           |          |

***Directions for APR Provider:*** *Please provide pertinent notes regarding reversal below. Include contact information of patient's current provider, transfer date and return report to followup@apr.life or login to NextLevel.* **Summary of Prenatal Care for Mifepristone Reversal:**

_____

_____

_____

_____

Provider Signature _____

AGO – Connolly – 391

Exhibit 60
32 of 60

**Birth Outcome:**

Live Birth Date: _____/_____/_____

Birth Weight: _____lbs. _____oz.

Neonatal Complications: _____

Maternal Complications: _____

Gestation: _____ weeks

Neonatal Gender: Male ☐ Female ☐

Type of Delivery: C/S ☐ SVD ☐

### Final Outcome to be entered by APR staff only

| Date | Code |
|------|------|
|      |      |

***Outcome Codes:***

***RF-****Reversal Failure followed by D/C, Miso or Natural **RAS:** Re-Abort Surgically, **RAM:** Re-Abort Misoprostol, **PB:** Preterm, **BD:** Birth Defect, **PBD:** Preterm Birth Defect, **HB:** Healthy Birth **LC:** Lost Contact **SC** Special Case*





# Sample Policies and Procedures
# For Pregnancy Help Organizations

• AGO – Connolly – 101
Exhibit 00
34 of 60

# Becoming an APR Network Center

Abortion Pill Rescue Centers are part of the APR Network and are needed to care for women seeking reversal of chemical abortion.

APR services in centers can be provided in different ways depending on resources and preferences. Centers can eliminate many of the barriers for the client seeking reversal and are able to offer clients ongoing needed support following the reversal attempt.

A Pregnancy Center providing the Abortion Pill Reversal Protocol:

    Assumes care of the client who contacts APR Hotline requesting reversal.    Provides progesterone to the client requesting reversal by dispensing onsite or through a pharmacy prescription.

    Confirms the viability and dating of the pregnancy with ultrasound.    Schedules the client with the prescribing physician (either at the center or in his/her office) within 72 hours.

    Provides referrals for continuing prenatal care.

    Offers the client ongoing support and referrals for other needed services.

    Reports outcome of reversal to Heartbeat International.

If your center provides the Abortion Pill Reversal Protocol, do not include the policy and procedure called "APR Consulting" – that sample is for a pregnancy center providing consulting services only.

A Pregnancy Center providing Consulting Services:

    Educates clients about Abortion Pill Reversal.

    Refers clients to the APR hotline if they are in need of reversal services.

    Assists with locating donors to help clients pay for their prescriptions and/or physician visits as they attempt to reverse the chemical abortion.

    Provides free limited obstetric ultrasound to clients receiving reversal treatment.

Provides follow-up support if needed to women who have successful reversal or pregnancy loss after attempted reversal.

If your center is a consulting center, the policy and procedure called "APR Consulting" is the only procedure necessary. In other words, you do not need the procedures on providing the protocol, standing orders, and reporting outcomes.

To join our PHO Network when fully prepared to offer APR services as an APR Network Provider or Consulting Center: https://aprnworldwide.com/medical-network

# Sample Policies & Procedures

Note: *The following are sample APR polices created to assist Pregnancy Help Centers who are adding abortion pill reversal to their medical services. Please consult with your Medical Director and legal counsel to determine what policies  should be adapted to your particular center.*

## APR Consulting

Policy: (Center) is an APR Network Consulting Center.

Procedure:

Center staff and volunteers:

    a. Offer APR information to clients who are considering abortion.
    b. Refer to the APR hotline those that need reversal services.
    c. Locate donors to assist clients in paying for the progesterone required and/or
       physician visits as they attempt to reverse the chemical abortion.
    d. Provide limited obstetric ultrasound according to physician's order for those who are
       attempting reversal. (Note: These are typically weekly or bi-weekly ultrasounds)
    e. Provide needed support and community referrals to women who have a
successful reversal or a pregnancy loss after attempted reversal.

• AGO – Connolly – 704

Exhibit 6
37 of 60

# Providing APR Protocol

Note: The Client/Patient has the right to withdraw consent for completion of a chemical abortion if she desires to continue her pregnancy. No woman is required to complete an in-progress abortion.

Progesterone is the natural hormone necessary to nurture and sustain a pregnancy. Mifepristone blocks Progesterone's actions by binding to Progesterone receptors in the uterus and the placenta. By giving extra Progesterone, the objective is to out-compete the mifepristone in order to reverse its effects.

Progesterone has been safely and routinely used in pregnancy since the 1950s. There is no record of birth defects caused by Progesterone. Bio-identical Progesterone is used for reversal Treatment because it matches the Progesterone made in the woman's body.

Clients may be symptomatic after taking mifepristone, but many women have successfully reversed the effects of mifepristone even after experiencing cramping and/or spotting. Even though the Client/Patient may experience mild cramping, spotting, bleeding and passing of small blood clots for 3-5 days after beginning the  medical abortion, the baby may still be viable.

The goal is to start the APR Protocol within the first 24 hours of taking the abortion pill, Mifepristone, also known as RU-486. However, many successful reversals have occurred when treatment was started within 72 hours of taking the abortion pill.

If less than 6 weeks after LMP and unable to confirm intrauterine pregnancy by ultrasound, consider monitoring serial HCG levels and simply do ultrasound at 6 weeks in addition to providing progesterone.


Policy:

Abortion Pill Reversal protocol is provided to Client/Patients seeking reversal of chemical abortion after initial assessment indicates eligibility.

Procedure:

    a. (Center) enrolls as an APR Network Provider and the APR Provider Kit is obtained from Heartbeat International.

    b. The Medical Director and all staff assisting with APR review the APR Provider Kit documents.

    c. When Clients/Patients are seeking Abortion Pill Reversal, an assessment is made by a Medical Professional to determine eligibility.

    d. Clients who are eligible have:

        Started a chemical abortion within the last 72 hours (Medical Director can determine if eligible for treatment after 72 hours).

        Are requesting the chemical abortion be reversed.

Are not being treated for breast cancer (at the Medical Director's discretion).

Agree to comply with the APR protocol.

e. Client/Patient consent for reversal is obtained and documented.

f. A urine HCG test is performed to verify pregnancy.

g. A history of Client/Patient is performed including age, DOB, gravida, parity, abortion, LMP, past obstetric history, past surgical history, peanut allergy and Rh  type.

h. Blood pressure and temperature is measured. If vital signs are out of normal range (provide specific range for abnormal), the Medical Director is notified.

i. An ultrasound is provided per center/clinic protocol as soon as possible to confirm embryonic viability, dating of the pregnancy, and intrauterine location.

 j. Progesterone is prescribed by the Medical Director to Clients/Patients as soon as possible after reversal is requested through a pharmacy or dispensed at the center. Progesterone is not delayed obtaining an ultrasound if ectopic pregnancy is not suspected.

k. Clients/Patients with peanut allergies are not prescribed Prometrium capsules or generic Progesterone capsules in peanut oil.

l. If an ectopic pregnancy or an incomplete abortion is suspected, the Medical Director is notified immediately for instruction, or the Client/Patient is sent to the nearest emergency department for medical care.

m. Clients/Patients are educated and instructed regarding symptoms they may experience during their reversal attempt. Medical care should be sought immediately if the Client/Patient has any of the following symptoms after beginning the APR protocol:

(a) Heavy vaginal bleeding filling two pads in an hour and/or passing of clots the size of a lemon
(b) Severe or continuing nausea or vomiting
(c) Cramping and/or back pain
(d) Abdominal pain of any kind especially sharp, one-sided or sudden
(e) Faintness (Client/Patient should be advised not to drive to hospital alone if she is faint.)
(f)  Swelling of hands or face
(g) Severe headaches
(h) Blurred vision
(i)  Shortness of breath or heart beating fast
(j)  Pain with urination
(k) Chills and/or fever
(l)  Leak or gush of fluid from your vagina
(m)Foul smelling vaginal discharge

n. If Client/Patient has spotting, the Client/Patient is instructed to monitor and report changes in blood loss at home and continue to take the Progesterone per APR protocol as well as minimize activity until vaginal bleeding has stopped. The prescribing physician, midwife, nurse practitioner or physician assistant examines the Client/Patient within 72 hours of

initiation of protocol at the Center or in physician's office and provides continued care or refers with an OB/GYN for continuum of care.

o. Ultrasound is provided every 1-2 weeks during the first trimester to confirm continued viability.

## Abortion Pill Reversal Physician Standing Orders

1. Perform urine HCG.

2. Document Client/Patient history including age, DOB, gravida, parity, abortion, LMP, past obstetric history, past surgical history and Rh type.

3. Measure blood pressure and temperature. Contact Medical Director if vital signs are abnormal (provide specific range for abnormal).

4. Obtain and document patient's consent for reversal (Client Agreement Mifepristone, Client Agreement Mifepristone & Misoprostol or Client Agreement Methotrexate).

5. Perform trans-abdominal or trans-vaginal ultrasound to confirm intrauterine location, viability and dating. If ectopic pregnancy is not suspected, do not delay progesterone to obtain an ultrasound; however, arrange the ultrasound as soon as possible.

6. If ectopic pregnancy or incomplete abortion is suspected, call medical director immediately or send to the emergency department.

7. Determine whether Client/Patient has a peanut allergy.

8. If viable intrauterine pregnancy is presumed, begin progesterone therapy using (state one of the APR Progesterone Protocols – i.e., either oral, vaginal, or intramuscular). If Client/Patient has a peanut allergy, use intramuscular protocol.  Do not prescribe Prometrium.

9. If the IM route is chosen, arrange follow up for progesterone in oil (200mg) administered on the following 2 days and beyond according to the APR protocol.  Proper IM injection technique should be used.

10. Instruct patient to call 911, go to the emergency department or contact medical practitioner for fever, foul smelling discharge, fainting, significant bleeding or significant pain.

☐ These orders are approved as a standing order set.

OR

☐ These orders are to be approved verbally by a physician, PA or NP for each individual patient.

Signature: _____ Printed

Name: _____Date:_____



**Progesterone** **Protocols for the**

## Attempted Reversal of Mifepristone

### Oral Protocol

1. Prometrium brand or progesterone generic micronized oral capsules 200 mg, two capsules (400 mg) by mouth ASAP and bedtime on day 1 (must be at least 5 hours apart). 200mg, two capsules (400 mg) AM and PM on day 2 and 3.

2. Continue progesterone 200mg, two capsules (400mg) at bedtime for a minimum of two weeks or according to your clinical judgment.

Vaginal Protocol (Capsules per vagina)

1. If the patient is unable to take oral capsules or intramuscular injections, consider vaginal administration of oral capsules Prometrium brand or progesterone generic micronized oral capsules 200 mg, two capsules (400 mg) inserted vaginally ASAP AND at bedtime day 1 (must be at least 5 hours apart). 200mg, two capsules (400 mg) AM and PM on day 2 and 3.

2. Continue progesterone 200mg, two capsules (400 mg) inserted vaginally daily at bedtime for a minimum of two weeks or according to your clinical judgment.

Intramuscular Protocol

1. Compounded progesterone in oil 200mg (100mg/ml or 50mg/ml) intramuscularly (IM) upper outer quadrant of gluteal muscle, slowly over 2-3 minutes as soon as possible after the ingestion of mifepristone.

2. Continue progesterone in oil, 200 mg IM once a day for two more days.

3. Continue progesterone in oil, 200mg IM every other day until day 14 after mifepristone ingestion.

4. Continue progesterone in oil, 200 mg IM twice a week for a minimum of two weeks or according to your clinical judgment.

Additional Instructions for the Reversal Provider:

• Do not prescribe Prometrium based in peanut oil if the patient is allergic to peanuts.

• If prescribing oral, prescribe enough for 1 week at a time with refills. One month's supply may be unaffordable if the patient's insurance doesn't cover.

• Provide ultrasound per Clinic Protocol as soon as possible to confirm embryonic viability and intrauterine location. If less than 6 weeks after LMP, consider monitoring serial HCG levels and simply do ultrasound at 6 weeks.
• If bleeding or cramping occurs and an intrauterine location of pregnancy has not been confirmed, treat as an ectopic pregnancy and appropriately refer until an intrauterine location is confirmed.

• For an ectopic pregnancy or an incomplete abortion, seek consultation as necessary.

• Provide an ultrasound every 1-2 weeks during the first trimester to confirm continued

• AGO – Connolly – 909

Exhibit 46 of 66

viability.

• The physician, midwife, PA or NP who prescribes should see patient within 72 hours or ensure a plan for ongoing care.

• Providers should use their own professional judgement based on experience prescribing progesterone. Some providers have successfully prescribed 600 mg twice a day for two days, followed by 400 mg twice a day for two days and then 400 mg at bedtime. Other doctors, particularly in Europe have used even higher doses.

Reversal in Second and Third Trimester:

• If the patient has had laminaria inserted and been given mifepristone, but still has a living fetus, progesterone should be prescribed, the laminaria removed, and she should be evaluated for rupture of the membranes. The patient should also be assessed for the need for antibiotics, as laminaria will increase the chance for chorioamnionitis in a pregnancy that continues after their use.

• A minimum of two weeks of progesterone treatment is recommended in second and third trimesters of pregnancy for reversal of mifepristone. The individual prescribing provider should use his or her clinical judgement for dose and duration of progesterone treatment.

## Treatment of Patients with Peanut Allergy

Note: Prometrium is made with peanut oil and cannot be prescribed to those with peanut allergy. The intramuscular route is acceptable for women with peanut allergies because the oil the Progesterone in the injectable solution is mixed with is ethyl oleate or sesame oil, not peanut oil. Some compounding pharmacies are able to offer oral progesterone without peanut oil on request.

Policy:

Clients/Patients with peanut allergies are not prescribed Prometrium capsules or generic Progesterone capsules in peanut oil.

Procedure:

      a. Prior to prescribing Progesterone, Clients/Patients are assessed by a medical professional for a peanut allergy.

      b. For Clients/Patients with peanut allergy, progesterone created without peanut oil is prescribed.

## Prenatal Care Provider Communication

Note: If your center offers the Abortion Pill Reversal (APR) protocol, it is recommended that there be an open line of communication with the Client/Patient's Prenatal Care provider (if Prenatal Care is not provided in your center).

Policy:

For Clients/Patients attempting Abortion Pill Reversal, there is communication between (Center) and the Client's healthcare provider as needed for continuum of care.

Procedure:

a. Upon initiation of Abortion Pill Reversal, the Client/Patient signs an "Authorization for Release of Health Information" which his witnessed by Center staff.

b. Medical staff consults with the Prenatal Care provider to discuss any information needed regarding the Client/Patient's care for the pregnancy.

## Providing Outcome Reports

Policy: All Outcome Reports are completed throughout the reversal process and then provided to Heartbeat International when the outcome of the pregnancy is determined. Outcome reports can be provided through NextLevel or emailed to followup@apr.life.

Procedure:

   a. Upon initiation of Abortion Pill Reversal, the Client/Patient signs an "Authorization for Release of Health Information" which is witnessed by Center staff.  b. Through the reversal process, the Outcome Report is completed in full including dosages of progesterone, ultrasounds, summary of prenatal care, and birth outcomes.
   c. The Outcome Report is signed by the Medical Director who prescribed the reversal protocol.
   d. When it is determined the client's pregnancy has ended with a loss or delivery, the Outcome Report is completed, and information provided on NextLevel or emailed to Heartbeat International at followup@apr.life.

• AGO – Connolly – 013
Exhibit 60
46 of 60

## Authorization for Release of Health Information

I request that Health Information regarding my care and treatment be released as set forth on this form and in accordance with the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

I understand that:

1. I hereby authorize release of my information by in any secure manner, including via facsimile, e-mail, and telephonically.

2. I have the right to revoke this authorization at any time by writing to the healthcare providers listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

3. I am signing this authorization voluntarily. I understand that if I choose not to sign this form, I may still receive treatment and services.

4. Name and address of agencies to whom you are authorized to release information:

   Heartbeat International
   5000 Arlington Centre Blvd. Suite 2277
   Columbus, OH 43220

5. Specific information to be released:

   Medical Records

   Progesterone Dosage and Administration Record During Prenatal Care

   Laboratory Records of Progesterone Levels

   Ultrasound Reports

   Verification of Positive Pregnancy

   APR Outcome Report

   Other _____

6. Date or event on which this authorization is expire: One year after birth of child. All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form

Signed:_____ Date:_____

Printed Name: _____



# APR Research and Statements of Support

• AGO – Connolly – 115

Exhibit  - 12
48 of 66

# Table of Contents

Mifepristone and Chemical Abortion ........................................................................................................... 3

Mifepristone Reversal ................................................................................................................................ 4

Progesterone Use In Pregnancy ................................................................................................................ 5

Statements of Support ................................................................................................................................ 6

## Mifepristone and Chemical Abortion

Estrogenic activity of RU 486 (mifepristone) in rat uterus and cultured uterine myocytes

Medical Abortion: What Physicians Need to Know

Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study

Medical Management of Elective Induced Abortion

Deaths and Severe Adverse Events after the use of Mifepristone as an Abortifacient from September 2000 to February 2019

Mifeprex (mifepristone) Information

Medical abortion in the late first trimester: a systematic review

Pathophysiology of mifepristone-induced septic shock due to Clostridium sordelli

Biological, Behavioral and Physiological Consequences of Drug-Induced Pregnancy Termination at First-Trimester Human Equivalent in an Animal Model

Pregnancy-associated mortality after birth, spontaneous abortion, or induced abortion in Finland, 1987-2000

Incidence of Emergency Department Visitsand Complications After Abortion

Injury deaths, suicides and homicides associated with pregnancy, Finland 1987–2000

Short and long term mortality rates associated with first pregnancy outcome: Population register based study for Denmark 1980–2004

Reproductive history patterns and long-term mortality rates: a Danish, population-based record linkage study

Deaths associated with pregnancy outcome: a record linkage study of low income women

The Antiprogestin Steroid Ru 486 And Human Fertility Control

Risk of fetal malformations

RU486 (mifepristone): mechanisms of action and clinical uses

# Mifepristone Reversal

A case series detailing the successful reversal of the effects of mifepristone using progesterone

Embryo Survival after Mifepristone: A Systematic Review of the Literature

Progesterone use to reverse the effects of mifepristone

The effect of RU486 and progesterone on luteal function during pregnancy

Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone

The effect of progesterone and RU486 on progesterone production in the ovulatory process of rats

Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone

Progesterone-mediated reversal of mifepristone-induced pregnancy termination in a rat model: an exploratory investigation

• AGO – Connolly – 118

Exhibit - 12
51 of 66

# Progesterone Use In Pregnancy

Progesterone Support in Pregnancy

Ectopic pregnancy and miscarriage: diagnosis and initial management

90 Years of progesterone: Ninety years of progesterone: the 'other' ovarian hormone

The Use of Isomolecular Progesterone in the Support of Pregnancy and Fetal Safety

Progesterone Supplementation During In Vitro Fertilization (IVF) Cycles

The effect of progesterone on the human uterus

Diagnosis and treatment of luteal phase deficiency: a committee opinion

Endocrinology of Pregnancy

The history of natural progesterone, the never-ending story

Crinone® (progesterone gel)

## Statements of Support



Canadian Physicians for Life

A  PO Box 65136, RPO Merivale
Nepean ON K2G 5Y3
PH / FX  613.728.LIFE (5433)
E  info@physiciansforlife.ca
W  WWW.PHYSICIANSFORLIFE.CA

Dear Colleague,

Thank you for seeing this patient. She has taken mifepristone, the first part of the two-step Mifegymiso medical abortion drug protocol.

She has decided that she would like to reverse the effects of mifepristone to attempt to stop the medical abortion process.

Provided that she has not taken the second medication, misoprostol, and provided that it has been less than 72 hours since she took the first medication, you can help her do just that, easily and safely.

She needs supplemental progesterone to counter the effects of mifepristone, which is a progesterone receptor antagonist. Neither progesterone nor mifepristone has been associated with any birth defects.[1]

**Progesterone Protocols Based on Published Data**

Based on these new data, two reasonable preferred protocols can be suggested for women who seek to reverse the effects of mifepristone. (An information sheet on the protocol is attached.)

1. Progesterone micronized 200 mg capsule two by mouth as soon as possible and continued at a dose of 200 mg capsule two by mouth twice a day for three days, followed by 200 mg capsule two by mouth at bedtime until the end of the first trimester.

2. Progesterone 200 mg intramuscular as soon as possible and continued at a dose of 200 mg intramuscular once a day on days two and three, then every other day for a total of seven injections.[2]

If the patient does nothing and does not take the second medication, embryo survival is about 25%.[3] If she is given the above regimen of progesterone, the rate of survival increases to approximately between 55-70%.[4]

Your help is invaluable, but time is of the essence, so please do not delay.

If you require more information, there exists an information line on the medical abortion reversal procedure at 1-877-558-0333. Phones are answered seven days a week.

Sincerely,

The Board of Directors

Canadian Physicians for Life

[1] Progesterone. https://www.asrm.org/detail.aspx?id=1881(accessed December 3, 2016). Progesterone package insert. https://www.drugs.com/pro/progesterone-capsule.html. (accessed December, 3, 2016).

[2] A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone, *Issues in Law & Medicine*, Volume 33, Number 1, 2018.

[3] Embryo Survival after Mifepristone: A systematic review of the literature, Issues in Law & Medicine, Volume 32, Number 1, 2017.

[4] A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone, *Issues in Law & Medicine*, Volume 33, Number 1, 2018.



**Committee on Practice Bulletins.** This document was developed by the Practice Bulletin Committee to provide evidence for pro-life practice. Because of the gravity of issues addressed by AAPLOG, variation in practice regarding matters of fetal life should be undertaken only after serious consideration of the literature cited by this document.

# PRACTICE BULLETIN 6

Number 6 November 16, 2019

## The Reversal of the Effects of Mifepristone by Progesterone

*Some women who take mifepristone, a progesterone receptor antagonist, in order to terminate their pregnancies, change their minds and desire to stop the medical abortion process before taking the second component, misoprostol. The purpose of this document is to summarize the medical literature regarding the use of progesterone for competitive reversal of the effects of mifepristone at the level of the progesterone receptor, and the application of this basic principle of toxicology in women who change their mind about abortion after taking mifepristone.*

### Background

#### *Mifepristone abortion background*

Medical induced abortion utilizing mifepristone and misoprostol has been available in the United States since 2000. In 2014, 31% of non-hospital induced abortions were medical induced abortions.[1] The 2016 FDA protocol for the mifepristone abortion regimen involves the administration of mifepristone 200 mg orally as a single dose, which leads to embryonic or fetal demise, followed 24-48 hours later by misoprostol 800 mcg buccally as a single dose, which stimulates myometrial contractions. The protocol is approved up to 70 days after the first day of the last menstrual period.[2] Misoprostol is part of the protocol because mifepristone alone has an incomplete abortion rate of 20-40%, defined as incomplete expulsion of the uterine contents.[3]

By blocking progesterone receptors, mifepristone leads to the separation of the decidua basalis from the trophoblast. This separation is the primary embryocidal and feticidal effect of mifepristone.[4,5,6] Additionally, mifepristone causes softening and dilatation of the cervix.[7] It also leads to myometrial contractions, increased myometrial sensitivity to prostaglandins[8,9] and the disinhibition of prostaglandin synthesis by the myometrium.[10] Progesterone has an autoregulatory effect on progesterone synthesis by the corpus luteum.

Mifepristone blockade of progesterone receptors within the corpus luteum itself decreases progesterone secretion by the corpus luteum.[11] Mifepristone blockade of progesterone receptors is a reversible competitive inhibition.[12] Some women who take mifepristone, a progesterone receptor antagonist, in order to terminate their pregnancies, change their minds and desire to stop 2 Practice Bulletin No. 6

the medical abortion process before taking the second component, misoprostol.[13]

*Evidence for Efficacy of Progesterone Reversal of Mifepristone Receptor Blockade*

There is pharmacological, animal and human data supporting the effects of mifepristone blockade of progesterone receptors in women who wish to provide an increased chance of embryo survival after ingestion of mifepristone.

1) Biological Feasibility.

It is a fundamental principle of biochemistry that competitive inhibitors (like mifepristone) that replace and block out substrates (like natural progesterone) may be thwarted if there is enough substrate around. "The inhibitor creates a

competing equilibrium to that of the substrate (S), removing a fraction of the enzyme to an inactive form. Adding more substrate will yield more of the active enzyme substrate (ES) form."[14] This basic medical principle is also the foundation of leucovorin "rescue" after treatment of cancer with methotrexate. In the case of leucovorin "rescue" leucovorin (also known as the vitamin "folinic acid") out-competes the inhibitor, which is methotrexate.[15]

Mifepristone was studied and developed as an abortifacient precisely because it antagonizes progesterone, competing for the progesterone receptor. It is well known that, in a biological system, increasing the concentration of a ligand will result in that molecule preferentially binding to the receptor compared to other molecules with similar receptor affinity.

2) Mifepristone Pharmacology

Mifepristone is a reversible, competitive antagonist of progesterone at the progesterone receptor (PR). It binds to the PR about twice as avidly as progesterone.[16] Mifepristone is an orally

active compound with a nearly 70% absorption rate, but its bioavailability is reduced to approximately 40% because of the first-pass effect.[17] It is absorbed better with food than on an empty stomach. After metabolism by the CYP3A4 enzyme, three metabolites retain biologic activity. The half-life of mifepristone is about 18-25 hours. Mifepristone and its metabolites can be measured up to 72 hours after an ingested dose.[18,19] Progesterone's half-life is approximately 25-55 hours.[20,21]

The reversibility of mifepristone blockade of glucocorticoid nuclear receptors (GR) was clearly demonstrated by National Institutes of Health (NIH) researchers investigating mifepristone reversible binding of the glucocorticoid receptor. Sternberg reviewed multiple studies showing that the blockade of mifepristone at the glucocorticoid receptor is reversible by administration of additional glucocorticoids.[22,23]

The reversibility of mifepristone binding to progesterone receptors (PR) is supported by the basic pharmacological research conducted by the manufacturer.[24] It shows the rate at which RU486 could be removed from the progesterone receptor, clearly demonstrating that mifepristone's blockade of progesterone receptors is reversible—not permanent—and that high concentrations of progesterone will reverse the binding of mifepristone at the progesterone receptor.

3) Mifepristone abortion reversibility in animal models

Investigation of progesterone reversal of mifepristone abortion in a pregnant animal model demonstrated clearly that mifepristone blockade of

Practice Bulletin No. 6 3

progesterone receptors can be overcome by the administration of additional natural progesterone.25 In that study, Yamabe separated pregnant rats into three groups. The first group received no drugs, the second group was given mifepristone, and the third group was given mifepristone followed by natural progesterone. 100% of the no-drug group delivered live offspring. Only 33.3% of the mifepristone-only group delivered live offspring. In the mifepristone and then progesterone group, 100% delivered live offspring.

Furthermore, the mifepristone group had characteristic mifepristone induced changes in the myometrium and ovaries; the group that received the mifepristone plus progesterone had no such changes. Yamabe also examined the clearance rate of mifepristone. In the rats given mifepristone alone, the level of progesterone in the blood began to decrease at 48 hours and continued to decrease at 72 hours. In contrast, where mifepristone was followed by progesterone the progesterone levels were the same at 72 hours as the control group which received no mifepristone.

4) Human data on embryo survival after mifepristone alone.

A systematic review of documented embryo survival by ultrasound after mifepristone alone was performed by analyzing published research during the time before prostaglandins were added to the mifepristone regimen. Davenport conducted a systematic review of published studies that met inclusion criteria of a documented living embryo after mifepristone ingestion without subsequent misoprostol or other prostaglandin. The analysis concluded that a documented living embryo or fetus after mifepristone alone was at most 23%.26

Grossman 2015 reviewed survival rate after mifepristone alone and claimed a survival rate after mifepristone alone at 40%.27 However, this review included studies which did not actually document embryo survival, but used instead numbers of "incomplete abortions" (i.e. retained products of conception). Inclusion of studies which did not document a living fetus results **in falsely elevating the survival rate after mifepristone alone**. Thus the Grossman study cannot be relied upon to give an estimate of actual living embryo survival, but rather **provides a rate of "mifepristone failures"**, some of which include embryo survival, and others which include simply retained products of conception.

5) Human data on embryo survival after mifepristone followed by natural progesterone

**2012 Delgado**

Delgado 201228 reported a small case series of six women who changed their minds about abortion after taking mifepristone, and sought help to enhance the chances that their embryo would survive the attempted abortion with mifepristone. Of the six women given natural progesterone, four of those women went on to complete delivery of live born infants. No malformations were observed in the children.

**2016 Garrett**

In a small case series from Australia, Garrett reported the results of three women who attempted to increase their chances of embryo survival after ingesting mifepristone by using natural progesterone. Two out of these three women who attempted reversal with progesterone delivered live, healthy neonates.29 4 Practice Bulletin No. 6

**2018 Delgado**

In a much larger 2018 retrospective chart review, Delgado reviewed the records of 754 patients who decided to attempt to reverse the medical abortion process after taking mifepristone but before taking misoprostol, by administration of natural progesterone within 72 hours of the mifepristone ingestion. Two-hundred fifty-seven births after reversal were found. An historic control rate of 25% embryo or fetal survival after mifepristone exposure, if no treatment was offered, was used as the comparator. The overall reversal rate was 48% (p<0.001). With the high dose oral protocol, the reversal rate was 68% (p<0.001); the rate with the injection protocols was 64% (p<0.001).[30]

As a historical comparator, Delgado used a 25% survival rate with mifepristone alone, which was actually higher than the maximum survival rate determined by the historical review by Davenport. Despite comparing with a higher survival rate, Delgado demonstrated a statistically significant survival over mifepristone alone.

Dr. Delgado and his co-authors also analyzed their results by gestational age at the time of reversal attempt and found that the success rate increased with increasing gestational age.

In addition, Dr. Delgado and his co-authors analyzed the interval of time between mifepristone injection and progesterone administration and found that success rates were the same as long so the progesterone was given within 72 hours of the use of mifepristone. This is consistent with what we know about mifepristone, which is that it takes several days to act and thus does not kill the embryo immediately. This finding is also consistent with the Yamabe study, which found that in the rats given mifepristone alone, the level of progesterone in the blood began to decrease at 48 hours and continued to decrease at 72 hours. In contrast, where mifepristone was followed by progesterone the progesterone levels were the same at 72 hours as the group which had not received anything.

Safety analysis revealed no increase of birth defects when compared to the general population which is consistent with other studies which have found no increase in malformation rate over the general population in infants who are born after exposure to mifepristone in utero.[31,32]

In addition, Dr. Delgado found that the preterm delivery rate was 2.7%, as compared to the 10% of preterm births in the general population.

**2019 Creinin**

A recent study by Creinin,[33] which was halted for safety considerations, found a similar survival rate after mifepristone plus progesterone as the original small case series of Delgado in 2012.

In the control arm of the study, six women were given mifepristone plus placebo. The results were compared to six women who received mifepristone plus progesterone in the regimen recommended by Delgado. One woman in each arm withdrew. Of the remaining five women in each arm, four of the five women who received progesterone (80%) had living fetuses at the 2 week follow up as documented by ultrasound prior to their surgical abortion. 1 of the 5 (20%) women who received progesterone self-referred to the ER for heavy bleeding but was found to have completely passed the fetus and thus she did not require a D&C as the bleeding had stopped after passage of tissue. No further treatment was required.

Practice Bulletin No. 6 5

In contrast, **in the placebo group which received only mifepristone**, 2 of the 5 women (40%) in the mifepristone alone group had severe hemorrhage requiring emergency D&C and one of those women also required a blood transfusion. It was **due to the severe hemorrhage in the mifepristone alone group, not the progesterone group, that the study was halted.** Of note, 2 of the 5 women (40%) in the mifepristone alone arm had ongoing pregnancies at follow up.

*Evidence for the safety of natural progesterone treatment in pregnancy.*

Natural progesterone has routinely been given to women during pregnancy for over 50 years and is in fact standard of care after in-vitro fertilization (IVF). The IVF industry has concluded that there is no increased risk from natural progesterone supplementation in early pregnancy.[34,35] Natural progesterone is commonly used to supplement hormonal deficiency in at-risk early pregnancies.[36] Reported association of artificial progesterone like compounds (progestins) with hypospadias occurring in the male infants born to women who used progestins during pregnancy do not apply to natural progesterone, which has a long and demonstrated safety record in pregnancy. There is no evidence after decades of use for luteal support in IVF that natural progesterone has ever been shown to increase the risk of birth defects.

Further reassurance is derived from the large retrospective review of Delgado which showed no increased risk of birth defects in 257 births after abortion pill reversal,[37] and in the two studies demonstrating no increase in malformation rate in live births after mifepristone without progesterone.[38,39]

In summary, using natural progesterone to counter the effects of ingested mifepristone is logical, and founded on basic principles of biochemistry, animal studies, and analysis of human experience. Given the long history of progesterone use in pregnancy, the established safety of progesterone use in early pregnancy for both the mother and her fetus in IVF pregnancies, the known ability of progesterone to counteract the abortive effects of mifepristone in animal models, and the actual evidence in humans of the efficacy and safety of abortion pill reversal, it is reasonable to offer this treatment to women who desire to give their fetus increased chances for survival after ingestion of mifepristone.

## Clinical Considerations and Recommendations

Q *Who is a candidate for Abortion Pill Reversal attempt?*

Mifepristone reversal with progesterone is indicated in a woman who has an intrauterine pregnancy, has taken mifepristone but not misoprostol and desires to halt the medical abortion process.

Q *Who is not a candidate for Abortion Pill Reversal attempt?*

Mifepristone reversal with progesterone is contraindicated in a woman with ectopic pregnancy, nonviable embryo or fetus, septic abortion, hemodynamic compromise or allergy to progesterone. Oral micronized progesterone in peanut oil is contraindicated in women with peanut allergy, unless cleared by an allergist. 6 Practice Bulletin No. 6

1 Jones RK and Jerman J. Abortion incidence and service availability in the United States, 2014. Perspect Sex Reprod Health. 2017 Mar;49(1):17-27. doi: 10.1363/psrh.12015. Epub 2017 Jan 17. Full text: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5487028/

2 Medication Guide, Mifeprix. www.fda.gov/downloads/drugs/drugsafety ucm088643.pdf (accessed November 19, 2016).

3 Creinin, M, Gemzell Danielsson, K. Chapter 9, Medical abortion in early pregnancy, in Management of Unintended and Abnormal Pregnancy: Comprehensive Abortion Care. Published Online: 22 May 2009 DOI:10.1002/9781444313031.ch9

4 Ibid.

5 Johannisson E, Oberholzer M, Swahn ML, Bygdeman M. Vascular changes in the human endometrium following the administration of the progesterone antagonist RU 486. Contraception. 1989 Jan;39(1):103-17. DOI:10.1016/0010-7824(89)90019-x

https://www.ncbi.nlm.nih.gov/pubmed/?term=Vascular+changes+in+the+human+endometrium+following+the+administration+of+the+progesterone+antagonist+RU+486.

## Summary of Recommendations and Conclusion

*The following recommendations are based on good and consistent scientific evidence (Level A):*
Some women change their minds after starting the mifepristone abortion process and wish to reverse the effects of mifepristone to stop the medical abortion. The current research suggests that using progesterone to counter the effects of mifepristone and stop the abortion process is both safe and effective. Since there is no alternative treatment for women who change their minds, it is reasonable to offer this life-saving and life-changing treatment to women who desire to increase the chances of pregnancy survival.

Utilizing the data from the 2018 Delgado study, two protocols can be recommended for women who change their minds after taking mifepristone and want to halt the medical abortion process.(11)

1. High Dose Oral Protocol

Progesterone micronized 200 mg capsule two by mouth as soon as possible and continued at a dose of 200 mg capsule two by mouth twice a day for three days, followed by 200 mg capsule two by mouth at bedtime until the end of the first trimester.(11) Oral progesterone should be taken with food to improve absorption.

2. Intramuscular Protocol

Progesterone 200 mg intramuscular as soon as possible and continued at a dose of 200 mg intramuscular once a day on days two and three, then every other day for a total of seven injections. Some clinicians may choose to continue intramuscular treatment longer since this recommendation is based on relatively small numbers.(11)

A sonogram should be obtained as soon as possible to confirm intrauterine location, viability and gestational age. If ultrasonography is not immediately available, treatment should not be delayed unless there is suspicion of an ectopic pregnancy, septic abortion or other complication that requires immediate gynecologic attention in a hospital or similar setting.

## References

The MEDLINE database, bibliographies of relevant guidelines, and AAPLOG's internal sources were used to compile this document with citations from 1985 to the publication date. Preference was given to work in English, to original research, and to systematic reviews. When high-quality evidence was unavailable, opinions from members of AAPLOG were sought. Practice Bulletin No. 6 7

6 Schindler AM, Zanon P, Obradovic D, Wyss R, Graff P, Hermann WL. Early ultrastructural changes in RU-486-exposed decidua. Gynecol Obstet Invest. 1985;20(2):62-7. DOI:10.1159/000298974
https://www.ncbi.nlm.nih.gov/pubmed/?term=Gynecol+Obstet+Invest+1985%3B+20%3A+62%E2%80%9367.

7 Op. cit. Endnote 3 Creinin et al.

8 Ibid.

9 Swahn ML, Bygdeman M. The effect of the antiprogestin RU 486 on uterine contractility and sensitivity to prostaglandin and oxytocin. Br J Obstet Gynaecol. 1988 Feb;95(2):126-34. DOI:10.1111/j.1471-0528.1988.tb06840.x
https://www.ncbi.nlm.nih.gov/pubmed/?term=Br+J+Obstet+Gynaecol+1988%3B+95%3A+126%E2%80%93134.

10 Herrmann WL, Schindler AM, Wyss R, Bishof P. Effects of the antiprogesterone RU 486 in early pregnancy and during the menstrual cycle. In: Beaulieu EE, Siegel S, eds. The Antiprogestin Steroid RU 486 and Human Fertility Control. Plenum, New York,1985: 259–262. DOI https://doi.org/10.1007/978-1-4684-1242-0_15
https://link.springer.com/chapter/10.1007/978-1-4684-1242-0_15

11 Ottander U, et al. A Putative Stimulatory Role of Progesterone Acting via Progesterone Receptors in the Steroidogenic Cells of the Human Corpus Luteum. Biology of Reproduction March 1, 2000 vol. 62 no.3 655-663. Full text: https://academic.oup.com/biolreprod/article/62/3/655/2734786

12 Baulieu EE, Segal SJ. The Antiprogestin Steroid RU486 and Human Fertility Control. Proceedings of a Conference on the Antiprogestational Compound RU486. Oct 23-25. Bellagio, Italy. Published in the series Reproductive Biology 1984 Sheldon Segal Series Editor 1985 Plenum Press. At page 91 Figure 3.

13 Delgado G, Davenport M. Progesterone Use to Reverse the Effects of Mifepristone. Ann Pharmacother. 2012 Dec;46(12):e36. doi: 10.1345/aph.1R252. Epub 2012 Nov 27. DOI: 10.1345/aph.1R252.
https://www.ncbi.nlm.nih.gov/pubmed/23191936

14 Pelley, John W. in Elsevier Integrated Review Biochemistry (Second Edition), 2012 p 33-34

15 Drug Info: Folinic Acid, Chemocare.Com, available at: http://chemocare.com/chemotherapy/drug-info/folinic-acid.aspx.

16 Heikinheimo O, Kekkonen R, Lahteenmaki P. The pharmacokinetics of mifepristone in humans reveal insights into differential mechanisms of antiprogestins action. Contraception. 2003 Dec;68(6):421-6. DOI:10.1016/s0010-7824(03)00077-5 https://www.contraceptionjournal.org/article/S0010-7824(03)00077-5/pdf

17 Sarkar NN. Mifepristone: bioavailability, pharmacokinetics and use-effectiveness. Eur J Obstet Gynecol Reprod Biol. 2002 Mar 10;101(2):113-20. DOI:10.1016/s0301-2115(01)00522-x https://www.ejog.org/article/S0301-2115(01)00522-X/fulltext

18 Op. cit. Endnote 16 Heikinheimo et al.

19 Yamabe S, et al. The effect of RU486 and progesterone on luteal function during pregnancy. Nihon Naibunpi Gakkai Zasshi. 1989 May 20;65(5):497-511. DOI:10.1507/endocrine1927.65.5_497
https://www.ncbi.nlm.nih.gov/pubmed/2776921

20 Drug Bank Progesterone. http://www.drugbank.ca/drugs/DB00396 (accessed 2011 Oct 8)

21 Webster JI, Sternberg EM "Review: Role of the hypothalamic-pituitary-adrenal axis, glucocorticoids and glucocorticoid receptors in toxic sequenlae of exposure to bacterial and viral products" J Endocrinol. 2004 May;181(2):207-21. Full text: https://joe.bioscientifica.com/view/journals/joe/181/2/207.xml

22 Department of Health and Human Services (HHS), Centers for Disease Control and Prevention (CDC), Food and Drug Administration (FDA), and National Institutes of Health (NIH), Emerging Clostridial Disease Workshop, May 11, 2006 (revised June 22, 2006), at page 23.

23 Op. cit. Endnote 12 Balieu et al.

24 Op. cit. Endnote 19 Yamabe et al.

25 Davenport M, Delgado G, Khauv V. Embryo survival after mifepristone: review of the literature. Issues Law Med. 2017 Spring;32(1):3-18. PMID:29108160
https://www.ncbi.nlm.nih.gov/pubmed/?term=Embryo+survival+after+mifepristone%3A+review+of+the+literature.+Issues+in+Law+and+Medicine+2017%2C+32+(1)%3A3-18.

26 Op. cit. Endnote 13 Delgado et al.

27 Garratt D, Turner J.V. Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone. Eur J Contracept Reprod Health Care. 2017 Dec;22(6):472-475. DOI:10.1080/13625187.2017.1412424. Epub 2017 Dec 20.
https://www.tandfonline.com/doi/full/10.1080/13625187.2017.1412424

28 Delgado G, et al. A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone. Issues Law Med. Spring 2018;33(1):21-31. PMID:30831017
https://www.ncbi.nlm.nih.gov/pubmed/?term=Issues+in+Law+and+Medicine+(2018)+33(1)%3A+21-+31. 8
Practice Bulletin No. 6

31 Bernard N, et al. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study. BJOG. 2013 Apr;120(5):568-74. doi: 10.1111/1471-0528.12147. Epub 2013 Jan 24. Full text: https://obgyn.onlinelibrary.wiley.com/doi/full/10.1111/1471-0528.12147

32 Sitruk-Ware A, Davey A. Fetal malformation and failed medical termination of pregnancy. Lancet. 1998 Jul 25;352(9124):323. DOI:10.1016/S0140-6736(05)60300-5 Full text: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(05)60300-5/fulltext

33 Creinin MD, Hou MY, Dalton L, Steward R, Chen M. Mifepristone antagonism with progesterone to prevent medical abortion: a randomized controlled trial. Obstet Gynecol epub Dec 5 2019 available at: https://journals.lww.com/greenjournal/Abstract/publishahead/Mifepristone_Antagonization_With_Progesterone_to.97525.aspx

34 Progesterone: Risks and Benefits, Society for Assisted Reproductive Technology, available at: https://www.sart.org/patients/a-patients-guide-to-assisted-reproductive-technology/stimulation/progesterone/ .

35 American Society for Rep. Medicine. Practice Committee Opinion: Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility: an educational bulletin. Fert. Steril. (2008). 89 (4). Full text: https://www.fertstert.org/article/S0015-0282(08)03459-6/pdf

36 Progesterone: Risks and Benefits, Society for Assisted Reproductive Technology, available at: https://www.sart.org/patients/a-patients-guide-to-assisted-reproductive-technology/stimulation/progesterone/ .

37 Op. cit. Endnote 30 Delgado et al.

38 Op. cit. Endnote 31 Bernard et al.

39 Op. cit. Endnote 32 Sitruk-Ware et al.

• AGO – Connolly 128

Exhibit 66
85 of 60

# ProLife OB|GYNS
## AAPLOG American Association of Pro-life Obstetricians & Gynecologists

## 2019 AAPLOG Position Statement on Abortion Pill Reversal

Some women change their mind about abortion after taking the first drug of the abortion regimen. For those women, Abortion Pill Rescue offers a medically sound choice to attempt to reverse the effects of Mifepristone, and to save their baby. The American Association of Pro-Life Obstetricians and Gynecologists strongly supports efforts to require all women presenting for abortion to be given information about abortion pill reversal as part of informed consent prior to abortion.

**Biological Background on the Chemical Abortion Regimen and Abortion Pill Reversal**

The chemical abortion regimen consists of two drugs: Mifeprex (a.k.a. mifepristone or RU-486) and Cytotec (misoprostol). Mifeprex is the first drug developed in a class of drugs called "selective progesterone receptor blockers". This class also includes Ella (ulipristal) and onaprostone among others. Mifeprex is the first drug approved by the FDA for inducing abortion. However, Mifeprex by itself is only effective at accomplishing embryo demise about 75% of the time[1].

So, roughly one out of four women who take Mifeprex alone will have an unborn child in utero who continues to live. So, in order to increase the number of women who complete the abortion, a second drug, Cytotec (misoprostol), is administered to the woman. Cytotec is of the class of drugs known as prostaglandins.

Other prostaglandins can also be used for this purpose (e.g. gemeprost) Prostaglandins cause the uterus to contract, forcing the expulsion of the unborn child and placenta.

How often a chemical abortion fails to kill the unborn child and cause complete expulsion of the pregnancy, and what side effects and complications a woman may experience during and after chemical abortion depends on four things: 1) the gestational age of the woman, 2) the dose of Mifeprex, 3) the dose of Cytotec given, and 4) the way in which the woman takes the Cytotec (by swallowing, by placing it in her vagina, or by placing it in her cheek and letting it dissolve.) The deaths from overwhelming infection after using chemical abortion have been after the use of Cytotec in the vagina, or by dissolving it in her cheek.[2] The most accurate study to date, of 42,000 women who underwent surgical or chemical abortion demonstrated a four times higher rate of serious complications from chemical abortion as compared to surgical abortion.[3] The further along in pregnancy a woman is when she attempts a chemical abortion, the higher the complication rate, as well

[1] Davenport M, Delgado G, Harrison M,Khauv V. Embryo Survival after Mifepristone: A Systematic Review of the Literature.
Issues in Law & Medicine, Volume 32, Number 1, 2017. Available at https://issuesinlawandmedicine.com/product/davenport-embryo-survival-after-mifepristone-a-systematic-review-of-theliterature/.
[2] Mifepristone U.S. Post-marketing Adverse Events Summary through 04/30/2011, available at: https://www.minnpost.com/sites/default/files/attachments/Mifeprex_April2011_AEs.pdf (Last visited 2019 Feb 19.)
[3] Niinimaki M, Pouta A, Bloigu A, Gissler M, Hemminki E, Suhonen S, Heikinheimo O. Immediate Complications after Medical

compared with Surgical Termination of Pregnancy, OBSTET. GYNECOL. 114:795-804 (Oct. 2009), illustrated by a study looking at the complication rate from chemical abortion for different gestational ages.[4]

The way in which Mifeprex works to kill the unborn child is by blocking a natural pregnancy hormone called progesterone. Progesterone is produced by the mother's body to allow her womb to grow the placenta- the organ needed to provide nourishment to the baby. Mifeprex blocks the action of progesterone on a woman's womb. When Mifeprex blocks progesterone, the placenta deteriorates and can no longer provide nourishment to the baby.

However, during the development of Mifeprex, it was clearly demonstrated that Mifeprex is a REVERSIBLE blocker of progesterone. [5] That means that if one blocks progesterone with Mifeprex, the Mifeprex the blockade can be overcome by administering more natural progesterone, which kicks the Mifeprex off of the progesterone receptor and nullifies the effects of Mifeprex blockade. This fact was clearly demonstrated in **Animal experiments.**

The development of mifepristone as an abortifacient was based on its mechanism as a reversible progesterone receptor antagonist; using progesterone to counteract the effect of mifepristone is the logical extension of simple principles of toxicology and poison control. This is the same scientific principle which is behind the use of an antitoxin for poisoning. If a poison acts by blocking a certain

biological receptor, and if the administration of another medication will remove the poison from the receptor, then it is clear that the antidote for the poisoning is to administer the drug which will remove the poison from the receptor. In the case of Mifeprex, (the poison), the specific antidote is the natural hormone progesterone, which removes Mifeprex from the cellular progesterone receptor.

By giving a woman progesterone, the Mifeprex abortion can be stopped and the chances of the baby surviving increase from 25% (the survival rate without natural progesterone) to 68% (the average survival rate after giving natural progesterone). This is a significantly increased chance of the baby surviving the attempted chemical abortion after Mifeprex. For women who change their mind after starting a chemical abortion, the administration of progesterone can give her a real hope of saving her unborn child.

The natural hormone progesterone has been used for over 40 years in the IVF industry, to help women carry pregnancies after the embryo is transferred into her womb. There is a very long and solid history of safety of the use of natural progesterone in pregnancy. [6] Natural progesterone use in pregnancy for the last 50 years has not been associated with any increased risk of any birth defects. Mifepristone alone has also not, to date, been demonstrated to have any increased risk of birth defects. Thus, to date there does not appear to be any risk of birth defects to the unborn child from abortion pill reversal. And, abortion pill reversal offers another reproductive choice for women facing the abortion decision.

[4] Mentula, Maarit, Niinimaki M, Suhonen S., Hemminki E, Gissler M, and Heinkinheimo 0. "Immmediate adverse events

after second trimester medical termination of pregnancy: results of a nationwide registry study". Human Reproduction

(0)(0) p 1-6 2011.

[5] Davenport M, Delgado G, Harrison M,Khauv V. Embryo Survival after Mifepristone: A Systematic Review of the Literature.

Issues in Law & Medicine, Volume 32, Number 1, 2017. Available at https://issuesinlawandmedicine.com/product/davenport-embryo-survival-after-mifepristone-a-systematic-review-of-theliterature/.

[6] American Society of Reproductive Medicine Practice Committee. Progesterone supplementation during the luteal phase

and in early pregnancy in the treatment of infertility: an educational bulletin. Fertil Steril 2008;89:789–92. Available at:
https://www.fertstert.org/article/S0015-0282(08)00253-7/pdf (last visited 2019 Feb 19). See p 791 at Risks:
*"The weight of available evidence suggests that progesterone supplementation in early pregnancy poses no significant risk*
*to mother and fetus" and "Controlled studies have shown no increased incidence in congenital anomalies, including genital*
*abnormalities in male and female infants, resulting from maternal exposure to P (progesterone) during early pregnancy."*

**Abortion Pill Reversal Case Series**

A new case series[7], authored by AAPLOG members George DelgadoM.D. and Mary Davenport M.D., demonstrates that Mifeprex abortions can be reversed by administration of natural progesterone. The study, looked at 261 successful mifepristone reversals and demonstrated that the reversal success rates were 68% with the high-dose oral progesterone protocol and 64% with the injected progesterone protocol; both were significantly better rates than the 25% survival rate if no treatment is offered. These
survival rates are statistically significant ($p<0.001$). There was no increased risk of birth defects or preterm births when compared to the normal population.

The American Association of Pro-Life Obstetricians and Gynecologists strongly supports laws which require women to be informed of the option of Abortion Pill Rescue as part of a woman's right to informed consent prior to abortion.

**Life. It's why we are here.**

AAPLOG | PO BOX 395 Eau Claire, MI 49111-0395 | www.AAPLOG.org

[7] Delgado G, Condly S, Davenport M, Tinnakornsrisuphap T, Mack J, Khauv V, Zhou P. A Case Series Detailing the Successful
Reversal of the Effects of Mifepristone Using Progesterone Issues in Law & Medicine, Volume 33, Number 1, 2018 available
at http://issuesinlawandmedicine.com/wp-content/uploads/2018/04/Effects-of-Mifepristone-Article-6.pdf



*April 4, 2018*

## New Abortion Pill Reversal Study Shows a 68% Success Rate
## Authors Include Catholic Medical Association Members

*Progesterone Protocol Offers Second Chance for Women Who Change Their Minds*
*After Beginning the Medical Abortion Procedure*

PHILADELPHIA, PA – APRIL 4, 2018 – A new medical study looking at the use of progesterone to reverse mifepristone (RU-486) medical abortions is being published in the peer-reviewed medical journal, *Issues in Law and Medicine*. Women who change their minds after taking mifepristone, the first drug in the medical abortion process, now have a safe and effective way to reverse their medical abortions.

Progesterone is the hormone essential to the maintenance of a normal, healthy pregnancy. Mifepristone acts as a progesterone receptor blocker. In the United States, 30 to 40% of all abortions are medical abortions.

The study, examined 261 successful mifepristone reversals, that showed the success rates were 68% with the high-dose oral progesterone protocol and 64% with the injected progesterone protocol; both were significantly better rates than the 25% survival rate if no treatment is offered. There was no increased risk of birth defects or preterm births.

Progesterone has been used safely in pregnancy for over 40 years. The authors included Catholic Medical Association (CMA) members George Delgado, M.D. and Mary Davenport, M.D., who have been studying reversing the effects of mifepristone since 2009.

"Women who change their minds after starting a medical abortion now have a second chance at choice," using progesterone to reverse the effects of mifepristone is effective and does not increase the risks of birth defects," said Dr. Delgado.

One patient wrote of the reversal, "It changed my entire world by helping me that night. This is the best feeling in the world and nothing else matters. Thank you."

Dr. Delgado is the medical director of Culture of Life Family Services in San Diego, CA. Dr. Davenport is the Medical Director of Magnificat Maternal Health; she is based in El Sobrante, CA.

For more information on the study follow the link: http://issuesinlawandmedicine.com/Delgado-Article

Women who decide to attempt a reversal of a medical abortion process please visit www.abortionpillreversal.com.

*The Catholic Medical Association is a national, physician-led community of over 2,400 healthcare professionals consisting of 103 local guilds. CMA's mission is to inform, organize, and inspire its members, in steadfast fidelity to the teachings of the Catholic Church, to uphold the principles of the Catholic faith in the science and practice of medicine.*

*Susanne LaFrankie, MA*
*Director of Communications*
Catholic Medical Association
Bala Cynwyd, PA 19004
C: 609-868-2005
W: 484-270-8002 x. 16

# EXHIBIT 13

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 135 of 664
Page ID #:1162

Form **990**

OMB No. 1545-0047

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ **Go to** www.irs.gov/Form990 for instructions and the latest information.

**2022**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2022 calendar year, or tax year beginning 01-01-2022 , and ending 12-31-2022

| **B** Check if applicable: | **C** Name of organization National Institute of Family and Life Advocates | **D** Employer identification number |
|---|---|---|
| ☐ Address change | | 54-1673492 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite 10333 Southpoint Landing BLVD | **E** Telephone number (540) 372-3930 |
| ☐ Amended return | | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code Fredericksburg, VA   22407 | **G** Gross receipts $ 1,251,805 |

| **F** Name and address of principal officer: Thomas Glessner 10333 Southpoint Landing BLVD Fredericksburg, VA   22407 | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list. See instructions. |

**I** Tax-exempt status: ☒ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J Website:** ▶ nifla.org

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶

**L** Year of formation: 1993 | **M** State of legal domicile: VA

### Part I    Summary

**1** Briefly describe the organization's mission or most significant activities:
See Attached Statement

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . | | **3** | 7 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . | | **4** | 7 |
| **5** Total number of individuals employed in calendar year 2022 (Part V, line 2a) . . . . . . | | **5** | 10 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . . | | **6** | 0 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . . . | | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . . . . | | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| | **8** Contributions and grants (Part VIII, line 1h) . . . . . . . . | 658,918 | 723,532 |
| | **9** Program service revenue (Part VIII, line 2g) . . . . . . . . | 422,681 | 528,273 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . | 0 | 0 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 631 | 0 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,082,230 | 1,251,805 |
| | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 581,072 | 693,089 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶63,123 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 555,838 | 645,131 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,136,910 | 1,338,220 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . . | -54,680 | -86,415 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| | **20** Total assets (Part X, line 16) . . . . . . . . . . . | 264,377 | 189,478 |
| | **21** Total liabilities (Part X, line 26) . . . . . . . . . . . | 35,351 | 52,994 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . . | 229,026 | 136,484 |

### Part II    Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ****** Signature of officer | 2023-05-11 Date |
|---|---|---|
| | Thomas Glessner  President Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN P01279326 |
|---|---|---|---|---|---|
| | Firm's name ▶ MORROW PC | | | Firm's EIN ▶ 20-4621255 | |
| | Firm's address ▶ 8665 SUDLEY RD 230 MANASSAS, VA  20110 | | | Phone no. (571) 331-0348 | |

AGO - Connolly - 135
Exhibit - 13

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. | Cat. No. 11282Y | Form **990** (2022)

**Part III** Statement of Program Service Accomplishments

Case 1:24-cv-03163-VMA Document 30-1     Filed 11/04/24     Page 136 of 664
Page ID #: 1163

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

0

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code:                ) (Expenses $          1,148,064    including grants of $                    0 ) (Revenue $             1,251,805 )

See Additional Data

**4b** (Code:                ) (Expenses $                    including grants of $                      ) (Revenue $                        )

**4c** (Code:                ) (Expenses $                    including grants of $                      ) (Revenue $                        )

• AGO – Connolly – 136

Exhibit - 13

**4d** Other program services (Describe in Schedule O.)

(Expenses $                    including grants of $                    ) (Revenue $

**4e** **Total program service expenses ▶**          1,148,064

**Part IV** Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly –
Exhibit 15

**Part IV** | **Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . . . | **38** | Yes | |

**Part V** | **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . □

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | • **1a** | <span style="color:red">AGO – Connolly</span> 14 138 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| | | <span style="color:red">Exhibit - 13</span> | | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . | | **1c** | | |

Case 24-03406-ELM-11 Claim 3-1 Filed 11/04/24 Page 139 of 664

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . **2a** | 10 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | |
| **a** | Gross income from members or shareholders . . . . . . . . **11a** | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | **15** | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | **16** | | |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | **17** | | |

Case 2:24-mc-08468-HD-VMR Document 20-1 Filed 11/04/24 Page 140 of 664

| Part VI | Governance, Management, and Disclosure. *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* | | | |
|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 7 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 7 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . | **2** | | Yes | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . | **6** | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . | **7b** | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . | **8a** | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . | **8b** | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O . . . . . . . | **9** | | | No |

## Section B. Policies (This Section B requests information about policies not required by the Internal Revenue Code.)

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? If "No," go to line 13 . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe on Schedule O how this was done . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶
                                                    VA

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website    ☐ Another's website    ☑ Upon request    ☐ Other (explain in Schedule O)    <span style="color:red">AGO – Connolly – 140</span>

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.        <span style="color:red">Exhibit - 13</span>

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶Thomas Glessner   10333 Southpoint Landing BLVD   Fredericksburg, VA 22407 (540) 372-3930

Case 2:24-cv-00408-LS-MAR Document 1 Filed 11/04/24 Page 141 of 664

Page ID #:1168

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Thomas Glessner<br>President | 40.00 | X | | X | | | | 167,788 | 0 | 0 |
| (2) Stan Huie<br>Chair | 1.00 | X | | | | | | 0 | 0 | 0 |
| (3) Byron Calhoun MD<br>Vice Chair | 1.00 | X | | | | | | 0 | 0 | 0 |
| (4) Laura Glessner MSPA<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (5) Ardyth Hallock<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (6) Lynne Marie Kohm JD<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (7) James Dundas MDiv<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (8) Karen Poehailos MD<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | • | AGO – Connolly – 141 | |
| | | | | | | | | | Exhibit - 13 | |

Case 2:24-cv-00465-HCN-DBP Document 30-1 Filed 04/24/24 PageID #:1169 Page 142 of 664

Part VII    Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 167,788 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 1

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . .   **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . .   **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . .   **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 142 | |
| | Exhibit  - 13 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

**Part VIII**   Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . | **1b** | 368,151 | | | |
| | **c** Fundraising events . . | **1c** | | | | |
| | **d** Related organizations . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 355,381 | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | 723,532 | | | |
| **Program Service Revenue** | | **Business Code** | | | | |
| | **2a** Training | 611430 | 485,229 | | 0 | 0 |
| | **b** Materials | 611430 | 43,044 | | 0 | 0 |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 528,273 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties . . . . . . . . . . . . . ▶ | | | | | |
| | | | **(i) Real** | **(ii) Personal** | | |
| | **6a** Gross rents | **6a** | | | | |
| | **b** Less: rental expenses | **6b** | | | | |
| | **c** Rental income or (loss) | **6c** | | | | |
| | **d** Net rental income or (loss) . . . . . . . . . ▶ | | | | | |
| | | | **(i) Securities** | **(ii) Other** | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | |
| | **c** Gain or (loss) | **7c** | | | | |
| | **d** Net gain or (loss) . . . . . . . . . ▶ | | | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . | **8a** | | | | |
| | **b** Less: direct expenses . . . | **8b** | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | |
| | **Miscellaneous Revenue** | **Business Code** | | | | |
| | **11a** | | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue . . . . . | | | | | |
| | **e Total.** Add lines 11a–11d . . . . . . ▶ | | | | | |
| | **12 Total revenue.** See instructions . . . . ▶ | | 1,251,805 | 528,273 | | |

<span style="color:red">•    AGO – Connolly – 143</span>

<span style="color:red">Exhibit - 13</span>

Case 1:24-cv-00460-LLA-R    Document 30-1    Filed 11/04/24    Page 144 of 664
Page ID #:1171

| Part IX | Statement of Functional Expenses | | | |
|---|---|---|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . □

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 167,788 | 167,788 | 0 | 0 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . . | | | | |
| **7** Other salaries and wages . . . . . . . . . | 456,968 | 303,214 | 117,795 | 35,959 |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | | | | |
| **9** Other employee benefits . . . . . . . . . | 20,061 | 20,061 | 0 | 0 |
| **10** Payroll taxes . . . . . . . . . . . | 48,272 | 36,624 | 8,924 | 2,724 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . | 40,982 | 40,982 | 0 | 0 |
| **b** Legal . . . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . . . | 17,009 | 17,009 | 0 | 0 |
| **d** Lobbying . . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 136,805 | 136,805 | 0 | 0 |
| **12** Advertising and promotion . . . . . | 3,473 | 3,473 | 0 | 0 |
| **13** Office expenses . . . . . . . . . | 19,760 | 19,760 | 0 | 0 |
| **14** Information technology . . . . . . . | 13,041 | 13,041 | 0 | 0 |
| **15** Royalties . . . . . | | | | |
| **16** Occupancy . . . . . . . . . | 64,081 | 64,081 | 0 | 0 |
| **17** Travel . . . . . . . . . . . | 27,745 | 27,745 | 0 | 0 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | | | | |
| **19** Conferences, conventions, and meetings . . . . . | 180,402 | 180,402 | 0 | 0 |
| **20** Interest . . . . . . . . . . | 2,796 | 2,796 | 0 | 0 |
| **21** Payments to affiliates . . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | 3,315 | 3,315 | 0 | 0 |
| **23** Insurance . . . . | 2,724 | 2,724 | 0 | 0 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Bank and Merchant Fees | 19,966 | 19,652 | 314 | |
| **b** Dues and Memberships | 7,556 | 7,556 | 0 | 0 |
| **c** Direct Mail | 24,381 | 0 | 0 | 24,381 |
| **d** Postage and Delivery | 14,435 | 14,435 | 0 | 0 |
| **e** All other expenses | 66,660 | 66,601 | | 59 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 1,338,220 | 1,148,064 | 127,033 | 63,123 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ □ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 144

Exhibit - 13

Case 24-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 145 of 664
Page ID #:1172

**Part X** | Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . □

|  |  |  | (A)<br>Beginning of year |  | (B)<br>End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . | 240,457 | **1** | 161,109 |
| | 2 | Savings and temporary cash investments . . . . . . . | | **2** | |
| | 3 | Pledges and grants receivable, net . . . . . . | | **3** | |
| | 4 | Accounts receivable, net . . . . . . . . . | | **4** | 8,631 |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | |
| | 7 | Notes and loans receivable, net . . . . . . . . | | **7** | |
| | 8 | Inventories for sale or use . . . . . . . . | | **8** | |
| | 9 | Prepaid expenses and deferred charges . . . . . . | 17,446 | **9** | 2,670 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 16,371 | | | |
| | b | Less: accumulated depreciation **10b** 2,503 | 2,439 | **10c** | 13,868 |
| | 11 | Investments—publicly traded securities . | | **11** | |
| | 12 | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | |
| | 13 | Investments—program-related. See Part IV, line 11 . . . | | **13** | |
| | 14 | Intangible assets . . . . . . . . . | | **14** | |
| | 15 | Other assets. See Part IV, line 11 . . . . . . . | 4,035 | **15** | 3,200 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 264,377 | **16** | 189,478 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | 35,351 | **17** | 46,538 |
| | 18 | Grants payable . . . | | **18** | |
| | 19 | Deferred revenue . . . . . . . . | | **19** | 950 |
| | 20 | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | **25** | 5,506 |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | 35,351 | **26** | 52,994 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions . . . . . . . | 229,026 | **27** | 136,484 |
| | 28 | Net assets with donor restrictions . . . . . . . | | **28** | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ □ and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . | | **29** | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund | | **30** | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | **31** | |
| | 32 | Total net assets or fund balances . . . . . . . | 229,026 | **32** | 136,484 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . . | 264,377 | **33** | 189,478 |

AGO – Connolly – 145

Exhibit - 13

Part XI  Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . . . □

| | | | |
|---|---|---|---|
| **1** | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . | **1** | 1,251,805 |
| **2** | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . | **2** | 1,338,220 |
| **3** | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . | **3** | -86,415 |
| **4** | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 229,026 |
| **5** | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . | **5** | |
| **6** | Donated services and use of facilities . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Investment expenses . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . | **8** | -8,257 |
| **9** | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . | **9** | 2,130 |
| **10** | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 136,484 |

Part XII  **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . ☑

| | | Yes | No |
|---|---|---|---|
| **1** Accounting method used to prepare the Form 990:  □ Cash  ☑ Accrual  □ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| **2a** Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br><br> ☑ Separate basis  □ Consolidated basis  □ Both consolidated and separate basis | | | |
| **b** Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br><br> □ Separate basis  □ Consolidated basis  □ Both consolidated and separate basis | | | |
| **c** If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | |
| If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| **3a** As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

AGO – Connolly – 146

Exhibit – 13

Form **990** (2022)

**Additional Data**

**Software ID:** 22013534

**Software Version:**

**EIN:** 54-1673492

**Name:** National Institute of Family and Life Advocates

AGO – Connolly – 147

Exhibit - 13

Form 990 (2022)

**Form 990, Part III, Line 4a:**

See Attached Statement

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493201010023
Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 148 of 664
Page ID #:1545

| **SCHEDULE A** (Form 990) | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2022** |
| Department of the Treasury Internal Revenue Service | ▶ **Attach to Form 990 or Form 990-EZ.** ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| **Name of the organization** National Institute of Family and Life Advocates | **Employer identification number** 54-1673492 |
|---|---|

### Part I Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10 ☐ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . _____

g Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | ~~AGO - Connolly - 148~~ | |
| | | | | | | |
| **Total** | | | | | ~~Exhibit - 13~~ | 0 |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ. | Cat. No. 11285F | **Schedule A (Form 990) 2022**

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | 698,272 | 820,842 | 726,373 | 658,918 | 723,532 | 3,627,937 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | 0 |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | 0 |
| **4** **Total.** Add lines 1 through 3 | 698,272 | 820,842 | 726,373 | 658,918 | 723,532 | 3,627,937 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | 0 |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | 3,627,937 |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | 698,272 | 820,842 | 726,373 | 658,918 | 723,532 | 3,627,937 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | 0 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | 0 |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | 0 |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 3,627,937 |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . . | | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2022 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | 100.000 % |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . | **15** | 100.000 % |

**16a** **33 1/3% support test—2022.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☑

**b** **33 1/3% support test—2021.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2022.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** **Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** 2022 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 0 |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** 2022 | **(f)** Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.). . | | | | | | |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2022 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 0 % |
| **16** Public support percentage from 2021 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2022** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 0 % |
| **18** Investment income percentage from **2021** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | |

**19a** **33 1/3% support tests—2022.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . ▶ ☐

**b** **33 1/3% support tests—2021.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . . ▶ ☐

AGO – Connolly – 150

Exhibit - 13

Schedule A (Form 990) 2022

**Part IV** Supporting Organizations *(continued)*
(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in Part VI how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in Part VI when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in Part VI what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in Part VI.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990).* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in Part VI.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in Part VI.* **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in Part VI.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** | | |

AGO_Comerford_151
Exhibit_13

**Part IV** Case 24 gor24cg Organizations (continued)    Document 30-1    Filed 11/04/24    Page 152 of 664
Page ID #:1179

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? **11a** | | |
| **b** | A family member of a person described on 11a above? **11b** | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in **Part VI**.* **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s).* **2** | | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in **Part VI** the role the organization's supported organizations played in this regard.* **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1** Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

**a** ☐ The organization satisfied the Activities Test. Complete **line 2** below.

**b** ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below.

**c** ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

**2** Activities Test. **Answer lines 2a and 2b below.**

| | | Yes | No |
|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in **Part VI identify those supported organizations and explain** how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* **2a** | | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* **2b** | | |

**3** Parent of Supported Organizations. **Answer lines 3a and 3b below.**

**a** Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of **3a** the supported organizations?*If "Yes" or "No", provide details in **Part VI**.*

**b** Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its **3b** supported organizations? *If "Yes," describe in **Part VI**. the role played by the organization in this regard.*

AGO – Connolly – 152

Exhibit  - 13

Case 1:24-cv-08468-HJV-MAR Document 509(a)(3) Supporting Organizations 1/04/24    Page 153 of 664
Page ID #:1180

**Part V**   Type III Non-functionally Integrated 509(a)(3) Supporting Organizations

**1**   ☐   Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|:-:|---|---|
| **1** Net short-term capital gain | **1** | | |
| **2** Recoveries of prior-year distributions | **2** | | |
| **3** Other gross income (see instructions) | **3** | | |
| **4** Add lines 1 through 3 | **4** | | |
| **5** Depreciation and depletion | **5** | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** Other expenses (see instructions) | **7** | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|:-:|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
|   **a** Average monthly value of securities | **1a** | | |
|   **b** Average monthly cash balances | **1b** | | |
|   **c** Fair market value of other non-exempt-use assets | **1c** | | |
|   **d** **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
|   **e** **Discount** claimed for blockage or other factors *(explain in detail in Part VI)*: | | | |
| **2** Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** Subtract line 2 from line 1d | **3** | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** Multiply line 5 by 0.035 | **6** | | |
| **7** Recoveries of prior-year distributions | **7** | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| Section C - Distributable Amount | | | Current Year |
|---|:-:|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | | |
| **2** Enter 85% of line 1 | **2** | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | | |
| **4** Enter greater of line 2 or line 3 | **4** | | |
| **5** Income tax imposed in prior year | **5.** | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | | |

<span style="color:red">AGO – Connolly – 153</span>

<span style="color:red">Exhibit - 13</span>

**7**   ☐   Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Part V**　Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| Section D - Distributions | | | | | Current Year |
|---|---|---|---|---|---|
| **1** | Amounts paid to supported organizations to accomplish exempt purposes | | | **1** | |
| **2** | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | **2** | |
| **3** | Administrative expenses paid to accomplish exempt purposes of supported organizations | | | **3** | |
| **4** | Amounts paid to acquire exempt-use assets | | | **4** | |
| **5** | Qualified set-aside amounts (*prior IRS approval required - provide details in* ***Part VI***) | | | **5** | |
| **6** | Other distributions (*describe in* ***Part VI***). See instructions | | | **6** | |
| **7** | **Total annual distributions.** Add lines 1 through 6. | | | **7** | |
| **8** | Distributions to attentive supported organizations to which the organization is responsive (*provide details in* ***Part VI***). See instructions | | | **8** | |
| **9** | Distributable amount for 2022 from Section C, line 6 | | | **9** | |
| **10** | Line 8 amount divided by Line 9 amount | | | **10** | |

| Section E - Distribution Allocations<br>(see instructions) | (i)<br>Excess Distributions | (ii)<br>Underdistributions<br>Pre-2022 | (iii)<br>Distributable<br>Amount for 2022 |
|---|---|---|---|
| **1** Distributable amount for 2022 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2022 (reasonable cause required-- *explain in* ***Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2022: | | | |
| **a** From 2017. . . . . . . | | | |
| **b** From 2018. . . . . . . | | | |
| **c** From 2019. . . . . . . | | | |
| **d** From 2020. . . . . . . | | | |
| **e** From 2021. . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2022 distributable amount | | | |
| **i** Carryover from 2017 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2022 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2022 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2022, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in* ***Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2022. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in* ***Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2023.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2018. . . . . . | | | |
| **b** Excess from 2019. . . . . | | | |
| **c** Excess from 2020. . . . . | | | |
| **d** Excess from 2021. . . . . | | | |
| **e** Excess from 2022. . . . . | | | |

AGO – Connolly – 154

Exhibit - 13

**Part VI**   **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

- AGO – Connolly – 155

Exhibit - 13

**Facts And Circumstances Test**

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ **Complete if the organization answered "Yes," on Form 990,**
**Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
▶ **Attach to Form 990.**
▶ **Go to** *www.irs.gov/Form990* **for instructions and the latest information.**

OMB No. 1545-0047

**2022**

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| National Institute of Family and Life Advocates | 54-1673492 |

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year . . . . . . . . | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . .  ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes ☐ No

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)  ☐ Preservation of an historically important land area
☐ Protection of natural habitat  ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | **Held at the End of the Year** |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . | 2a | |
| b | Total acreage restricted by conservation easements . . . . . . . . . . | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . | 2c | |
| d | Number of conservation easements included in (c) acquired after July 25, 2006, and not on a historic structure listed in the National Register . . . | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

4 Number of states where property subject to conservation easement is located ▶ _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . .  ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . ▶ $ _____

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . ▶ $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . ▶ $ _____

b Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $ _____

**AO CAO C provide the 156**

*Exhibit - 13*

For Paperwork Reduction Act Notice, see the Instructions for Form 990.      Cat. No. 52283D      **Schedule D (Form 990) 2022**

**Part III**   **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**  Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐  Public exhibition

**b** ☐  Scholarly research

**c** ☐  Preservation for future generations

**d** ☐  Loan or exchange programs

**e** ☐  Other ...............................................................................

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**  During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?.  .  .   ☐ **Yes**  ☐ **No**

**Part IV**   **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   ☐ **Yes**  ☐ **No**

**b**  If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . . | **1c** |  |
| **d** Additions during the year . . . . . . . . . . . . | **1d** |  |
| **e** Distributions during the year . . . . . . . . . . . | **1e** |  |
| **f** Ending balance . . . . . . . . . . . | **1f** |  |

**2a**  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .   ☐ **Yes**  ☐ **No**

**b**  If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . . .  ☐

**Part V**   **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance  .  .  .  .  . |  |  |  |  |  |
| **b** Contributions  .  .  .  . |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses |  |  |  |  |  |
| **d** Grants or scholarships  .  .  . |  |  |  |  |  |
| **e** Other expenditures for facilities and programs  .  .  . |  |  |  |  |  |
| **f** Administrative expenses  .  .  .  . |  |  |  |  |  |
| **g** End of year balance  .  .  .  .  . |  |  |  |  |  |

**2**  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**  Board designated or quasi-endowment ▶ .......................................

**b**  Permanent endowment ▶ ......................................

**c**  Term endowment ▶ ......................................
The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**  Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations  .  .  .  .  .  .  .  .  .  .  .  .  . | **3a(i)** |  |  |
| **(ii)** Related organizations  .  .  .  .  .  .  .  .  .  .  .  . | **3a(ii)** |  |  |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R?  .  .  .  .  .  .  .  .  .  . | **3b** |  |  |

**4**  Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**   **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land  .  .  .  .  . | 0 |  |  | 0 |
| **b** Buildings  .  .  .  . |  |  |  |  |
| **c** Leasehold improvements |  |  | • ~~AGO – Connolly – 157~~ |  |
| **d** Equipment  .  .  .  . |  | 16,371 | 2,503 | 13,868 |
| **e** Other  .  .  .  .  . |  |  | ~~Exhibit  - 13~~ |  |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)*  .  .  ▶ | | | | 13,868

**Part VII**  **Investments - Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives · · · · · · · · · | | |
| **(2)** Closely-held equity interests · · · · · · · · · | | |
| **(3)** Other _____ | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

**Part VIII**  **Investments - Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

**Part IX**  **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* · · · · · · · · · · · ▶ | |

**Part X**  **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| Deferred Free Rent | 5,506 |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | 5,506 |

AGO – Connolly – 158

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 159

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Exhibit - 13

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   AGO – Connolly – 160   Page 160 of 664
Page ID #:1187

| Part XIII | Supplemental Information *(continued)* |
|---|---|

Exhibit - 13

| Return Reference | Explanation |
|---|---|
| | |

Case 2:24-cv-08468-HDV-MAR Document 40-1 Filed 11/04/24 Page 161 of 664
Page ID #:1188

# Schedule J
(Form 990)

## Compensation Information

OMB No. 1545-0047

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.

▶ Attach to Form 990.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

## 2022

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| National Institute of Family and Life Advocates | 54-1673492 |

| Part I | Questions Regarding Compensation |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1a** Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

☐ First-class or charter travel      ☐ Housing allowance or residence for personal use

☐ Travel for companions      ☐ Payments for business use of personal residence

☐ Tax idemnification and gross-up payments      ☐ Health or social club dues or initiation fees

☐ Discretionary spending account      ☐ Personal services (e.g., maid, chauffeur, chef)

| | | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a? . . . . | **2** | | |
| **3** Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☐ Compensation committee      ☐ Written employment contract

☐ Independent compensation consultant      ☐ Compensation survey or study

☐ Form 990 of other organizations      ☐ Approval by the board or compensation committee

| | | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? . . . . . . . . . . . . | **4a** | | No |
| **b** Participate in, or receive payment from, a supplemental nonqualified retirement plan? . . . . . . | **4b** | | No |
| **c** Participate in, or receive payment from, an equity-based compensation arrangement? . . . . . | **4c** | | No |
| If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization? . . . . . . . . . . . . . . . . . . . . | **5a** | | No |
| **b** Any related organization? . . . . . . . . . . . . . . . . . | **5b** | | No |
| If "Yes," on line 5a or 5b, describe in Part III. | | | |
| **6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization? . . . . . . . . . . . . . . . . . . . . | **6a** | | No |
| **b** Any related organization? . . . . . . . . . . . . . . . . . | **6b** | | No |
| If "Yes," on line 6a or 6b, describe in Part III. | | | |
| **7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III . . . . . . . . . . | **7** | | No |
| **8** Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III . . . | **8** | | No |
| **9** If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? . . . . . . . . . . . . . . . . . . | **9** | | |

ACCC Connolly – 161

Exhibit - 13

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**     Cat. No. 50053T     **Schedule J (Form 990) 2022**

**Part II** **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2, 1099-MISC compensation, and/or 1099-NEC | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| 1 Thomas Glessner | (i) | 167,788 | 0 | 0 | 0 | 0 | 167,788 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

• AGO – Connolly – 162

Exhibit - 13

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 163 of 664
Page ID #:2160

# SCHEDULE O
**(Form 990)**

OMB No. 1545-0047

## Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

Department of the Treasury
Internal Revenue Service

**2022**

**Open to Public Inspection**

Name of the organization
National Institute of Family and Life Advocates

**Employer identification number**

54-1673492

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt XII, Line 1 | Switched methods from cash to accrual. Wrong box was marked in the previous year. |

AGO - Connolly - 163

Exhibit - 13

**990 Schedule O, Supplemental Information**

AGO - Connolly - 164

Exhibit - 13

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 2 | Thomas and Laura Glessner are married. |

**990 Schedule O, Supplemental Information**

AGO – Connolly – 165

Exhibit  - 13

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 11b | A copy of the 990 is reviewed and approved by the board before filing. |

# 990 Schedule O, Supplemental Information

AGO – Connolly – 166

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 12c | Annually, the board reviews the conflict of interest policy and any conflicts of interest that may exist. Exhibit - 13 |

**990 Schedule O, Supplemental Information**

AGO – Connolly – 167

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15a | The process for determing compensation includes the review and approval process as stated in Part VI Line 15. |

Exhibit 13

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 168 |
| Form 990, Part IX, Line 11g | Media Consultant 55775. 55775.  Exhibit - 13 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 169 |
| Form 990, Part IX, Line 11g | Office Assistant 71510. 71510.  Exhibit  - 13 |

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 170 |
| Form 990, Part IX, Line 11g | Website/Database 9520. 9520.<br><br>Exhibit - 13 |

# EXHIBIT 14

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 1 of 10 Page ID #:1199

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public.

► **Go to** www.irs.gov/Form990 **for instructions and the latest information.**

**2021**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2021 calendar year, or tax year beginning 01-01-2021 , and ending 12-31-2021

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | National Institute of Family and Life Advocates | |
| ☐ Name change | | 54-1673492 |
| ☐ Initial return | Doing business as | |
| ☐ Final return/terminated | | |
| ☐ Amended return | Number and street (or P.O. box if mail is not delivered to street address) Room/suite | **E** Telephone number |
| ☐ Application pending | 10333 Southpoint Landing BLVD | (540) 372-3930 |
| | City or town, state or province, country, and ZIP or foreign postal code | |
| | Fredericksburg, VA 22407 | **G** Gross receipts $ 1,082,230 |

| **F** Name and address of principal officer: | **H(a)** Is this a group return for subordinates? | ☐ Yes ☑ No |
|---|---|---|
| Thomas Glessner | | |
| 10333 Southpoint Landing BLVD | **H(b)** Are all subordinates included? | ☐ Yes ☐ No |
| Fredericksburg, VA 22407 | If "No," attach a list. See instructions. | |

**I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527

**H(c)** Group exemption number ►

**J** Website: ► nifla.org

| **K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ► | **L** Year of formation: 1993 | **M** State of legal domicile: VA |
|---|---|---|

## Part I Summary

**1** Briefly describe the organization's mission or most significant activities:
See Attached Statement

| | | | |
|---|---|---|---|
| **2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | | |
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . | **3** | 7 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . . | **4** | 7 |
| **5** Total number of individuals employed in calendar year 2021 (Part V, line 2a) . . . . | **5** | 11 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . . | **6** | 0 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . . | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) . . . . . . . | 726,373 | 658,918 |
| | **9** Program service revenue (Part VIII, line 2g) . . . . . . . | 228,801 | 422,681 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) . . . . | | 0 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . . | 0 | 631 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 955,174 | 1,082,230 |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3) . . . . | | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . . | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 529,677 | 581,072 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ►53,347 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 384,179 | 555,838 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) . | 913,856 | 1,136,910 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . . | 41,318 | -54,680 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) . . . . . . . . . . . . | 167,815 | 264,377 |
| | **21** Total liabilities (Part X, line 26) . . . . . . . . . . . | 13,396 | 35,351 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . . | 154,419 | 229,026 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2022-05-06 Date |
|---|---|---|
| | Thomas Glessner President | |
| | Type or print name and title | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☑ if self-employed | PTIN P01279326 |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Firm's name ► MORROW PC | | | Firm's EIN ► 20-4621255 | |
| | Firm's address ► 8665 SUDLEY RD 230 | | | Phone no. (571) 331-0348 | |
| | MANASSAS, VA 20110 | | | | |

AGO - Connolly - 172

Exhibit - 14

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 11282Y Form **990** (2021)

| Part III | Statement of Program Service Accomplishments |
|---|---|

Case 1:24-cv-03109-LMM   Document 30-1   Filed 11/04/24   Page 173 of 664   Page ID #: 1200

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . ☐

**1**   Briefly describe the organization's mission:

See Attached Statement

**2**   Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☑ **No**

If "Yes," describe these new services on Schedule O.

**3**   Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . .   ☐ **Yes**  ☑ **No**

If "Yes," describe these changes on Schedule O.

**4**   Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a**   (Code:            ) (Expenses $          980,765   including grants of $                0 ) (Revenue $          1,082,230 )

See Additional Data

**4b**   (Code:            ) (Expenses $                    including grants of $                  ) (Revenue $                    )

**4c**   (Code:            ) (Expenses $                    including grants of $                  ) (Revenue $                    )

• AGO – Connolly – 173

**4d**   Other program services (Describe in Schedule O.)

(Expenses $                    including grants of $                  ) (Revenue $   Exhibit - 14)

**4e**   **Total program service expenses ▶**          980,765

Case 1:24-cv-04168-SDG-JAR    Document 30-1    Filed 11/04/24    Page 174 of 664
Page ID #:1201

## Part IV    Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* 🖳 | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. 🖳 | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,* Part I 🖳 | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* 🖳 | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D,* Part III 🖳 | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* 🖳 | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* 🖳 | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D,* Part VI. 🖳 | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* 🖳 | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* 🖳 | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* 🖳 | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* 🖳 | **11e** | | No |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* 🖳 | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🖳 | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🖳 | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

*AGO – Connolly –*
*Exhibit – 14*

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L,* Part I . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L,* Part I . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,* Part III . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . | **38** | Yes | |

**Part V** Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | • **1a** | AGO – Connolly 11-175 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . | | Exhibit - 14 **1c** | | |

Case 24-03408-dgc Doc 405-7 Filed 11/04/24 Entered 11/04/24 Page 176 of 664 Page ID #:1203

**Part V** Statements Regarding Other IRS Filings and Tax Compliance (continued)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | 11 |  |  |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | | | **2b** | Yes |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | **3a** | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | **4a** | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . | | | **5c** | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | | **6a** | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | | | **6b** | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . | | | **7a** | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | **7b** | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . | | | **7c** | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . | | | **7g** | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . | | | **7h** | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | | | **8** | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | | | **9a** | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | **9b** | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | | | **14b** | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | | | **15** | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? If "Yes," complete Form 4720, Schedule O. | | | **16** | |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | | | **17** | |

Case 2:24-mc-08468-HDV-MAR. Document 20-1 Filed 11/04/24. Page 177 of 664

**Part VI** Governance, Management, and Disclosure. *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | | 7 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | | 7 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . | | | | **2** | Yes | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | | | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . | | | | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . | | | | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . | | | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . | | | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . | | | | **8b** | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O . . . . . . . | | | | **9** | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | Yes | No |
|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? If "No," go to line 13 . . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe on Schedule O how this was done . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

VA

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website ☐ Another's website ☑ Upon request ☐ Other (explain in Schedule O) <span style="color:red">AGO – Connolly – 177</span>

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. <span style="color:red">Exhibit - 14</span>

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶Thomas Glessner   10333 Southpoint Landing BLVD   Fredericksburg, VA 22407 (540) 372-3930

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Page ID #:1205

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Thomas Glessner<br>President | 40.00 | X | | X | | | | 140,225 | 0 | 0 |
| (2) Stan Huie<br>Chair | 1.00 | X | | | | | | 0 | 0 | 0 |
| (3) Byron Calhoun MD<br>Vice Chair | 1.00 | X | | | | | | 0 | 0 | 0 |
| (4) Laura Glessner MSPA<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (5) Ardyth Hallock<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (6) Lynne Marie Kohm JD<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (7) James Dundas MDiv<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (8) Karen Poehailos MD<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | • AGO – Connolly – 178 | |
| | | | | | | | | | Exhibit - 14 | |

Case 2:24-cv-06459-JLS-JDE Document 30-1 Filed 04/24/24 Page 179 of 664

Page ID #:1206

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees (continued)

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 140,225 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 1

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 179 | |
| | | |
| | Exhibit – 14 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

**Part VIII** | Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . ☐

|  |  |  | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** |  |  |  |  |
|  | **b** Membership dues . . | **1b** | 370,740 |  |  |  |
|  | **c** Fundraising events . . | **1c** |  |  |  |  |
|  | **d** Related organizations . | **1d** |  |  |  |  |
|  | **e** Government grants (contributions) | **1e** |  |  |  |  |
|  | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 288,178 |  |  |  |
|  | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | 4,050 |  |  |  |
|  | **h Total.** Add lines 1a-1f . . . . . . . ▶ |  | 658,918 |  |  |  |
| **Program Service Revenue** |  | Business Code |  |  |  |  |
|  | **2a** Training | 611430 | 381,578 |  | 0 | 0 |
|  | **b** Materials | 611430 | 41,103 |  | 0 | 0 |
|  | **c** |  |  |  |  |  |
|  | **d** |  |  |  |  |  |
|  | **e** |  |  |  |  |  |
|  | **f** All other program service revenue. |  |  |  |  |  |
|  | **g Total.** Add lines 2a–2f. . . . . ▶ |  | 422,681 |  |  |  |

| | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | | | | | |
|  | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | | |
|  | **5** Royalties . . . . . . . . . . . . ▶ | | | | | | |
|  | **6a** Gross rents | **6a** | | | | | |
|  | **b** Less: rental expenses | **6b** | | | | | |
|  | **c** Rental income or (loss) | **6c** | | | | | |
|  | **d** Net rental income or (loss) . . . . . . ▶ | | | | | | |
|  | | | (i) Securities | (ii) Other | | | |
|  | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | |
|  | **b** Less: cost or other basis and sales expenses | **7b** | | | | | |
|  | **c** Gain or (loss) | **7c** | | | | | |
|  | **d** Net gain or (loss) . . . . . . . . ▶ | | | | | | |
|  | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . | **8a** | | | | | |
|  | **b** Less: direct expenses . . . | **8b** | | | | | |
|  | **c** Net income or (loss) from fundraising events . . ▶ | | | | | | |
|  | **9a** Gross income from gaming activities. See Part IV, line 19 . . . . | **9a** | | | | | |
|  | **b** Less: direct expenses . . . | **9b** | | | | | |
|  | **c** Net income or (loss) from gaming activities . . ▶ | | | | | | |
|  | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | | |
|  | **b** Less: cost of goods sold . . | **10b** | | | | | |
|  | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | | |
|  | Miscellaneous Revenue | Business Code | | | | | |
|  | **11a** | | | | | | |
|  | **b** | | | | | | |
|  | **c** | | | | | | |
|  | **d** All other revenue . . . . . | | 631 | • | A631 – Connolly – 180 | | 0 |
|  | **e Total.** Add lines 11a–11d . . . . . ▶ | | 631 | | Exhibit – 14 | | |
|  | **12 Total revenue.** See instructions . . . . ▶ | | 1,082,230 | 423,312 | | | |

Case 24-50400-HLK - Document 30-1 Filed 11/04/24 Page 181 of 664
Page ID #:1208

| Part IX | Statement of Functional Expenses | | | |
|---|---|---|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . ☐

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)**<br>Total expenses | **(B)**<br>Program service expenses | **(C)**<br>Management and general expenses | **(D)**<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . | | | | |
| **7** Other salaries and wages . . . . . . . . | 520,917 | 392,821 | 94,284 | 33,812 |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | | | | |
| **9** Other employee benefits . . . . . . . . | 19,990 | 19,990 | 0 | 0 |
| **10** Payroll taxes . . . . . . . . . . | 40,165 | 30,028 | 7,461 | 2,676 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . . . | 2,451 | 2,451 | 0 | 0 |
| **d** Lobbying . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 180,503 | 180,503 | 0 | 0 |
| **12** Advertising and promotion . . . . . | 5,662 | 5,662 | 0 | 0 |
| **13** Office expenses . . . . . . . . | 27,388 | 27,388 | 0 | 0 |
| **14** Information technology . . . . . . | 13,314 | 13,314 | 0 | 0 |
| **15** Royalties . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . | 78,600 | 78,600 | 0 | 0 |
| **17** Travel . . . . . . . . . . | 27,598 | 27,598 | 0 | 0 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | | | | |
| **19** Conferences, conventions, and meetings . . . . . | 120,729 | 120,729 | 0 | 0 |
| **20** Interest . . . . . . . . . . | 53 | 0 | 53 | 0 |
| **21** Payments to affiliates . . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | 736 | 736 | 0 | 0 |
| **23** Insurance . . . | 4,078 | 4,078 | 0 | 0 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Bank and Merchant Fees | 17,832 | 16,832 | 1,000 | 0 |
| **b** Dues and Memberships | 8,906 | 8,906 | 0 | 0 |
| **c** Direct Mail | 15,789 | 0 | 0 | 15,789 |
| **d** Postage and Delivery | 12,343 | 12,343 | 0 | 0 |
| **e** All other expenses | 39,856 | 38,786 | 0 | 1,070 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 1,136,910 | 980,765 | 102,798 | 53,347 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation.<br>Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 181

Exhibit - 14

Case 1:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 182 of 664
Page ID #:1209

**Part X** | Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . ☐

|  |  |  | (A) Beginning of year |  | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . | 167,815 | **1** | 240,457 |
| | 2 | Savings and temporary cash investments . . . . | | **2** | |
| | 3 | Pledges and grants receivable, net . . . . . . | | **3** | |
| | 4 | Accounts receivable, net . . . . . . . . | | **4** | |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | |
| | 7 | Notes and loans receivable, net . . . . . . | | **7** | |
| | 8 | Inventories for sale or use . . . . . . . | | **8** | |
| | 9 | Prepaid expenses and deferred charges . . . . . | | **9** | 17,446 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 3,758 | | | |
| | b | Less: accumulated depreciation **10b** 1,319 | | **10c** | 2,439 |
| | 11 | Investments—publicly traded securities . | | **11** | |
| | 12 | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | |
| | 13 | Investments—program-related. See Part IV, line 11 . | | **13** | |
| | 14 | Intangible assets . . . . . . . . . | | **14** | |
| | 15 | Other assets. See Part IV, line 11 . . . . . | | **15** | 4,035 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 167,815 | **16** | 264,377 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | 7,777 | **17** | 35,351 |
| | 18 | Grants payable . . . | | **18** | |
| | 19 | Deferred revenue . . . | | **19** | |
| | 20 | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 5,619 | **25** | |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | 13,396 | **26** | 35,351 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions . . . . . . . | 154,419 | **27** | 229,026 |
| | 28 | Net assets with donor restrictions . . . . . . . . | | **28** | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . . | | **29** | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund . | | **30** | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds . | | **31** | |
| | 32 | Total net assets or fund balances . . . . . . . . | 154,419 | **32** | 229,026 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . | 167,815 | **33** | 264,377 |

AGO – Connolly – 182

Exhibit - 14

Part XI  Reconciliation of Net Assets

Case 1:24-cv-00463-JRR-MAR    Document 30-1    Filed 11/04/24    Page 183 of 664
PageID #:2210

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12)   .   .   .   .   .   .   .   .   .   .   . | **1** | 1,082,230 |
| 2 | Total expenses (must equal Part IX, column (A), line 25)   .   .   .   .   .   .   .   .   .   . | **2** | 1,136,910 |
| 3 | Revenue less expenses. Subtract line 2 from line 1   .   .   .   .   .   .   .   .   .   .   . | **3** | -54,680 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A))   .   . | **4** | 154,419 |
| 5 | Net unrealized gains (losses) on investments   .   .   .   .   .   .   .   .   .   .   .   .   . | **5** | |
| 6 | Donated services and use of facilities   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **6** | |
| 7 | Investment expenses   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **7** | |
| 8 | Prior period adjustments   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **8** | -63,416 |
| 9 | Other changes in net assets or fund balances (explain in Schedule O)   .   .   .   .   .   .   . | **9** | 192,703 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 229,026 |

Part XII  **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . ☑

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:   ☐ Cash  ☑ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☑ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

• AGO – Connolly – 183
Exhibit – 14

Form **990** (2021)

**Additional Data**

**Software ID:** 22013422

**Software Version:**

**EIN:** 54-1673492

**Name:** National Institute of Family and Life Advocates

AGO – Connolly – 184

Exhibit - 14

Form 990 (2021)

**Form 990, Part III, Line 4a:**

See Attached Statement

**SCHEDULE A**
(Form 990)

OMB No. 1545-0047

**2021**

Department of the Treasury
Internal Revenue Service

**Public Charity Status and Public Support**

Complete if the organization is a section 501(c)(3) organization or a section
4947(a)(1) nonexempt charitable trust.
▶ **Attach to Form 990 or Form 990-EZ.**
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| National Institute of Family and Life Advocates | 54-1673492 |

## Part I   Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1. ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2. ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3. ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4. ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5. ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6. ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7. ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8. ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9. ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10. ☐ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11. ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12. ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a. ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b. ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c. ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d. ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e. ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f. Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . _____

g. Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | 0 |

For Paperwork Reduction Act Notice, see the Instructions for
Form 990 or 990-EZ.

Cat. No. 11285F

Schedule A (Form 990) 2021

AGO - Connolly - 185

Exhibit - 14

**Part II**   Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | 493,524 | 698,272 | 820,842 | 726,373 | 658,918 | 3,397,929 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | 0 |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | 0 |
| **4** **Total.** Add lines 1 through 3 | 493,524 | 698,272 | 820,842 | 726,373 | 658,918 | 3,397,929 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | 0 |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | 3,397,929 |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | 493,524 | 698,272 | 820,842 | 726,373 | 658,918 | 3,397,929 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | 0 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | 0 |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | 0 |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 3,397,929 |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2021 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . | **14** | 100.000 % |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . | **15** | 100.000 % |

**16a** **33 1/3% support test—2021.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☑

  **b** **33 1/3% support test—2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **b** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II**　**Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 0 |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.). . | | | | | | |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization,
check this box and **stop here**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2021 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 0 % |
| **16** Public support percentage from 2020 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2021** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 0 % |
| **18** Investment income percentage from **2020** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | |

**19a** **331/3% support tests—2021.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not
more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . ▶ ☐

**b** **33 1/3% support tests—2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is
not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . ▶ ☐

Schedule A (Form 990) 2021

AGO – Connolly – 187

Exhibit - 14

Case 8:24-cr-09428-UDV-MAR     Document 30-1     Filed 11/04/24     Page 188 of 664
Page ID #:1215

**Part IV** | Supporting Organizations

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

### Section A. All Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.*    **1** |  |  |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).*    **2** |  |  |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.*    **3a** |  |  |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.*    **3b** |  |  |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.*    **3c** |  |  |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.*    **4a** |  |  |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.*    **4b** |  |  |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.*    **4c** |  |  |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).*    **5a** |  |  |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document?    **5b** |  |  |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control?    **5c** |  |  |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI.***    **6** |  |  |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .*    **7** |  |  |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).*    **8** |  |  |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI.***    **9a** |  |  |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI.***    **9b** |  |  |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI.***    **9c** |  |  |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.*    **10a** |  |  |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).*    **10b** |  |  |

AGO v. Gurov, et al., " 188

Exhibit - 14

Case 1:18-cr-00468-JLR-MAR    Document 30-1    Filed 11/04/24    Page 189 of 664
Page ID #:1216

**Part IV** Supporting Organizations (continued)

| | | | Yes | No |
|---|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| a | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| b | A family member of a person described on 11a above? | **11b** | | |
| c | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in Part VI.* | **11c** | | |

### Section B. Type I Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | | |

### Section C. Type II Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

### Section D. All Type III Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| 3 | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* | **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

| 1 | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**: |
|---|---|
| a | ☐ The organization satisfied the Activities Test. Complete **line 2** below. |
| b | ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below. |
| c | ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions) |

| | | | Yes | No |
|---|---|---|---|---|
| 2 | Activities Test. **Answer lines 2a and 2b below.** | | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| b | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| 3 | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No", provide details in Part VI.* | **3a** | | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard.* | **3b** | | |

AGO – Connolly – 189

Exhibit - 14

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

| 1 | ☐ | Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E. | | | |
|---|---|---|---|---|---|

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 0.035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | | |
| **2** | Enter 85% of line 1 | **2** | | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | | |
| **4** | Enter greater of line 2 or line 3 | **4** | | |
| **5** | Income tax imposed in prior year | **5.** | | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | | |
| **7** | ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions) | | | |

AGO – Connolly – 190

Exhibit - 14

**Part V**   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| Section D - Distributions | | | Current Year |
|---|---|---|---|
| **1**   Amounts paid to supported organizations to accomplish exempt purposes | | **1** | |
| **2**   Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | **2** | |
| **3**   Administrative expenses paid to accomplish exempt purposes of supported organizations | | **3** | |
| **4**   Amounts paid to acquire exempt-use assets | | **4** | |
| **5**   Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | **5** | |
| **6**   Other distributions (*describe in **Part VI***). See instructions | | **6** | |
| **7**   **Total annual distributions.** Add lines 1 through 6. | | **7** | |
| **8**   Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | **8** | |
| **9**   Distributable amount for 2021 from Section C, line 6 | | **9** | |
| **10**   Line 8 amount divided by Line 9 amount | | **10** | |

| Section E - Distribution Allocations *(see instructions)* | (i) Excess Distributions | (ii) Underdistributions Pre-2021 | (iii) Distributable Amount for 2021 |
|---|---|---|---|
| **1**   Distributable amount for 2021 from Section C, line 6 | | | |
| **2**   Underdistributions, if any, for years prior to 2021 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3**   Excess distributions carryover, if any, to 2021: | | | |
| **a**   From 2016. . . . . . . | | | |
| **b**   From 2017. . . . . . . | | | |
| **c**   From 2018. . . . . . . | | | |
| **d**   From 2019. . . . . . . | | | |
| **e**   From 2020. . . . . . . | | | |
| **f**   **Total** of lines 3a through e | | | |
| **g**   Applied to underdistributions of prior years | | | |
| **h**   Applied to 2021 distributable amount | | | |
| **i**   Carryover from 2016 not applied (see instructions) | | | |
| **j**   Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4**   Distributions for 2021 from Section D, line 7:   $ | | | |
| **a**   Applied to underdistributions of prior years | | | |
| **b**   Applied to 2021 distributable amount | | | |
| **c**   Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5**   Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6**   Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7**   **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| **8**   Breakdown of line 7: | | | |
| **a**   Excess from 2017. . . . . . | | | |
| **b**   Excess from 2018. . . . . | | | |
| **c**   Excess from 2019. . . . . | | | |
| **d**   Excess from 2020. . . . . | | | |
| **e**   Excess from 2021. . . . . | | | |

AGO – Connolly – 191

Exhibit - 14

Case 2:24-cv-03468-HDV-MAR Document 30-1 Filed 11/04/24 Page 192 of 664 Page ID #:219

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

• AGO – Connolly – 192

| Facts And Circumstances Test |
|---|
| Exhibit - 14 |

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493188004012 |

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Financial Statements**

▶ **Complete if the organization answered "Yes," on Form 990,**
**Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
▶ **Attach to Form 990.**
▶ **Go to** _www.irs.gov/Form990_ **for instructions and the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public**
**Inspection**

| Name of the organization<br>National Institute of Family and Life Advocates | Employer identification number<br>54-1673492 |
|---|---|

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

**Part II** **Conservation Easements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)      ☐ Preservation of an historically important land area

☐ Protection of natural habitat      ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | | **Held at the End of the Year** |
|---|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . . . | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶

**4** Number of states where property subject to conservation easement is located ▶

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . ▶ $

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items: *AnnialCommunity* 193

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . ▶ $ *Exhibit - 14*

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . ▶ $

For Paperwork Reduction Act Notice, see the Instructions for Form 990.      Cat. No. 52283D      **Schedule D (Form 990) 2021**

Page ID #:1221

**Part III**  **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ...............................................................................

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .    ☐ **Yes**    ☐ **No**

**Part IV**  **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?. . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . . . ☐

**Part V**  **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance  . . . . . | | | | | |
| **b** Contributions  . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships  . . . | | | | | |
| **e** Other expenditures for facilities and programs  . . . | | | | | |
| **f** Administrative expenses  . . . . . | | | | | |
| **g** End of year balance  . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ...............................................

**b** Permanent endowment ▶ .............................................

**c** Term endowment ▶ .............................................
The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations  . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations  . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**  **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land  . . . . . | 0 | | | 0 |
| **b** Buildings  . . . . . | | | | |
| **c** Leasehold improvements | | | •    AGO – Connolly – 194 | |
| **d** Equipment  . . . . . | | 3,758 | 1,319 | 2,439 |
| **e** Other  . . . . . | | | Exhibit - 14 | |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)*  . . ▶ | | | | 2,439 |

**Part VII** | **Investments - Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives . . . . . . . . . | | |
| (2) Closely-held equity interests . . . . . . . . | | |
| (3) Other _____ | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 12.) ► | | |

**Part VIII** | **Investments - Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 13.) ► | | |

**Part IX** | **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 15.) . . . . . . . . . . . . ► | |

**Part X** | **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 25.) ► | |

AGO – Connolly – 195

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII . □

| **Part XI** | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | **5** | |

| **Part XII** | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

• AGO – Connolly – 196

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Exhibit - 14

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    ACO – Connolly    197

Page ID #:1224

## Part XIII | Supplemental Information *(continued)*

Exhibit - 14

| Return Reference | Explanation |
| --- | --- |
| | |

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

# 2021

**Open to Public Inspection**

Name of the organization
National Institute of Family and Life Advocates

Employer identification number

54-1673492

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt XII, Line 1 | Switched methods from cash to accrual. Wrong box was marked in the previous year. |

AGO - Connolly - 198

Exhibit - 14

**990 Schedule O, Supplemental Information**

AGO   Connolly   199

Exhibit  - 14

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 2 | Thomas and Laura Glessner are married. |

| Return Reference | Explanation | • | AGO – Connolly – 200 |
|---|---|---|---|
| Pt VI, Line 11b | A copy of the 990 is reviewed and approved by the board before filing. | | Exhibit - 14 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation • AGO – Connolly – 201 |
|---|---|
| Pt VI, Line 12c | Annually, the board reviews the conflict of interest policy and any conflicts of interest that may exist. Exhibit - 14 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15a | The process for determing compensation includes the review and approval process as stated in Part VI Line 15. |

AGO – Connolly – 202

Exhibit 14

# EXHIBIT 15

OMB No. 1545-0047

Form **990**

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to **www.irs.gov/Form990** for instructions and the latest information.

## 2020

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2020 calendar year, or tax year beginning 01-01-2020 , and ending 12-31-2020

| B Check if applicable: | C Name of organization National Institute of Family and Life Advocates | D Employer identification number |
|---|---|---|
| ☐ Address change | | 54-1673492 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address)  Room/suite 10333 Southpoint Landing BLVD | E Telephone number (540) 372-3930 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code Fredericksburg, VA  22407 | |
| ☐ Application pending | | G Gross receipts $ 955,174 |

| F Name and address of principal officer: Thomas Glessner 10333 Southpoint Landing BLVD Fredericksburg, VA  22407 | H(a) Is this a group return for subordinates?  ☐ Yes  ☒ No |
|---|---|
| | H(b) Are all subordinates included?  ☐ Yes  ☐ No |
| **I** Tax-exempt status:  ☒ 501(c)(3)  ☐ 501(c) ( ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527 | If "No," attach a list. (see instructions) |
| **J** Website: ▶ nifla.org | H(c) Group exemption number ▶ |
| **K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶ | **L** Year of formation: 1993 | **M** State of legal domicile: VA |

## Part I  Summary

| | | |
|---|---|---|
| Activities & Governance | **1** Briefly describe the organization's mission or most significant activities: See Attached Statement | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) . . . . | **3** | 6 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . | **4** | 6 |
| | **5** Total number of individuals employed in calendar year 2020 (Part V, line 2a) . . . . . | **5** | 10 |
| | **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . | **6** | 5 |
| | **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . | **7a** | 0 |
| | **b** Net unrelated business taxable income from Form 990-T, line 39 . . . . . . | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) . . . . . . | 476,077 | 726,373 |
| | **9** Program service revenue (Part VIII, line 2g) . . . . . | 744,313 | 182,809 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | | 0 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 7,100 | 45,992 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,227,490 | 955,174 |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 487,580 | 529,679 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶98,916 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . | 495,518 | 393,263 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 983,098 | 922,942 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 . . . . | 244,392 | 32,232 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) . . . . . . . . . . . | 158,060 | 196,740 |
| | **21** Total liabilities (Part X, line 26) . . . . . . . . . . | -2,176 | 4,576 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . | 160,236 | 192,164 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ****** Signature of officer | 2023-10-04 Date |
|---|---|---|
| | Thomas Glessner  President Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01279326 |
|---|---|---|---|---|---|
| | Firm's name ▶ MORROW PC | | | Firm's EIN ▶ | |
| | Firm's address ▶ 8665 SUDLEY RD 230 | | | Phone no. (571) 331-0348 | |
| | MANASSAS, VA  20110 | | | | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☒ Yes  ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.        Cat. No. 11282Y        Form **990** (2020)

AGO - Connolly - 204
Exhibit  15

Case 1:24-cv-03583-JMC   Document 30-1   Filed 11/04/24   Page 205 of 664
Page ID #: 1232

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . □

**1** Briefly describe the organization's mission:

See Attached Statement

_____

_____

_____

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . □ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . □ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 544,331 including grants of $ 0 ) (Revenue $ 955,174 )

See Additional Data

_____

**4b** (Code: _____ ) (Expenses $ including grants of $ ) (Revenue $ )

_____

_____

_____

_____

_____

_____

_____

_____

**4c** (Code: _____ ) (Expenses $ including grants of $ ) (Revenue $ )

_____

_____

_____

_____

_____

_____

_____

_____

_____

• AGO – Connolly – 205

**4d** Other program services (Describe in Schedule O.)

(Expenses $ including grants of $ ) (Revenue $ Exhibit - 15 )

**4e** **Total program service expenses ▶** 544,331

Case 1:24-cv-04872-SEGAR   Document 30-1   Filed 11/04/24   Page 206 of 664
Page ID #:1233

**Part IV** Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | Yes | |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I (see instructions)* | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly – Exhibit – 13

Case 1:24-cv-06563-LJL   Document 30-1   Filed 11/04/24   Page 207 of 664

Page ID #:1234

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . | 22 | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . . . | 24a | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . . | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . | 25a | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25b | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . . . | 26 | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . | 28a | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . | 28b | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . | 28c | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | 29 | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . . . . . | 30 | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . . . . | 33 | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . . | 35a | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . . . | 36 | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . . | 37 | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . . . . . | 38 | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . | • 1a | AGO – Connolly 1 207 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . | 1b | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . . . | | Exhibit – 15 | 1c | Yes | |

Case 24-03462-JDV-11 Filings and Tax Compliance Doc 140 Filed 11/04/24 Page 208 of 664
Page D #:1235

**Part V** Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . | **2a** | 10 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . | | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . | | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . . | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N. | | **15** | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | **16** | | |

Wheaton College Liberty – 208
Exhibit – 15

**Part VI** Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 6 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 6 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . | **2** | | Yes | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . | **6** | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . | **7b** | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . | **8a** | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | **8b** | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | **9** | | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

VA

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☑ Own website  ☐ Another's website  ☑ Upon request  ☐ Other (explain in Schedule O)  AGO – Connolly – 209

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.  Exhibit - 15

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶Thomas Glessner   10333 Southpoint Landing BLVD   Fredericksburg, VA 22407 (540) 372-3930

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Thomas Glessner ......... President | 40.00 ............... | X | | X | X | X | | 159,675 | 0 | 0 |
| (2) Stan Huie ......... Chair | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (3) Byron Calhoun MD ......... Vice Chair | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (4) Laura Glessner MSPA ......... Board Member | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (5) Ardyth Hallock ......... Board Member | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (6) James Dundas MDiv ......... Board Member | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (7) Karen Poehailos MD ......... Board Member | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (8) Brendan Flohr ......... Secretary/Treasurer | 1.00 ............... | X | | | | | | 0 | 0 | 0 |
| (9) Anne O'Conner ......... VP Legal Services | 40.00 ............... | | | X | X | | | 112,900 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

● AGO – Connolly – 210

Exhibit - 15

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

Case 2:21-cv-06466-HDV-JPR  Document 30-1  Filed 04/24  Page 211 of 664

Page ID #:1238

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . ▶ | | | | | | | | 272,575 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000
of reportable compensation from the organization ▶ 2

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 211 | |
| | | |
| | Exhibit  13 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

Form **990** (2020)

Form 990 (2020)

Page **9**

Part VIII   Case 2:24-cv-00460-HDV-MAR   Document 30-1   Filed 11/04/24   Page 212 of 664
Check if Schedule O contains a response or note to any line in this Part VIII   Page ID #:1209 ☐

| | | | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | | |
| | **b** Membership dues . . | **1b** | 346,598 | | | | |
| | **c** Fundraising events . . | **1c** | 5,400 | | | | |
| | **d** Related organizations | **1d** | | | | | |
| | **e** Government grants (contributions) | **1e** | 84,577 | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 289,798 | | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | 10,175 | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | | 726,373 | | | |
| **Program Service Revenue** | | | Business Code | | | | |
| | **2a** The Life Choice Project | | 541100 | 58,000 | | 0 | 0 |
| | **b** Inst in Limited OB Ultrasound | | 611430 | 124,809 | | 0 | 0 |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** All other program service revenue. | | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | | 182,809 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds . ▶ | | | | | | |
| | **5** Royalties . . . . . . . . . . . . ▶ | | | | | | |
| | | | (i) Real | (ii) Personal | | | |
| | **6a** Gross rents | **6a** | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | |
| | **d** Net rental income or (loss) . . . . . . . . ▶ | | | | | | |
| | | | (i) Securities | (ii) Other | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | |
| | **d** Net gain or (loss) . . . . . . . . ▶ | | | | | | |
| | **8a** Gross income from fundraising events (not including $ 5,400 of contributions reported on line 1c). See Part IV, line 18 . . . . | **8a** | | | | | |
| | **b** Less: direct expenses . . . | **8b** | | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . . | **9a** | | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | | |
| | **Miscellaneous Revenue** | | Business Code | | | | |
| | **11a** | | | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** All other revenue . . . . . | | | 45,992 | • 45,992 | — Connolly – 202 | 0 |
| | **e Total.** Add lines 11a–11d . . . . . ▶ | | | 45,992 | | Exhibit – 15 | |
| | **12 Total revenue.** See instructions . . . . . . ▶ | | | 955,174 | 228,801 | | |

Case 1:24-cv-01460-DLR    Document 30-1    Filed 11/04/24    Page 213 of 664

Page ID #:1240

**Part IX** | Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . | 272,575 | 163,546 | 81,772 | 27,257 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . | | | | |
| **7** Other salaries and wages . . . . . . . . | 210,439 | 126,263 | 63,132 | 21,044 |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . | | | | |
| **9** Other employee benefits . . . . . . . | 15,533 | 9,320 | 4,660 | 1,553 |
| **10** Payroll taxes . . . . . . . . . . . | 31,132 | 18,679 | 9,340 | 3,113 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . . | 1,933 | 0 | 1,933 | 0 |
| **d** Lobbying . . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 19,418 | 0 | 9,709 | 9,709 |
| **12** Advertising and promotion . . . . . | 57,969 | 34,781 | 17,391 | 5,797 |
| **13** Office expenses . . . . . . . . | 60,701 | 36,421 | 18,210 | 6,070 |
| **14** Information technology . . . . . . . | 22,773 | 13,664 | 6,832 | 2,277 |
| **15** Royalties . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . . | 58,725 | 35,234 | 17,618 | 5,873 |
| **17** Travel . . . . . . . . . . . | 21,415 | 12,848 | 6,425 | 2,142 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | | | | |
| **19** Conferences, conventions, and meetings . . . . | 4,167 | 2,500 | 1,250 | 417 |
| **20** Interest . . . . . . . . . . . | 428 | 0 | 428 | 0 |
| **21** Payments to affiliates . . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | | | | |
| **23** Insurance . . . | 1,362 | 817 | 409 | 136 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Legal & Medical Summit | 11,695 | 7,018 | 3,508 | 1,169 |
| **b** Inst in Limited OB Ultrasound | 53,861 | 32,317 | 16,158 | 5,386 |
| **c** Miscellaneous | 69,733 | 41,840 | 20,920 | 6,973 |
| **d** Other | 2,030 | 2,030 | 0 | 0 |
| **e** All other expenses | 7,053 | 7,053 | 0 | 0 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 922,942 | 544,331 | 279,695 | 98,916 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation.<br>Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 213

Exhibit - 15

**Part X**  **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X  .  .  .  .  .  .  .  .  .  .  ☐

|  |  | **(A)** Beginning of year |  | **(B)** End of year |
|---|---|---|---|---|
| **1** | Cash–non-interest-bearing  .  .  .  .  .  .  .  . | 148,956 | **1** | 179,848 |
| **2** | Savings and temporary cash investments  .  .  .  .  . |  | **2** |  |
| **3** | Pledges and grants receivable, net  .  .  .  .  .  . |  | **3** |  |
| **4** | Accounts receivable, net  .  .  .  .  .  .  .  . |  | **4** |  |
| **5** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons |  | **5** |  |
| **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B)  .  .  . |  | **6** |  |
| **7** | Notes and loans receivable, net  .  .  .  .  .  . |  | **7** |  |
| **8** | Inventories for sale or use  .  .  .  .  .  .  .  . |  | **8** |  |
| **9** | Prepaid expenses and deferred charges  .  .  .  . |  | **9** |  |
| **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  **10a** 2,000 |  | | |
| **b** | Less: accumulated depreciation  **10b** 0 | 2,304 | **10c** | 2,000 |
| **11** | Investments—publicly traded securities  . |  | **11** |  |
| **12** | Investments—other securities. See Part IV, line 11  .  .  .  . |  | **12** |  |
| **13** | Investments—program-related. See Part IV, line 11  .  . |  | **13** |  |
| **14** | Intangible assets  .  .  .  .  .  .  .  .  . |  | **14** |  |
| **15** | Other assets. See Part IV, line 11  .  .  .  .  . | 6,800 | **15** | 14,892 |
| **16** | **Total assets.** Add lines 1 through 15 (must equal line 33)  .  .  . | 158,060 | **16** | 196,740 |
| **17** | Accounts payable and accrued expenses  .  .  .  .  . | -2,176 | **17** | 4,576 |
| **18** | Grants payable  .  .  . |  | **18** |  |
| **19** | Deferred revenue  .  .  .  . |  | **19** |  |
| **20** | Tax-exempt bond liabilities  .  .  .  .  .  .  . |  | **20** |  |
| **21** | Escrow or custodial account liability. Complete Part IV of Schedule D |  | **21** |  |
| **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons  . |  | **22** |  |
| **23** | Secured mortgages and notes payable to unrelated third parties  .  . |  | **23** |  |
| **24** | Unsecured notes and loans payable to unrelated third parties  .  . |  | **24** |  |
| **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D |  | **25** |  |
| **26** | **Total liabilities.** Add lines 17 through 25  .  . | -2,176 | **26** | 4,576 |
| | **Organizations that follow FASB ASC 958, check here ▶** ☑ **and complete lines 27, 28, 32, and 33.** | | | |
| **27** | Net assets without donor restrictions  .  .  .  .  .  . | 160,236 | **27** | 192,164 |
| **28** | Net assets with donor restrictions  .  .  .  .  .  .  . |  | **28** |  |
| | **Organizations that do not follow FASB ASC 958, check here ▶** ☐ **and complete lines 29 through 33.** | | | |
| **29** | Capital stock or trust principal, or current funds  .  .  .  . |  | **29** |  |
| **30** | Paid-in or capital surplus, or land, building or equipment fund  . |  | **30** |  |
| **31** | Retained earnings, endowment, accumulated income, or other funds |  | **31** |  |
| **32** | Total net assets or fund balances  .  .  .  .  .  . | 160,236 | **32** | 192,164 |
| **33** | Total liabilities and net assets/fund balances  .  .  .  .  .  .  . | 158,060 | **33** | 196,740 |

AGO – Connolly – 214

Exhibit - 15

Form **990** (2020)

Part XI    Case 1:24-cv-08659-JGB-MAR     Document 30-1     Filed 11/04/24     Page 215 of 664

Check if Schedule O contains a response or note to any line in this Part XI  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .    ☐

| | | | |
|---|---|---|---:|
| **1** | Total revenue (must equal Part VIII, column (A), line 12)  .  .  .  .  .  .  .  .  .  .  .  . | **1** | 955,174 |
| **2** | Total expenses (must equal Part IX, column (A), line 25)  .  .  .  .  .  .  .  .  .  .  .  . | **2** | 922,942 |
| **3** | Revenue less expenses. Subtract line 2 from line 1  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **3** | 32,232 |
| **4** | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A))  .  . | **4** | 160,236 |
| **5** | Net unrealized gains (losses) on investments  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **5** | |
| **6** | Donated services and use of facilities  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **6** | |
| **7** | Investment expenses  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **7** | |
| **8** | Prior period adjustments  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **8** | -304 |
| **9** | Other changes in net assets or fund balances (explain in Schedule O)  .  .  .  .  .  .  .  . | **9** | |
| **10** | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 192,164 |

Part XII    **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .    ☑

| | | Yes | No |
|---|---|---|---|
| **1** | Accounting method used to prepare the Form 990:  ☐ Cash  ☑ Accrual  ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br> ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br> ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

•  AGO – Connolly – 215<br>Exhibit – 15

**Additional Data**

**Software ID:** 20013577

**Software Version:**

**EIN:** 54-1673492

**Name:** National Institute of Family and Life Advocates

AGO – Connolly – 216

Exhibit - 15

Form 990 (2020)

**Form 990, Part III, Line 4a:**

See Attached Statement

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 2 of 664   Page ID #:1244

| **SCHEDULE A** | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990EZ)** | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. <br> ▶ **Attach to Form 990 or Form 990-EZ.** <br> ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **2020** |
| Department of the Treasury <br> Internal Revenue Service | | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| National Institute of Family and Life Advocates | 54-1673492 |

## Part I  Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10 ☐ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f  Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . _____

g  Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |

| **Total** | | | | | | 0 |

AGO - Connolly - 217

Exhibit - 15

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.       Cat. No. 11285F       **Schedule A (Form 990 or 990-EZ) 2020**

**Part II**   Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | 602,996 | 493,524 | 698,272 | 820,842 | 726,373 | 3,342,007 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | 0 |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | 0 |
| **4** **Total.** Add lines 1 through 3 | 602,996 | 493,524 | 698,272 | 820,842 | 726,373 | 3,342,007 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f). . | | | | | | 0 |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | 3,342,007 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | 602,996 | 493,524 | 698,272 | 820,842 | 726,373 | 3,342,007 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | 0 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | 0 |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | 0 |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 3,342,007 |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . | | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2020 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . | **14** | 100.000 % |
| **15** Public support percentage for 2019 Schedule A, Part II, line 14 . . . . . . . . . . . . | **15** | 100.000 % |

**16a** **33 1/3% support test—2020.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . ▶ ☑

  **b** **33 1/3% support test—2019.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **b** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Schedule A (Form 990 or 990-EZ) 2020**

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 0 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on. | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.). . | | | | | | |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2020 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 0 % |
| **16** Public support percentage from 2019 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . . | **16** | |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2020** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 0 % |
| **18** Investment income percentage from 2019 Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | |

**19a** **331/3% support tests—2020.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**b** **33 1/3% support tests—2019.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . ▶ ☐

AGO – Connolly – 219

Exhibit  - 15

Schedule A (Form 990 or 990-EZ) 2020

**Part IV**   Supporting Organizations
(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* . | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ).* | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* | **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* | **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* | **10b** | | |

AGO v. Gray, No. "220

Exhibit - 19

**Part IV** Support Schedule for Organizations (continued)

Case 1:18-cv-02248-CRC-MAU　　Document 30-1　　Filed 11/04/24　　Page 221 of 664

Page ID #:1248

| | | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described in 11a above? | **11b** | | |
| **c** | A 35% controlled entity of a person described in line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in **Part VI**.* | **11c** | | |

### Section B. Type I Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | | |

### Section C. Type II Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

### Section D. All Type III Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in **Part VI** the role the organization's supported organizations played in this regard.* | **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1** Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

**a** ☐ The organization satisfied the Activities Test. Complete **line 2** below.

**b** ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below.

**c** ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

**2** Activities Test. **Answer lines 2a and 2b below.**

| | | | Yes | No |
|---|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in **Part VI** identify those supported organizations and explain* how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities. | **2a** | | |
| **b** | Did the activities described in line 2a constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |

**3** Parent of Supported Organizations. **Answer lines 3a and 3b below.**

| | | | Yes | No |
|---|---|---|---|---|
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No" provide details in **Part VI**.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in **Part VI**. the role played by the organization in this regard.* | **3b** | | |

AGO – Connolly – 221

Exhibit - 15

Case 1:24-cv-08463-HDV-MAR Document 1 Filed 11/04/24 Page 222 of 664
Page ID #:1249

| **Part V** | Type III Non-functionally Integrated 509(a)(3) Supporting Organizations | | | |
|---|---|---|---|---|
| **1** | ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E. | | | |

| **Section A - Adjusted Net Income** | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| **Section B - Minimum Asset Amount** | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 0.035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| **Section C - Distributable Amount** | | | | Current Year |
|---|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | | |
| **2** | Enter 85% of line 1 | **2** | | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | | |
| **4** | Enter greater of line 2 or line 3 | **4** | | |
| **5** | Income tax imposed in prior year | **5.** | | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | | |
| **7** | ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions) | | | |

AGO – Connolly – 222

Exhibit - 15

Case 1:24-cv-08468-HDV-MAR Document 20-1 Filed 11/04/24 Page 223 of 664
Page ID #:1250

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| Section D - Distributions | | | | Current Year |
|---|---|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | | **1** | | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | **2** | | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | | **3** | | |
| **4** Amounts paid to acquire exempt-use assets | | **4** | | |
| **5** Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | **5** | | |
| **6** Other distributions (*describe in **Part VI***). See instructions | | **6** | | |
| **7 Total annual distributions.** Add lines 1 through 6. | | **7** | | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | **8** | | |
| **9** Distributable amount for 2020 from Section C, line 6 | | **9** | | |
| **10** Line 8 amount divided by Line 9 amount | | **10** | | |

| Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2020 | (iii) Distributable Amount for 2020 |
|---|---|---|---|
| **1** Distributable amount for 2020 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2020 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2020: | | | |
| **a** From 2015. . . . . . . | | | |
| **b** From 2016. . . . . . . | | | |
| **c** From 2017. . . . . . . | | | |
| **d** From 2018. . . . . . . | | | |
| **e** From 2019. . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2020 distributable amount | | | |
| **i** Carryover from 2015 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2020 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2020 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2020, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2020. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7 Excess distributions carryover to 2021.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2016. . . . . | | | |
| **b** Excess from 2017. . . . . | | | |
| **c** Excess from 2018. . . . . | | | |
| **d** Excess from 2019. . . . . | | | |
| **e** Excess from 2020. . . . . | | | |

AGO – Connolly – 223

Exhibit - 15

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).



**Facts And Circumstances Test**

Case 2:24-cv-08468-HDV-MAR    Document 301    Filed 11/04/24    Page 224 of 664    Page ID #:251

• AGO – Connolly – 224

Exhibit - 15

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493289006323
Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 226 of 664
Page 197 of 452

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Financial Statements**

▶ **Complete if the organization answered "Yes," on Form 990,**
**Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

# 2020

**Open to Public
Inspection**

| **Name of the organization** | **Employer identification number** |
|---|---|
| National Institute of Family and Life Advocates | 54-1673492 |

## Part I  Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

## Part II  Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)     ☐ Preservation of an historically important land area

☐ Protection of natural habitat     ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | **Held at the End of the Year** |
|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . . . . | **2a** |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . . . . | **2b** |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | **2d** |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

**4** Number of states where property subject to conservation easement is located ▶ _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III  Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . ▶ $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . ▶ $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . ▶ $ _____

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990.     Cat. No. 52283D     **Schedule D (Form 990) 2020**

Additional Content 225
Exhibit - 15

**Part III**  **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ........................................................

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .    ☐ Yes    ☐ No

**Part IV**  **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . .    ☐ Yes    ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . | **1c** |  |
| **d** Additions during the year . . . . . . . . . . . . . | **1d** |  |
| **e** Distributions during the year . . . . . . . . . . | **1e** |  |
| **f** Ending balance . . . . . . . . . . . | **1f** |  |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .    ☐ Yes    ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . . .  ☐

**Part V**  **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance  .  .  .  .  . |  |  |  |  |  |
| **b** Contributions  .  .  . |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses |  |  |  |  |  |
| **d** Grants or scholarships  .  .  . |  |  |  |  |  |
| **e** Other expenditures for facilities and programs  .  .  . |  |  |  |  |  |
| **f** Administrative expenses  .  .  .  . |  |  |  |  |  |
| **g** End of year balance  .  .  .  .  . |  |  |  |  |  |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ........................................

**b** Permanent endowment ▶ ........................................

**c** Term endowment ▶ ........................................
The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations  .  .  .  .  .  .  .  .  .  .  . | **3a(i)** |  |  |
| **(ii)** Related organizations  .  .  .  .  .  .  .  .  .  . | **3a(ii)** |  |  |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R?  .  .  .  .  .  .  .  .  . | **3b** |  |  |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**  **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land  .  .  .  .  . | 0 |  |  | 0 |
| **b** Buildings  .  .  .  .  . |  |  |  |  |
| **c** Leasehold improvements |  |  | •    AGO – Connolly – 226 |  |
| **d** Equipment  .  .  .  .  . |  | 2,000 | 0 | 2,000 |
| **e** Other  .  .  .  .  . |  |  | Exhibit - 15 |  |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)*  .  .  ▶ |  |  |  | 0 |

**Part VII** **Investments—Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives    .    .    .    .    .    .    .    . | | |
| **(2)** Closely-held equity interests    .    .    .    .    .    . | | |
| **(3)** Other _____ | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)*    ▶ | | |

**Part VIII** **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)*    ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** Donated Items | 6,900 |
| **(2)** Security Deposits | 7,992 |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)*    .    .    .    .    .    .    .    .    .    .    ▶ | 14,892 |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| **1.** | (a) Description of liability | (b) Book value |
|---|---|---|
| | **(1)** Federal income taxes | |
| | **(2)** | |
| | **(3)** | |
| | **(4)** | |
| | **(5)** | |
| | **(6)** | |
| | **(7)** | |
| | **(8)** | |
| | **(9)** | • AGO – Connolly – 227 |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)*    ▶ | | |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII    ☐

Schedule D (Form 990) 2020                                                                                                                                    Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** |
|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. |

| | | | | | |
|---|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| **a** | Net unrealized gains (losses) on investments . . . . . | **2a** | | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . | | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . . | | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** |
|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. |

| | | | | | |
|---|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . . | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . | | | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 228

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Exhibit - 15

| Return Reference | Explanation |
|---|---|
| | |

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 229 of 664

Page ID #:1256

ACO – Connolly – 329

Exhibit - 15

| Part XIII | Supplemental Information *(continued)* |
|---|---|
| Return Reference | Explanation |

Case 2:24-cv-08468-HDV-MAR Document 404 Filed 11/04/24 Page 230 of 664
Page ID #:1257

**Schedule J**
(Form 990)

**Compensation Information**

OMB No. 1545-0047

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

# 2020

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| National Institute of Family and Life Advocates | 54-1673492 |

## Part I  Questions Regarding Compensation

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. |  |  |  |
|  | ☐ First-class or charter travel | ☐ Housing allowance or residence for personal use |  |  |
|  | ☐ Travel for companions | ☐ Payments for business use of personal residence |  |  |
|  | ☐ Tax idemnification and gross-up payments | ☐ Health or social club dues or initiation fees |  |  |
|  | ☐ Discretionary spending account | ☐ Personal services (e.g., maid, chauffeur, chef) |  |  |
| **b** | If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** |  |  |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a? . . | **2** |  |  |
| **3** | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. |  |  |  |
|  | ☐ Compensation committee | ☐ Written employment contract |  |  |
|  | ☐ Independent compensation consultant | ☐ Compensation survey or study |  |  |
|  | ☐ Form 990 of other organizations | ☐ Approval by the board or compensation committee |  |  |
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: |  |  |  |
| **a** | Receive a severance payment or change-of-control payment? . . . . . . . . . . . | **4a** |  | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? . . . . . . | **4b** |  | No |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? . . . . . . | **4c** |  | No |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. |  |  |  |
|  | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** |  |  |  |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: |  |  |  |
| **a** | The organization? . . . . . . . . . . . . . . . . . . . . | **5a** |  | No |
| **b** | Any related organization? . . . . . . . . . . . . . . . . . . | **5b** |  | No |
|  | If "Yes," on line 5a or 5b, describe in Part III. |  |  |  |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: |  |  |  |
| **a** | The organization? . . . . . . . . . . . . . . . . . . . . | **6a** |  | No |
| **b** | Any related organization? . . . . . . . . . . . . . . . . . . | **6b** |  | No |
|  | If "Yes," on line 6a or 6b, describe in Part III. |  |  |  |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III . . . . . . . . . . | **7** |  | No |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III . . . . . . . . . . . . . . . . . . . . | **8** |  | No |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? . . . . . . . . . . . . . . . . | **9** |  |  |

AGO Connolly – 230

Exhibit - 15

For Paperwork Reduction Act Notice, see the Instructions for Form 990. Cat. No. 50053T Schedule J (Form 990) 2020

**Part II**   **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| **1** Thomas Glessner | (i) | 159,675 | 0 | 0 | 0 | 0 | 159,675 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

<span style="color:red">• AGO – Connolly – 231

Exhibit - 15</span>

| Part III | Supplemental Information |
|---|---|

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, Page ID #: 2597, and 8, and for Part II. Also complete this part for any additional information.

| Return Reference | Explanation |
|---|---|

OMB No. 1545-0047

# SCHEDULE O
## (Form 990 or 990-EZ)

### Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to** _www.irs.gov/Form990_ **for the latest information.**

**2020**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**Name of the organization**
National Institute of Family and Life Advocates

**Employer identification number**

54-1673492

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt XII, Line 1 | Switched methods from cash to accrual. Wrong box was marked in the previous year. |

•    AGO - Connolly - 233

Exhibit - 15

**990 Schedule O, Supplemental Information**

AGO   Connolly  - 254

Exhibit  - 15

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 2 | Thomas and Laura Glessner are married. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | AGO – Connolly – 235 |
| Pt VI, Line 11b | A copy of the 990 is reviewed and approved by the board before filing. |
| | Exhibit  - 15 |

**990 Schedule O, Supplemental Information**

AGO – Connolly – 236

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 12c | Annually, the board reviews the conflict of interest policy and any conflicts of interest that may exist. Exhibit - 15 |

**990 Schedule O, Supplemental Information**

AGO – Connolly – 237

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15a | The process for determing compensation includes the review and approval process as stated in Part VI Line 15. Exhibit 15 |

# EXHIBIT 16

• AGO – Connolly – 238

Exhibit  - 16

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 239 of 664 Page ID #:1266

Form **990**

# Return of Organization Exempt From Income Tax

OMB No. 1545-0047

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

**2022**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2022 calendar year, or tax year beginning 01-01-2022 , and ending 12-31-2022

| **B** Check if applicable: | **C** Name of organization <br> Alternatives Pregnancy Center | **D** Employer identification number |
|---|---|---|
| ☑ Address change <br> ☐ Name change | | 94-2844514 |
| ☐ Initial return <br> ☐ Final return/terminated | Doing business as | |
| ☐ Amended return <br> ☐ Application pending | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite <br> 8689 Folsom Blvd | **E** Telephone number <br> (916) 880-4040 |
| | City or town, state or province, country, and ZIP or foreign postal code <br> Sacramento, CA  95826 | **G** Gross receipts $ 2,001,807 |

| **F** Name and address of principal officer: <br> Heidi Matzke <br> 8689 Folsom Blvd <br> Sacramento, CA  95826 | **H(a)** Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No <br> If "No," attach a list. See instructions. |
| **I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527 | |
| **J** Website: ▶ www.alternativespc.org | **H(c)** Group exemption number ▶ |
| **K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1982 | **M** State of legal domicile: CA |

## Part I  Summary

**Activities & Governance**

**1** Briefly describe the organization's mission or most significant activities:
APC offers compassionate care to those making significant life choices.We believe women and men have a right to get accurate information from a resource that will not profit from the choices they make.

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . | **3** | 13 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | 12 |
| **5** Total number of individuals employed in calendar year 2022 (Part V, line 2a) . . . . | **5** | 22 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . | **6** | 60 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . . | **7b** | |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** Contributions and grants (Part VIII, line 1h) . . . . . . . | | 1,212,674 | 1,590,416 |
| **9** Program service revenue (Part VIII, line 2g) . . . . . . . | | | 0 |
| **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | | 592 | 3,468 |
| **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . | | 416,622 | 305,321 |
| **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | 1,629,888 | 1,899,205 |

**Expenses**

| | | | |
|---|---|---|---|
| **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 553,081 | 722,831 |
| **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| **b** Total fundraising expenses (Part IX, column (D), line 25) ▶123,151 | | |
| **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 314,290 | 464,615 |
| **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 867,371 | 1,187,446 |
| **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . | 762,517 | 711,759 |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** Total assets (Part X, line 16) . . . . . . . . . . | | 1,647,605 | 3,707,535 |
| **21** Total liabilities (Part X, line 26) . . . . . . . . . . | | 97,122 | 1,445,293 |
| **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . . | | 1,550,483 | 2,262,242 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ****** <br> Signature of officer | 2023-11-16 <br> Date |
|---|---|---|
| | Heidi Matzke  Executive Director <br> Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN <br> P01513142 |
|---|---|---|---|---|---|
| | Firm's name ▶ Jensen Smith Certified Public Accountants Inc | | | Firm's EIN ▶ 47-2319412 | |
| | Firm's address ▶661 5th St Ste 101 <br> Lincoln, CA  95648 | | | Phone no. (916) 434-1662 | |

AGO – Connolly 239

Exhibit - 16

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11282Y    Form **990** (2022)

Case 2:24-cv-00660-BJR-MAR  Document 30-1   Filed 11/04/24   Page 240 of 664

Page ID #: 1267

| Part III | Statement of Program Service Accomplishments |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . ☐

**1**   Briefly describe the organization's mission:

APC offers compassionate care to those making significant life choices.We believe women and men have a right to get accurate information from a resource that will not profit from the choices they make.

---

---

---

**2**   Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☑ **No**

If "Yes," describe these new services on Schedule O.

**3**   Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☑ **No**

If "Yes," describe these changes on Schedule O.

**4**   Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a**   (Code:      ) (Expenses $       811,475   including grants of $       ) (Revenue $       )
See Additional Data

---

**4b**   (Code:      ) (Expenses $       including grants of $       ) (Revenue $       )

---

---

---

---

---

---

---

---

---

---

**4c**   (Code:      ) (Expenses $       including grants of $       ) (Revenue $       )

---

---

---

---

---

---

---

---

---

---

•   AGO – Connolly – 240

**4d**   Other program services (Describe in Schedule O.)

(Expenses $       including grants of $       ) (Revenue $     Exhibit - 16

**4e**   **Total program service expenses ▶**       811,475

Case 1:24-cv-03583-WFK-VMS    Document 30-1    Filed 11/04/24    Page 241 of 664
Page ID #:1268

**Part IV**  Checklist of Required Schedules

|  |  | Yes | No |
|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I. See instructions.* | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly – 2
Exhibit – 16

Case 1:24-cr-00468-JDW-MAR Document 30-1 Filed 11/04/24 Page 242 of 664
Page ID #:1269

| | Part IV | Checklist of Required Schedules *(continued)* | | Yes | No |
|---|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . | **22** | | No |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . | **23** | | No |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . | **24a** | | No |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L,* Part I . . . . | **25a** | | No |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L,* Part I . . . . . . . . . . . . . . . . . | **25b** | | No |
| **26** | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . | **26** | | No |
| **27** | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,Part III* . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| **28** | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . | **28a** | | No |
| **b** | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . | **30** | | No |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . | **33** | | No |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . | **35a** | | No |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . | **36** | | No |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | No |
| **38** | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . | **38** | Yes | |

| | Part V | **Statements Regarding Other IRS Filings and Tax Compliance** | | | |
|---|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | AGO – Connolly 15,242 | | |
| **b** | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | Exhibit - 16 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . | **1c** | Yes | |

| **Part V** | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | | |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . | **2a** | 22 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | | | **2b** | Yes |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | **3a** | No |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | **4a** | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . | | | **5c** | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . . | | | **6a** | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | | | **6b** | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | | | **7a** | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | **7b** | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . | | | **7c** | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . | **7d** | 0 | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . . | | | **7g** | No |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . | | | **7h** | No |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . | | | **8** | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | | | **9a** | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | **9b** | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . | | | **14b** | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | | | **15** | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | | **16** | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | | | **17** | |

~~Case 2:24-cv-08468-HDV-MAR Document 20-1 Filed 11/04/24 Page 244 of 664~~

| Part VI | Governance, Management, and Disclosure. *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* | | | |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 13 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 12 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . | | | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . . | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . | | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . | | | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . | | | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . | | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . | | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | | | **8b** | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . | | | **9** | | No |

## Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

| | | Yes | No |
|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

CA

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website  ☑ Another's website  ☑ Upon request  ☐ Other (explain in Schedule O) <span style="color:red">AGO – Connolly – 244</span>

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. <span style="color:red">Exhibit - 16</span>

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶Victoria Allgier   1111 Howe Ave   Sacramento, CA 95825 (916) 880-4040

Case 2:24-cv-03400-LS Document 34-15 Filed 04/24/25 Page 245 of 664

Page ID #:1272

| **Part VII** | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

• List all of the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Heidi Matzke .................... Executive Dir. | 40.00 0.00 | X | | | | | | 82,553 | 0 | 0 |
| (2) Mike Stodghill .................... Director | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (3) Kellee Bradford .................... Director | 2.00 0.00 | X | | X | | | | 0 | 0 | 0 |
| (4) JP Olvera .................... Director | 2.00 0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) Bob Simmons .................... President | 2.00 0.00 | X | | X | | | | 0 | 0 | 0 |
| (6) Suzanne Sardella .................... Secretary | 2.00 0.00 | X | | X | | | | 0 | 0 | 0 |
| (7) Jon Blackstad .................... Director | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (8) Maryl Russo .................... Vice President | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (9) Joel Mannion .................... Treasurer | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (10) Kristina Gontarski .................... Director | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (11) Weeseetsa Maeding .................... Director | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (12) Chad Ponciano .................... Director | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |
| (13) Gina Williams .................... Director | 1.00 0.00 | X | | | | | | 0 | 0 | 0 |

• AGO – Connolly – 245

Exhibit - 16

Part VII Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 82,553 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . . . **5** | | No |

## Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 246 | |
| | | |
| | Exhibit - 16 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

**Part VIII** | Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a | Federated campaigns . . | 1a | | | | |
| | b | Membership dues . . | 1b | | | | |
| | c | Fundraising events . . | 1c | | | | |
| | d | Related organizations . | 1d | | | | |
| | e | Government grants (contributions) | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 1,590,416 | | | |
| | g | Noncash contributions included in lines 1a - 1f:$ | 1g | | | | |
| | h | **Total.** Add lines 1a-1f . . . . . . ▶ | | 1,590,416 | | | |
| **Program Service Revenue** | 2a | | Business Code | | | | |
| | | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |
| | e | | | | | | |
| | f | All other program service revenue. | | | | | |
| | g | **Total.** Add lines 2a–2f. . . . . ▶ | | 0 | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | 3,468 | | | 3,468 |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | 0 | | | |
| | 5 | Royalties . . . . . . . . . . . ▶ | | 0 | | | |
| | | | (i) Real | (ii) Personal | | | | |
| | 6a | Gross rents | 6a | | | | | |
| | b | Less: rental expenses | 6b | | | | | |
| | c | Rental income or (loss) | 6c | | | | | |
| | d | Net rental income or (loss) . . . . . . ▶ | | 0 | | | |
| | | | (i) Securities | (ii) Other | | | | |
| | 7a | Gross amount from sales of assets other than inventory | 7a | | | | | |
| | b | Less: cost or other basis and sales expenses | 7b | | | | | |
| | c | Gain or (loss) | 7c | | | | | |
| | d | Net gain or (loss) . . . . . . . ▶ | | 0 | | | |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . | 8a | 397,865 | | | |
| | b | Less: direct expenses . . . | 8b | 102,602 | | | |
| | c | Net income or (loss) from fundraising events . ▶ | | 295,263 | | | 295,263 |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . | 9a | | | | |
| | b | Less: direct expenses . . . | 9b | | | | |
| | c | Net income or (loss) from gaming activities . . ▶ | | 0 | | | |
| | 10a | Gross sales of inventory, less returns and allowances | 10a | 5,898 | | | |
| | b | Less: cost of goods sold . . | 10b | | | | |
| | c | Net income or (loss) from sales of inventory . . ▶ | | 5,898 | | | 5,898 |
| | | Miscellaneous Revenue | Business Code | | | | |
| | 11a | Other Revenue | | 4,160 | 4,160 | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue . . . . . | | | | | |
| | e | **Total.** Add lines 11a–11d . . . . . ▶ | | 4,160 | 4,160 | | |
| | 12 | **Total revenue.** See instructions . . . . . ▶ | | 1,899,205 | 4,160 | | 304,629 |

AGO – Connolly – 247

Exhibit - 16

**Part IX**  Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . | 82,553 | 57,787 | 16,511 | 8,255 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . . | 640,278 | 448,195 | 128,055 | 64,028 |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . . | 0 | | | |
| **10** Payroll taxes . . . . . . . . . . . | 0 | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . | 0 | | | |
| **c** Accounting . . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 3,850 | 2,695 | 578 | 577 |
| **12** Advertising and promotion . . . . . | 0 | | | |
| **13** Office expenses . . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . . | 0 | | | |
| **15** Royalties . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . | 0 | | | |
| **17** Travel . . . . . . . . . . . | 2,843 | 1,990 | 426 | 427 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . | 0 | | | |
| **20** Interest . . . . . . . . . . . | 44,391 | 31,074 | 8,878 | 4,439 |
| **21** Payments to affiliates . . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 38,442 | | 38,442 | |
| **23** Insurance . . . . . . . . . . | 27,890 | 19,523 | 4,184 | 4,183 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Facilities | 132,529 | 92,770 | 26,506 | 13,253 |
| **b** Development and Marketing | 58,914 | 41,240 | 8,837 | 8,837 |
| **c** Medical Supplies | 34,073 | 23,850 | 5,111 | 5,112 |
| **d** Office and General Supplies | 32,073 | 22,451 | 4,811 | 4,811 |
| **e** All other expenses | 89,610 | 69,900 | 10,481 | 9,229 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 1,187,446 | 811,475 | 252,820 | 123,151 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 248

Exhibit - 16

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 249 of 664
Page ID #:1276

**Part X**  **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash–non-interest-bearing . . . . . . . . . | 1,500,639 | **1** | 1,467,692 |
| | 2 | Savings and temporary cash investments . . . . . . . | | **2** | 0 |
| | 3 | Pledges and grants receivable, net . . . . . . | | **3** | 0 |
| | 4 | Accounts receivable, net . . . . . . . . . | | **4** | 9,695 |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | 0 |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | 0 |
| | 7 | Notes and loans receivable, net . . . . . . . . | | **7** | 0 |
| | 8 | Inventories for sale or use . . . . . . . . . | | **8** | 0 |
| | 9 | Prepaid expenses and deferred charges . . . . . . | 106,384 | **9** | 63,745 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  **10a** 2,482,808 | | | |
| | b | Less: accumulated depreciation  **10b** 316,405 | 40,581 | **10c** | 2,166,403 |
| | 11 | Investments—publicly traded securities . | | **11** | 0 |
| | 12 | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | 0 |
| | 13 | Investments—program-related. See Part IV, line 11 . . . | | **13** | 0 |
| | 14 | Intangible assets . . . . . . . . . . . | | **14** | 0 |
| | 15 | Other assets. See Part IV, line 11 . . . . . . . . | 1 | **15** | 0 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 1,647,605 | **16** | 3,707,535 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | 57,186 | **17** | 87,278 |
| | 18 | Grants payable . . . | | **18** | |
| | 19 | Deferred revenue . . . . . . . . . . | 6,355 | **19** | 5,595 |
| | 20 | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | **23** | 1,312,500 |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 33,581 | **25** | 39,920 |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . . | 97,122 | **26** | 1,445,293 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions . . . . . . . | 1,147,220 | **27** | 2,262,242 |
| | 28 | Net assets with donor restrictions . . . . . . . . | 403,263 | **28** | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . . | | **29** | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund . . | | **30** | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds . | | **31** | |
| | 32 | Total net assets or fund balances . . . . . . . . | 1,550,483 | **32** | 2,262,242 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . . | 1,647,605 | **33** | 3,707,535 |

AGO – Connolly – 249

Exhibit - 16

Case 1:24-cv-03043-MAR    Document 30-1    Filed 11/04/24    Page 250 of 664
Page ID #: 2277

| Part XI | Reconciliation of Net Assets | | | |
|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . | **1** | 1,899,205 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . | **2** | 1,187,446 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . | **3** | 711,759 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 1,550,483 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . | **9** | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 2,262,242 |

| Part XII | **Financial Statements and Reporting** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| 1  Accounting method used to prepare the Form 990:  ☐ Cash  ☑ Accrual  ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| 2a  Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br> ☑ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **b**  Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br> ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **c**  If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | No |
| If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a  As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b**  If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

• AGO – Connolly – 250
Exhibit – 16

**Software ID:** 22018553
**Software Version:** 2022v5.0
**EIN:** 94-2844514
**Name:** Alternatives Pregnancy Center

Form 990 (2022)

## Form 990, Part III, Line 4a:

Provided more than 2,550 appointments to women in our community. It is our mission to provide women with medical care and alternatives to abortion as we proclaim the hope of the Gospel. We believe that women in our community should have access to free, quality medical care from an organization that wont financially benefit from any decision they make during unplanned pregnancy situations. Whether theyre low-income, homeless, uninsured, or simply need somewhere to go that will support them in some of the most difficult times of their lives, Alternatives is here for them.Equipped new moms with parenting classes. Over 145 individuals/couples have taken classes to become better parents. Our curriculum covers a wide range of aspects from prenatal development to breastfeeding topics, as well as fostering healthy relationships & womens self care.Distributed over 2,304 packs of diapers, clothing and other necessities to those in need. Coupled with our parenting program, we believe that support does not end in the medical room. Instead, we recognize that there are those who need material assistance in order to parent well. That is why we focus on making sure that the needs of mothers and their babies are met with understanding and generosity by our parenting program.Provided more than 780 free pregnancy tests. We also gave more than 620 women a window into their womb through our ultrasounds. Pregnancy is one of the most life changing events to happen in a womans life. By offering our free pregnancy related services, we can not only give women the medical care they need, but we can meet them where theyre at and walk with them as they make decisions they can be proud of in the years to come.Scheduled over 331 obstetric and gynecological appointments to give women access to free and necessary healthcare. By providing free pap smears, STD testing, breast exams, prenatal care, and more, we are providing women with a safe and comfortable place to receive the medical care that they need from people that they trust, and at no cost to them.

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 252 of 664

| SCHEDULE A | Public Charity Status and Public Support | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2022** |
| Department of the Treasury Internal Revenue Service | ▶ **Attach to Form 990 or Form 990-EZ.** ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| Alternatives Pregnancy Center | 94-2844514 |

## Part I — Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

**10** ☑ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . _____

**g** Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

AGO - Connolly - 252

Exhibit - 16

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.          Cat. No. 11285F          **Schedule A (Form 990) 2022**

**Part II**  Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** 2022 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** 2022 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

| | | |
|---|---|---|
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2022 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . | **15** | |

**16a** **33 1/3% support test—2022.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box

and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **33 1/3% support test—2021.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this

box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2022.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization

meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization

meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see

instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Case 3:08-cv-01409-AWT Document 39-1 Filed 03/04/24    Page 254 of 664

**Part III**   Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | 318,632 | 335,703 | 594,825 | 1,212,674 | 1,590,416 | 4,052,250 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | 0 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . . | | | | | | 0 |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | 0 |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **6** **Total.** Add lines 1 through 5 | 318,632 | 335,703 | 594,825 | 1,212,674 | 1,590,416 | 4,052,250 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0 |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | 0 |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 4,052,250 |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . | 318,632 | 335,703 | 594,825 | 1,212,674 | 1,590,416 | 4,052,250 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | 0 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | 0 |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | 0 |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | 0 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) . . | 318,632 | 335,703 | 594,825 | 1,212,674 | 1,590,416 | 4,052,250 |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2022 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 100.000 % |
| **16** Public support percentage from 2021 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | 89.160 % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2022** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 0 % |
| **18** Investment income percentage from **2021** Schedule A, Part III, line 17 . . . . . . . . . . . . . | **18** | |

**19a** **33 1/3% support tests—2022.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . ▶ ☑

  **b** **33 1/3% support tests—2021.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . ▶ ☐

AGQ – Connolly – 254
Exhibit - 16

**Schedule A (Form 990) 2022**

**Part IV** | Supporting Organizations *(continued)*

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI,** including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI.*** **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI.*** **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI.*** **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI.*** **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** | | |

AGO - Cmmryhs. "255
Exhibit . 16

**Part IV**  Support Schedule for Organizations *(continued)*     Document 30-1     Filed 11/04/24     Page 256 of 664
Page ID #:1283

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described on 11a above? | **11b** | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in Part VI.* | **11c** | |

## Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | |

## Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | |

## Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* | **3** | |

## Section E. Type III Functionally-Integrated Supporting Organizations

| **1** | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**: |
|---|---|
| **a** | ☐ The organization satisfied the Activities Test. Complete **line 2** below. |
| **b** | ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below. |
| **c** | ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions) |

| **2** | Activities Test. **Answer lines 2a and 2b below.** | | Yes | No |
|---|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations?*If "Yes" or "No", provide details in Part VI.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard.* | **3b** | | |

AGO – Connolly – 256

Exhibit - 16

**Part V** Type III Non-functionally Integrated 509(a)(3) Supporting Organizations

| 1 | ☐ | Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E. | | | |
|---|---|---|---|---|---|

| | **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| | **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 0.035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| | **Section C - Distributable Amount** | | Current Year |
|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | |
| **2** | Enter 85% of line 1 | **2** | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | |
| **4** | Enter greater of line 2 or line 3 | **4** | |
| **5** | Income tax imposed in prior year | **5.** | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | |

AGO – Connolly – 257

Exhibit - 16

| 7 | ☐ | Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions) |
|---|---|---|

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| Section D - Distributions | | Current Year |
|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | **1** | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | **2** | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | **3** | |
| **4** Amounts paid to acquire exempt-use assets | **4** | |
| **5** Qualified set-aside amounts *(prior IRS approval required - provide details in **Part VI**)* | **5** | |
| **6** Other distributions *(describe in **Part VI**)*. See instructions | **6** | |
| **7** **Total annual distributions.** Add lines 1 through 6. | **7** | |
| **8** Distributions to attentive supported organizations to which the organization is responsive *(provide details in **Part VI**)*. See instructions | **8** | |
| **9** Distributable amount for 2022 from Section C, line 6 | **9** | |
| **10** Line 8 amount divided by Line 9 amount | **10** | |

| Section E - Distribution Allocations <br> (see instructions) | (i) <br> Excess Distributions | (ii) <br> Underdistributions <br> Pre-2022 | (iii) <br> Distributable <br> Amount for 2022 |
|---|---|---|---|
| **1** Distributable amount for 2022 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2022 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2022: | | | |
| **a** From 2017. . . . . . . | | | |
| **b** From 2018. . . . . . . | | | |
| **c** From 2019. . . . . . . | | | |
| **d** From 2020. . . . . . . | | | |
| **e** From 2021. . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2022 distributable amount | | | |
| **i** Carryover from 2017 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2022 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2022 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2022, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2022. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2023.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2018. . . . . . | | | |
| **b** Excess from 2019. . . . . . | | | |
| **c** Excess from 2020. . . . . . | | | |
| **d** Excess from 2021. . . . . . | | | |
| **e** Excess from 2022. . . . . . | | | |

AGO – Connolly – 258

Exhibit - 16

**Part VI**   **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 259 of 664   Page ID #:1286

•   AGO – Connolly – 259

Exhibit - 16

**Facts And Circumstances Test**

**SCHEDULE D**
**(Form 990)**

## Supplemental Financial Statements

OMB No. 1545-0047

**2022**

▶ **Complete if the organization answered "Yes," on Form 990,**
**Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
▶ **Attach to Form 990.**
▶ **Go to** _www.irs.gov/Form990_ **for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

**Open to Public**
**Inspection**

**Name of the organization**
Alternatives Pregnancy Center

**Employer identification number**
94-2844514

| Part I | Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . .    ☐ Yes ☐ No

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes ☐ No

| Part II | Conservation Easements. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of an historically important land area

☐ Protection of natural habitat   ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | | **Held at the End of the Year** |
|---|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . | **2a** | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . . . | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after July 25, 2006, and not on a historic structure listed in the National Register . . . | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

**4** Number of states where property subject to conservation easement is located ▶ _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . .    ☐ Yes ☐ No

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes ☐ No

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . .    ▶ $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . .    ▶ $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:    Exhibit - 16

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . .    ▶ $ _____

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . .    ▶ $ _____

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**    Cat. No. 52283D    **Schedule D (Form 990) 2022**

**Part III**    **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**    Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a**    ☐    Public exhibition

**b**    ☐    Scholarly research

**c**    ☐    Preservation for future generations

**d**    ☐    Loan or exchange programs

**e**    ☐    Other ............................................................

**4**    Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**    During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .    ☐ **Yes**    ☐ **No**

**Part IV**    **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**    Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

**b**    If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | **Amount** |
|---|---|---|
| **c**    Beginning balance . . . . . . . . | **1c** |  |
| **d**    Additions during the year . . . . . . . . . . . . . . . | **1d** |  |
| **e**    Distributions during the year . . . . . . . . . . . . | **1e** |  |
| **f**    Ending balance . . . . . . . . . | **1f** |  |

**2a**    Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .    ☐ **Yes**    ☐ **No**

**b**    If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII    . . . .    ☐

**Part V**    **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance    .    .    .    .    . |  |  |  |  |  |
| **b** Contributions    .    .    . |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses |  |  |  |  |  |
| **d** Grants or scholarships    .    .    . |  |  |  |  |  |
| **e** Other expenditures for facilities and programs    .    .    . |  |  |  |  |  |
| **f** Administrative expenses    .    .    .    . |  |  |  |  |  |
| **g** End of year balance    .    .    .    .    . |  |  |  |  |  |

**2**    Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**    Board designated or quasi-endowment ▶ ...........................................

**b**    Permanent endowment ▶ ...........................................

**c**    Term endowment ▶ ...........................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**    Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | **Yes** | **No** |
|---|---|---|---|
| **(i)** Unrelated organizations    .    .    .    .    .    .    .    .    .    .    .    .    . | **3a(i)** |  |  |
| **(ii)** Related organizations    .    .    .    .    .    .    .    .    .    .    . | **3a(ii)** |  |  |
| **b**    If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** |  |  |

**4**    Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**    **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land    .    .    .    .    . |  |  |  |  |
| **b** Buildings    .    .    .    .    . |  | 1,971,167 | 28,000 | 1,943,167 |
| **c** Leasehold improvements    .    .    . |  |  | • AGO – Connolly – 261 |  |
| **d** Equipment    .    .    .    .    . |  | 279,611 | 258,900 | 20,711 |
| **e** Other    .    .    .    .    . |  | 232,030 | 29,505 Exhibit – 16 | 202,525 |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)*    .    .    ▶    |  |  |  | 2,166,403 |

**Schedule D (Form 990) 2022**

**Part VII**  Investments - Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)** Other _____ | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)*  ▶ | | |

**Part VIII**  Investments - Program Related.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)*  ▶ | | |

**Part IX**  Other Assets.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)*  . . . . . . . . . . . ▶ | |

**Part X**  Other Liabilities.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| Accrued Compensation | 8,841 |
| Payroll Liabilities | 31,079 |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)*  ▶ | 39,920 |

AGO – Connolly – 262

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII  ☐

Page ID #:1290

| **Part XI** | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |

| 1 | Total revenue, gains, and other support per audited financial statements . . . . . . . . | **1** | 1,899,205 |
|---|---|---|---|
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| a | Net unrealized gains (losses) on investments . . . . | 2a | | |
| b | Donated services and use of facilities . . . . . . . . . . . | 2b | | |
| c | Recoveries of prior year grants . . . . . . . . . . . . | 2c | | |
| d | Other (Describe in Part XIII.) . . . . . . . . . . . . | 2d | | |
| e | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . | | **3** | 1,899,205 |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . | 4a | | |
| b | Other (Describe in Part XIII.) . . . . . . . . . . . . | 4b | | |
| c | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . . | | **5** | 1,899,205 |

| **Part XII** | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |

| 1 | Total expenses and losses per audited financial statements . . . . . . . . . . . . . | **1** | 1,187,446 |
|---|---|---|---|
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| a | Donated services and use of facilities . . . . . . . . . . . | 2a | | |
| b | Prior year adjustments . . . . . . . . . . . . . . | 2b | | |
| c | Other losses . . . . . . . . . . . . . . . . . . . | 2c | | |
| d | Other (Describe in Part XIII.) . . . . . . . . . . . . | 2d | | |
| e | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . | | **3** | 1,187,446 |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . . | 4a | | |
| b | Other (Describe in Part XIII.) . . . . . . . . . . . . | 4b | | |
| c | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . | | **5** | 1,187,446 |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 263

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.    Exhibit - 16

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 264 of 664    Page ID #:1291

**Part XIII** | **Supplemental Information** *(continued)*

AGO – Connolly – 264

Exhibit - 16

| Return Reference | Explanation |
|---|---|
| | |

| **SCHEDULE G** (Form 990) | **Supplemental Information Regarding Fundraising or Gaming Activities** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a. | **2022** |
| Department of the Treasury Internal Revenue Service | ▶Attach to Form 990 or Form 990-EZ. ▶Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization Alternatives Pregnancy Center | **Employer identification number** |
|---|---|
| | 94-2844514 |

## Part I  Fundraising Activities. Complete if the organization answered "Yes" on Form 990, Part IV, line 17.
Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

**a** ☑ Mail solicitations      **e** ☑ Solicitation of non-government grants

**b** ☑ Internet and email solicitations      **f** ☐ Solicitation of government grants

**c** ☑ Phone solicitations      **g** ☑ Special fundraising events

**d** ☑ In-person solicitations

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services? ☐ Yes ☑ No

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Total** . . . . . . . . . . . . . . . . . . . ▶

AGO – Connolly – 265

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

Exhibit - 16

| For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ. | Cat. No. 50083H | Schedule G (Form 990) 2022 |
|---|---|---|

**Part II**   **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | **(a)** Event #1 <br> **Gala Event** <br> (event type) | **(b)** Event #2 <br> **SOHL – Sanctity of Human Life** <br> (event type) | **(c)** Other events <br> **4** <br> (total number) | **(d)** Total events <br> (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| **Revenue** | **1**   Gross receipts . . . . . | 337,076 | 16,372 | 40,698 | 394,146 |
| | **2**   Less: Contributions . . . . | | | | |
| | **3**   Gross income (line 1 minus line 2) | 337,076 | 16,372 | 40,698 | 394,146 |
| **Direct Expenses** | **4**   Cash prizes . . . . . | | | | |
| | **5**   Noncash prizes . . . . | | | | |
| | **6**   Rent/facility costs . . . | | | | |
| | **7**   Food and beverages . . . | | | | |
| | **8**   Entertainment . . . . | | | | |
| | **9**   Other direct expenses . . . | 69,721 | 32,761 | 120 | 102,602 |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . . . ▶ | | | | 102,602 |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . . ▶ | | | | 291,544 |

**Part III**   **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | **(a)** Bingo | **(b)** Pull tabs/Instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col.**(a)** through col.**(c)**) |
|---|---|---|---|---|---|
| **Revenue** | **1**   Gross revenue . . . . . | | | | |
| **Direct Expenses** | **2**   Cash prizes . . . . . | | | | |
| | **3**   Noncash prizes . . . . | | | | |
| | **4**   Rent/facility costs . . . | | | | |
| | **5**   Other direct expenses . . . | | | | |
| | **6**   Volunteer labor . . . . | ☐ **Yes** _____% <br> ☐ **No** | ☐ **Yes** _____% <br> ☐ **No** | ☐ **Yes** _____% <br> ☐ **No** | |
| | **7**   Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . . ▶ | | | | |
| | **8**   Net gaming income summary. Subtract line 7 from line 1, column (d) . . . . . . . . ▶ | | | | |

**9**   Enter the state(s) in which the organization conducts gaming activities:_____

   **a**   Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . . ☐ **Yes**   ☐ **No**

   **b**   If "No," explain: _____

**10a**   Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? . . . ☐ **Yes**   ☐ **No**

   **b**   If "Yes," explain: _____

AGO – Connolly – 266

Exhibit - 16

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 267 of 664
Page ID #:1294

| | | | | |
|---|---|---|---|---|
| **11** | Does the organization conduct gaming activities with nonmembers? | | ☐ Yes | ☐ No |
| **12** | Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming? | | ☐ Yes | ☐ No |
| **13** | Indicate the percentage of gaming activity conducted in: | | | |
| **a** | The organization's facility | **13a** | | % |
| **b** | An outside facility | **13b** | | % |

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ --------------------------------------------------------------------------------

Address ▶ --------------------------------------------------------------------------------

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue?     ☐ Yes   ☐ No

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____ .

**c** If "Yes," enter name and address of the third party:

Name ▶ --------------------------------------------------------------------------------

Address ▶ --------------------------------------------------------------------------------

**16** Gaming manager information:

Name ▶ --------------------------------------------------------------------------------

Gaming manager compensation ▶ $ --------------------------------------------------------------------------------

Description of services provided ▶ --------------------------------------------------------------------------------

☐ Director/officer        ☐ Employee        ☐ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license?     ☐ Yes   ☐ No

**b** Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $       •   AGO – Connolly – 267

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
|---|---|

Exhibit 16

| Return Reference | Explanation |
|---|---|

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493320043033
Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 268 of 664
Page ID #:1209

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

# Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

**2022**

**Open to Public Inspection**

Name of the organization
Alternatives Pregnancy Center

Employer identification number

94-2844514

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section B, Line 11b | Reviewed and approved by Executive Director. Electronically provided to Board Members. |

AGO – Connolly – 268

Exhibit - 16

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section B, Line 12c | Annual review of conflict of interest policy |

AGO – Connolly – 269

Exhibit - 16

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section B, Line 15a | Independent board of directors review and approve ED's salary |

AGO – Connolly – 270

Exhibit - 16

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section B, Line 15b | Independent board of directors review and approve ED's salary |

AGO – Connolly – 271

Exhibit - 16

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section C, Line 19 | Available on Guidestar and upon request |

AGO – Connolly – 272

Exhibit - 16

# EXHIBIT 17

•     AGO – Connolly – 273

Exhibit  - 17

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 274 of 664    Page ID #:1601

Form **990**

# Return of Organization Exempt From Income Tax

OMB No. 1545-0047

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public.

► Go to *www.irs.gov/Form990* for instructions and the latest information.

**2021**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2021 calendar year, or tax year beginning 01-01-2021  , and ending 12-31-2021

| **B** Check if applicable: | **C** Name of organization<br>Alternatives Pregnancy Center | **D** Employer identification number |
|---|---|---|
| ☐ Address change | | 94-2844514 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite<br>1111 Howe Ave 610 | **E** Telephone number<br>(916) 880-4040 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code<br>Sacramento, CA  95825 | |
| ☐ Application pending | | **G** Gross receipts $ 1,688,570 |

| **F** Name and address of principal officer:<br>Heidi Matzke<br>1111 Howe Ave 610<br>Sacramento, CA  95825 | **H(a)** Is this a group return for subordinates? | ☐ Yes ☒ No |
|---|---|---|
| | **H(b)** Are all subordinates included? | ☐ Yes ☐ No |
| **I** Tax-exempt status: ☒ 501(c)(3)   ☐ 501(c) ( ) ◄ (insert no.)   ☐ 4947(a)(1) or   ☐ 527 | If "No," attach a list. See instructions. | |
| **J** Website: ► www.alternativespc.org | **H(c)** Group exemption number ► | |
| **K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ► | **L** Year of formation: 1982 | **M** State of legal domicile: CA |

## Part I   Summary

| | | |
|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities:<br>APC offers compassionate care to those making significant life choices.We believe women and men have a right to get accurate information from a resource that will not profit from the choices they make. | |

| | | | |
|---|---|---|---|
| **2** | Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| **3** | Number of voting members of the governing body (Part VI, line 1a) . . . . . . | **3** | 13 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | 12 |
| **5** | Total number of individuals employed in calendar year 2021 (Part V, line 2a) . . . . | **5** | 18 |
| **6** | Total number of volunteers (estimate if necessary) . . . . . . . . | **6** | 60 |
| **7a** | Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | **7a** | 0 |
| **b** | Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . . | **7b** | |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) . . . . . . . . | 594,825 | 1,212,674 |
| **9** | Program service revenue (Part VIII, line 2g) . . . . . . . . | 0 | 0 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | 427 | 592 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . | 327,268 | 416,622 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 922,520 | 1,629,888 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 381,042 | 553,081 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ►90,217 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 281,043 | 314,290 |
| **18** | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 662,085 | 867,371 |
| **19** | Revenue less expenses. Subtract line 18 from line 12 . . . . . . | 260,435 | 762,517 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) . . . . . . . . | 901,490 | 1,647,605 |
| **21** | Total liabilities (Part X, line 26) . . . . . . . . | 112,955 | 97,122 |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 . . . . | 788,535 | 1,550,483 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ******<br>Signature of officer | 2022-08-01<br>Date |
|---|---|---|
| | Heidi Matzke  Executive Director<br>Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P01513142 |
|---|---|---|---|---|---|
| | Firm's name  ► Jensen Smith Certified Public Accountants Inc | | | Firm's EIN ► 47-2319412 | |
| | Firm's address ►661 5th St Ste 101<br>Lincoln, CA  95648 | | | Phone no. (916) 434-1662 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.      Cat. No. 11282Y      Form **990** (2021)

| Part III | Statement of Program Service Accomplishments |
|---|---|

Case 2:24-cv-00660-JDW-MAA Document 30-1   Filed 11/04/24   Page 275 of 664
PageID #: 1302

Check if Schedule O contains a response or note to any line in this Part III .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐

**1** Briefly describe the organization's mission:

APC offers compassionate care to those making significant life choices.We believe women and men have a right to get accurate information from a resource that will not profit from the choices they make.

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code:                ) (Expenses $            601,876    including grants of $                     ) (Revenue $                      )

See Additional Data

**4b** (Code:                ) (Expenses $                      including grants of $                     ) (Revenue $                      )

**4c** (Code:                ) (Expenses $                      including grants of $                     ) (Revenue $                      )

AGO – Connolly – 275

Exhibit - 17

**4d** Other program services (Describe in Schedule O.)

(Expenses $                      including grants of $                     ) (Revenue $                      )

| **4e** | **Total program service expenses ▶** | 601,876 |
|---|---|---|

Case 1:24-cv-08156-AR    Document 30-1    Filed 11/04/24    Page 276 of 664
Page ID #:1303

**Part IV** Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* 🖉 | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. 🖉 | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,* Part I 🖉 | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* 🖉 | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* 🖉 | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* 🖉 | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* 🖉 | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D,* Part VI. 🖉 | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* 🖉 | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* 🖉 | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* 🖉 | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* 🖉 | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* 🖉 | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🖉 | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🖉 | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. 🖉 | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* 🖉 | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* 🖉 | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly – Exhibit 27

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,Part III* . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . | **38** | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | • **1a** | AGO – Connolly 7 277 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| | | | Exhibit - 17 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . | **1c** | | Yes | |

Case 24-03406-JAW Dkt 71 Filed 11/04/24 Entered 11/04/24 Page 278 of 664
Page ID #1305

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)* | | | | |
|---|---|---|---|---|---|

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . | **2a** | 18 | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . | | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . | | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | | | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . . | | | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | 0 | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . . . | | | **7g** | | No |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . | | | **7h** | | No |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . . | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | | |
| **a** | Gross income from members or shareholders . . . . . . . | **11a** | | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . | **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . | **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . | | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | | | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | | **16** | | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | | | **17** | | |

Form **990** (2021)

| Part VI | Governance, Management, and Disclosure. *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . ☑

### Section A. Governing Body and Management

|  |  |  | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 13 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 12 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . | **2** | | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . | **6** | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . | **7b** | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . | **8a** | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | **8b** | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O . . . . . . . | **9** | | | No |

### Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

|  |  | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? If "No," go to line 13 . . . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe on Schedule O how this was done . . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . | **16b** | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

CA

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website ☑ Another's website ☑ Upon request ☐ Other (explain in Schedule O)  AGO – Connolly – 279

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.  Exhibit - 17

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:

▶Victoria Allgier   1111 Howe Ave   Sacramento, CA 95825 (916) 880-4040

Case 2:24-cv-08466-HDV-AGR Document 30-1 Filed 01/04/24 Page 280 of 664

Page ID #:1307

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

• List all of the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity of a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Heidi Matzke<br>Executive Dir. | 40.00<br>0.00 | X | | | | | | 75,549 | 0 | 0 |
| (2) Mike Stodghill<br>Director | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (3) Kellee Bradford<br>Director | 2.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (4) JP Olvera<br>Director | 2.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) Bob Simmons<br>President | 2.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (6) Suzanne Sardella<br>Secretary | 2.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (7) Jon Blackstad<br>Director | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (8) Maryl Russo<br>Vice President | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (9) Joel Mannion<br>Treasurer | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (10) Kristina Gontarski<br>Director | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (11) Weeseetsa Maeding<br>Director | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (12) Chad Ponciano<br>Director | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (13) Gina Williams<br>Director | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |

• AGO – Connolly – 280

Exhibit - 17

Case 2:24-cv-06483-JLS-AJR   Document 30-1   Filed 04/24/25   Page 281 of 664

Page ID #:1308

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 75,549 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000
of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on<br>line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the<br>organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such<br>individual* . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for<br>services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation
from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 281 | |
| | Exhibit  - 17 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of
compensation from the organization ▶ 0

Form **990** (2021)

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . □

| | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . | **1b** | | | | |
| | **c** Fundraising events . . | **1c** | | | | |
| | **d** Related organizations . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | 72,000 | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 1,140,674 | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . ▶ | | 1,212,674 | | | |
| **Program Service Revenue** | **2a** | Business Code | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 0 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | 592 | | | 592 |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | 0 | | | |
| | **5** Royalties . . . . . . . . . . . . ▶ | | 0 | | | |
| | | (i) Real | (ii) Personal | | | | |
| | **6a** Gross rents | **6a** | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | |
| | **d** Net rental income or (loss) . . . . . . . ▶ | | 0 | | | |
| | | (i) Securities | (ii) Other | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | |
| | **d** Net gain or (loss) . . . . . . . . . ▶ | | 0 | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . | **8a** | 474,559 | | | |
| | **b** Less: direct expenses . . . | **8b** | 58,682 | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | 415,877 | | | 415,877 |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | 0 | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | 0 | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | **11a** Misc. Income | | | | | |
| | **b** Other Revenue | | 745 | | | 745 |
| | **c** | | | | | |
| | **d** All other revenue . . . . | | | | | |
| | **e Total.** Add lines 11a–11d . . . . ▶ | | 745 | | | 745 |
| | **12 Total revenue.** See instructions . . . . ▶ | | 1,629,888 | | | 417,214 |

•    AGO – Connolly – 282

Exhibit - 17

**Part IX** Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . | 75,549 | 52,884 | 15,110 | 7,555 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . . | 427,739 | 299,418 | 85,548 | 42,773 |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . | 3,754 | 2,628 | 563 | 563 |
| **10** Payroll taxes . . . . . . . . . . . | 46,039 | 32,227 | 9,208 | 4,604 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . | 0 | | | |
| **c** Accounting . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 0 | | | |
| **12** Advertising and promotion . . . . . | 0 | | | |
| **13** Office expenses . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . | 0 | | | |
| **15** Royalties . . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . | 0 | | | |
| **17** Travel . . . . . . . . . . . | 1,186 | 830 | 178 | 178 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . | 0 | | | |
| **20** Interest . . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 18,809 | | 18,809 | |
| **23** Insurance . . . . . . . . . . | 15,682 | 10,977 | 2,352 | 2,353 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Facilities | 97,378 | 68,165 | 19,475 | 9,738 |
| **b** Medical Supplies | 44,807 | 31,365 | 6,721 | 6,721 |
| **c** Development and Marketing | 36,516 | 25,561 | 5,478 | 5,477 |
| **d** Departmental Expenses | 15,741 | 15,741 | | |
| **e** All other expenses | 84,171 | 62,080 | 11,836 | 10,255 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 867,371 | 601,876 | 175,278 | 90,217 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 283

Exhibit - 17

**Part X** | **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . □

| | | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| | **1** | Cash–non-interest-bearing . . . . . . . . | | 813,673 | **1** | 1,500,639 |
| | **2** | Savings and temporary cash investments . . . . . . | | | **2** | 0 |
| | **3** | Pledges and grants receivable, net . . . . . | | | **3** | 0 |
| | **4** | Accounts receivable, net . . . . . . . . . | | | **4** | 0 |
| | **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | | **5** | 0 |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | | **6** | 0 |
| | **7** | Notes and loans receivable, net . . . . . . . | | | **7** | 0 |
| | **8** | Inventories for sale or use . . . . . . . | | | **8** | 0 |
| | **9** | Prepaid expenses and deferred charges . . . . . | | 32,218 | **9** | 106,384 |
| | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 318,544 | | | | |
| | **b** | Less: accumulated depreciation **10b** 277,963 | | 55,599 | **10c** | 40,581 |
| | **11** | Investments—publicly traded securities . | | | **11** | 0 |
| | **12** | Investments—other securities. See Part IV, line 11 . . . . . | | | **12** | 0 |
| | **13** | Investments—program-related. See Part IV, line 11 . . | | | **13** | 0 |
| | **14** | Intangible assets . . . . . . . . . . | | | **14** | 0 |
| | **15** | Other assets. See Part IV, line 11 . . . . . . . | | | **15** | 1 |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | | 901,490 | **16** | 1,647,605 |
| | **17** | Accounts payable and accrued expenses . . . . . | | 13,887 | **17** | 57,186 |
| | **18** | Grants payable . . . | | | **18** | |
| | **19** | Deferred revenue . . . . . . . . | | | **19** | 6,355 |
| | **20** | Tax-exempt bond liabilities . . . . . . . | | | **20** | |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D | | | **21** | |
| | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . | | | **22** | |
| | **23** | Secured mortgages and notes payable to unrelated third parties . . | | | **23** | |
| | **24** | Unsecured notes and loans payable to unrelated third parties . . | | | **24** | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | 99,068 | **25** | 33,581 |
| | **26** | **Total liabilities.** Add lines 17 through 25 . . . | | 112,955 | **26** | 97,122 |
| | | **Organizations that follow FASB ASC 958, check here ▶** ☑ **and complete lines 27, 28, 32, and 33.** | | | | |
| | **27** | Net assets without donor restrictions . . . . . . | | 788,535 | **27** | 1,147,220 |
| | **28** | Net assets with donor restrictions . . . . . . | | | **28** | 403,263 |
| | | **Organizations that do not follow FASB ASC 958, check here ▶** □ **and complete lines 29 through 33.** | | | | |
| | **29** | Capital stock or trust principal, or current funds . . . . | | | **29** | |
| | **30** | Paid-in or capital surplus, or land, building or equipment fund . | | | **30** | |
| | **31** | Retained earnings, endowment, accumulated income, or other funds | | | **31** | |
| | **32** | Total net assets or fund balances . . . . | | 788,535 | **32** | 1,550,483 |
| | **33** | Total liabilities and net assets/fund balances . . . . . . . | | 901,490 | **33** | 1,647,605 |

Assets — Liabilities — Net Assets or Fund Balances

• AGO – Connolly – 284

Exhibit - 17

Part XI | Reconciliation of Net Assets

Case 1:24-cv-00663-AS MAR Document 30-1 Filed 11/04/24 Page 285 of 664
Page ID #:1312

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . ☑

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . | **1** | 1,629,888 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . | **2** | 867,371 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . | **3** | 762,517 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 788,535 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **9** | -569 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 1,550,483 |

Part XII | **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☑ Accrual ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br><br> ☑ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br><br> ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | No |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

• AGO – Connolly – 285

Exhibit – 17

**Additional Data**

Software ID: 22013475
Software Version: 2021v4.0
EIN: 94-2844514
Name: Alternatives Pregnancy Center

Form 990 (2021)

## Form 990, Part III, Line 4a:

Provided more than 776 unique client visits . It is our mission to provide women with medical care and alternatives to abortion as we proclaim the hope of the Gospel. We believe that women in our community should have access to free, quality medical care from an organization that wont financially benefit from any decision they make during unplanned pregnancy situations. Whether theyre low-income, homeless, uninsured, or simply need somewhere to go that will support them in some of the most difficult times of their lives, Alternatives is here for them.Empowered 81% of our clients to choose life.Equipped new moms with parenting classes. Over 177 individuals/couples have taken classes to become better parents. Our curriculum covers a wide range of aspects from prenatal development to breastfeeding topics, as well as fostering healthy relationships & womens self care.Distributed over 13,000 diapers, clothing and other necessities to those in need. Coupled with our parenting program, we believe that support does not end in the medical room. Instead, we recognize that there are those who need material assistance in order to parent well. That is why we focus on making sure that the needs of mothers and their babies are met with understanding and generosity by our parenting program.Provided more than 642 free pregnancy tests. We also gave more than 493 women a window into their womb through our ultrasounds. Pregnancy is one of the most life changing events to happen in a womans life. By offering our free pregnancy related services, we can not only give women the medical care they need, but we can meet them where theyre at and walk with them as they make decisions they can be proud of in the years to come.Made 11 abortion pill reversal appointments in order to give women a second chance at choice. This treatment is a vital part of reproductive rights and healthcare, and gives women the ability to safely and effectively attempt to reverse their chemical abortion.Scheduled over 167 obstetric and gynecological appointments to give women access to free and necessary healthcare. By providing free pap smears, STD testing, breast exams, prenatal care, and more, we are providing women with a safe and comfortable place to receive the medical care that they need from people that they trust, and at no cost to them.

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 288 of 664
Page 13 of 14

**SCHEDULE A**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Public Charity Status and Public Support**

Complete if the organization is a section 501(c)(3) organization or a section
4947(a)(1) nonexempt charitable trust.
▶ **Attach to Form 990 or Form 990-EZ.**
▶ **Go to** *www.irs.gov/Form990* **for instructions and the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Alternatives Pregnancy Center | 94-2844514 |

<table>
<tr><td colspan="3"><strong>Part I</strong>    <strong>Reason for Public Charity Status</strong> (All organizations must complete this part.) See instructions.</td></tr>
</table>

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

**10** ☑ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . _____

**g** Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Cat. No. 11285F

Schedule A (Form 990) 2021

AGO - Connolly - 287

Exhibit - 17

Case 2:15-cv-09468-HDV-JAB Document 520-1 Filed 11/04/24 Page 289 of 664 Page ID #:1815

**Part II** **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . | | | | **12** | | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check
this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2021 (line 6, column (f) divided by line 11, column (f)) . . . . . . . | **14** | |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . | **15** | |

**16a** **33 1/3% support test—2021.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box
and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . ▶ ☐

**b** **33 1/3% support test—2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this
box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14
is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain
in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported
organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line
15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box <span style="color:red">and/or Connolly – 288</span>
Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly
supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ <span style="color:red">Exhibit - 17</span>

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see
instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Case: Schedule A for Organizations Described in Section 509(a)(2) Document Received 12/04/24    Page 289 of 664

**Part III**   **Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 10 of Part I or line 9 of Part II. If the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | 212,561 | 318,632 | 335,703 | 594,825 | 1,212,674 | 2,674,395 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | 0 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . . | | | | | | 0 |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | 0 |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **6** **Total.** Add lines 1 through 5 | 212,561 | 318,632 | 335,703 | 594,825 | 1,212,674 | 2,674,395 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0 |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | 0 |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 2,674,395 |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . . | 212,561 | 318,632 | 335,703 | 594,825 | 1,212,674 | 2,674,395 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | 0 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | 0 |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | 0 |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | 325,204 | | | | | 325,204 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) . | 537,765 | 318,632 | 335,703 | 594,825 | 1,212,674 | 2,999,599 |
| **14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | | | | | |

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2021 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 89.160 % |
| **16** Public support percentage from 2020 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | 77.190 % |

### Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2021** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 0 % |
| **18** Investment income percentage from **2020** Schedule A, Part III, line 17 . . . . . . . . . . . . . | **18** | |

**19a 331/3% support tests—2021.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . ▶ ☑ 

   **b** **33 1/3% support tests—2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . ▶ ☐

AGO – Connolly – 289     Exhibit - 17

**Part IV** Supporting Organizations

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in Part VI how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in Part VI when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in Part VI what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in Part VI.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in Part VI.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in Part VI.* **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in Part VI.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** | | |

Schedule A (Form 990) 2021

Case 1:18-cv-00460-JLR-MAR   Document 30-1   Filed 11/04/24   Page 291 of 664

Page ID #:1318

**Part IV**   Support Schedule for Organizations (continued)

| | | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described on 11a above? | **11b** | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in **Part VI**.* | **11c** | | |

### Section B. Type I Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | | |

### Section C. Type II Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

### Section D. All Type III Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in **Part VI** the role the organization's supported organizations played in this regard.* | **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1**   Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

**a** ☐   The organization satisfied the Activities Test. Complete **line 2** below.

**b** ☐   The organization is the parent of each of its supported organizations. Complete **line 3** below.

**c** ☐   The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

**2**   Activities Test. **Answer lines 2a and 2b below.**

| | | | Yes | No |
|---|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in **Part VI identify those supported organizations and explain** how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No", provide details in **Part VI**.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in **Part VI**. the role played by the organization in this regard.* | **3b** | | |

AGO – Connolly – 291

Exhibit - 17

**Part V** Type III Non-functionally Integrated 509(a)(3) Supporting Organizations

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3 | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | 1 | | |
| a | Average monthly value of securities | 1a | | |
| b | Average monthly cash balances | 1b | | |
| c | Fair market value of other non-exempt-use assets | 1c | | |
| d | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| e | **Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| 2 | Acquisition indebtedness applicable to non-exempt use assets | 2 | | |
| 3 | Subtract line 2 from line 1d | 3 | | |
| 4 | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by 0.035 | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2 | Enter 85% of line 1 | 2 | | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4 | Enter greater of line 2 or line 3 | 4 | | |
| 5 | Income tax imposed in prior year | 5. | | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

AGO – Connolly – 292

Exhibit - 17

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Part V**   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| **Section D - Distributions** | | | | **Current Year** |
|---|---|---|---|---|
| **1**   Amounts paid to supported organizations to accomplish exempt purposes | | | **1** | |
| **2**   Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | **2** | |
| **3**   Administrative expenses paid to accomplish exempt purposes of supported organizations | | | **3** | |
| **4**   Amounts paid to acquire exempt-use assets | | | **4** | |
| **5**   Qualified set-aside amounts *(prior IRS approval required - provide details in **Part VI**)* | | | **5** | |
| **6**   Other distributions *(describe in **Part VI**)*. See instructions | | | **6** | |
| **7**   **Total annual distributions.** Add lines 1 through 6. | | | **7** | |
| **8**   Distributions to attentive supported organizations to which the organization is responsive *(provide details in **Part VI**)*. See instructions | | | **8** | |
| **9**   Distributable amount for 2021 from Section C, line 6 | | | **9** | |
| **10** Line 8 amount divided by Line 9 amount | | | **10** | |

| **Section E - Distribution Allocations**<br>(see instructions) | **(i)**<br>**Excess Distributions** | **(ii)**<br>**Underdistributions**<br>**Pre-2021** | **(iii)**<br>**Distributable**<br>**Amount for 2021** |
|---|---|---|---|
| **1**   Distributable amount for 2021 from Section C, line 6 | | | |
| **2**   Underdistributions, if any, for years prior to 2021 (reasonable cause required-- *explain in **Part VI**)*. See instructions. | | | |
| **3**   Excess distributions carryover, if any, to 2021: | | | |
| **a**   From 2016.  . . . . . . | | | |
| **b**   From 2017.  . . . . . . | | | |
| **c**   From 2018.  . . . . . . | | | |
| **d**   From 2019.  . . . . . . | | | |
| **e**   From 2020.  . . . . . . | | | |
| **f**   **Total** of lines 3a through e | | | |
| **g**   Applied to underdistributions of prior years | | | |
| **h**   Applied to 2021 distributable amount | | | |
| **i**   Carryover from 2016 not applied (see instructions) | | | |
| **j**   Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2021 from Section D, line 7:   $ | | | |
| **a**   Applied to underdistributions of prior years | | | |
| **b**   Applied to 2021 distributable amount | | | |
| **c**   Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5**   Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI**.* See instructions. | | | |
| **6**   Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI**.* See instructions. | | | |
| **7**   **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| **8**   Breakdown of line 7: | | | |
| **a**   Excess from 2017.  . . . . . | | | |
| **b**   Excess from 2018.  . . . . . | | | |
| **c**   Excess from 2019.  . . . . . | | | |
| **d**   Excess from 2020.  . . . . . | | | |
| **e**   Excess from 2021.  . . . . . | | | |

AGO – Connolly – 293

Exhibit - 17

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 294 of 664 Page ID #:321

• AGO – Connolly – 294

**Facts And Circumstances Test**

Exhibit - 17

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 296 of 664
Page ID #:821

| SCHEDULE D | Supplemental Financial Statements | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | | **2021** |

**SCHEDULE D**
**(Form 990)**

**Supplemental Financial Statements**

▶ Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2021**

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Alternatives Pregnancy Center | 94-2844514 |

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the
organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . ☐ Yes ☐ No

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for
charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible
private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part II** **Conservation Easements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (e.g., recreation or education) ☐ Preservation of an historically important land area
☐ Protection of natural habitat ☐ Preservation of a certified historic structure
☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | Held at the End of the Year |
|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . | 2a | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . . . | 2b | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | 2c | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | 2d | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶ _____

**4** Number of states where property subject to conservation easement is located ▶ _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations,
and enforcement of the conservation easements it holds? . . . . . . . . . . . . . ☐ Yes ☐ No

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes
the organization's accounting for conservation easements.

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in
Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the
following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . ▶ $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . ▶ $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . ▶ $ _____

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

Exhibit - 17

For Paperwork Reduction Act Notice, see the Instructions for Form 990. Cat. No. 52283D Schedule D (Form 990) 2021

**Part III**  **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ...................................................................

**4**   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**   During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .     ☐ **Yes**   ☐ **No**

**Part IV**  **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . .     ☐ **Yes**   ☐ **No**

**b**   If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . . . . | **1f** | |

**2a**  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .    ☐ **Yes**   ☐ **No**

**b**   If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . . . ☐

**Part V**  **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2**   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**   Board designated or quasi-endowment ▶ ...........................................

**b**   Permanent endowment ▶ .............................................

**c**   Term endowment ▶ .............................................
The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**  Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** | | |

**4**   Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**  **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements . . . . | | | • AGO – Connolly – 296 | |
| **d** Equipment . . . . . | | 279,611 | 251,442 | 28,169 |
| **e** Other . . . . . | | 38,933 | 26,52  Exhibit - 17 | 12,412 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . . ▶ | | | | 40,581 |

## Part VII — Investments - Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)** Other | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

## Part VIII — Investments - Program Related.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

## Part IX — Other Assets.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* . . . . . . . . . . ▶ | |

## Part X — Other Liabilities.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| **(2)** Accrued Compensation | 7,311 |
| **(3)** Payroll Liabilities | 26,270 |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | 33,581 |

AGO – Connolly – 297

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** |||
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. ||||

| 1 | Total revenue, gains, and other support per audited financial statements . . . . . . . . | **1** | 1,629,888 |
|---|---|---|---|
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | **3** | 1,629,888 |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | **5** | 1,629,888 |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** |||
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. ||||

| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . | **1** | 867,371 |
|---|---|---|---|
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities . . . . . . . . . | **2a** | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | **3** | 867,371 |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . | **5** | 867,371 |

| **Part XIII** | **Supplemental Information** |
|---|---|

• AGO – Connolly – 298

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.    Exhibit - 17

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    AGO – Connolly – 299    Page 299 of 664
Page ID #:1326

Exhibit - 17

| Part XIII | Supplemental Information *(continued)* |
|---|---|
| Return Reference | Explanation |

| **SCHEDULE G** (Form 990) | **Supplemental Information Regarding Fundraising or Gaming Activities** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a. | **2021** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization Alternatives Pregnancy Center | Employer identification number 94-2844514 |
|---|---|

## Part I Fundraising Activities. Complete if the organization answered "Yes" on Form 990, Part IV, line 17.
Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

a ☑ Mail solicitations

b ☑ Internet and email solicitations

c ☑ Phone solicitations

d ☑ In-person solicitations

e ☑ Solicitation of non-government grants

f ☐ Solicitation of government grants

g ☑ Special fundraising events

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services? ☐ Yes ☑ No

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** . . . . . . . . . . . . . . . . . ▶ | | | | | | |

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AGO – Connolly – 300

Exhibit - 17

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.   Cat. No. 50083H   **Schedule G (Form 990) 2021**

Case 1:18-cv-08653-HDV-MAR Document 80-1 Filed 11/04/24 Page 301 of 664
Page ID #:1328

**Part II**   **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | (a) Event #1 **Gala Event** (event type) | (b) Event #2 **Fund a Day** (event type) | (c) Other events **2** (total number) | (d) Total events (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| Revenue | **1** Gross receipts . . . . . | 395,567 | 46,647 | 27,163 | 469,377 |
| | **2** Less: Contributions . . . . | | | | |
| | **3** Gross income (line 1 minus line 2) | 395,567 | 46,647 | 27,163 | 469,377 |
| Direct Expenses | **4** Cash prizes . . . . . | | | | |
| | **5** Noncash prizes . . . . | | | | |
| | **6** Rent/facility costs . . . . | 10,897 | | | 10,897 |
| | **7** Food and beverages . . . | 27,386 | | | 27,386 |
| | **8** Entertainment . . . . | | | | |
| | **9** Other direct expenses . . . | 16,369 | | 1,893 | 18,262 |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . ▶ | | | | 56,545 |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . ▶ | | | | 412,832 |

**Part III**   **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/Instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col.(a) through col.(c)) |
|---|---|---|---|---|---|
| Revenue | **1** Gross revenue . . . . . | | | | |
| Direct Expenses | **2** Cash prizes . . . . . | | | | |
| | **3** Noncash prizes . . . . | | | | |
| | **4** Rent/facility costs . . . . | | | | |
| | **5** Other direct expenses . . . | | | | |
| | **6** Volunteer labor . . . . | ☐ Yes _____% ☐ No | ☐ Yes _____% ☐ No | ☐ Yes _____% ☐ No | |
| | **7** Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . ▶ | | | | |
| | **8** Net gaming income summary. Subtract line 7 from line 1, column (d). . . . . . . ▶ | | | | |

**9**   Enter the state(s) in which the organization conducts gaming activities:_____

**a**   Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . ☐ **Yes** ☐ **No**

**b**   If "No," explain: _____

**10a**   Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? ☐ **Yes** ☐ **No**

**b**   If "Yes," explain: _____

<span style="color:red">AGO – Connolly – 301</span>

<span style="color:red">Exhibit - 17</span>

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 302 of 664    Page ID #:1329

**11**   Does the organization conduct gaming activities with nonmembers?       ☐ **Yes** ☐ **No**

**12**   Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming?       ☐ **Yes** ☐ **No**

**13**   Indicate the percentage of gaming activity conducted in:

**a**   The organization's facility       **13a**    %

**b**   An outside facility       **13b**    %

**14**   Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ ----------------------------------------------------------------------------------

Address ▶ ----------------------------------------------------------------------------------

**15a**   Does the organization have a contract with a third party from whom the organization receives gaming revenue?       ☐ **Yes** ☐ **No**

**b**   If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____ .

**c**   If "Yes," enter name and address of the third party:

Name ▶ ----------------------------------------------------------------------------------

Address ▶ ----------------------------------------------------------------------------------

**16**   Gaming manager information:

Name ▶ ----------------------------------------------------------------------------------

Gaming manager compensation ▶ $ --------------------------------------------------

Description of services provided ▶ ----------------------------------------------------------------------------------

☐ Director/officer      ☐ Employee      ☐ Independent contractor

**17**   Mandatory distributions:

**a**   Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license?       ☐ **Yes** ☐ **No**

**b**   Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $    •    AGO – Connolly – 302

| Part IV | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
|---|---|

Exhibit 17

| Return Reference | Explanation |
|---|---|

OMB No. 1545-0047

# SCHEDULE O
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to _www.irs.gov/Form990_ for the latest information.**

# 2021

**Open to Public
Inspection**

Name of the organization
Alternatives Pregnancy Center

Employer identification number

94-2844514

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 11b: Form 990 Review Process | Reviewed and approved by Executive Director. Electronically provided to Board Members. |

AGO – Connolly – 303

Exhibit  - 17

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 12c: Explanation of Monitoring and Enforcement of Conflicts | Annual review of conflict of interest policy<br><br>•     AGO – Connolly – 304<br><br>Exhibit - 17 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 15a: Compensation Review & Approval Process - CEO, Top Management | Independent board of directors review and approve ED's salary<br><br>• AGO – Connolly – 305<br><br>Exhibit - 17 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 15b: Compensation Review and Approval Process for Officers and Key Employees | Independent board of directors review and approve ED's salary |

- AGO – Connolly – 306

Exhibit - 17

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 19: Other Organization Documents Publicly Available | Available on Guidestar and upon request |

• AGO – Connolly – 307

Exhibit - 17

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Other Changes In Net Assets Or Fund Balances - Other Decreases | Adjustments made after filing of 990 = -$569 |

• AGO – Connolly – 308

Exhibit - 17

# EXHIBIT 18

•    AGO – Connolly – 309

Exhibit  - 18

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493245008280

Form **990**

OMB No 1545-0047

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

**2019**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A For the 2019 calendar year, or tax year beginning** 01-01-2019 **, and ending** 12-31-2019

| B Check if applicable | C Name of organization Alternatives Pregnancy Center | D Employer identification number |
|---|---|---|
| ☐ Address change | | 94-2844514 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P O box if mail is not delivered to street address) Room/suite 1111 Howe Ave | E Telephone number (916) 880-4040 |
| ☐ Amended return | | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code Sacramento, CA 95825 | G Gross receipts $ 853,465 |

| F Name and address of principal officer 1111 Howe Ave 610 Sacramento, CA 95825 | H(a) Is this a group return for subordinates? ☐ Yes ☒ No |
|---|---|
| | H(b) Are all subordinates included? ☐ Yes ☐ No If "No," attach a list (see instructions) |
| I Tax-exempt status ☒ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527 | |
| J Website: ▶ www alternativespc org | H(c) Group exemption number ▶ |
| K Form of organization ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | L Year of formation 1982  M State of legal domicile CA |

## Part I   Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities APC offers compassionate care to those making significant life choices We believe women and men have a right to get accurate information from a resource that will not profit from the choices they make | | |
| 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . . . | 3 | 9 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) . . . | 4 | 8 |
| 5 | Total number of individuals employed in calendar year 2019 (Part V, line 2a) . . . . . | 5 | 11 |
| 6 | Total number of volunteers (estimate if necessary) . . . . . . . . . . | 6 | 60 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 39 . . . . . . . . | 7b | |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . . . | 318,632 | 335,613 |
| 9 | Program service revenue (Part VIII, line 2g) . . . . . . | 0 | 0 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . | 255 | 256 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 327,151 | 422,627 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 646,038 | 758,496 |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 341,263 | 370,181 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶66,480 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . | 214,351 | 275,942 |
| 18 | Total expenses  Add lines 13–17 (must equal Part IX, column (A), line 25) | 555,614 | 646,123 |
| 19 | Revenue less expenses  Subtract line 18 from line 12 . . . . . . | 90,424 | 112,373 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) . . . . . . . . . . | 423,103 | 552,718 |
| 21 | Total liabilities (Part X, line 26) . . . . . . . . . . | 5,881 | 24,618 |
| 22 | Net assets or fund balances  Subtract line 21 from line 20 . . . . | 417,222 | 528,100 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ****** Signature of officer | 2020-09-01 Date |
|---|---|---|
| | Heidi Matzke  Executive Director Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01513142 |
|---|---|---|---|---|---|
| | Firm's name ▶ Jensen Smith Certified Public Accountants Inc | | | Firm's EIN ▶ 47-2319412 | |
| | Firm's address ▶ 661 5th St Ste 101 PO Box 160 Lincoln, CA 95648 | | | Phone no (916) 434-1662 | |

AGO – Connolly – 310

Exhibit – 18

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.        Cat No 11282Y        Form **990** (2019)

Case 2:24-cv-00640-DJC-SCR   Document 30-1   Filed 11/04/24   Page 311 of 664
Page ID #:1338

| Part III | Statement of Program Service Accomplishments |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission

APC offers compassionate care to those making significant life choices We believe women and men have a right to get accurate information from a resource that will not profit from the choices they make

---

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported

**4a** (Code                ) (Expenses $        435,527     including grants of $                    ) (Revenue $                    )
See Additional Data

**4b** (Code                ) (Expenses $                    including grants of $                    ) (Revenue $                    )

**4c** (Code                ) (Expenses $                    including grants of $                    ) (Revenue $                    )

•      <span style="color:red">AGO – Connolly – 311</span>

**4d** Other program services (Describe in Schedule O )
(Expenses $                including grants of $                ) (Revenue $        <span style="color:red">Exhibit  - 18</span>)

**4e** Total program service expenses ▶        435,527

**Part IV**    Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | Yes | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,Part I* | **6** | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| 9 | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | Yes | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | Yes | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I*(see instructions) | **17** | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | Yes | |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly –

Exhibit – 18

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K  If "No," go to line 25a* | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L*, Part I | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L*, Part I | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,*Part III | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O | **38** | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096  Enter -0- if not applicable | **1a** | *AGO – Connolly 7* 313 | | |
| b | Enter the number of Forms W-2G included in line 1a  Enter -0- if not applicable | **1b** | 0 | | |
| | | | Exhibit - 18 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance** (continued)

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . | **2a** | 11 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns?<br>**Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | **2b** | | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** | | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | | No |
| **b** | If "Yes," enter the name of the foreign country ▶ _____<br>See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | **5c** | | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | **6a** | | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | **6b** | | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . | **7c** | | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | 0 | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . | **7g** | | | No |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . | **7h** | | | No |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | **8** | | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | **9a** | | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . .<br>**Note.** See the instructions for additional information the organization must report on Schedule O | **13a** | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | **14b** | | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . .<br>If "Yes," see instructions and file Form 4720, Schedule N | **15** | | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . .<br>If "Yes," complete Form 4720, Schedule O | **16** | | | No |

Alteration Only — 314

Exhibit – 18

Case 2:24-cv-08463-HDV-MAR   Document 30-1   Filed 11/04/24   Page 315 of 664

| Part VI | Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O  See instructions* | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a**    9 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b**    8 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . . . | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . . | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . | **8b** | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . | **9** | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990 | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . . | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions) | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17**  List the states with which a copy of this Form 990 is required to be filed▶
                 CA

**18**  Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection  Indicate how you made these available  Check all that apply

  ☐ Own website   ☑ Another's website   ☑ Upon request   ☐ Other (explain in Schedule O) AGO – Connolly – 315

**19**  Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year

                                          Exhibit - 18

**20**  State the name, address, and telephone number of the person who possesses the organization's books and records
▶Victoria Allgier   1111 Howe Ave   Sacramento, CA 95825 (916) 880-4040

Part VII Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees
and Independent Contractors

Case 24-01408-WAR Doc 601-1 Filed 04/24/24 Page 316 of 664
Page ID #:1343

Check if Schedule O contains a response or note to any line in this Part VII　.　.　.　.　.　.　.　.　.　.　.　.　.　□

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

- List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid

- List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

- List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

- List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

- List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

See instructions for the order in which to list the persons above

□ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Heidi Matzke<br>.................<br>Executive Dir | 40 00<br>.............<br>0 00 | X | | | | | | 65,792 | 0 | 0 |
| (2) Mike Stodghill<br>.................<br>Director | 1 00<br>.............<br>0 00 | X | | | | | | 0 | 0 | 0 |
| (3) Kim Shaw<br>.................<br>President | 2 00<br>.............<br>0 00 | X | | X | | | | 0 | 0 | 0 |
| (4) JP Olvera<br>.................<br>Treasurer | 2 00<br>.............<br>0 00 | X | | X | | | | 0 | 0 | 0 |
| (5) Bob Simmons<br>.................<br>Vice President | 2 00<br>.............<br>0 00 | X | | X | | | | 0 | 0 | 0 |
| (6) Suzanne Sardella<br>.................<br>Secretary | 2 00<br>.............<br>0 00 | X | | X | | | | 0 | 0 | 0 |
| (7) Jon Blackstad<br>.................<br>Director | 1 00<br>.............<br>0 00 | X | | | | | | 0 | 0 | 0 |
| (8) Maryl Russo<br>.................<br>Director | 1 00<br>.............<br>0 00 | X | | | | | | 0 | 0 | 0 |
| (9) Joel Mannion<br>.................<br>Director | 1 00<br>.............<br>0 00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | AGO – Connolly – 316 | | |
| | | | | | | | | Exhibit - 18 | | |

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

Page ID #:1344

| (A) <br> Name and title | (B) <br> Average <br> hours per <br> week (list <br> any hours <br> for related <br> organizations <br> below dotted <br> line) | (C) <br> Position (do not check more <br> than one box, unless person <br> is both an officer and a <br> director/trustee) | | | | | | (D) <br> Reportable <br> compensation <br> from the <br> organization <br> (W-2/1099- <br> MISC) | (E) <br> Reportable <br> compensation <br> from related <br> organizations <br> (W-2/1099- <br> MISC) | (F) <br> Estimated <br> amount of other <br> compensation <br> from the <br> organization and <br> related <br> organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 65,792 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . | **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . | **5** | | No |

## Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization Report compensation for the calendar year ending with or within the organization's tax year

| (A) <br> Name and business address | (B) <br> Description of services | (C) <br> Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 317 | |
| | | |
| | Exhibit – 18 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

| Part VIII | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . □

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | | |
| | **b** Membership dues . . | **1b** | | | | | |
| | **c** Fundraising events . . | **1c** | | | | | |
| | **d** Related organizations . | **1d** | | | | | |
| | **e** Government grants (contributions) | **1e** | | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 335,613 | | | | |
| | **g** Noncash contributions included in lines 1a - 1f $ | **1g** | | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | | 335,613 | | | |

| | | Business Code | | | | | |
|---|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** | | | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** All other program service revenue ▶ | | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 0 | | | | |

| | | | | (A) | (B) | (C) | (D) |
|---|---|---|---|---|---|---|---|
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | | 256 | | | 256 |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | 0 | | | |
| | **5** Royalties . . . . . . . . . . ▶ | | | 0 | | | |
| | | **(i) Real** | **(ii) Personal** | | | | |
| | **6a** Gross rents | **6a** | | | | | |
| | **b** Less rental expenses | **6b** | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | |
| | **d** Net rental income or (loss) . . . . . . ▶ | | | 0 | | | |
| | | **(i) Securities** | **(ii) Other** | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | |
| | **b** Less cost or other basis and sales expenses | **7b** | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | |
| | **d** Net gain or (loss) . . . . . . . ▶ | | | 0 | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c) See Part IV, line 18 . . . | **8a** | 517,135 | | | | |
| | **b** Less direct expenses . . . | **8b** | 94,969 | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | 422,166 | | | 422,166 |
| | **9a** Gross income from gaming activities See Part IV, line 19 . . . | **9a** | | | | | |
| | **b** Less direct expenses . . . | **9b** | | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | 0 | | | |
| | **10a** Gross sales of inventory, less returns and allowances . . | **10a** | | | | | |
| | **b** Less cost of goods sold . . | **10b** | | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | 0 | | | |
| | Miscellaneous Revenue | Business Code | | | | | |
| | **11a** Misc Income | | | 300 | 300 | | |
| | **b** Other Revenue | | | 161 | 161 | | |
| | **c** | | | | | | |
| | **d** All other revenue . . . . . | | | | | • AGO – Connolly – 318 | |
| | **e Total.** Add lines 11a–11d . . . . . . ▶ | | | 461 | | Exhibit - 18 | |
| | **12 Total revenue.** See instructions . . . . . . ▶ | | | 758,496 | 461 | | 422,422 |

Part IX   Statement of Functional Expenses

Case 2:24-cv-06043   Document 30-1   Filed 11/04/24   Page 319 of 664
Page ID #:1346

Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)

Check if Schedule O contains a response or note to any line in this Part IX   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments  See Part IV, line 21   .   .   .   . | 0 | | | |
| **2** Grants and other assistance to domestic individuals  See Part IV, line 22   .   .   .   .   .   .   .   . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals  See Part IV, lines 15 and 16   .   .   .   .   .   .   .   .   .   . | 0 | | | |
| **4** Benefits paid to or for members   .   .   .   .   .   . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees   .   .   .   .   .   .   .   .   . | 65,792 | 46,054 | 13,158 | 6,580 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)   .   .   .   .   . | 0 | | | |
| **7** Other salaries and wages   .   .   .   .   .   .   . | 273,864 | 191,705 | 54,773 | 27,386 |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions)   .   .   .   . | 0 | | | |
| **9** Other employee benefits   .   .   .   .   .   .   . | 289 | 202 | 58 | 29 |
| **10** Payroll taxes   .   .   .   .   .   .   .   .   . | 30,236 | 21,165 | 6,047 | 3,024 |
| **11** Fees for services (non-employees) | | | | |
| **a** Management   .   .   .   .   .   .   . | 0 | | | |
| **b** Legal   .   .   .   .   .   .   . | 0 | | | |
| **c** Accounting   .   .   .   .   .   .   . | 0 | | | |
| **d** Lobbying   .   .   .   .   .   .   .   . | 0 | | | |
| **e** Professional fundraising services  See Part IV, line 17 | 0 | | | |
| **f** Investment management fees   .   .   .   .   . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 22,000 | 15,400 | 3,300 | 3,300 |
| **12** Advertising and promotion   .   .   .   .   . | 0 | | | |
| **13** Office expenses   .   .   .   .   .   .   .   . | 3,930 | 2,750 | 590 | 590 |
| **14** Information technology   .   .   .   .   .   . | 0 | | | |
| **15** Royalties   .   .   . | 0 | | | |
| **16** Occupancy   .   .   .   .   .   .   .   . | 0 | | | |
| **17** Travel   .   .   .   .   .   .   .   .   .   . | 2,347 | 1,643 | 352 | 352 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials   . | 0 | | | |
| **19** Conferences, conventions, and meetings   .   .   . | 0 | | | |
| **20** Interest   .   .   .   .   .   .   .   .   . | 0 | | | |
| **21** Payments to affiliates   .   .   .   .   .   . | 0 | | | |
| **22** Depreciation, depletion, and amortization   .   . | 29,341 | | 29,341 | |
| **23** Insurance   .   .   . | 14,817 | 10,371 | 2,223 | 2,223 |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e  If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** Facilities | 90,995 | 63,697 | 18,199 | 9,099 |
| **b** Development and Marketing | 29,403 | 20,583 | 4,410 | 4,410 |
| **c** Medical Supplies | 18,763 | 13,133 | 2,815 | 2,815 |
| **d** Merchant fees | 10,677 | 7,473 | 1,602 | 1,602 |
| **e** All other expenses | 53,669 | 41,351 | 7,248 | 5,070 |
| **25** Total functional expenses. Add lines 1 through 24e | 646,123 | 435,527 | 144,116 | 66,480 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation<br>Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

AGO – Connolly – 319

Exhibit – 18

**Part X** Balance Sheet

Case 2:24-cr-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 320 of 664
Page ID #:1347

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **Assets** | | | | |
| 1 | Cash–non-interest-bearing . . . . . . . | 323,186 | **1** | 473,313 |
| 2 | Savings and temporary cash investments . . . . . . . . . | | **2** | 0 |
| 3 | Pledges and grants receivable, net . . . . . . | | **3** | 0 |
| 4 | Accounts receivable, net . . . . . . . | 250 | **4** | 0 |
| 5 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . | | **5** | 0 |
| 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | 0 |
| 7 | Notes and loans receivable, net . . . . . . . . . | | **7** | 0 |
| 8 | Inventories for sale or use . . . . . . . . . | | **8** | 0 |
| 9 | Prepaid expenses and deferred charges . . . . . . | 20,376 | **9** | 4,646 |
| 10a | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D | **10a** 303,732 | | |
| b | Less accumulated depreciation | **10b** 228,974 | 79,290 **10c** | 74,758 |
| 11 | Investments—publicly traded securities . | | **11** | 0 |
| 12 | Investments—other securities See Part IV, line 11 . . . . | | **12** | 0 |
| 13 | Investments—program-related See Part IV, line 11 . . | | **13** | 0 |
| 14 | Intangible assets . . . . . . . . . . . | | **14** | 0 |
| 15 | Other assets See Part IV, line 11 . . . . . . . . . | 1 | **15** | 1 |
| 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) . . . | 423,103 | **16** | 552,718 |
| **Liabilities** | | | | |
| 17 | Accounts payable and accrued expenses . . . . . | 1,328 | **17** | 6,023 |
| 18 | Grants payable . . . | | **18** | |
| 19 | Deferred revenue . . . . . . | | **19** | |
| 20 | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| 21 | Escrow or custodial account liability Complete Part IV of Schedule D | | **21** | |
| 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . | | **22** | |
| 23 | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| 24 | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24) Complete Part X of Schedule D | 4,553 | **25** | 18,595 |
| 26 | **Total liabilities.** Add lines 17 through 25 . . | 5,881 | **26** | 24,618 |
| **Net Assets or Fund Balances** | Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33. | | | |
| 27 | Net assets without donor restrictions . . . . . . . . . . . | 417,222 | **27** | 514,551 |
| 28 | Net assets with donor restrictions . . . . . . . . . . . | | **28** | 13,549 |
| | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | |
| 29 | Capital stock or trust principal, or current funds . . . . . . | | **29** | |
| 30 | Paid-in or capital surplus, or land, building or equipment fund . . . | | **30** | |
| 31 | Retained earnings, endowment, accumulated income, or other funds . . | | **31** | |
| 32 | Total net assets or fund balances . . . . . . . . | 417,222 | **32** | 528,100 |
| 33 | Total liabilities and net assets/fund balances . . . . . . | 423,103 | **33** | 552,718 |

AGO – Connolly – 320

Exhibit - 18

Case 2:24-cv-08663-AB-MAR     Document 30-1     Filed 11/04/24     Page 321 of 664
Page ID #:2348

| Part XI | Reconciliation of Net Assets | | |
|---------|------------------------------|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . ☐

| | | | | |
|---|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . | **1** | | 758,496 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . | **2** | | 646,123 |
| 3 | Revenue less expenses Subtract line 2 from line 1 . . . . . . . . . . . . . | **3** | | 112,373 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . | **4** | | 417,222 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . | **5** | | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . | **8** | | -1,495 |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . | **9** | | |
| 10 | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | **10** | | 528,100 |

| Part XII | **Financial Statements and Reporting** |
|----------|---------------------------------------|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . ☐

| | | | **Yes** | **No** |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990     ☐ Cash  ☑ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both | | | |
| | ☑ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | No |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | | |

• AGO – Connolly – 321

Exhibit – 18

**Software ID:** 19009920
**Software Version:** 2019v5.0
**EIN:** 94-2844514
**Name:** Alternatives Pregnancy Center

Form 990 (2019)

AGO – Connolly – 322

Exhibit 18

**Form 990, Part III, Line 4a:**

Provided more than 1240 unique client visits, which enabled us to serve our community with free resources and influence women and men for Christ and for life  Empowered 87% of our clients to choose life, fulfilling our mission of providing hopeful alternatives to women facing unplanned pregnancies  Equipped those choosing life with parenting classes  Over 308 individuals/couples have taken classes to become better parents  Your financial influence is powerful  Distributed over 12,477 diapers to those in need  Helped us communicate Godb

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 323 of 664   Page ID #:1350

| **SCHEDULE A** | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990EZ)** | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization Alternatives Pregnancy Center | Employer identification number 94-2844514 |
|---|---|

**Part I**   **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is  (For lines 1 through 12, check only one box )

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ) )

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II )

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8 ☐ A community trust described in **section 170(b)(1)(A)(vi)**  (Complete Part II )

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture  See instructions  Enter the name, city, and state of the college or university

10 ☑ An organization that normally receives  (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2).** (Complete Part III )

11 ☐ An organization organized and operated exclusively to test for public safety  See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization  **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s)  **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions)  **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated  The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions)  **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization

f   Enter the number of supported organizations

g   Provide the following information about the supported organization(s)

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |

**Total** | | | | | | |

AGO - Connolly - 323

Exhibit - 18

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ. | Cat No  11285F | **Schedule A (Form 990 or 990-EZ) 2019**

**Part II**   Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grant ") | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

| **12** Gross receipts from related activities, etc (see instructions) | **12** | |
|---|---|---|

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| **14** Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) | **14** | |
|---|---|---|
| **15** Public support percentage for 2018 Schedule A, Part II, line 14 | **15** | |

**16a** **33 1/3% support test—2019.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box
and **stop here.** The organization qualifies as a publicly supported organization   ▶ ☐

  **b** **33 1/3% support test—2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this
box and **stop here.** The organization qualifies as a publicly supported organization   ▶ ☐

**17a** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14
is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain
in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported
organization   ▶ ☐

  **b** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line
15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.**
Explain in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly
supported organization   ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see
instructions   ▶ ☐

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants") | 218,133 | 194,496 | 212,561 | 318,632 | 335,703 | 1,279,525 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | 0 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | 0 |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | 0 |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **6** **Total.** Add lines 1 through 5 | 218,133 | 194,496 | 212,561 | 318,632 | 335,703 | 1,279,525 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0 |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | 0 |
| **c** Add lines 7a and 7b | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6 ) | | | | | | 1,279,525 |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 218,133 | 194,496 | 212,561 | 318,632 | 335,703 | 1,279,525 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | 0 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | 0 |
| **c** Add lines 10a and 10b | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | 0 |
| **12** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | 151,407 | 164,280 | 325,204 | | | 640,891 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12 ) | 369,540 | 358,776 | 537,765 | 318,632 | 335,703 | 1,920,416 |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2019 (line 8, column (f) divided by line 13, column (f)) | **15** | 66 630 % |
| **16** Public support percentage from 2018 Schedule A, Part III, line 15 | **16** | 61 380 % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2019** (line 10c, column (f) divided by line 13, column (f)) | **17** | 0 % |
| **18** Investment income percentage from **2018** Schedule A, Part III, line 17 | **18** | |

**19a** **331/3% support tests—2019.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☑

**b** **33 1/3% support tests—2018.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2019

**Part IV** Supporting Organizations

Page ID #:1333

(Complete only if you checked a box on line 12 of Part I) If you checked 12a of Part I, complete Sections A and B If you checked 12b of Part I, complete Sections A and C If you checked 12c of Part I, complete Sections A, D, and E If you checked 12d of Part I, complete Sections A and D, and complete Part V )

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated If designated by class or purpose, describe the designation If historic and continuing relationship, explain* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2)* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer (b) and (c) below* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked 12a or 12b in Part I, answer (b) and (c) below* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer (b) and (c) below (if applicable) Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document)* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI.*** **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI.*** **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI.*** **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI.*** **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings)* **10b** | | |

AG01, Ex. 02-0456, "326

Exhibit 18

**Part IV** Supporting Organizations (continued)

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** | | |
| **b** | A family member of a person described in (a) above? **11b** | | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI* **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year* **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization* **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)* **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s)* **2** | | |
| **3** | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard* **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1** Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**

- **a** ☐ The organization satisfied the Activities Test Complete **line 2** below
- **b** ☐ The organization is the parent of each of its supported organizations Complete **line 3** below
- **c** ☐ The organization supported a governmental entity Describe in **Part VI** how you supported a government entity (see instructions)

**2** Activities Test **Answer (a) and (b) below.**

| | | Yes | No |
|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities* **2a** | | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement* **2b** | | |
| **3** | Parent of Supported Organizations **Answer (a) and (b) below.** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard* **3b** | | |

• AGO — Connolly – 327

Exhibit - 18

Case 1:24-cv-08468-HJY-MAR 509(a)(3) Supporting Organizations 1/04/24 Page 328 of 664

Page ID #: 1355

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov 20, 1970 (explain in Part VI) **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E

| | **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3 | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |
| | **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year) | 1 | | |
| a | Average monthly value of securities | 1a | | |
| b | Average monthly cash balances | 1b | | |
| c | Fair market value of other non-exempt-use assets | 1c | | |
| d | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| e | **Discount** claimed for blockage or other factors (explain in detail in Part VI) | | | |
| 2 | Acquisition indebtedness applicable to non-exempt use assets | 2 | | |
| 3 | Subtract line 2 from line 1d | 3 | | |
| 4 | Cash deemed held for exempt use Enter 1-1/2% of line 3 (for greater amount, see instructions) | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by 035 | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |
| | **Section C - Distributable Amount** | | | Current Year |
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2 | Enter 85% of line 1 | 2 | | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4 | Enter greater of line 2 or line 3 | 4 | | |
| 5 | Income tax imposed in prior year | 5 | | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

AGO – Connolly – 328

Exhibit - 18

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| **Section D - Distributions** | | | **Current Year** |
|---|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | | | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | | | |
| **4** Amounts paid to acquire exempt-use assets | | | |
| **5** Qualified set-aside amounts (prior IRS approval required) | | | |
| **6** Other distributions (describe in **Part VI**) See instructions | | | |
| **7 Total annual distributions.** Add lines 1 through 6 | | | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**) See instructions | | | |
| **9** Distributable amount for 2019 from Section C, line 6 | | | |
| **10** Line 8 amount divided by Line 9 amount | | | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2019** | **(iii)** **Distributable Amount for 2019** |
|---|---|---|---|
| **1** Distributable amount for 2019 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2019 (reasonable cause required-- explain in **Part VI**) See instructions | | | |
| **3** Excess distributions carryover, if any, to 2019 | | | |
| **a** From 2014. . . . . . . . | | | |
| **b** From 2015. . . . . . . . | | | |
| **c** From 2016. . . . . . . . | | | |
| **d** From 2017. . . . . . . . | | | |
| **e** From 2018. . . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2019 distributable amount | | | |
| **i** Carryover from 2014 not applied (see instructions) | | | |
| **j** Remainder Subtract lines 3g, 3h, and 3i from 3f | | | |
| **4** Distributions for 2019 from Section D, line 7 $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2019 distributable amount | | | |
| **c** Remainder Subtract lines 4a and 4b from 4 | | | |
| **5** Remaining underdistributions for years prior to 2019, if any Subtract lines 3g and 4a from line 2 If the amount is greater than zero, explain in **Part VI** See instructions | | | |
| **6** Remaining underdistributions for 2019 Subtract lines 3h and 4b from line 1 If the amount is greater than zero, explain in **Part VI** See instructions | | | |
| **7 Excess distributions carryover to 2020.** Add lines 3j and 4c | | | |
| **8** Breakdown of line 7 | | | |
| **a** Excess from 2015. . . . . | | | |
| **b** Excess from 2016. . . . . | | | |
| **c** Excess from 2017. . . . . | | | |
| **d** Excess from 2018. . . . . | | | |
| **e** Excess from 2019. . . . . | | | |

AGO – Comply – 329

Exhibit - 18

Schedule A (Form 990 or 990-EZ) (2019)

**Software ID:** 19009920
**Software Version:** 2019v5.0
**EIN:** 94-2844514
**Name:** Alternatives Pregnancy Center

---

Schedule A (Form 990 or 990-EZ) 2019

Page **8**

| **Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10, Part II, line 17a or 17b, Part III, line 12, Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c, Part IV, Section B, lines 1 and 2, Part IV, Section C, line 1, Part IV, Section D, lines 2 and 3, Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b, Part V, line 1, Part V, Section B, line 1e, Part V Section D, lines 5, 6, and 8, and Part V, Section E, lines 2, 5, and 6  Also complete this part for any additional information  (See instructions) |
|---|---|



AGO – Connolly – 330

| **Facts And Circumstances Test** |
|---|

Exhibit - 18

| SCHEDULE D | Supplemental Financial Statements | OMB No 1545-0047 |
|---|---|---|
| (Form 990) | ► Complete if the organization answered "Yes," on Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b. | **2019** |
| Department of the Treasury Internal Revenue Service | ► Attach to Form 990. ► Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

| Name of the organization Alternatives Pregnancy Center | Employer identification number 94-2844514 |
|---|---|

| **Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" on Form 990, Part IV, line 6. |

|  |  | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control?    ☐ **Yes** ☐ **No**

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit?    ☐ **Yes** ☐ **No**

| **Part II** | **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7. |

1 Purpose(s) of conservation easements held by the organization (check all that apply)

☐ Preservation of land for public use (e g , recreation or education)    ☐ Preservation of an historically important land area

☐ Protection of natural habitat    ☐ Preservation of a certified historic structure

☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

| | | **Held at the End of the Year** |
|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ►

4 Number of states where property subject to conservation easement is located ► _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds?    ☐ **Yes** ☐ **No**

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ► _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ► $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)?    ☐ **Yes** ☐ **No**

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** Complete if the organization answered "Yes" on Form 990, Part IV, line 8. |

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

(i) Revenue included on Form 990, Part VIII, line 1    ► $ _____

(ii) Assets included in Form 990, Part X    ► $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items

a Revenue included on Form 990, Part VIII, line 1    ► $ _____Exhibit - 18____

b Assets included in Form 990, Part X    ► $ _____

| For Paperwork Reduction Act Notice, see the Instructions for Form 990. | Cat No 52283D | **Schedule D (Form 990) 2019** |

**Part III**  **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**  Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a**  ☐ Public exhibition      **d** ☐ Loan or exchange programs

**b**  ☐ Scholarly research      **e** ☐ Other

**c**  ☐ Preservation for future generations

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII

**5**  During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?      ☐ **Yes** ☐ **No**

**Part IV**  **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?      ☐ **Yes** ☐ **No**

**b**  If "Yes," explain the arrangement in Part XIII and complete the following table

| | | Amount |
|---|---|---|
| **c** Beginning balance | **1c** | |
| **d** Additions during the year | **1d** | |
| **e** Distributions during the year | **1e** | |
| **f** Ending balance | **1f** | |

**2a**  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes** ☐ **No**

**b**  If "Yes," explain the arrangement in Part XIII  Check here if the explanation has been provided in Part XIII  . . . . ☐

**Part V**  **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2**  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

**a**  Board designated or quasi-endowment ▶

**b**  Permanent endowment ▶

**c**  Temporarily restricted endowment ▶

The percentages on lines 2a, 2b, and 2c should equal 100%

**3a**  Are there endowment funds not in the possession of the organization that are held and administered for the organization by

| | | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** related organizations . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** | | |

**4**  Describe in Part XIII the intended uses of the organization's endowment funds

**Part VI**  **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | | •    AGO – Connelly – 332 | |
| **d** Equipment . . . . . | | 266,056 | 208,671 | 57,385 |
| **e** Other . . . . . | | 37,676 | 20,303 Exhibit - 18 | 17,373 |

**Total.** Add lines 1a through 1e  *(Column (d) must equal Form 990, Part X, column (B), line 10(c) )* . . ▶      74,758

**Part VII** **Investments—Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)**Other _____ | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 12 )* ▶ | | |

**Part VIII** **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 13 )* ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 15 )* . . . . . . . . . . . . ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| 1. | (a) Description of liability | (b) Book value |
|---|---|---|
| **(1)** Federal income taxes | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | AGO – Connolly – 333 |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 25 )* ▶ | | 18,595 |

**2.** Liability for uncertain tax positions  In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740)  Check here if the text of the footnote has been provided in Part XIII ☐

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | | |
|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | | **1** | 853,465 |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | | |
| **a** | Net unrealized gains (losses) on investments . . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII ) . . . . . . . . . . . . . | **2d** | 94,969 | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . | | **2e** | 94,969 |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | **3** | 758,496 |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1** | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII ) . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total revenue Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12 ) . . . . . . . | | **5** | 758,496 |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | | |
|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . . | | **1** | 741,092 |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **2d** | 94,969 | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | | **2e** | 94,969 |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | **3** | 646,123 |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII ) . . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total expenses Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18 ) . . . . . . . | | **5** | 646,123 |

| **Part XIII** | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line 2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b Also complete this part to provide any additional information

| Return Reference | Explanation |
|---|---|
| See Additional Data Table | |
| | |
| | |
| | •    AGO – Connolly – 334 |
| | |
| | Exhibit - 18 |
| | |

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 335 of 664    Page ID #:1362

| Part XIII | Supplemental Information *(continued)* |
|---|---|
| Return Reference | Explanation |
| | |
| | |
| | |
| | |
| | • AGO – Connolly – 335 |
| | |
| | Exhibit - 18 |

# Additional Data

**Software ID:** 19009920

**Software Version:** 2019v5.0

**EIN:** 94-2844514

**Name:** Alternatives Pregnancy Center

## Supplemental Information

| Return Reference | Explanation |
|---|---|
| Part XI, Line 2d  Other revenue amounts included in F/S but not included on form 990 | Special event exp not netted on F/S $94969 |

AGO – Connolly – 336

Exhibit  - 18



**Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Part XII, Line 2d  Other expenses and losses per audited F/S | Special event exp not netted on F/S $94969 |

ACO – Connolly   337

Exhibit  - 18

**SCHEDULE G**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information Regarding Fundraising or Gaming Activities

Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to *www irs gov/Form990* for instructions and the latest information

OMB No 1545-0047

## 2019

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Alternatives Pregnancy Center | 94-2844514 |

<table>
<tr><td colspan="2"><strong>Part I</strong></td><td colspan="2"><strong>Fundraising Activities.</strong> Complete if the organization answered "Yes" on Form 990, Part IV, line 17.<br>Form 990-EZ filers are not required to complete this part.</td></tr>
</table>

**1** Indicate whether the organization raised funds through any of the following activities  Check all that apply

**a** ☑ Mail solicitations

**b** ☑ Internet and email solicitations

**c** ☑ Phone solicitations

**d** ☑ In-person solicitations

**e** ☑ Solicitation of non-government grants

**f** ☐ Solicitation of government grants

**g** ☑ Special fundraising events

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?  ☐ **Yes** ☑ **No**

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization

| **(i)** Name and address of individual or entity (fundraiser) | **(ii)** Activity | **(iii)** Did fundraiser have custody or control of contributions? | | **(iv)** Gross receipts from activity | **(v)** Amount paid to (or retained by) fundraiser listed in col **(i)** | **(vi)** Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | ▶ | | | | |

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing

..............................................................................................................................

..............................................................................................................................

AGO – Connolly – 338

Exhibit - 18

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**   Cat No 50083H   **Schedule G (Form 990 or 990-EZ) 2019**

Case 1:20-cv-02408-HDV-MAR Document 30-1 Filed 12/04/24 Page 339 of 664

Page ID #:1366

## Part II Fundraising Events. Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | (a) Event #1 Gala Event (event type) | (b) Event #2 Baby Bottle Fundraiser (event type) | (c) Other events 1 (total number) | (d) Total events (add col (a) through col (c)) |
|---|---|---|---|---|---|
| **Revenue** | **1** Gross receipts | 395,651 | 86,336 | 31,684 | 513,671 |
| | **2** Less Contributions | | | | |
| | **3** Gross income (line 1 minus line 2) | 395,651 | 86,336 | 31,684 | 513,671 |
| **Direct Expenses** | **4** Cash prizes | | | | |
| | **5** Noncash prizes | | | | |
| | **6** Rent/facility costs | 51,940 | | | 51,940 |
| | **7** Food and beverages | 4,496 | | | 4,496 |
| | **8** Entertainment | 16,400 | | | 16,400 |
| | **9** Other direct expenses | 16,255 | 5,489 | | 21,744 |
| | **10** Direct expense summary Add lines 4 through 9 in column (d) ▶ | | | | 94,580 |
| | **11** Net income summary Subtract line 10 from line 3, column (d) ▶ | | | | 419,091 |

## Part III Gaming. Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/Instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col (a) through col (c)) |
|---|---|---|---|---|---|
| **Revenue** | **1** Gross revenue | | | | |
| **Direct Expenses** | **2** Cash prizes | | | | |
| | **3** Noncash prizes | | | | |
| | **4** Rent/facility costs | | | | |
| | **5** Other direct expenses | | | | |
| | **6** Volunteer labor | ☐ Yes _____% ☐ No | ☐ Yes _____% ☐ No | ☐ Yes _____% ☐ No | |
| | **7** Direct expense summary Add lines 2 through 5 in column (d) ▶ | | | | |
| | **8** Net gaming income summary Subtract line 7 from line 1, column (d) ▶ | | | | |

**9** Enter the state(s) in which the organization conducts gaming activities _____
 **a** Is the organization licensed to conduct gaming activities in each of these states? ☐ Yes ☐ No
 **b** If "No," explain _____

**10a** Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? ☐ Yes ☐ No
 **b** If "Yes," explain _____

AGO – Connolly – 339

Exhibit - 18

| 11 | Does the organization conduct gaming activities with nonmembers? | | ☐ Yes ☐ No |
|----|----|----|----|

| 12 | Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming? | | ☐ Yes ☐ No |
|----|----|----|----|

| 13 | Indicate the percentage of gaming activity conducted in | | |
|----|----|----|----|
| a | The organization's facility | **13a** | % |
| b | An outside facility | **13b** | % |

14 Enter the name and address of the person who prepares the organization's gaming/special events books and records

Name ▶ ----------------------------------------------------------------------------------

Address ▶ ----------------------------------------------------------------------------------

| 15a | Does the organization have a contract with a third party from whom the organization receives gaming revenue? | ☐ Yes ☐ No |
|----|----|----|

b If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____

c If "Yes," enter name and address of the third party

Name ▶ ----------------------------------------------------------------------------------

Address ▶ ----------------------------------------------------------------------------------

16 Gaming manager information

Name ▶ ----------------------------------------------------------------------------------

Gaming manager compensation ▶ $ ----------------------------------------------------------------------------------

Description of services provided ▶ ----------------------------------------------------------------------------------

☐ Director/officer ☐ Employee ☐ Independent contractor

17 Mandatory distributions

| a | Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license? | ☐ Yes ☐ No |
|----|----|----|

b Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $ • AGO – Connolly – 340

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. Exhibit - F8 |
|----|----|

| Return Reference | Explanation |
|----|----|

# SCHEDULE O
## (Form 990 or 990-EZ)

Department of the Treasury

## Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No 1545-0047

# 2019

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| Alternatives Pregnancy Center | 94-2844514 |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 11b Form 990 Review Process | Reviewed and approved by Executive Director Electronically provided to Board Members |

AGO – Connolly – 341

Exhibit - 18



**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 12c Explanation of Monitoring and Enforcement of Conflicts | Annual review of conflict of interest policy<br><br>•      AGO – Connolly – 342<br><br>         Exhibit - 18 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 15a Compensation Review & Approval Process - CEO, Top Management | Independent board of directors review and approve ED's salary<br><br>• AGO – Connolly – 343<br><br>Exhibit - 18 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 15b Compensation Review and Approval Process for Officers and Key Employees | Independent board of directors review and approve ED's salary |

AGO – Connolly – 344

Exhibit  - 18

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 19 Other Organization Documents Publicly Available | Available on Guidestar and upon request<br><br>•     AGO – Connolly – 345<br><br>    Exhibit - 18 |

# EXHIBIT 19

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493320039083

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

**2022**

▶ Do not enter social security numbers on this form as it may be made public.

▶ **Go to** www.irs.gov/Form990 **for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

**A** For the 2022 calendar year, or tax year beginning 01-01-2022 , and ending 12-31-2022

| **B** Check if applicable: | **C** Name of organization PREGNANCY CARE CENTER | **D** Employer identification number |
|---|---|---|
| ☐ Address change | | 33-0576304 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite PO BOX 1265 | **E** Telephone number (619) 442-4357 |
| ☐ Amended return | | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code EL CAJON, CA  92022 | **G** Gross receipts $ 814,697 |

| **F** Name and address of principal officer: PO BOX 1265 EL CAJON, CA  920221265 | **H(a)** Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list. See instructions. |

**I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) (   ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ N/A

**H(c)** Group exemption number ▶

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1999 | **M** State of legal domicile: CA

## Part I  Summary

**1** Briefly describe the organization's mission or most significant activities:
TO ASSIST WOMEN IN CRISIS

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . | **3** | 7 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . | **4** | 0 |
| **5** Total number of individuals employed in calendar year 2022 (Part V, line 2a) . . . | **5** | 12 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . | **6** | |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . | **7b** | |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) . . . . . . . . | 647,121 | 466,813 |
| **9** | Program service revenue (Part VIII, line 2g) . . . . . . . . | | 0 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . | 12,468 | 13,944 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 208,223 | 279,753 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 867,812 | 760,510 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 311,017 | 351,267 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 265,154 | 269,794 |
| **18** | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 576,171 | 621,061 |
| **19** | Revenue less expenses. Subtract line 18 from line 12 . . . . . . | 291,641 | 139,449 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) . . . . . . . . . . . . | 1,256,586 | 1,395,791 |
| **21** | Total liabilities (Part X, line 26) . . . . . . . . . . . | 8,451 | 8,207 |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 . . . . | 1,248,135 | 1,387,584 |

*Activities & Governance* / *Revenue* / *Expenses* / *Net Assets or Fund Balances*

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2023-11-16 Date |
|---|---|---|
| | MILES J MCCLURE  Executive Dir. Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00459790 |
|---|---|---|---|---|---|
| | Firm's name ▶ Class Advisors Inc | | | Firm's EIN ▶ 46-5453710 | |
| | Firm's address ▶ 2555 Camino del Rio S Ste 201 San Diego, CA  92108 | | | Phone no. (619) 282-7126 | |

AGO - Connolly    347

Exhibit - 19

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. | Cat. No. 11282Y | Form **990** (2022)

| Part III | Statement of Program Service Accomplishment 30-1 Filed 11/04/24 Page 348 of 664 |

Check if Schedule O contains a response or note to any line in this Part III Page ID #:1375 . . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

TO ASSIST WOMEN IN CRISIS

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

| **4a** | (Code: | ) (Expenses $ | 347,631 | including grants of $ | ) (Revenue $ | ) |
|---|---|---|---|---|---|---|
| | See Additional Data | | | | | |

| **4b** | (Code: | ) (Expenses $ | 77,899 | including grants of $ | ) (Revenue $ | ) |
|---|---|---|---|---|---|---|
| | See Additional Data | | | | | |

| **4c** | (Code: | ) (Expenses $ | 47,503 | including grants of $ | ) (Revenue $ | ) |
|---|---|---|---|---|---|---|
| | See Additional Data | | | | | |

• AGO – Connolly – 348

| **4d** | Other program services (Describe in Schedule O.) | | | | |
|---|---|---|---|---|---|
| | (Expenses $ | including grants of $ | | ) (Revenue $ | Exhibit - 19 ) |
| **4e** | **Total program service expenses ▶** | | 473,033 | | |

Case 1:24-cv-06043-DEH-AR     Document 30-1     Filed 11/04/24     Page 349 of 664
Page ID #:1376

**Part IV** Checklist of Required Schedules

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,Part I* | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly – 20a

Exhibit – 19

Case 1:24-cr-00468-JDW-AR    Document 30-1    Filed 11/04/24    Page 350 of 664

Page ID #:1377

| Part IV | Checklist of Required Schedules *(continued)* | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . | **38** | Yes | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance |
|---|---|

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . □

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | • **1a** | <span style="color:red">AGO – Connolly</span> 0 350 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| | | | <span style="color:red">Exhibit – 19</span> | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . | | | **1c** | | |

**Part V** Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

| | | | | |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . . | **2a** | 12 | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns?<br>**Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | **2b** | | Yes |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶<br>See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . | **7d** | 0 | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . | **7g** | | No |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . | **7h** | | No |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | |
| **a** | Gross income from members or shareholders . . . . . . . . | **11a** | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . | **11b** | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . .<br>**Note.** See the instructions for additional information the organization must report on Schedule O. | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . | **13c** | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . .<br>If "Yes," see the instructions and file Form 4720, Schedule N. | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income?<br>If "Yes," complete Form 4720, Schedule O. | **16** | | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . .<br>If "Yes," complete Form 6069. | **17** | | |

Case 3:24-cr-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 052 of 664

| Part VI | Governance, Management, and Disclosure. *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . ☑

## Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** 7 |  |  |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. |  |  |  |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** 0 |  |  |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . | **2** |  | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** |  | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** |  | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . | **5** |  | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . | **6** |  | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . | **7a** |  | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . | **7b** |  | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |  |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . | **8a** |  |  |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | **8b** |  |  |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . | **9** |  | No |

## Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** |  | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** |  |  |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . | **11a** |  | No |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . |  |  |  |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . | **12a** |  | No |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . | **12b** |  |  |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . . . . . . . . . . . . . . . . . | **12c** |  |  |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . | **13** |  | No |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . | **14** |  | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |  |  |  |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . | **15a** |  | No |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . | **15b** |  | No |
|  | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. |  |  |  |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . | **16a** |  | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . | **16b** |  |  |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶_____

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website   ☐ Another's website   ☑ Upon request   ☐ Other (explain in Schedule O)   AGO – Connolly – 352

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

Exhibit - 19

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶MILES J MCCLURE   S MAGNOLIA AVE   EL CAJON, CA 92020 (619) 442-4357

Case 2:24-cv-08400-EP-AME Document 1-2 Filed 08/04/24 Page 353 of 664
Page ID #:1380

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . ☐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity of a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) MILES J MCCLURE<br>Executive Dir. | 40.00<br>0.00 | | | X | | | | 85,937 | 0 | 0 |
| (2) MARGARET HUEPPCHEN<br>Chairman | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (3) LARRY YOUNGKRATZ<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (4) BENJAMIN AARON<br>Secretary | 0.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) JEFFREY BRUST<br>Treasurer | 0.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (6) JIM LANDSTEDT<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (7) JERRY PHILLIPS<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | ● | AGO – Connolly – 353 | | |
| | | | | | | | | Exhibit – 19 | | |

Form **990** (2022)

Case 2:24-cv-00468-HDV-AJR Document 30-1 Filed 04/04/24 Page 354 of 664

Page ID #:1381

AGO – Connolly – 354

Exhibit - 19

Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 85,937 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

**Part VIII**  Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . □

| | | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . | **1b** | | | | |
| | **c** Fundraising events . . | **1c** | | | | |
| | **d** Related organizations | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | 25,000 | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 441,813 | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . ▶ | | | 466,813 | | | |
| **Program Service Revenue** | **2a** | Business Code | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f. . . . ▶ | | 0 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | | 13,944 | 13,944 | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | 0 | | | |
| | **5** Royalties . . . . . . . . . . . ▶ | | | 0 | | | |
| | | (i) Real | (ii) Personal | | | | |
| | **6a** Gross rents | **6a** | | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | | |
| | **d** Net rental income or (loss) . . . . . . ▶ | | | 0 | | | |
| | | (i) Securities | (ii) Other | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | | |
| | **d** Net gain or (loss) . . . . . . . ▶ | | | 0 | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . | **8a** | 226,622 | | | | |
| | **b** Less: direct expenses . . . | **8b** | 54,187 | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | 172,435 | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . | **9a** | | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | 0 | | | |
| | **10a** Gross sales of inventory, less returns and allowances . | **10a** | | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | 0 | | | |
| | Miscellaneous Revenue | Business Code | | | | | |
| | **11a** SUB LEASE INCOME | | | 107,318 | 107,318 | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** All other revenue . . . . . | | | | | | |
| | **e Total.** Add lines 11a–11d . . . . . ▶ | | | 107,318 | | | |
| | **12 Total revenue.** See instructions . . . . . ▶ | | | 760,510 | 121,262 | | |

• AGO – Connolly – 355

Exhibit - 19

Form **990** (2022)

**Part IX** | Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . | 85,936 | 42,968 | 42,968 | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . | 234,289 | 228,267 | 6,022 | |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . | 4,043 | 2,923 | 1,120 | |
| **10** Payroll taxes . . . . . . . . . . | 26,999 | 19,520 | 7,479 | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . | 0 | | | |
| **c** Accounting . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 21,280 | 17,312 | 3,968 | |
| **12** Advertising and promotion . . . . . | 39,575 | | 39,575 | |
| **13** Office expenses . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . | 0 | | | |
| **15** Royalties . . . . . . . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . | 32,996 | 30,964 | 2,032 | |
| **17** Travel . . . . . . . . . . | 0 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . . | 375 | 375 | | |
| **20** Interest . . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 32,382 | 29,144 | 3,238 | |
| **23** Insurance . . . . | 10,458 | 3,048 | 7,410 | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** UTILITIES | 16,702 | 15,032 | 1,670 | |
| **b** GENERAL OFFICE SUPPLIES | 15,474 | 13,927 | 1,547 | |
| **c** MEDICAL & LAB SUPPLIES | 8,719 | 8,719 | | |
| **d** Telephone | 8,564 | 7,708 | 856 | |
| **e** All other expenses | 83,269 | 53,126 | 30,143 | |
| **25** Total functional expenses. Add lines 1 through 24e | 621,061 | 473,033 | 148,028 | 0 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO – Connolly – 356

Exhibit - 19

**Part X**  Balance Sheet

Check if Schedule O contains a response or note to any line in this Part IX  .  .  .  .  .  .  .  .  .  .  .  . ☐

|  |  |  | (A) Beginning of year |  | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | **1** | Cash–non-interest-bearing  .  .  .  .  .  .  .  . | 254,861 | **1** | 115,833 |
|  | **2** | Savings and temporary cash investments  .  .  .  .  .  .  . | 861,618 | **2** | 1,155,285 |
|  | **3** | Pledges and grants receivable, net  .  .  .  .  .  . |  | **3** | 0 |
|  | **4** | Accounts receivable, net  .  .  .  .  .  .  .  . |  | **4** | 0 |
|  | **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons |  | **5** | 0 |
|  | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B)  .  .  . |  | **6** | 0 |
|  | **7** | Notes and loans receivable, net  .  .  .  .  .  .  . |  | **7** | 0 |
|  | **8** | Inventories for sale or use  .  .  .  .  .  .  .  . |  | **8** | 0 |
|  | **9** | Prepaid expenses and deferred charges  .  .  .  .  . |  | **9** | 0 |
|  | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D   **10a**  483,955 |  | **10** |  |
|  | **b** | Less: accumulated depreciation   **10b**  370,882 | 140,107 | **10c** | 113,073 |
|  | **11** | Investments—publicly traded securities  . |  | **11** | 0 |
|  | **12** | Investments—other securities. See Part IV, line 11  .  .  .  .  . |  | **12** | 0 |
|  | **13** | Investments—program-related. See Part IV, line 11  .  .  . |  | **13** | 0 |
|  | **14** | Intangible assets  .  .  .  .  .  .  .  .  .  . |  | **14** | 0 |
|  | **15** | Other assets. See Part IV, line 11  .  .  .  .  .  .  . |  | **15** | 11,600 |
|  | **16** | **Total assets.** Add lines 1 through 15 (must equal line 33)  .  .  . | 1,256,586 | **16** | 1,395,791 |
| **Liabilities** | **17** | Accounts payable and accrued expenses  .  .  .  .  . | 8,450 | **17** | 8,207 |
|  | **18** | Grants payable  .  .  . |  | **18** |  |
|  | **19** | Deferred revenue  .  .  .  .  .  .  .  .  . |  | **19** |  |
|  | **20** | Tax-exempt bond liabilities  .  .  .  .  .  .  . |  | **20** |  |
|  | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D |  | **21** |  |
|  | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons  .  .  . |  | **22** |  |
|  | **23** | Secured mortgages and notes payable to unrelated third parties  .  . |  | **23** |  |
|  | **24** | Unsecured notes and loans payable to unrelated third parties  .  . |  | **24** |  |
|  | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 1 | **25** |  |
|  | **26** | **Total liabilities.** Add lines 17 through 25  .  . | 8,451 | **26** | 8,207 |
| **Net Assets or Fund Balances** |  | **Organizations that follow FASB ASC 958, check here ▶** ☑ **and complete lines 27, 28, 32, and 33.** |  |  |  |
|  | **27** | Net assets without donor restrictions  .  .  .  .  .  .  . | 1,248,135 | **27** | 1,387,584 |
|  | **28** | Net assets with donor restrictions  .  .  .  .  .  .  . |  | **28** |  |
|  |  | **Organizations that do not follow FASB ASC 958, check here ▶** ☐ **and complete lines 29 through 33.** |  |  |  |
|  | **29** | Capital stock or trust principal, or current funds  .  .  .  . |  | **29** |  |
|  | **30** | Paid-in or capital surplus, or land, building or equipment fund  . |  | **30** |  |
|  | **31** | Retained earnings, endowment, accumulated income, or other funds  . |  | **31** |  |
|  | **32** | Total net assets or fund balances  .  .  .  .  .  . | 1,248,135 | **32** | 1,387,584 |
|  | **33** | Total liabilities and net assets/fund balances  .  .  .  .  .  .  . | 1,256,586 | **33** | 1,395,791 |

AGO – Connolly – 357

Exhibit - 19

Part XI   Reconciliation of Net Assets

Case 9:24-cv-00463-MAR     Document 30-1     Filed 11/04/24     Page 358 of 664
Page ID #:1385

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . ☐

| | | |
|---|---|---:|
| **1** Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . | **1** | 760,510 |
| **2** Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . | **2** | 621,061 |
| **3** Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . | **3** | 139,449 |
| **4** Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 1,248,135 |
| **5** Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . | **5** | |
| **6** Donated services and use of facilities . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . | **9** | |
| **10** Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 1,387,584 |

Part XII   **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . ☐

| | | **Yes** | **No** |
|---|---|---|---|
| **1** Accounting method used to prepare the Form 990:  ☑ Cash  ☐ Accrual  ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| **2a** Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br> ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **b** Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br> ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **c** If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| **3a** As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

• AGO – Connolly – 358
Exhibit – 19

Form **990** (2022)

**Additional Data**

Software ID: 22013553
Software Version: 2022v5.0
EIN: 33-0576304
Name: PREGNANCY CARE CENTER

AGO – Connolly – 359

Exhibit  - 19

Form 990 (2022)

**Form 990, Part III, Line 4a:**

THE ORGANIZATION PROVIDED TRAINED NURSES AND FACILITIES WHO PERFORMED 412 FREE PREGNANCY TESTS, AND 260 FREE ULTRASOUND TESTS IN 2021.

Exhibit - 19

**Form 990, Part III, Line 4b:**

THE ORGANIZATION PROVIDED ASSISTANCE TO 183 MOMS/FAMILIES WITH MATERNITY NEEDS SUCH AS PROVIDING CLOTHING, DIAPERS, FOOD ETC AND WAS ADMINISTERED BY STAFF AND VOLUNTEERS.

**Form 990, Part III, Line 4c:**

THE ORGANIZATION PROVIDED TRAINING COUNSELING AND COURT ORDERED PARENTING CLASSES TO 79 MOMS 17 DADS AND FAMILIES IN 2021

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 362 of 664   Page ID #:889

| **SCHEDULE A**<br>**(Form 990)**<br><br>Department of the Treasury<br>Internal Revenue Service | **Public Charity Status and Public Support**<br>Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.<br>▶ **Attach to Form 990 or Form 990-EZ.**<br>▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047<br><br>**2022**<br><br>**Open to Public Inspection** |

| **Name of the organization**<br>PREGNANCY CARE CENTER | **Employer identification number**<br>33-0576304 |

### Part I    Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

**10** ☑ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . _____

**g** Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

AGO - Connolly - 362

Exhibit - 19

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**     Cat. No. 11285F     **Schedule A (Form 990) 2022**

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** 2022 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** 2022 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

| | | |
|---|---|---|
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . . | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2022 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . | **15** | |

**16a** **33 1/3% support test—2022.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **33 1/3% support test—2021.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2022.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Exhibit - 19

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | 298,865 | 384,121 | 444,622 | 647,121 | 466,813 | 2,241,542 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | 0 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . . | | | | | | 0 |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | 0 |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **6** **Total.** Add lines 1 through 5 | 298,865 | 384,121 | 444,622 | 647,121 | 466,813 | 2,241,542 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0 |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | 0 |
| **c** Add lines 7a and 7b. . | | | | | | 0 |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 2,241,542 |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . . | 298,865 | 384,121 | 444,622 | 647,121 | 466,813 | 2,241,542 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | 10,349 | 11,735 | 12,021 | 12,468 | 13,944 | 60,517 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | 0 |
| **c** Add lines 10a and 10b. | 10,349 | 11,735 | 12,021 | 12,468 | 13,944 | 60,517 |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | 0 |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | 0 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) . | 309,214 | 395,856 | 456,643 | 659,589 | 480,757 | 2,302,059 |
| **14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ |

## Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2022 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 97.370 % |
| **16** Public support percentage from 2021 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | 97.900 % |

## Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2022** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 2.630 % |
| **18** Investment income percentage from **2021** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | 2.100 % |
| **19a** **33 1/3% support tests—2022.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☑ |
| **b** **33 1/3% support tests—2021.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐ |
| **20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . . ▶ ☐ |

Schedule A (Form 990) 2022

**Part IV** Supporting Organizations
(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** | | |

AGO - Control No. " 365

Exhibit - 19

Case 1:18-cr-00468-JDW-MAR    Document 30-1    Filed 11/04/24    Page 366 of 664
Page ID #:1393

**Part IV** Support for Organizations (continued)

|  | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described on 11a above? | **11b** | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in **Part VI**.* | **11c** | |

## Section B. Type I Supporting Organizations

|  | | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | |

## Section C. Type II Supporting Organizations

|  | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | |

## Section D. All Type III Supporting Organizations

|  | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in **Part VI** the role the organization's supported organizations played in this regard.* | **3** | |

## Section E. Type III Functionally-Integrated Supporting Organizations

| **1** | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**: |
|---|---|
| **a** | ☐ The organization satisfied the Activities Test. Complete **line 2** below. |
| **b** | ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below. |
| **c** | ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions) |

|  | | Yes | No |
|---|---|---|---|
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in **Part VI** identify those supported organizations and explain* how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities. | **2a** | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No", provide details in **Part VI**.* | **3a** | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in **Part VI**. the role played by the organization in this regard.* | **3b** | |

• AGO – Connolly – 366
Exhibit - 19

**Part V**   Type III Non-functionally Integrated 509(a)(3) Supporting Organizations

1   ☐   Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1   Net short-term capital gain | **1** | | |
| 2   Recoveries of prior-year distributions | **2** | | |
| 3   Other gross income (see instructions) | **3** | | |
| 4   Add lines 1 through 3 | **4** | | |
| 5   Depreciation and depletion | **5** | | |
| 6   Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| 7   Other expenses (see instructions) | **7** | | |
| 8   **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1   Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
|   **a** Average monthly value of securities | **1a** | | |
|   **b** Average monthly cash balances | **1b** | | |
|   **c** Fair market value of other non-exempt-use assets | **1c** | | |
|   **d Total** (add lines 1a, 1b, and 1c) | **1d** | | |
|   **e Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| 2   Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| 3   Subtract line 2 from line 1d | **3** | | |
| 4   Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| 5   Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| 6   Multiply line 5 by 0.035 | **6** | | |
| 7   Recoveries of prior-year distributions | **7** | | |
| 8   **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1   Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | | |
| 2   Enter 85% of line 1 | **2** | | |
| 3   Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | | |
| 4   Enter greater of line 2 or line 3 | **4** | | |
| 5   Income tax imposed in prior year | **5.** | | |
| 6   **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | | |

AGO – Connolly – 367

Exhibit - 19

7   ☐   Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| **Section D - Distributions** | | | | **Current Year** |
|---|---|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | | | **1** | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | **2** | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | | | **3** | |
| **4** Amounts paid to acquire exempt-use assets | | | **4** | |
| **5** Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | | **5** | |
| **6** Other distributions (*describe in **Part VI***). See instructions | | | **6** | |
| **7** **Total annual distributions.** Add lines 1 through 6. | | | **7** | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | | **8** | |
| **9** Distributable amount for 2022 from Section C, line 6 | | | **9** | |
| **10** Line 8 amount divided by Line 9 amount | | | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2022** | **(iii)** **Distributable Amount for 2022** |
|---|---|---|---|
| **1** Distributable amount for 2022 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2022 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2022: | | | |
| **a** From 2017. . . . . . . . | | | |
| **b** From 2018. . . . . . . | | | |
| **c** From 2019. . . . . . . | | | |
| **d** From 2020. . . . . . . | | | |
| **e** From 2021. . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2022 distributable amount | | | |
| **i** Carryover from 2017 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2022 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2022 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2022, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2022. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2023.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2018. . . . . . | | | |
| **b** Excess from 2019. . . . . | | | |
| **c** Excess from 2020. . . . . | | | |
| **d** Excess from 2021. . . . . | | | |
| **e** Excess from 2022. . . . . | | | |

AGO – Connolly – 368

Exhibit - 19

**Part VI**   Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

AGO – Connolly – 369

Exhibit - 19

| Facts And Circumstances Test |
| --- |
| |

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

# 2022

**Open to Public
Inspection**

| **Name of the organization** PREGNANCY CARE CENTER | **Employer identification number** 33-0576304 |
|---|---|

| Part I | Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year . . . . . . . . | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

| Part II | Conservation Easements. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)    ☐ Preservation of an historically important land area

☐ Protection of natural habitat    ☐ Preservation of a certified historic structure

☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | **Held at the End of the Year** |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . . . . | **2a** |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . | **2b** |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** |
| d | Number of conservation easements included in (c) acquired after July 25, 2006, and not on a historic structure listed in the National Register . . . | **2d** |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶

4  Number of states where property subject to conservation easement is located ▶ _____

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a  If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b  If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

   **(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . ▶ $ _____

   **(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . ▶ $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a  Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . ▶ $ _____

b  Assets included in Form 990, Part X . . . . . . . . . . . . . . ▶ $ _____

**Exhibit - 19**

| For Paperwork Reduction Act Notice, see the Instructions for Form 990. | Cat. No. 52283D | **Schedule D (Form 990) 2022** |
|---|---|---|

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** (continued) |

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ................................................................

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . . ☐ Yes ☐ No

| **Part IV** | **Escrow and Custodial Arrangements.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

| **Part V** | **Endowment Funds.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ................................

**b** Permanent endowment ▶ ................................

**c** Term endowment ▶ ................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements . . . | | 167,417 | 92,761 | 74,656 |
| **d** Equipment . . . . . | | 299,696 | 263,166 | 36,530 |
| **e** Other . . . . . | | 16,842 | 14,955 | 1,887 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . . ▶ | | | | 113,073 |

AGO – Connolly – 371

Exhibit - 19

**Part VII** **Investments – Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

**Part VIII** **Investments – Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| Total. (Column (b) must equal Form 990, Part X, col.(B) line 13.) ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| Total. (Column (b) must equal Form 990, Part X, col.(B) line 15.) . . . . . . . . . . . ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col.(B) line 25.) ▶ | |

AGO – Connolly – 372

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

**Schedule D (Form 990) 2022**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . | | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 373

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.    Exhibit - 19

| Return Reference | Explanation |
|---|---|

| **Part XIII** | **Supplemental Information** *(continued)* |
|---|---|
| Return Reference | Explanation |
|  |  |

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 3 of 664
Page ID #:1402

| SCHEDULE G<br>(Form 990) | **Supplemental Information Regarding<br>Fundraising or Gaming Activities**<br>Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the<br>organization entered more than $15,000 on Form 990-EZ, line 6a.<br>▶Attach to Form 990 or Form 990-EZ.<br>▶Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047<br>**2022**<br>**Open to Public<br>Inspection** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | |

| Name of the organization<br>PREGNANCY CARE CENTER | Employer identification number |
|---|---|
| | 33-0576304 |

**Part I** **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17.
Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

**a** ☑ Mail solicitations                                    **e** ☐ Solicitation of non-government grants

**b** ☐ Internet and email solicitations                      **f** ☐ Solicitation of government grants

**c** ☐ Phone solicitations                                   **g** ☐ Special fundraising events

**d** ☐ In-person solicitations

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?    ☐ Yes ☑ No

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| **Total** . . . . . . . . . . . . . . . . . ▶ | | | | | | |

AGO – Connolly - 375

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

Exhibit - 19

_____

Case 1:08-cv-MAR Document 30-1 Filed 11/04/24 Page 376 of 664
Page ID #:1403

## Part II

**Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | **(a)** Event #1 **BANQUET** (event type) | **(b)** Event #2 **WALK 4 LIFE** (event type) | **(c)** Other events **1** (total number) | **(d)** Total events (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| **Revenue** | **1** Gross receipts . . . . . | 131,564 | 52,808 | 42,250 | 226,622 |
| | **2** Less: Contributions . . . . | | | | |
| | **3** Gross income (line 1 minus line 2) | 131,564 | 52,808 | 42,250 | 226,622 |
| **Direct Expenses** | **4** Cash prizes . . . . . | | | | |
| | **5** Noncash prizes . . . . | | | | |
| | **6** Rent/facility costs . . . . | | | | |
| | **7** Food and beverages . . . | | | | |
| | **8** Entertainment . . . . | | | | |
| | **9** Other direct expenses . . . | 32,880 | 3,181 | 18,126 | 54,187 |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . . . . ▶ | | | | 54,187 |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . . . ▶ | | | | 172,435 |

## Part III

**Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | **(a)** Bingo | **(b)** Pull tabs/Instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col.**(a)** through col.**(c)**) |
|---|---|---|---|---|---|
| **Revenue** | **1** Gross revenue . . . . . | | | | |
| **Direct Expenses** | **2** Cash prizes . . . . . | | | | |
| | **3** Noncash prizes . . . . | | | | |
| | **4** Rent/facility costs . . . . | | | | |
| | **5** Other direct expenses . . . | | | | |
| | **6** Volunteer labor . . . . | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | |
| | **7** Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . . ▶ | | | | |
| | **8** Net gaming income summary. Subtract line 7 from line 1, column (d) . . . . . . . ▶ | | | | |

**9** Enter the state(s) in which the organization conducts gaming activities:_____

**a** Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . . . ☐ Yes ☐ No

**b** If "No," explain:_____

**10a** Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? . . ☐ Yes ☐ No

**b** If "Yes," explain:_____

AGO – Connolly – 3706

Exhibit – T9

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 377 of 664
Page ID #:1404

**11**  Does the organization conduct gaming activities with nonmembers?    ☐ **Yes**  ☐ **No**

**12**  Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity
formed to administer charitable gaming?    ☐ **Yes**  ☐ **No**

**13**  Indicate the percentage of gaming activity conducted in:

**a**  The organization's facility    | **13a** | % |

**b**  An outside facility    | **13b** | % |

**14**  Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ ------------------------------------------------------------------------------------

Address ▶ ----------------------------------------------------------------------------------

**15a**  Does the organization have a contract with a third party from whom the organization receives gaming
revenue?    ☐ **Yes**  ☐ **No**

**b**  If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____  and the
amount of gaming revenue retained by the third party ▶ $ _____ .

**c**  If "Yes," enter name and address of the third party:

Name ▶ ------------------------------------------------------------------------------------

Address ▶ ----------------------------------------------------------------------------------

**16**  Gaming manager information:

Name ▶ ------------------------------------------------------------------------------------

Gaming manager compensation ▶ $ --------------------------------------------

Description of services provided ▶ ----------------------------------------------------------

☐ Director/officer          ☐ Employee          ☐ Independent contractor

**17**  Mandatory distributions:

**a**  Is the organization required under state law to make charitable distributions from the gaming proceeds to
retain the state gaming license?    ☐ **Yes**  ☐ **No**

**b**  Enter the amount of distributions required under state law distributed to other exempt organizations or spent
in the organization's own exempt activities during the tax year ▶ $

• AGO – Connolly – 377

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
| --- | --- |

Exhibit 19

| Return Reference | Explanation |
| --- | --- |

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493320039083
Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 378 of 664
Page ID #:1409

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

## 2022

**Open to Public Inspection**

Name of the organization
PREGNANCY CARE CENTER

Employer identification number

33-0576304

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section B, Line 11b | No review was or will be conducted. |

AGO – Connolly – 378

Exhibit - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Section C, Line 19 | No documents available to the public. |

AGO – Connolly – 379

Exhibit - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | ADVANCEMENT: Column (A) - Total = $2428; Column (B) - Program Services = $2428; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

- AGO – Connolly – 380

Exhibit - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 381 |
| Form 990, Part IX, Line 24e | BABY BOTTLES: Column (A) - Total = $999; Column (B) - Program Services = $999; Column (C) - Management & General = $0; Column (D) - Fundraising = $0     Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation | |
|---|---|---|
| | | • AGO – Connolly – 382 |
| Form 990, Part IX, Line 24e | Bank Service Charges: Column (A) - Total = $6700; Column (B) - Program Services = $0; Column (C) - Management & General = $6700; Column (D) - Fundraising = $0 | Exhibit - 19 |

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 383 |
| Form 990, Part IX, Line 24e | BOARD EXP: Column (A) - Total = $808; Column (B) - Program Services = $0; Column (C) - Management & General = $808; Column (D) - Fundraising = $0 |

Exhibit - 19

| Return Reference | Explanation | |
|---|---|---|
| | | AGO – Connolly – 384 |
| Form 990, Part IX, Line 24e | CLEANING: Column (A) - Total = $8034; Column (B) - Program Services = $7231; Column (C) - Management & General = $803; Column (D) - Fundraising = $0 | Exhibit - 19 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | CLIENT SERVICES: Column (A) - Total = $1779; Column (B) - Program Services = $1779; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 385

Exhibit - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 386 |
| Form 990, Part IX, Line 24e | CLINIC DEVELOPMENT: Column (A) - Total = $6089; Column (B) - Program Services = $6089; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

Exhibit - 19

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 387 |
| Form 990, Part IX, Line 24e | DIRECT MAIL: Column (A) - Total = $6931; Column (B) - Program Services = $6931; Column (C) - Management & General = $0; Column (D) - Fundraising = $0    Exhibit  - 19 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| | •     AGO – Connolly – 388 |
| Form 990, Part IX, Line 24e | DIRECTORS EXP: Column (A) - Total = $850; Column (B) - Program Services = $615; Column (C) - Management & General = $235; Column (D) - Fundraising = $0     Exhibit - 19 |

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 389 |
| Form 990, Part IX, Line 24e | DONATIONS: Column (A) - Total = $500; Column (B) - Program Services = $500; Column (C) - Management & General = $0; Column (D) - Fundraising = $0    Exhibit - 19 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation | |
|---|---|---|
| | | • AGO – Connolly – 390 |
| Form 990, Part IX, Line 24e | DUES & SUBS: Column (A) - Total = $2969; Column (B) - Program Services = $0; Column (C) - Management & General = $2969; Column (D) - Fundraising = $0 | Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation | |
|---|---|---|
| | | • AGO – Connolly – 391 |
| Form 990, Part IX, Line 24e | GIFTS: Column (A) - Total = $4215; Column (B) - Program Services = $0; Column (C) - Management & General = $4215; Column (D) - Fundraising = $0 | Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | HEALTH INSURANCE: Column (A) - Total = $6730; Column (B) - Program Services = $4866; Column (C) - Management & General = $1864; Column (D) - Fundraising = $0 |

AGO – Connolly – 392

Exhibit - 19

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 393 |
| Form 990, Part IX, Line 24e | LANDSCAPING: Column (A) - Total = $2280; Column (B) - Program Services = $2052; Column (C) - Management & General = $228; Column (D) - Fundraising = $0    Exhibit - 19 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation | |
|---|---|---|
| | | • AGO – Connolly – 394 |
| Form 990, Part IX, Line 24e | LICENSES: Column (A) - Total = $779; Column (B) - Program Services = $0; Column (C) - Management & General = $779; Column (D) - Fundraising = $0 | Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 395 |
| Form 990, Part IX, Line 24e | MISC MEALS: Column (A) - Total = $1999; Column (B) - Program Services = $0; Column (C) - Management & General = $1999; Column (D) - Fundraising = $0 |

Exhibit  - 19

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | MISC MILEAGE & PARKING: Column (A) - Total = $1434; Column (B) - Program Services = $1290; Column (C) - Management & General = $144; Column (D) - Fundraising = $0 |

AGO – Connolly – 396

Exhibit - 19

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | PARENTING EDUCATION: Column (A) - Total = $170; Column (B) - Program Services = $170; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

• AGO – Connolly – 397

Exhibit - 19

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | POST ABORTION EDUCATION: Column (A) - Total = $2326; Column (B) - Program Services = $2326; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 398

Exhibit  - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 399 |
| Form 990, Part IX, Line 24e | Postage and Shipping: Column (A) - Total = $4513; Column (B) - Program Services = $4062; Column (C) - Management & General = $451; Column (D) - Fundraising = $0    Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 400 |
| Form 990, Part IX, Line 24e | Printing and Publications: Column (A) - Total = $3832; Column (B) - Program Services = $0; Column (C) - Management & General = $3832; Column (D) - Fundraising = $0 |
| | Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 401 |
| Form 990, Part IX, Line 24e | PROCESSING FEE: Column (A) - Total = $463; Column (B) - Program Services = $335; Column (C) - Management & General = $128; Column (D) - Fundraising = $0   Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Refunds: Column (A) - Total = $0; Column (B) - Program Services = $0; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 402

Exhibit - 19

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation | |
|---|---|---|
| | | • AGO – Connolly – 403 |
| Form 990, Part IX, Line 24e | Repairs & Maintenance: Column (A) - Total = $5233; Column (B) - Program Services = $4710; Column (C) - Management & General = $523; Column (D) - Fundraising = $0 | Exhibit - 19 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 404 |
| Form 990, Part IX, Line 24e | SOHL SUNDAY: Column (A) - Total = $1381; Column (B) - Program Services = $1381; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

Exhibit - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
| --- | --- |
| | • AGO – Connolly – 405 |
| Form 990, Part IX, Line 24e | Taxes & Licenses: Column (A) - Total = $2553; Column (B) - Program Services = $2298; Column (C) - Management & General = $255; Column (D) - Fundraising = $0 |

Exhibit - 19

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| | • AGO – Connolly – 406 |
| Form 990, Part IX, Line 24e | WEBSITE: Column (A) - Total = $3036; Column (B) - Program Services = $0; Column (C) - Management & General = $3036; Column (D) - Fundraising = $0 <br><br> Exhibit - 19 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | WORKERS' COMP: Column (A) - Total = $4238; Column (B) - Program Services = $3064; Column (C) - Management & General = $1174; Column (D) - Fundraising = $0 |

• AGO – Connolly – 407

Exhibit - 19

# EXHIBIT 20

•    AGO – Connolly – 408

Exhibit  - 20

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 409 of 664 Page ID #:1456

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2021** |
| Department of the Treasury Internal Revenue Service | | ▶ Do not enter social security numbers on this form as it may be made public. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | | **Open to Public Inspection** |

**A** For the 2021 calendar year, or tax year beginning 01-01-2021 , and ending 12-31-2021

| **B** Check if applicable: | **C** Name of organization PREGNANCY CARE CENTER | **D** Employer identification number |
|---|---|---|
| ☐ Address change | | 33-0576304 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite 677 S MAGNOLIA AVE | **E** Telephone number (619) 442-4357 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code EL CAJON, CA 92020 | |
| ☐ Application pending | | **G** Gross receipts $ 917,216 |

| **F** Name and address of principal officer: 677 S MAGNOLIA AVE EL CAJON, CA 92020 | **H(a)** Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list. See instructions. |
| **I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527 | |
| **J** Website: ▶ N/A | **H(c)** Group exemption number ▶ |
| **K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1999 **M** State of legal domicile: CA |

## Part I Summary

| | | |
|---|---|---|
| **Activities & Governance** | **1** Briefly describe the organization's mission or most significant activities: TO ASSIST WOMEN IN CRISIS | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . | **3** 7 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . | **4** 0 |
| | **5** Total number of individuals employed in calendar year 2021 (Part V, line 2a) . . . | **5** 12 |
| | **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . | **6** |
| | **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . | **7a** 0 |
| | **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . | **7b** |

| **Revenue** | | **Prior Year** | **Current Year** |
|---|---|---|---|
| | **8** Contributions and grants (Part VIII, line 1h) . . . . . . | 481,194 | 647,121 |
| | **9** Program service revenue (Part VIII, line 2g) . . . . . | | 0 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . | 12,021 | 12,468 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . | 168,617 | 208,223 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12 | 661,832 | 867,812 |

| **Expenses** | | | |
|---|---|---|---|
| | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . . | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 326,087 | 311,017 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 228,972 | 265,154 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 555,059 | 576,171 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . . | 106,773 | 291,641 |

| **Net Assets or Fund Balances** | | **Beginning of Current Year** | **End of Year** |
|---|---|---|---|
| | **20** Total assets (Part X, line 16) . . . . . . . . . . . . | 976,179 | 1,256,586 |
| | **21** Total liabilities (Part X, line 26) . . . . . . . . . . . | 7,116 | 8,451 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . | 969,063 | 1,248,135 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2022-11-15 Date |
|---|---|---|
| | MILES J MCCLURE Executive Dir. Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00459790 |
|---|---|---|---|---|---|
| | Firm's name ▶ Class Advisors Inc | | | Firm's EIN ▶ 46-5453710 | |
| | Firm's address ▶ 6160 Mission Gorge Road Suite 205 San Diego, CA 92120 | | | Phone no. (619) 282-7126 | |

AGO Curmally 409

Exhibit 20

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 11282Y Form **990** (2021)

Part III Statement of Program Service Accomplishment

Case 1:24-cv-03365-SDV-MAR Document 30-1    Filed 11/04/24    Page 410 of 664
Page ID #:1437

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

TO ASSIST WOMEN IN CRISIS

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

| **4a** | (Code: | ) (Expenses $ | 303,872 | including grants of $ | | ) (Revenue $ | | ) |
|---|---|---|---|---|---|---|---|---|
| | See Additional Data | | | | | | | |

| **4b** | (Code: | ) (Expenses $ | 70,415 | including grants of $ | | ) (Revenue $ | | ) |
|---|---|---|---|---|---|---|---|---|
| | See Additional Data | | | | | | | |

| **4c** | (Code: | ) (Expenses $ | 50,338 | including grants of $ | | ) (Revenue $ | | ) |
|---|---|---|---|---|---|---|---|---|
| | See Additional Data | | | | | | | |

AGO – Connolly – 410

**4d** Other program services (Describe in Schedule O.)

(Expenses $　　　including grants of $　　　) (Revenue $　　Exhibit - 20)

**4e** **Total program service expenses ▶**　　　424,625

**Part IV** Checklist of Required Schedules

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* 🔲 | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. 🔲 | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,*Part I 🔲 | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* 🔲 | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* 🔲 | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* 🔲 | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* 🔲 | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D,* Part VI. 🔲 | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* 🔲 | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* 🔲 | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* 🔲 | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* 🔲 | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* 🔲 | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🔲 | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🔲 | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. 🔲 | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* 🔲 | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* 🔲 | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly – 201
Exhibit – 20

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . | 22 | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . | 23 | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . | 24a | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | 25a | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . | 25b | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . | 26 | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . | 27 | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | 28a | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . | 28b | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | 28c | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | 29 | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . | 30 | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . | 32 | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . | 33 | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . | 34 | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . | 35a | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . | 36 | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | 37 | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . | 38 | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | • 1a | AGO – Connolly 0 | 412 | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | 1b | 0 | Exhibit - 20 | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . | | | 1c | | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . **2a** \| 12 |  |  |  |  |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | **2b** | Yes |  |  |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** |  |  | No |
| **b** If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** |  |  |  |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** |  |  | No |
| **b** If "Yes," enter the name of the foreign country: ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). |  |  |  |  |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** |  |  | No |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** |  |  | No |
| **c** If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . | **5c** |  |  |  |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . | **6a** |  |  | No |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | **6b** |  |  |  |
| **7** **Organizations that may receive deductible contributions under section 170(c).** |  |  |  |  |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . | **7a** |  |  | No |
| **b** If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** |  |  |  |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . | **7c** |  |  | No |
| **d** If "Yes," indicate the number of Forms 8282 filed during the year . . . . **7d** \| 0 |  |  |  |  |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** |  |  | No |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** |  |  | No |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . | **7g** |  |  | No |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . | **7h** |  |  | No |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | **8** |  |  |  |
| **9** **Sponsoring organizations maintaining donor advised funds.** |  |  |  |  |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | **9a** |  |  |  |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** |  |  |  |
| **10** **Section 501(c)(7) organizations.** Enter: |  |  |  |  |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 . . . **10a** |  |  |  |  |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities **10b** |  |  |  |  |
| **11** **Section 501(c)(12) organizations.** Enter: |  |  |  |  |
| **a** Gross income from members or shareholders . . . . . . . . **11a** |  |  |  |  |
| **b** Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . **11b** |  |  |  |  |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** |  |  |  |
| **b** If "Yes," enter the amount of tax-exempt interest received or accrued during the year. **12b** |  |  |  |  |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** |  |  |  |  |
| **a** Is the organization licensed to issue qualified health plans in more than one state? . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | **13a** |  |  |  |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . **13b** |  |  |  |  |
| **c** Enter the amount of reserves on hand . . . . . . . . . . **13c** |  |  |  |  |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** |  |  | No |
| **b** If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | **14b** |  |  |  |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | **15** |  |  | No |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | **16** |  |  | No |
| **17** **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | **17** |  |  |  |

**Part VI** | Governance, Management, and Disclosure. *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . ☑

### Section A. Governing Body and Management

|  |  |  | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 7 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 0 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . | **2** | | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . | **6** | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . | **7b** | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . | **8a** | | | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . | **8b** | | | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | **9** | | | No |

### Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . | **11a** | | No |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . | **12a** | | No |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . | **12b** | | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . . . . . . . . . . . . . . | **12c** | | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . | **13** | | No |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . | **15a** | | No |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . | **16b** | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
☐ Own website ☐ Another's website ☑ Upon request ☐ Other (explain in Schedule O)

AGO – Connolly – 414

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

Exhibit - 20

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶MILES J MCCLURE   S MAGNOLIA AVE   EL CAJON, CA 92020 (619) 442-4357

Case 24-40158-ELP Doc 85-11 Filed 04/24/24 Entered 04/24/24 12:24:51 Page ID #:1442

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . ☐

## Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) MILES J MCCLURE<br>.................<br>Executive Dir. | 40.00<br>0.00 | | | X | | | | 75,375 | 0 | 0 |
| (2) MARGARET HUEPPCHEN<br>.................<br>Chairman | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (3) LARRY YOUNGKRATZ<br>.................<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (4) BENJAMIN AARON<br>.................<br>Secretary | 0.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) JEFFREY BRUST<br>.................<br>Treasurer | 0.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (6) JIM LANDSTEDT<br>.................<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (7) JERRY PHILLIPS<br>.................<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | ● | AGO – Connolly – 415 |
| | | | | | | | | | | Exhibit - 20 |

Part VII Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 75,375 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 416 | |
| | | |
| | Exhibit – 20 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

**Part VIII** Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** | Federated campaigns . . | **1a** | | | | |
| | **b** | Membership dues . . | **1b** | | | | |
| | **c** | Fundraising events . . | **1c** | | | | |
| | **d** | Related organizations | **1d** | | | | |
| | **e** | Government grants (contributions) | **1e** | 52,292 | | | |
| | **f** | All other contributions, gifts, grants, and similar amounts not included above | **1f** | 594,829 | | | |
| | **g** | Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h** | **Total.** Add lines 1a-1f . . . . . . ▶ | | 647,121 | | | |
| **Program Service Revenue** | **2a** | | Business Code | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** | All other program service revenue. | | | | | |
| | **g** | **Total.** Add lines 2a–2f. . . . . ▶ | | 0 | | | |
| **Other Revenue** | **3** | Investment income (including dividends, interest, and other similar amounts) . . . . . . . . ▶ | | 12,468 | 12,468 | | |
| | **4** | Income from investment of tax-exempt bond proceeds ▶ | | 0 | | | |
| | **5** | Royalties . . . . . . . . . . . . ▶ | | 0 | | | |
| | | | (i) Real | (ii) Personal | | | | |
| | **6a** | Gross rents | **6a** | | | | | |
| | **b** | Less: rental expenses | **6b** | | | | | |
| | **c** | Rental income or (loss) | **6c** | | | | | |
| | **d** | Net rental income or (loss) . . . . . . . ▶ | | 0 | | | |
| | | | (i) Securities | (ii) Other | | | | |
| | **7a** | Gross amount from sales of assets other than inventory | **7a** | | | | | |
| | **b** | Less: cost or other basis and sales expenses | **7b** | | | | | |
| | **c** | Gain or (loss) | **7c** | | | | | |
| | **d** | Net gain or (loss) . . . . . . . . . ▶ | | 0 | | | |
| | **8a** | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . | **8a** | 257,627 | | | |
| | **b** | Less: direct expenses . . . | **8b** | 49,404 | | | |
| | **c** | Net income or (loss) from fundraising events . . ▶ | | 208,223 | | | |
| | **9a** | Gross income from gaming activities. See Part IV, line 19 . . . | **9a** | | | | |
| | **b** | Less: direct expenses . . . | **9b** | | | | |
| | **c** | Net income or (loss) from gaming activities . . ▶ | | 0 | | | |
| | **10a** | Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** | Less: cost of goods sold . . | **10b** | | | | |
| | **c** | Net income or (loss) from sales of inventory . . ▶ | | 0 | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | All other revenue . . . . . | | | | | |
| | **e** | **Total.** Add lines 11a–11d . . . . . . . ▶ | | 0 | | | |
| | **12** | **Total revenue.** See instructions . . . . . ▶ | | 867,812 | 12,468 | | |

AGO – Connolly – 417

Exhibit – 20

Case 1:24-cv-00460-HYJ-SJB   Document 30-1   Filed 11/04/24   Page 418 of 664
Page ID #:1445

**Part IX** Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . ☑

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . . | 75,375 | 37,688 | 37,687 | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . . | 218,157 | 197,057 | 21,100 | |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . . | 0 | | | |
| **10** Payroll taxes . . . . . . . . . . . . | 17,485 | 12,640 | 4,845 | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . . | 0 | | | |
| **c** Accounting . . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 17,738 | 16,484 | 1,254 | |
| **12** Advertising and promotion . . . . . | 28,616 | | 28,616 | |
| **13** Office expenses . . . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . . . | 0 | | | |
| **15** Royalties . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . . . | 48,913 | 44,022 | 4,891 | |
| **17** Travel . . . . . . . . . . . . . | 0 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . . | 336 | 336 | | |
| **20** Interest . . . . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 31,116 | 28,004 | 3,112 | |
| **23** Insurance . . . | 7,567 | 3,048 | 4,519 | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** UTILITIES | 13,029 | 11,726 | 1,303 | |
| **b** GENERAL OFFICE SUPPLIES | 12,444 | 11,200 | 1,244 | |
| **c** Bank Service Charges | 11,479 | | 11,479 | |
| **d** Telephone | 8,833 | 7,950 | 883 | |
| **e** All other expenses | 85,083 | 54,470 | 30,613 | |
| **25** **Total functional expenses.** Add lines 1 through 24e | 576,171 | 424,625 | 151,546 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO — Connolly — 418

Exhibit - 20

Case 24-08468-HDV-MAR      Document 30-1     Filed 11/04/24     Page 419 of 664
Page ID #:1446

**Part X**  **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . ☐

|  |  | **(A)** Beginning of year |  | **(B)** End of year |
|---|---|---|---|---|
| **1** | Cash–non-interest-bearing . . . . . . . . | 270,731 | **1** | 254,861 |
| **2** | Savings and temporary cash investments . . . . . | 578,557 | **2** | 861,618 |
| **3** | Pledges and grants receivable, net . . . . . | | **3** | 0 |
| **4** | Accounts receivable, net . . . . . . | | **4** | 0 |
| **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | 0 |
| **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | 0 |
| **7** | Notes and loans receivable, net . . . . . . . | | **7** | 0 |
| **8** | Inventories for sale or use . . . . . . | | **8** | 0 |
| **9** | Prepaid expenses and deferred charges . . . . . | | **9** | 0 |
| **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D   **10a** 478,607 | | | |
| **b** | Less: accumulated depreciation   **10b** 338,500 | 126,891 | **10c** | 140,107 |
| **11** | Investments—publicly traded securities . | | **11** | 0 |
| **12** | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | 0 |
| **13** | Investments—program-related. See Part IV, line 11 . . . | | **13** | 0 |
| **14** | Intangible assets . . . . . . . . . . | | **14** | 0 |
| **15** | Other assets. See Part IV, line 11 . . . . . . | | **15** | 0 |
| **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 976,179 | **16** | 1,256,586 |
| **17** | Accounts payable and accrued expenses . . . . . | 7,115 | **17** | 8,450 |
| **18** | Grants payable . . . | | **18** | |
| **19** | Deferred revenue . . . . . . . . | | **19** | |
| **20** | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| **21** | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . | | **22** | |
| **23** | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| **24** | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 1 | **25** | 1 |
| **26** | **Total liabilities.** Add lines 17 through 25 . . | 7,116 | **26** | 8,451 |
| | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| **27** | Net assets without donor restrictions . . . . . . | 969,063 | **27** | 1,248,135 |
| **28** | Net assets with donor restrictions . . . . . . | | **28** | |
| | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | |
| **29** | Capital stock or trust principal, or current funds . . . . | | **29** | |
| **30** | Paid-in or capital surplus, or land, building or equipment fund . | | **30** | |
| **31** | Retained earnings, endowment, accumulated income, or other funds . | | **31** | |
| **32** | Total net assets or fund balances . . . . . | 969,063 | **32** | 1,248,135 |
| **33** | Total liabilities and net assets/fund balances . . . . . . . | 976,179 | **33** | 1,256,586 |

*Assets* / *Liabilities* / *Net Assets or Fund Balances*

AGO – Connolly – 419

Exhibit - 20

Part XI    ~~Reconciliation of Net Assets~~

Case 1:24-cv-00663-MAR    Document 30-1    Filed 11/04/24    Page 420 of 664    Page ID #:2447

| | | | |
|---|---|---|---:|
| | Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . | | ☐ |
| **1** | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . | **1** | 867,812 |
| **2** | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . | **2** | 576,171 |
| **3** | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . | **3** | 291,641 |
| **4** | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 969,063 |
| **5** | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . | **5** | |
| **6** | Donated services and use of facilities . . . . . . . . . . . . . . . | **6** | |
| **7** | Investment expenses . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Prior period adjustments . . . . . . . . . . . . . . . . . | **8** | -12,569 |
| **9** | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **9** | |
| **10** | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 1,248,135 |

Part XII    **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **1** | Accounting method used to prepare the Form 990:    ☑ Cash  ☐ Accrual  ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | |

• AGO – Connolly – 420
Exhibit – 20

Form **990** (2021)

**Additional Data**

Software ID: 21013475
Software Version: 2021v4.1
EIN: 33-0576304
Name: PREGNANCY CARE CENTER

AGO – Connolly – 421

Exhibit - 20

Form 990 (2021)

**Form 990, Part III, Line 4a:**

THE ORGANIZATION PROVIDED TRAINED NURSES AND FACILITIES WHO PERFORMED 412 FREE PREGNANCY TESTS, AND 260 FREE ULTRASOUND TESTS IN 2021.

**Form 990, Part III, Line 4b:**

THE ORGANIZATION PROVIDED ASSISTANCE TO 184 MOMS/FAMILIES WITH MATERNITY NEEDS SUCH AS PROVIDING CLOTHING, DIAPERS, FOOD ETC. AND WAS ADMINISTERED BY STAFF AND VOLUNTEERS.

Exhibit - 20

**Form 990, Part III, Line 4c:**

THE ORGANIZATION PROVIDED TRAINING/COUNSELING AND/OR COURT ORDERED PARENTING CLASSES TO 30 MOMS, 17 DADS, AND FAMILIES IN 2021.

Exhibit - 20

| SCHEDULE A (Form 990) | Public Charity Status and Public Support | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2021** |
| Department of the Treasury Internal Revenue Service | ▶ **Attach to Form 990 or Form 990-EZ.** ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| **Name of the organization** PREGNANCY CARE CENTER | **Employer identification number** 33-0576304 |
|---|---|

---

**Part I**    **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10 ☑ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f   Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . _____

g   Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| **Total** | | | | | | |

~~AGO - Connolly - 424~~

~~Exhibit - 20~~

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**     Cat. No. 11285F     **Schedule A (Form 990) 2021**

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . . | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . | | | | | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2021 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . | **15** | |

**16a** **33 1/3% support test—2021.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☐

**b** **33 1/3% support test—2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part III**　Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | 401,285 | 298,865 | 384,121 | 444,622 | 647,121 | 2,176,014 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | 0 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . . . | | | | | | 0 |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | 0 |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **6** **Total.** Add lines 1 through 5 | 401,285 | 298,865 | 384,121 | 444,622 | 647,121 | 2,176,014 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0 |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | 0 |
| **c** Add lines 7a and 7b. . | | | | | | 0 |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 2,176,014 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . . | 401,285 | 298,865 | 384,121 | 444,622 | 647,121 | 2,176,014 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | 71 | 10,349 | 11,735 | 12,021 | 12,468 | 46,644 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | 0 |
| **c** Add lines 10a and 10b. | 71 | 10,349 | 11,735 | 12,021 | 12,468 | 46,644 |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | 0 |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | 0 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.). . | 401,356 | 309,214 | 395,856 | 456,643 | 659,589 | 2,222,658 |
| **14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | | | | | |

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2021 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 97.900 % |
| **16** Public support percentage from 2020 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | 98.150 % |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2021** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 2.100 % |
| **18** Investment income percentage from **2020** Schedule A, Part III, line 17 . . . . . . . . . . . . . | **18** | 1.850 % |

**19a 331/3% support tests—2021.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . ▶ ☑

**b 33 1/3% support tests—2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

**20**　**Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . ▶ ☐

Case 2:24-cv-09412-ODW-MAR Document 30-1 Filed 11/04/24 Page 427 of 664 Page ID #:1454

| **Part IV** | **Supporting Organizations** |

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* | **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* | **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* | **10b** | | |

AGO's Comp. Exhs. "427

Exhibit 20

**Part IV** Case 1:23-cv-00463-JDW-MAR) Document 30-1 Filed 11/04/24 Page 428 of 664

Page ID #:1455

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described on 11a above? | **11b** | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in Part VI.* | **11c** | |

## Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | |

## Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | |

## Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* | **3** | |

## Section E. Type III Functionally-Integrated Supporting Organizations

| **1** | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**: |
|---|---|
| **a** | ☐   The organization satisfied the Activities Test. Complete **line 2** below. |
| **b** | ☐   The organization is the parent of each of its supported organizations. Complete **line 3** below. |
| **c** | ☐   The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions) |

| | | Yes | No |
|---|---|---|---|
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations?*If "Yes" or "No", provide details in Part VI.* | **3a** | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard.* | **3b** | |

AGO – Connolly – 428

Exhibit - 20

**Schedule A (Form 990) 2021**

**Part V** Type III Non-functionally Integrated 509(a)(3) Supporting Organizations

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| | **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| | **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors *(explain in detail in Part VI)*: | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 0.035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| | **Section C - Distributable Amount** | | Current Year |
|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | |
| **2** | Enter 85% of line 1 | **2** | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | |
| **4** | Enter greater of line 2 or line 3 | **4** | |
| **5** | Income tax imposed in prior year | **5.** | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | |

AGO – Connolly – 429

Exhibit - 20

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Schedule A (Form 990) 2021**

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| **Section D - Distributions** | | | | **Current Year** |
|---|---|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | | | **1** | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | **2** | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | | | **3** | |
| **4** Amounts paid to acquire exempt-use assets | | | **4** | |
| **5** Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | | **5** | |
| **6** Other distributions (*describe in **Part VI***). See instructions | | | **6** | |
| **7** **Total annual distributions.** Add lines 1 through 6. | | | **7** | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | | **8** | |
| **9** Distributable amount for 2021 from Section C, line 6 | | | **9** | |
| **10** Line 8 amount divided by Line 9 amount | | | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2021** | **(iii)** **Distributable Amount for 2021** |
|---|---|---|---|
| **1** Distributable amount for 2021 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2021 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2021: | | | |
| **a** From 2016. . . . . . . | | | |
| **b** From 2017. . . . . . . | | | |
| **c** From 2018. . . . . . . | | | |
| **d** From 2019. . . . . . . | | | |
| **e** From 2020. . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2021 distributable amount | | | |
| **i** Carryover from 2016 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2021 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2021 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2017. . . . . | | | |
| **b** Excess from 2018. . . . . | | AGO – Connolly – 430 | |
| **c** Excess from 2019. . . . . | | | |
| **d** Excess from 2020. . . . . | | Exhibit - 20 | |
| **e** Excess from 2021. . . . . | | | |

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

| |
|---|
| **Facts And Circumstances Test** |
| |

• AGO – Connolly – 431

Exhibit - 20

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493319266342
Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 4 of 664
Page 101 of 145

**SCHEDULE D**
**(Form 990)**

OMB No. 1545-0047

# Supplemental Financial Statements

**2021**

► Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
► Attach to Form 990.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| PREGNANCY CARE CENTER | 33-0576304 |

<table>
<tr><td colspan="2"><b>Part I</b></td><td colspan="2"><b>Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.</b><br>Complete if the organization answered "Yes" on Form 990, Part IV, line 6.</td></tr>
<tr><td></td><td></td><td><b>(a)</b> Donor advised funds</td><td><b>(b)</b> Funds and other accounts</td></tr>
<tr><td>1</td><td>Total number at end of year . . . . . . . . .</td><td></td><td></td></tr>
<tr><td>2</td><td>Aggregate value of contributions to (during year)</td><td></td><td></td></tr>
<tr><td>3</td><td>Aggregate value of grants from (during year)</td><td></td><td></td></tr>
<tr><td>4</td><td>Aggregate value at end of year . . . . . . . .</td><td></td><td></td></tr>
</table>

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the
organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for
charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible
private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

<table>
<tr><td colspan="2"><b>Part II</b></td><td><b>Conservation Easements.</b><br>Complete if the organization answered "Yes" on Form 990, Part IV, line 7.</td></tr>
</table>

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of an historically important land area

☐ Protection of natural habitat   ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | Held at the End of the Year |
|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . . | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ► _____

**4** Number of states where property subject to conservation easement is located ► _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations,
and enforcement of the conservation easements it holds? . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes
the organization's accounting for conservation easements.

<table>
<tr><td colspan="2"><b>Part III</b></td><td><b>Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.</b><br>Complete if the organization answered "Yes" on Form 990, Part IV, line 8.</td></tr>
</table>

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in
Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the
following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . ► $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . ► $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

AC Exhibit C, provide the 432

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . ► $ _____

Exhibit - 20

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . ► $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990.    Cat. No. 52283D    **Schedule D (Form 990) 2021**

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition      **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research      **e** ☐ Other ................................................................................

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .   ☐ **Yes**   ☐ **No**

| **Part IV** | **Escrow and Custodial Arrangements.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | **Amount** |
|---|---|---|
| **c** Beginning balance . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .   ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

| **Part V** | **Endowment Funds.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ................................................

**b** Permanent endowment ▶ ................................

**c** Term endowment ▶ ................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | **Yes** | **No** |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | 167,417 | 85,796 | 81,621 |
| **d** Equipment . . . . . | | 294,348 | 239,111 | 55,237 |
| **e** Other . . . . . . | | 16,842 | 13,593 | 3,249 |

AGO – Connolly – 433

Exhibit - 20

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . . . ▶ | | | | 140,107 |

**Schedule D (Form 990) 2021**

**Part VII** **Investments - Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives . . . . . . . . . | | |
| (2) Closely-held equity interests . . . . . . . . | | |
| (3) Other _____ | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

**Part VIII** **Investments - Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* . . . . . . . . . . ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) Rounding | 1 |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | 1 |

AGO – Connolly – 434

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

**Schedule D (Form 990) 2021**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . | | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 435

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Exhibit - 20

| Return Reference | Explanation |
|---|---|
| | |

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    ACO – Connolly – 436    Page 436 of 664
Page ID #:1463

Exhibit - 20

| Part XIII | Supplemental Information *(continued)* |
|---|---|
| Return Reference | Explanation |

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 4 of 664
Page ID #:1464

**SCHEDULE G**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information Regarding Fundraising or Gaming Activities

**Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a.**
► **Attach to Form 990 or Form 990-EZ.**
► **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| PREGNANCY CARE CENTER | 33-0576304 |

**Part I** **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17.
Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

**a** ☑ Mail solicitations
**b** ☐ Internet and email solicitations
**c** ☐ Phone solicitations
**d** ☐ In-person solicitations

**e** ☐ Solicitation of non-government grants
**f** ☐ Solicitation of government grants
**g** ☐ Special fundraising events

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?   ☐ Yes ☑ No

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| **Total** . . . . . . . . . . . . . . . . ► | | | | | | |

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AGO – Connolly – 437

Exhibit - 20

..............................................................................................................................................................

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** Cat. No. 50083H **Schedule G (Form 990) 2021**

Case 1:24-cv-08668-HDV-MAR Document 30-1 Filed 11/04/24 Page 438 of 664
Page ID #:1465

## Part II

**Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | (a)Event #1 **BANQUET** (event type) | (b) Event #2 **WALK 4 LIFE** (event type) | (c)Other events **1** (total number) | (d) Total events (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| **Revenue** | 1  Gross receipts . . . . . | 156,296 | 52,399 | 44,123 | 252,818 |
| | 2  Less: Contributions . . . . | | | | |
| | 3  Gross income (line 1 minus line 2) | 156,296 | 52,399 | 44,123 | 252,818 |
| **Direct Expenses** | 4  Cash prizes . . . . . | | | | |
| | 5  Noncash prizes . . . . | | | | |
| | 6  Rent/facility costs . . . . | | | | |
| | 7  Food and beverages . . . | | | | |
| | 8  Entertainment . . . . . | | | | |
| | 9  Other direct expenses . . . | 30,745 | 4,086 | 13,710 | 48,541 |
| | 10  Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . ▶ | | | | 48,541 |
| | 11  Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . ▶ | | | | 204,277 |

## Part III

**Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/Instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col.(a) through col.(c)) |
|---|---|---|---|---|---|
| **Revenue** | 1  Gross revenue . . . . . | | | | |
| **Direct Expenses** | 2  Cash prizes . . . . . | | | | |
| | 3  Noncash prizes . . . . | | | | |
| | 4  Rent/facility costs . . . . | | | | |
| | 5  Other direct expenses . . . | | | | |
| | 6  Volunteer labor . . . . | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | |
| | 7  Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . ▶ | | | | |
| | 8  Net gaming income summary. Subtract line 7 from line 1, column (d) . . . . . . . . ▶ | | | | |

9    Enter the state(s) in which the organization conducts gaming activities:_____

a    Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . . ☐ Yes ☐ No

b    If "No," explain: _____
------------------------------------------------------------------------

10a  Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? ☐ Yes ☐ No

b    If "Yes," explain: _____
------------------------------------------------------------------------

AGO – Connolly – 431

Exhibit - 20

Case 2:24-cv-08468-HDV-MAR     Document 30-1     Filed 11/04/24     Page 439 of 664 Page ID #:1466

**11** Does the organization conduct gaming activities with nonmembers?                 ☐ **Yes** ☐ **No**

**12** Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming?                 ☐ **Yes** ☐ **No**

**13** Indicate the percentage of gaming activity conducted in:

| | | |
|---|---|---|
| **a** The organization's facility | **13a** | % |
| **b** An outside facility | **13b** | % |

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ --------------------------------------------------------------------------------------------------------

Address ▶ ------------------------------------------------------------------------------------------------------

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue?                 ☐ **Yes** ☐ **No**

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____ .

**c** If "Yes," enter name and address of the third party:

Name ▶ ----------------------------------------------------------------------------------------------------------

Address ▶ ------------------------------------------------------------------------------------------------------

**16** Gaming manager information:

Name ▶ ----------------------------------------------------------------------------------------------------------

Gaming manager compensation ▶ $ ----------------------------------------------------

Description of services provided ▶ --------------------------------------------------------------------------

☐ Director/officer       ☐ Employee       ☐ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license?                 ☐ Yes ☐ No

**b** Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $      •    AGO – Connolly – 439

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
|---|---|

Exhibit – 20

| Return Reference | Explanation |
|---|---|

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to** _www.irs.gov/Form990_ **for the latest information.**

OMB No. 1545-0047

# 2021

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| PREGNANCY CARE CENTER | 33-0576304 |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 11b: Form 990 Review Process | No review was or will be conducted. |

AGO – Connolly – 440

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 19: Other Organization Documents Publicly Available | No documents available to the public.<br><br>•     AGO – Connolly – 441<br><br>Exhibit - 20 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | ADVANCEMENT : Column (A) - Total = $405; Column (B) - Program Services = $405; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 442

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | BABY BOTTLES: Column (A) - Total = $529; Column (B) - Program Services = $529; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 443

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | BOARD EXP: Column (A) - Total = $514; Column (B) - Program Services = $0; Column (C) - Management & General = $514; Column (D) - Fundraising = $0 |

AGO – Connolly – 444

Exhibit  - 20

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | CLEANING: Column (A) - Total = $8624; Column (B) - Program Services = $7762; Column (C) - Management & General = $862; Column (D) - Fundraising = $0 |

AGO – Connolly – 445

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | CLIENT SERVICES: Column (A) - Total = $867; Column (B) - Program Services = $867; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 446

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | CLINIC DEVELOPMENT: Column (A) - Total = $7783; Column (B) - Program Services = $7783; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 447

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DIRECT MAIL: Column (A) - Total = $4620; Column (B) - Program Services = $4620; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 448

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DIRECTORS EXP: Column (A) - Total = $850; Column (B) - Program Services = $615; Column (C) - Management & General = $235; Column (D) - Fundraising = $0 |

AGO – Connolly – 449

Exhibit - 20

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DONATIONS: Column (A) - Total = $500; Column (B) - Program Services = $500; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 450

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DUES & SUBS: Column (A) - Total = $2526; Column (B) - Program Services = $0; Column (C) - Management & General = $2526; Column (D) - Fundraising = $0 |

AGO – Connolly – 451

Exhibit - 20

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | GIFTS: Column (A) - Total = $6362; Column (B) - Program Services = $0; Column (C) - Management & General = $6362; Column (D) - Fundraising = $0 |

AGO – Connolly – 452

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | HEALTH INSURANCE: Column (A) - Total = $6459; Column (B) - Program Services = $4670; Column (C) - Management & General = $1789; Column (D) - Fundraising = $0 |

AGO – Connolly – 453

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | LANDSCAPING: Column (A) - Total = $2070; Column (B) - Program Services = $1863; Column (C) - Management & General = $207; Column (D) - Fundraising = $0 |

AGO – Connolly – 454

Exhibit  - 20

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | LICENSES: Column (A) - Total = $1020; Column (B) - Program Services = $0; Column (C) - Management & General = $1020; Column (D) - Fundraising = $0 |

AGO – Connolly – 455

Exhibit  - 20

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MEDICAL & LAB SUPPLIES: Column (A) - Total = $6477; Column (B) - Program Services = $6477; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 456

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MISC MEALS: Column (A) - Total = $871; Column (B) - Program Services = $0; Column (C) - Management & General = $871; Column (D) - Fundraising = $0 |

AGO – Connolly – 457

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MISC MILEAGE: Column (A) - Total = $1896; Column (B) - Program Services = $1707; Column (C) - Management & General = $189; Column (D) - Fundraising = $0 |

AGO – Connolly – 458

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | PARENTING EDUCATION: Column (A) - Total = $118; Column (B) - Program Services = $118; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 459

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | POST ABORTION EDUCATION: Column (A) - Total = $108; Column (B) - Program Services = $108; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 460

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Postage and Shipping: Column (A) - Total = $5427; Column (B) - Program Services = $4885; Column (C) - Management & General = $542; Column (D) - Fundraising = $0 |

AGO – Connolly – 461

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Printing and Publications: Column (A) - Total = $4351; Column (B) - Program Services = $0; Column (C) - Management & General = $4351; Column (D) - Fundraising = $0 |

AGO – Connolly – 462

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | PROCESSING FEE: Column (A) - Total = $438; Column (B) - Program Services = $316; Column (C) - Management & General = $122; Column (D) - Fundraising = $0 |

AGO – Connolly – 463

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Refunds: Column (A) - Total = $1411; Column (B) - Program Services = $0; Column (C) - Management & General = $1411; Column (D) - Fundraising = $0 |

AGO – Connolly – 464

Exhibit - 20

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Repairs & Maintenance: Column (A) - Total = $5140; Column (B) - Program Services = $4626; Column (C) - Management & General = $514; Column (D) - Fundraising = $0 |

AGO – Connolly – 465

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | SOHL SUNDAY: Column (A) - Total = $1459; Column (B) - Program Services = $1459; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 466

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Taxes & Licenses: Column (A) - Total = $2445; Column (B) - Program Services = $2200; Column (C) - Management & General = $245; Column (D) - Fundraising = $0 |

AGO – Connolly – 467

Exhibit - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | WEBSITE: Column (A) - Total = $7719; Column (B) - Program Services = $0; Column (C) - Management & General = $7719; Column (D) - Fundraising = $0 |

AGO – Connolly – 468

Exhibit  - 20

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | WORKERS' COMP: Column (A) - Total = $4094; Column (B) - Program Services = $2960; Column (C) - Management & General = $1134; Column (D) - Fundraising = $0 |

AGO – Connolly – 469

Exhibit  - 20

# EXHIBIT 21

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | **2020** |
| Department of the Treasury Internal Revenue Service | ▶ Do not enter social security numbers on this form as it may be made public. ▶ **Go to** _www.irs.gov/Form990_ for instructions and the latest information. | **Open to Public Inspection** |

**A For the 2020 calendar year, or tax year beginning 01-01-2020 , and ending 12-31-2020**

| B Check if applicable: | C Name of organization<br>PREGNANCY CARE CENTER | D Employer identification number |
|---|---|---|
| ☐ Address change | | 33-0576304 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite<br>677 S MAGNOLIA AVE | E Telephone number<br>(619) 442-4357 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code<br>EL CAJON, CA 92020 | |
| ☐ Application pending | | G Gross receipts $ 696,383 |

| F Name and address of principal officer:<br>677 S MAGNOLIA AVE<br>EL CAJON, CA 92020 | H(a) Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| | H(b) Are all subordinates included? ☐ Yes ☐ No<br>If "No," attach a list. (see instructions) |
| **I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527 | |
| **J** Website: ▶ N/A | H(c) Group exemption number ▶ |
| **K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1999 \| **M** State of legal domicile: CA |

## Part I  Summary

| | | | |
|---|---|---|---|
| Activities & Governance | 1 | Briefly describe the organization's mission or most significant activities:<br>TO ASSIST WOMEN IN CRISIS | |
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . . | 3 \| 7 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) . . | 4 \| 0 |
| | 5 | Total number of individuals employed in calendar year 2020 (Part V, line 2a) . . . | 5 \| 12 |
| | 6 | Total number of volunteers (estimate if necessary) . . . . . . . . . | 6 \| |
| | 7a | Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . | 7a \| 0 |
| | b | Net unrelated business taxable income from Form 990-T, line 39 . . . . . . | 7b \| |

| | | | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) . . . . . | 444,622 | 481,194 |
| | 9 | Program service revenue (Part VIII, line 2g) . . . . . | | 0 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | 11,446 | 12,021 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 162,370 | 168,617 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 618,438 | 661,832 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 270,809 | 326,087 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 218,293 | 228,972 |
| | 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 489,102 | 555,059 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 . . . . . | 129,336 | 106,773 |

| | | | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| Net Assets or Fund Balances | 20 | Total assets (Part X, line 16) . . . . . . . . | 865,693 | 976,179 |
| | 21 | Total liabilities (Part X, line 26) . . . . . . . . | 3,403 | 7,116 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 . . . | 862,290 | 969,063 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ******<br>Signature of officer | 2021-11-15<br>Date |
|---|---|---|
| | MILES J MCCLURE Executive Dir.<br>Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00459790 |
|---|---|---|---|---|---|
| | Firm's name ▶ Class Advisors Inc | | | Firm's EIN ▶ 46-5453710 | |
| | Firm's address ▶ 6160 Mission Gorge Road Suite 205<br>San Diego, CA 92120 | | | Phone no. (619) 282-7126 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. | Cat. No. 11282Y | Form **990** (2020)

AGO - Counnally 471

Exhibit - 21

| Part III | Statement of Program Service Accomplishment 30-1   Filed 11/04/24   Page 472 of 664 |
|---|---|

Case 1:24-cv-03365-DLV-MAR Document 30-1   Filed 11/04/24   Page 472 of 664
Page ID #:1400

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

TO ASSIST WOMEN IN CRISIS

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code:          ) (Expenses $          237,232   including grants of $          ) (Revenue $          )
See Additional Data

**4b** (Code:          ) (Expenses $          96,422   including grants of $          ) (Revenue $          )
See Additional Data

**4c** (Code:          ) (Expenses $          69,970   including grants of $          ) (Revenue $          )
See Additional Data

• AGO – Connolly – 472

**4d** Other program services (Describe in Schedule O.)

(Expenses $          including grants of $          ) (Revenue $          Exhibit  - 2)

**4e** **Total program service expenses ▶**          403,624

| Part IV | Checklist of Required Schedules | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* ⬛ . . . . | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? ⬛ . . . | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,* Part I ⬛ . . . . . . . . . . . . . . . . . . | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* ⬛ . . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* ⬛ . | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* ⬛ . . . . . . . . . . . . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* ⬛ . . . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D,* Part VI. ⬛ . . . | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* ⬛ . . . . . . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* ⬛ . . . . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* ⬛ . . . . . . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* ⬛ | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* ⬛ | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* ⬛ . | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* ⬛ | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . . | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . . . . ⬛ | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . ⬛ | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . . | **21** | | No |

AGO – Connolly – 21
Exhibit 21

Case 1:24-cr-00463-DEH Document 30-1 Filed 11/04/24 Page 474 of 664
Page ID #:1501

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . . | **38** | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | <span style="color:red">AGO – Connolly</span> 0 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . | | **1c** | | |

<span style="color:red">AGO – Connolly</span> 474

<span style="color:red">Exhibit - 21</span>

Case: 24-3460, 06/02/2025, DktEntry: 13.1, Page 475 of 664

| Part V | Statements Regarding Other IRS Filings and Tax Compliance (continued) | | | |
|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . **2a** | 12 | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . | | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* . . . | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . | | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . **7d** | 0 | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . | | **7g** | | No |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . | | **7h** | | No |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . **11a** | | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . . **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . **13b** | | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N. | | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | **16** | | No |

Excerpt of Summary – 475
Exhibit – 21

**Part VI** Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . ☑

### Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 7 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 0 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . | | | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . | | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . | | | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . | | | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . | | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . | | | **8a** | | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | | | **8b** | | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . | | | **9** | | No |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | No |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . | **12a** | | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . | **12b** | | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . | **12c** | | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . | **13** | | No |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | | No |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . | **16b** | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website   ☐ Another's website   ☑ Upon request   ☐ Other (explain in Schedule O) AGO – Connolly – 476

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

Exhibit - 21

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶MILES J MCCLURE   S MAGNOLIA AVE   EL CAJON, CA 92020 (619) 442-4357

Case 2:24-cv-08408-ES-MAH Document 1-3 Filed 04/24/24 Page 409 of 664
Page ID #:1504

**Part VII** **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . □

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

□ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) MILES J MCCLURE<br>Executive Dir. | 40.00<br>0.00 | | | X | | | | 75,516 | 0 | 0 |
| (2) MARGARET HUEPPCHEN<br>Chairman | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (3) LARRY YOUNGKRATZ<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (4) BENJAMIN AARON<br>Secretary | 0.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) JEFFREY BRUST<br>Treasurer | 0.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (6) JIM LANDSTEDT<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (7) JERRY PHILLIPS<br>Director | 0.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | ● | AGO – Connolly – 477 | | |
| | | | | | | | | Exhibit - 21 | | |

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

Case 2:21-cv-00400-HCN-DBP Document 30-1 Filed 04/04/24 Page 478 of 664
Page ID #:1505

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 75,516 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 478 | |
| | Exhibit - 21 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . ☐

|  |  |  | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . | **1b** | | | | |
| | **c** Fundraising events . . | **1c** | | | | |
| | **d** Related organizations . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** 52,200 | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** 428,994 | | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . ▶ | | 481,194 | | | |
| **Program Service Revenue** | **2a** | Business Code | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 0 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . . ▶ | | 12,021 | | 12,021 | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | 0 | | | |
| | **5** Royalties . . . . . . . . . . . ▶ | | 0 | | | |
| | | (i) Real | (ii) Personal | | | | |
| | **6a** Gross rents | **6a** | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | |
| | **d** Net rental income or (loss) . . . . . . ▶ | | 0 | | | |
| | | (i) Securities | (ii) Other | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | |
| | **d** Net gain or (loss) . . . . . . . . ▶ | | 0 | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . | **8a** 203,168 | | | | |
| | **b** Less: direct expenses . . . | **8b** 34,551 | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | 168,617 | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | 0 | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | 0 | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue . . . . . | | | | | |
| | **e Total.** Add lines 11a–11d . . . . . . ▶ | | 0 | | | |
| | **12 Total revenue.** See instructions . . . . . ▶ | | 661,832 | | 12,021 | |

AGO – Connolly – 479

Exhibit - 21

Form **990** (2020)

**Part IX** Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . | 75,516 | 37,758 | 37,758 | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . | 209,903 | 178,300 | 31,603 | |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . | 0 | | | |
| **10** Payroll taxes . . . . . . . . . . | 40,668 | 29,403 | 11,265 | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . | 2,127 | | 2,127 | |
| **c** Accounting . . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 0 | | | |
| **12** Advertising and promotion . . . . . | 30,200 | | 30,200 | |
| **13** Office expenses . . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . . | 0 | | | |
| **15** Royalties . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . | 48,913 | 44,022 | 4,891 | |
| **17** Travel . . . . . . . . . . . | 0 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . | 0 | | | |
| **20** Interest . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 27,601 | 24,841 | 2,760 | |
| **23** Insurance . . . | 7,287 | 3,097 | 4,190 | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** UTILITIES | 12,334 | 11,101 | 1,233 | |
| **b** DIRECT MAIL | 10,911 | 10,911 | | |
| **c** GENERAL OFFICE SUPPLIES | 9,516 | 8,564 | 952 | |
| **d** CLEANING | 8,924 | 8,032 | 892 | |
| **e** All other expenses | 71,159 | 47,595 | 23,564 | |
| **25** Total functional expenses. Add lines 1 through 24e | 555,059 | 403,624 | 151,435 | 0 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 480

Exhibit - 21

Case 24-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 481 of 664    Page ID #:1508

**Part X** Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . □

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash–non-interest-bearing . . . . . . . . | 144,733 | **1** | 270,731 |
| | 2 | Savings and temporary cash investments . . . . . | 566,968 | **2** | 578,557 |
| | 3 | Pledges and grants receivable, net . . . . . | | **3** | 0 |
| | 4 | Accounts receivable, net . . . . . . . . | | **4** | 0 |
| | 5 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . | | **5** | 0 |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | 0 |
| | 7 | Notes and loans receivable, net . . . . . . . | | **7** | 0 |
| | 8 | Inventories for sale or use . . . . . . . . | | **8** | 0 |
| | 9 | Prepaid expenses and deferred charges . . . . . . | | **9** | 0 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 434,275 | | | |
| | b | Less: accumulated depreciation **10b** 307,384 | 153,992 | **10c** | 126,891 |
| | 11 | Investments—publicly traded securities . | | **11** | 0 |
| | 12 | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | 0 |
| | 13 | Investments—program-related. See Part IV, line 11 . . | | **13** | 0 |
| | 14 | Intangible assets . . . . . . . . . . . | | **14** | 0 |
| | 15 | Other assets. See Part IV, line 11 . . . . . . | | **15** | 0 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 865,693 | **16** | 976,179 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | 3,403 | **17** | 7,115 |
| | 18 | Grants payable . . . | | **18** | |
| | 19 | Deferred revenue . . . . . . | | **19** | |
| | 20 | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | 22 | Loans and other payables to any current or former officer, director, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | **25** | 1 |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | 3,403 | **26** | 7,116 |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33. | | | |
| | 27 | Net assets without donor restrictions . . . . . . . | 862,290 | **27** | 969,063 |
| | 28 | Net assets with donor restrictions . . . . . . . | | **28** | |
| | | Organizations that do not follow FASB ASC 958, check here ▶ □ and complete lines 29 through 33. | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . . | | **29** | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund . | | **30** | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | **31** | |
| | 32 | Total net assets or fund balances . . . . | 862,290 | **32** | 969,063 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . | 865,693 | **33** | 976,179 |

AGO – Connolly – 481

Exhibit - 21

Form 990 (2020)

Case 0:24-cv-00463-WMW-DTS   Document 30-1   Filed 11/04/24   Page 482 of 664
Page ID #: 2509

| Part XI | Reconciliation of Net Assets | | | |
|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . . □

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . | **1** | 661,832 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . | **2** | 555,059 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . | **3** | 106,773 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 862,290 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **9** | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 969,063 |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . . □

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:   ☑ Cash   □ Accrual   □ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | □ Separate basis   □ Consolidated basis   □ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | □ Separate basis   □ Consolidated basis   □ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

• AGO – Connolly – 482
Exhibit - 21

Form **990** (2020)

**Additional Data**

Software ID: 20011551
Software Version: 2020v4.0
EIN: 33-0576304
Name: PREGNANCY CARE CENTER

AGO – Connolly – 483

Exhibit - 21

Form 990 (2020)

**Form 990, Part III, Line 4a:**

THE ORGANIZATION PROVIDED TRAINED NURSES AND FACILITIES WHO PERFORMED 389 FREE PREGNANCY TESTS, AND 219 FREE ULTRASOUND TESTS IN 2020.

**Form 990, Part III, Line 4b:**

THE ORGANIZATION PROVIDED ASSISTANCE TO 9 MOMS/FAMILIES WITH MATERNITY NEEDS SUCH AS PROVIDING CLOTHING, DIAPERS, FOOD, ETC AND WAS ADMINISTERED BY STAFF AND VOLUNTEERS.

Exhibit - 21

**Form 990, Part III, Line 4c:**

THE ORGANIZATION PROVIDED TRAINING COUNSELING AND COURT ORDERED PARENTING CLASSES TO THE MOMS 1 FROM AND FAMILIES IN 2020

Exhibit - 21

| SCHEDULE A | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990EZ) | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2020** |
| | ▶ **Attach to Form 990 or Form 990-EZ.** | |
| Department of the Treasury Internal Revenue Service | ▶ **Go to** _www.irs.gov/Form990_ **for instructions and the latest information.** | **Open to Public Inspection** |

| **Name of the organization** PREGNANCY CARE CENTER | **Employer identification number** 33-0576304 |
|---|---|

## Part I — Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1. ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2. ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3. ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4. ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5. ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6. ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7. ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8. ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9. ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10. ☑ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11. ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12. ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a. ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b. ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c. ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d. ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e. ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f. Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . _____

g. Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | AGO - Connolly - 486 | |
| **Total** | | | | | Exhibit - 21 | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.      Cat. No. 11285F      Schedule A (Form 990 or 990-EZ) 2020

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f). . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . . | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . | | | | | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2020 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . | **14** | |
| **15** Public support percentage for 2019 Schedule A, Part II, line 14 . . . . . . . . . . . | **15** | |

**16a** **33 1/3% support test—2020.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☐

 **b** **33 1/3% support test—2019.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

 **b** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Schedule A (Form 990 or 990-EZ) 2020

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | 292,123 | 401,285 | 298,865 | 384,121 | 444,622 | 1,821,016 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | 0 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . . | | | | | | 0 |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | 0 |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **6** **Total.** Add lines 1 through 5 | 292,123 | 401,285 | 298,865 | 384,121 | 444,622 | 1,821,016 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0 |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | 0 |
| **c** Add lines 7a and 7b. . | | | | | | 0 |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 1,821,016 |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . | 292,123 | 401,285 | 298,865 | 384,121 | 444,622 | 1,821,016 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | 68 | 71 | 10,349 | 11,735 | 12,021 | 34,244 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | 0 |
| **c** Add lines 10a and 10b. | 68 | 71 | 10,349 | 11,735 | 12,021 | 34,244 |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on. | | | | | | 0 |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | 0 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) . . | 292,191 | 401,356 | 309,214 | 395,856 | 456,643 | 1,855,260 |
| **14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ |

## Section C. Computation of Public Support Percentage

| **15** Public support percentage for 2020 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 98.150 % |
|---|---|---|
| **16** Public support percentage from 2019 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | 98.710 % |

## Section D. Computation of Investment Income Percentage

| **17** Investment income percentage for **2020** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 1.850 % |
|---|---|---|
| **18** Investment income percentage from **2019** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | 1.290 % |

**19a** **331/3% support tests—2020.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . ▶ ☑

**b** **33 1/3% support tests—2019.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . ▶ ☐

Schedule A (Form 990 or 990-EZ) 2020

**Part IV** Supporting Organizations *(continued)*

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ) .* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** | | |

AGO Comer v. "489

Exhibit 21

**Schedule A (Form 990 or 990-EZ) 2020**

**Part IV** ~~Case 1:21-cr-00464-DLK-MAR~~ Document 30-1 　Filed 11/04/24 　Page 490 of 664
Page ID #:1517

**Part IV** Supporting Organizations *(continued)*

| | Yes | No |
|---|---|---|
| **11** Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** A person who directly or indirectly controls, either alone or together with persons described in lines 11b and 11c below, the governing body of a supported organization? | | |
|   **11a** | | |
| **b** A family member of a person described in 11a above?   **11b** | | |
| **c** A 35% controlled entity of a person described in line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in **Part VI**.*   **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | | | |
| | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | | | |
| | **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | | | |
| | **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | | | |
| | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s).* | | | |
| | **2** | | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in **Part VI** the role the organization's supported organizations played in this regard.* | | | |
| | **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1** Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

**a** ☐ The organization satisfied the Activities Test. Complete **line 2** below.

**b** ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below.

**c** ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

**2** Activities Test. **Answer lines 2a and 2b below.**

| | | Yes | No |
|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in **Part VI** identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | | | |
| | **2a** | | |
| **b** | Did the activities described in line 2a constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | | | |
| | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations?*If "Yes" or "No" provide details in **Part VI**.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in **Part VI**. the role played by the organization in this regard.* | **3b** | | |

• AGO – Connolly – 490

Exhibit - 21

Schedule A (Form 990 or 990-EZ) 2020 — Page **6**

## Part V — Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

**1** ☐ Check here if the organization satisfied the Integral Parts test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | **1** | | |
| **2** Recoveries of prior-year distributions | **2** | | |
| **3** Other gross income (see instructions) | **3** | | |
| **4** Add lines 1 through 3 | **4** | | |
| **5** Depreciation and depletion | **5** | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** Other expenses (see instructions) | **7** | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** Average monthly value of securities | **1a** | | |
| **b** Average monthly cash balances | **1b** | | |
| **c** Fair market value of other non-exempt-use assets | **1c** | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** **Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| **2** Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** Subtract line 2 from line 1d | **3** | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** Multiply line 5 by 0.035 | **6** | | |
| **7** Recoveries of prior-year distributions | **7** | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| Section C - Distributable Amount | | Current Year |
|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | |
| **2** Enter 85% of line 1 | **2** | |
| **3** Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | |
| **4** Enter greater of line 2 or line 3 | **4** | |
| **5** Income tax imposed in prior year | **5.** | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | |

AGO – Connolly – 491

Exhibit - 21

**7** ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Schedule A (Form 990 or 990-EZ) 2020**

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

### Section D - Distributions

| | | | Current Year |
|---|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | | **1** | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | **2** | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | | **3** | |
| **4** Amounts paid to acquire exempt-use assets | | **4** | |
| **5** Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | **5** | |
| **6** Other distributions (*describe in **Part VI***). See instructions | | **6** | |
| **7** **Total annual distributions.** Add lines 1 through 6. | | **7** | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | **8** | |
| **9** Distributable amount for 2020 from Section C, line 6 | | **9** | |
| **10** Line 8 amount divided by Line 9 amount | | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2020 | **(iii)** Distributable Amount for 2020 |
|---|---|---|---|
| **1** Distributable amount for 2020 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2020 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2020: | | | |
| **a** From 2015. . . . . . . | | | |
| **b** From 2016. . . . . . . | | | |
| **c** From 2017. . . . . . . | | | |
| **d** From 2018. . . . . . . | | | |
| **e** From 2019. . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2020 distributable amount | | | |
| **i** Carryover from 2015 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2020 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2020 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2020, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2020. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2021.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2016. . . . . . | | | |
| **b** Excess from 2017. . . . . | | | |
| **c** Excess from 2018. . . . . | | | |
| **d** Excess from 2019. . . . . | | | |
| **e** Excess from 2020. . . . . | | | |

AGO – Connolly – 492

Exhibit - 21

**Schedule A (Form 990 or 990-EZ) (2020)**

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).



**Facts And Circumstances Test**

AGO – Connolly – 493

Exhibit - 21

**SCHEDULE D**
**(Form 990)**

## Supplemental Financial Statements

OMB No. 1545-0047

# 2020

▶ Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| PREGNANCY CARE CENTER | 33-0576304 |

---

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the
organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . .  ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for
charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible
private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes** ☐ **No**

---

**Part II** **Conservation Easements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of an historically important land area

☐ Protection of natural habitat   ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | **Held at the End of the Year** |
|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶ _____

**4** Number of states where property subject to conservation easement is located ▶ _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations,
and enforcement of the conservation easements it holds? . . . . . . . . . . .  ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes
the organization's accounting for conservation easements.

---

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in
Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the
following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . ▶ $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . ▶ $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . ▶ $ _____

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $ _____

Exhibit - 21

For Paperwork Reduction Act Notice, see the Instructions for Form 990.   Cat. No. 52283D   **Schedule D (Form 990) 2020**

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |

**3**  Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ..................................................................................

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**  During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .    ☐ Yes    ☐ No

| **Part IV** | **Escrow and Custodial Arrangements.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☐ No

**b**  If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . | **1f** | |

**2a**  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .    ☐ Yes    ☐ No

**b**  If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . . . ☐

| **Part V** | **Endowment Funds.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2**  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**  Board designated or quasi-endowment ▶ ................................................

**b**  Permanent endowment ▶ ................................................

**c**  Term endowment ▶ ................................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**  Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** | | |

**4**  Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | 167,417 | 78,831 | 88,586 |
| **d** Equipment . . . . . . | | 250,016 | 216,334 | 33,682 |
| **e** Other . . . . . . | | 16,842 | 12,219 | 4,623 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 126,891 |

AGO – Connolly – 495

Exhibit - 21

Schedule D (Form 990) 2020

**Part VII** **Investments—Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)** Other _____ | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

**Part VIII** **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* . . . . . . . . . . . ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| (2) Rounding | 1 |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | <span style="color:red">AGO – Connolly – 496</span> |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | 1 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

| **Part XI** | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . . | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . . | | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . | | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . . . | | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . . | | | **5** | |

| **Part XII** | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . . | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . | | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . | | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . . | | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . . | | | **5** | |

| **Part XIII** | Supplemental Information |
|---|---|

• AGO – Connolly – 497

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.    Exhibit - 21

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    AGO – Connolly – 498    Page 498 of 664
Page ID #:1525

Exhibit - 21

| Part XIII | Supplemental Information *(continued)* |
|---|---|
| Return Reference | Explanation |

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 499 of 664
Page ID #:1520

**SCHEDULE G**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information Regarding Fundraising or Gaming Activities

Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a.

▶ Attach to Form 990 or Form 990-EZ.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

## 2020

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| PREGNANCY CARE CENTER | 33-0576304 |

| **Part I** | **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17. |
|---|---|

Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

**a** ☑ Mail solicitations

**b** ☐ Internet and email solicitations

**c** ☐ Phone solicitations

**d** ☐ In-person solicitations

**e** ☐ Solicitation of non-government grants

**f** ☐ Solicitation of government grants

**g** ☐ Special fundraising events

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?   ☐ Yes ☑ No

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| **Total** . . . . . . . . . . . . . . ▶ | | | | | | |

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AGO – Connolly - 499

Exhibit - 21

| For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ. | Cat. No. 50083H | **Schedule G (Form 990 or 990-EZ) 2020** |
|---|---|---|

Case 1:18-cv-08653-HDV-MAR Document 30-1 Filed 11/04/24 Page 500 of 664
Page ID #.1527

**Part II**   **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | **(a)** Event #1 <br> **BANQUET** <br> (event type) | **(b)** Event #2 <br> **GOLF TOURNAMENT** <br> (event type) | **(c)** Other events <br> **1** <br> (total number) | **(d)** Total events <br> (add col. **(a)** through <br> col. **(c)**) |
|---|---|---|---|---|---|
| Revenue | 1   Gross receipts . . . . . | 127,463 | 42,539 | 33,166 | 203,168 |
| | 2   Less: Contributions . . . . | | | | |
| | 3   Gross income (line 1 minus line 2) | 127,463 | 42,539 | 33,166 | 203,168 |
| Direct Expenses | 4   Cash prizes . . . . . | | | | |
| | 5   Noncash prizes . . . . | | | | |
| | 6   Rent/facility costs . . . . | | | | |
| | 7   Food and beverages . . . | | | | |
| | 8   Entertainment . . . . | | | | |
| | 9   Other direct expenses . . . | 21,144 | 11,968 | 1,439 | 34,551 |
| | 10   Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . . ▶ | | | | 34,551 |
| | 11   Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . . ▶ | | | | 168,617 |

**Part III**   **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | **(a)** Bingo | **(b)** Pull tabs/Instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| Revenue | 1   Gross revenue . . . . . | | | | |
| Direct Expenses | 2   Cash prizes . . . . . | | | | |
| | 3   Noncash prizes . . . . | | | | |
| | 4   Rent/facility costs . . . . | | | | |
| | 5   Other direct expenses . . . | | | | |
| | 6   Volunteer labor . . . . | ☐ Yes _____% <br> ☐ No | ☐ Yes _____% <br> ☐ No | ☐ Yes _____% <br> ☐ No | |
| | 7   Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . . ▶ | | | | |
| | 8   Net gaming income summary. Subtract line 7 from line 1, column (d) . . . . . . . ▶ | | | | |

**9**   Enter the state(s) in which the organization conducts gaming activities: _____

  **a**   Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . . ☐ Yes   ☐ No

  **b**   If "No," explain: _____

**10a**   Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year?   ☐ Yes   ☐ No

  **b**   If "Yes," explain: _____

AGO – Connolly – 500

Exhibit - 2T

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 501 of 664 Page ID #:1528

**11** Does the organization conduct gaming activities with nonmembers? . . . . . . . . . . ☐ **Yes** ☐ **No**

**12** Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming? . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**13** Indicate the percentage of gaming activity conducted in:

| | | |
|---|---|---|
| **a** The organization's facility . . . . . . . . . . . . . . . . . . . | **13a** | % |
| **b** An outside facility . . . . . . . . . . . . . . . . . . . . . | **13b** | % |

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ --------------------------------------------------------------------------------

Address ▶ -----------------------------------------------------------------------------

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____ .

**c** If "Yes," enter name and address of the third party:

Name ▶ --------------------------------------------------------------------------------

Address ▶ -----------------------------------------------------------------------------

**16** Gaming manager information:

Name ▶ --------------------------------------------------------------------------------

Gaming manager compensation ▶ $ -----------------------------------------------

Description of services provided ▶ --------------------------------------------------

☐ Director/officer        ☐ Employee        ☐ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license? . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**b** Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $           • AGO – Connolly – 501

| Part IV | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See Instructions. |
|---|---|

Exhibit 21

| Return Reference | Explanation |
|---|---|
| | |

# SCHEDULE O
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

## Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

# 2020

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| PREGNANCY CARE CENTER | 33-0576304 |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 11b: Form 990 Review Process | No review was or will be conducted. |



AGO – Connolly – 502

Exhibit  - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 19: Other Organization Documents Publicly Available | No documents available to the public.<br><br>•     AGO – Connolly – 503<br><br>Exhibit  - 21 |

Page ID #:1531

AGO – Connolly – 504

Exhibit  - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | ABSTINANCE EDUCATION: Column (A) - Total = $0; Column (B) - Program Services = $0; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | ADVANCEMENT: Column (A) - Total = $588; Column (B) - Program Services = $588; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 505

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | BABY BOTTLES: Column (A) - Total = $721; Column (B) - Program Services = $721; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 506

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Bank Service Charges: Column (A) - Total = $4888; Column (B) - Program Services = $0; Column (C) - Management & General = $4888; Column (D) - Fundraising = $0 |

AGO – Connolly – 507

Exhibit  - 21

AGO – Connolly – 508

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | BOARD EXP: Column (A) - Total = $532; Column (B) - Program Services = $0; Column (C) - Management & General = $532; Column (D) - Fundraising = $0 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | CLIENT SERVICES: Column (A) - Total = $1270; Column (B) - Program Services = $1270; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 509

Exhibit - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | CLINIC DEVELOPMENT: Column (A) - Total = $4150; Column (B) - Program Services = $4150; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 510

Exhibit - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
| --- | --- |
| Form 990, Part IX, Line 24e: Other Expenses | CONFERENCE EXPENSES: Column (A) - Total = $0; Column (B) - Program Services = $0; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 511

Exhibit  - 21

AGO – Connolly – 512

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DIRECTORS EXP: Column (A) - Total = $840; Column (B) - Program Services = $607; Column (C) - Management & General = $233; Column (D) - Fundraising = $0 |

Page ID #:1539

AGO – Connolly – 513

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DONATIONS: Column (A) - Total = $500; Column (B) - Program Services = $500; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | DUES & SUBS: Column (A) - Total = $1800; Column (B) - Program Services = $0; Column (C) - Management & General = $1800; Column (D) - Fundraising = $0 |

AGO – Connolly – 514

Exhibit - 21

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | GIFTS: Column (A) - Total = $1793; Column (B) - Program Services = $0; Column (C) - Management & General = $1793; Column (D) - Fundraising = $0 |

AGO – Connolly – 515

Exhibit - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | HEALTH INSURANCE: Column (A) - Total = $6613; Column (B) - Program Services = $4781; Column (C) - Management & General = $1832; Column (D) - Fundraising = $0 |

AGO – Connolly – 516

Exhibit  - 21

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | LANDSCAPING: Column (A) - Total = $2160; Column (B) - Program Services = $1944; Column (C) - Management & General = $216; Column (D) - Fundraising = $0 |

AGO – Connolly – 517

Exhibit  - 21

## 990 Schedule O, Supplemental Information

Page ID #:1545

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | LICENSES: Column (A) - Total = $614; Column (B) - Program Services = $0; Column (C) - Management & General = $614; Column (D) - Fundraising = $0 |

AGO – Connolly – 518

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MEDICAL & LAB SUPPLIES: Column (A) - Total = $4454; Column (B) - Program Services = $4454; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 519

Exhibit  - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MISC MEALS: Column (A) - Total = $1115; Column (B) - Program Services = $0; Column (C) - Management & General = $1115; Column (D) - Fundraising = $0 |

AGO – Connolly – 520

Exhibit - 21

**990 Schedule O, Supplemental Information**

Page ID #:1548

AGO – Connolly – 521

Exhibit  - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MISC MILEAGE: Column (A) - Total = $1737; Column (B) - Program Services = $1563; Column (C) - Management & General = $174; Column (D) - Fundraising = $0 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | MOMS HELPING MOMS: Column (A) - Total = $116; Column (B) - Program Services = $116; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 522

Exhibit  - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | PARENTING EDUCATION: Column (A) - Total = $87; Column (B) - Program Services = $87; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 523

Exhibit  - 21

**990 Schedule O, Supplemental Information**

Page ID #:1551

AGO – Connolly – 524

Exhibit  - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | POST ABORTION EDUCATION: Column (A) - Total = $892; Column (B) - Program Services = $892; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Postage and Shipping: Column (A) - Total = $5389; Column (B) - Program Services = $4850; Column (C) - Management & General = $539; Column (D) - Fundraising = $0 |

AGO – Connolly – 525

Exhibit  - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Printing and Publications: Column (A) - Total = $3987; Column (B) - Program Services = $0; Column (C) - Management & General = $3987; Column (D) - Fundraising = $0 |

AGO – Connolly – 526

Exhibit  - 21

Page ID #:1554

AGO – Connolly – 527

Exhibit  - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | PROCESSING FEE: Column (A) - Total = $434; Column (B) - Program Services = $314; Column (C) - Management & General = $120; Column (D) - Fundraising = $0 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Repairs & Maintenance: Column (A) - Total = $6034; Column (B) - Program Services = $5431; Column (C) - Management & General = $603; Column (D) - Fundraising = $0 |

AGO – Connolly – 528

Exhibit - 21

Page ID #:1555

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | SOHL SUNDAY: Column (A) - Total = $1890; Column (B) - Program Services = $1890; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 529

Exhibit - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | SPECIAL PROJECTS EXPENSES: Column (A) - Total = $0; Column (B) - Program Services = $0; Column (C) - Management & General = $0; Column (D) - Fundraising = $0 |

AGO – Connolly – 530

Exhibit - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Taxes & Licenses: Column (A) - Total = $2122; Column (B) - Program Services = $1910; Column (C) - Management & General = $212; Column (D) - Fundraising = $0 |

AGO – Connolly – 531

Exhibit  - 21

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | Telephone: Column (A) - Total = $8421; Column (B) - Program Services = $7579; Column (C) - Management & General = $842; Column (D) - Fundraising = $0 |

AGO – Connolly – 532

Exhibit  - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | WEBSITE: Column (A) - Total = $2552; Column (B) - Program Services = $0; Column (C) - Management & General = $2552; Column (D) - Fundraising = $0 |

AGO – Connolly – 533

Exhibit  - 21

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e: Other Expenses | WORKERS' COMP: Column (A) - Total = $5460; Column (B) - Program Services = $3948; Column (C) - Management & General = $1512; Column (D) - Fundraising = $0 |

AGO – Connolly – 534

Exhibit  - 21

# EXHIBIT 22

**Form 990**

OMB No. 1545-0047

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

**2022**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2022 calendar year, or tax year beginning 01-01-2022 , and ending 12-31-2022

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | SCV PREGNANCY CENTER | 95-4069854 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite | **E** Telephone number |
| ☐ Amended return | 25174 RYE CANYON ROAD | (661) 255-0084 |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code SANTA CLARITA, CA 91355 | **G** Gross receipts $ 830,760 |

| **F** Name and address of principal officer: ANGELA BENNETT 25174 RYE CANYON RD SANTA CLARITA, CA 91355 | **H(a)** Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| **I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527 | **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list. See instructions. |
| **J** Website: ▶ | **H(c)** Group exemption number ▶ |
| **K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1986 | **M** State of legal domicile: CA |

## Part I  Summary

| | | |
|---|---|---|
| Activities & Governance | **1** Briefly describe the organization's mission or most significant activities: PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES. | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 5 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 4 |
| | **5** Total number of individuals employed in calendar year 2022 (Part V, line 2a) | **5** | 0 |
| | **6** Total number of volunteers (estimate if necessary) | **6** | 0 |
| | **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| | **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0 |

| | | **Prior Year** | **Current Year** |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) | 573,779 | 588,319 |
| | **9** Program service revenue (Part VIII, line 2g) | 7,333 | 6,301 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 0 | 0 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 224,248 | 187,219 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 805,360 | 781,839 |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 379,860 | 470,101 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶172,358 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 204,354 | 222,213 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 584,214 | 692,314 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 | 221,146 | 89,525 |

| | | **Beginning of Current Year** | **End of Year** |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) | 2,002,278 | 2,089,653 |
| | **21** Total liabilities (Part X, line 26) | 3,789 | 2,117 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 | 1,998,489 | 2,087,536 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2023-11-15 Date |
|---|---|---|
| | ANGELA BENNETT PRESIDENT & CEO Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01438131 |
|---|---|---|---|---|---|
| | Firm's name ▶ ARXIS FINANCIAL INC | | | Firm's EIN ▶ 95-4557548 | |
| | Firm's address ▶ 2468 TAPO CANYON ROAD SIMI VALLEY, CA 93063 | | | Phone no. (805) 306-7890 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.  Cat. No. 11282Y  Form **990** (2022)

AGO - Connolly - 536

Exhibit - 22

| Part III | Statement of Program Service Accomplishments |
|---|---|

Case 1:24-cv-03188-JMC Document 30-1    Filed 11/04/24    Page 537 of 664
Page ID #: 1564

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . ☐

**1**  Briefly describe the organization's mission:

PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES.

**2**  Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**
If "Yes," describe these new services on Schedule O.

**3**  Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**
If "Yes," describe these changes on Schedule O.

**4**  Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total
expenses, and revenue, if any, for each program service reported.

**4a** (Code:            ) (Expenses $            426,553  including grants of $            ) (Revenue $        236,141 )
See Additional Data

**4b** (Code:            ) (Expenses $            including grants of $            ) (Revenue $            )

**4c** (Code:            ) (Expenses $            including grants of $            ) (Revenue $            )

AGO – Connolly – 537

Exhibit  - 22

**4d** Other program services (Describe in Schedule O.)
(Expenses $            including grants of $            ) (Revenue $            )

**4e** **Total program service expenses ▶**            426,553

Case 1:24-cv-04168-SDG-JAR    Document 30-1    Filed 11/04/24    Page 538 of 664
Page ID #:1565

**Part IV**  **Checklist of Required Schedules**

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,*Part I | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services?  *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | No |

AGO – Connolly –
Exhibit – 22

**Part IV**   Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . | **22** | | No |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . . . . | **24a** | | No |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | **25a** | | No |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| **26** | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . | **26** | | No |
| **27** | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| **28** | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| **b** | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . | **28b** | | No |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . . . . . | **30** | | No |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . . | **33** | | No |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . . | **35a** | | No |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . | **35b** | | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . | **36** | | No |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| **38** | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . . . | **38** | Yes | |

**Part V**   **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | • **1a** | 0 | | |
| **b** | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . . | | | **1c** | | |

AGO – Connolly

Exhibit - 22

Part V    Statements Regarding Other IRS Filings and Tax Compliance

| | | | | |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . | **2a** | 0 | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | |
| **a** | Gross income from members or shareholders . . . . . . . | **11a** | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . | **11b** | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . | **13c** | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? If "Yes," complete Form 4720, Schedule O. | **16** | | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | **17** | | |

Case 2:24-cv-08468-HDV-MAR   Document 20-1   Filed 11/04/24   Page 541 of 664

**Part VI** | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 5 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 4 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . | | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . | | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . | | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . | | **8b** | | No |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . | | **9** | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . | **15a** | | No |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website ☑ Another's website ☐ Upon request ☐ Other (explain in Schedule O) AGO – Connolly – 541

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. Exhibit - 22

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶ANGELA BENNETT  25174 RYE CANYON BLVD   SANTA CLARITA, CA 91355 (661) 255-0084

Case 24-cv-08408-ES Document 1 Filed 04/24/24 Page 542 of 664
Page ID #:1569

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) ANGELA BENNETT<br>PRESIDENT/CEO | 40.00 | X | | X | | | | 95,000 | 0 | 0 |
| (2) KENNETH MILLS<br>CHAIRMAN OF THE BOARD | 1.00 | X | | X | | | | 0 | 0 | 0 |
| (3) JOHN MORRISETTE<br>SECRETARY | 1.00 | X | | X | | | | 0 | 0 | 0 |
| (4) JUDITH MALY<br>TREASURER | 1.00 | X | | X | | | | 0 | 0 | 0 |
| (5) ROD SCHRECKENGOST<br>DIRECTOR | 1.00 | X | | | | | | 0 | 0 | 0 |
| (6) BARBARA MOREY<br>VICE CHAIR | 1.00 | X | | X | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | AGO – Connolly – 542 | | |
| | | | | | | | | Exhibit - 22 | | |

Case 2:24-cv-06408-HDV-MAR Document 30-1 Filed 04/24/... Page 543 of 664

Page ID #:1570

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization<br>(W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations<br>(W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 95,000 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 543 | |
| | Exhibit – 22 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

Case 1:24-cv-08460-HDV-MAR    Document 30-1    Filed 11/04/24    Page 544 of 664
Page ID #:1571

**Part VIII** Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . ☐

| | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . | **1b** | | | | |
| | **c** Fundraising events . . | **1c** | | | | |
| | **d** Related organizations . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 588,319 | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | 588,319 | | | |
| **Program Service Revenue** | | | Business Code | | | |
| | **2a** CLINIC SERVICES | 624100 | | 6,301 | 6,301 | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 6,301 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties . . . . . . . . . . . . ▶ | | | | | |
| | | **(i)** Real | **(ii)** Personal | | | | |
| | **6a** Gross rents | **6a** | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | |
| | **d** Net rental income or (loss) . . . . . . . ▶ | | | | | |
| | | **(i)** Securities | **(ii)** Other | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | |
| | **d** Net gain or (loss) . . . . . . . ▶ | | | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . | **8a** | 236,140 | | | |
| | **b** Less: direct expenses . . . | **8b** | 48,921 | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | 187,219 | | | 187,219 |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue . . . . . | | | | | |
| | **e Total.** Add lines 11a–11d . . . . . . ▶ | | | | | |
| | **12 Total revenue.** See instructions . . . . . . ▶ | | 781,839 | 6,301 | 0 | 187,219 |

• AGO – Connolly – 544

Exhibit - 22

Case 1:24-cv-10467-IT-MAR Document 30-1 Filed 11/04/24 Page 545 of 664
Page ID #:1572

| Part IX | Statement of Functional Expenses |
|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . □

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . | 447,861 | 271,780 | 62,663 | 113,418 |
| **7** Other salaries and wages . . . . . . . . | | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | | | | |
| **9** Other employee benefits . . . . . . . . | 22,240 | 13,476 | 3,119 | 5,645 |
| **10** Payroll taxes . . . . . . . . . . . | | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . | 8,121 | | 8,121 | |
| **b** Legal . . . . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . . . | 1,866 | | 1,866 | |
| **d** Lobbying . . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | | | | |
| **12** Advertising and promotion . . . . . | 16,472 | 16,472 | | |
| **13** Office expenses . . . . . . . . | 18,446 | 13,717 | 1,877 | 2,852 |
| **14** Information technology . . . . . . | 24,652 | 18,332 | 2,508 | 3,812 |
| **15** Royalties . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . | 11,323 | 8,420 | 1,152 | 1,751 |
| **17** Travel . . . . . . . . . . . | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | | | | |
| **19** Conferences, conventions, and meetings . . . . . | | | | |
| **20** Interest . . . . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | 25,633 | 19,061 | 2,608 | 3,964 |
| **23** Insurance . . . . . . . . . . . | 22,166 | 16,483 | 2,255 | 3,428 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** OTHER FUNDRAISING COSTS | 24,495 | | | 24,495 |
| **b** TAXES | 16,015 | 11,909 | 1,630 | 2,476 |
| **c** MISCELLANEOUS | 12,921 | 9,608 | 1,315 | 1,998 |
| **d** TELEPHONE | 9,845 | 5,965 | 1,381 | 2,499 |
| **e** All other expenses | 30,258 | 21,330 | 2,908 | 6,020 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 692,314 | 426,553 | 93,403 | 172,358 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ □ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 545

Exhibit - 22

**Part X** **Balance Sheet**

Case 24-08468-HDV-MAR　　Document 30-1　　Filed 11/04/24　　Page 546 of 664
Page ID #:1573

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . □

|  |  | **(A)** Beginning of year |  | **(B)** End of year |
|---|---|---:|---|---:|
| **1** | Cash—non-interest-bearing . . . . . . . . . | 464,032 | **1** | 288,835 |
| **2** | Savings and temporary cash investments . . . . . . . | 232,167 | **2** | 498,658 |
| **3** | Pledges and grants receivable, net . . . . . . | | **3** | |
| **4** | Accounts receivable, net . . . . . . . . . | | **4** | |
| **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | |
| **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | |
| **7** | Notes and loans receivable, net . . . . . . . . | | **7** | |
| **8** | Inventories for sale or use . . . . . . . . | | **8** | |
| **9** | Prepaid expenses and deferred charges . . . . . . . | | **9** | |
| **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D　**10a**　1,385,353 | | | |
| **b** | Less: accumulated depreciation　**10b**　127,103 | 1,277,885 | **10c** | 1,258,250 |
| **11** | Investments—publicly traded securities . | | **11** | |
| **12** | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | |
| **13** | Investments—program-related. See Part IV, line 11 . . . | | **13** | |
| **14** | Intangible assets . . . . . . . . . . . . | 8,200 | **14** | 8,200 |
| **15** | Other assets. See Part IV, line 11 . . . . . . . . | 19,994 | **15** | 35,710 |
| **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 2,002,278 | **16** | 2,089,653 |
| **17** | Accounts payable and accrued expenses . . . . . | 250 | **17** | 552 |
| **18** | Grants payable . . . | | **18** | |
| **19** | Deferred revenue . . . . . | | **19** | |
| **20** | Tax-exempt bond liabilities . . . . . . . . | | **20** | |
| **21** | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . | | **22** | |
| **23** | Secured mortgages and notes payable to unrelated third parties . | | **23** | |
| **24** | Unsecured notes and loans payable to unrelated third parties . . | 2,974 | **24** | |
| **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 565 | **25** | 1,565 |
| **26** | **Total liabilities.** Add lines 17 through 25 . . | 3,789 | **26** | 2,117 |
| | **Organizations that follow FASB ASC 958, check here ▶** ☑ **and complete lines 27, 28, 32, and 33.** | | | |
| **27** | Net assets without donor restrictions . . . . . . . . | 1,998,489 | **27** | 2,087,536 |
| **28** | Net assets with donor restrictions . . . . . . . . | | **28** | |
| | **Organizations that do not follow FASB ASC 958, check here ▶** □ **and complete lines 29 through 33.** | | | |
| **29** | Capital stock or trust principal, or current funds . . . . . | | **29** | |
| **30** | Paid-in or capital surplus, or land, building or equipment fund . . | | **30** | |
| **31** | Retained earnings, endowment, accumulated income, or other funds . | | **31** | |
| **32** | Total net assets or fund balances . . . . . . . . | 1,998,489 | **32** | 2,087,536 |
| **33** | Total liabilities and net assets/fund balances . . . . . . . . | 2,002,278 | **33** | 2,089,653 |

Assets · Liabilities · Net Assets or Fund Balances

• AGO – Connolly – 546

Exhibit - 22

Part XI | Reconciliation of Net Assets

Case 1:24-cv-00465-AMAR     Document 30-1     Filed 11/04/24     Page 547 of 664
Page ID #:1574

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . ☐

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . | **1** | 781,839 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . | **2** | 692,314 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . | **3** | 89,525 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 1,998,489 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . | **8** | -478 |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **9** | 0 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 2,087,536 |

Part XII | **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☑ Cash  ☐ Accrual  ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

•  AGO – Connolly – 547
Exhibit – 22

Form **990** (2022)

# Additional Data

AGO – Connolly – 548

Exhibit - 22

**Software ID:**

**Software Version:**

**EIN:** 95-4069854

**Name:** SCV PREGNANCY CENTER

Form 990 (2022)

**Form 990, Part III, Line 4a:**

PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES.

**SCHEDULE A**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

Page 5 of 15 PG

# Public Charity Status and Public Support

OMB No. 1545-0047

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ **Attach to Form 990 or Form 990-EZ.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

**2022**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| SCV PREGNANCY CENTER | 95-4069854 |

| **Part I** | **Reason for Public Charity Status** (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1  ☐  A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐  A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3  ☐  A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐  A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5  ☐  An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6  ☐  A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☑  An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8  ☐  A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9  ☐  An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10  ☐  An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11  ☐  An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12  ☐  An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a  ☐  **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b  ☐  **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c  ☐  **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d  ☐  **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e  ☐  Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f  Enter the number of supported organizations  . . . . . . . . . . . . . . . . . . . _____

g  Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | ~~AGO - Connolly - 549~~ | |
| | | | | | | |
| **Total** | | | | | ~~Exhibit - 22~~ | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.    Cat. No. 11285F    **Schedule A (Form 990) 2022**

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | 828,099 | 733,228 | 503,569 | 573,779 | 588,319 | 3,226,994 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | 828,099 | 733,228 | 503,569 | 573,779 | 588,319 | 3,226,994 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | 3,226,994 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | 828,099 | 733,228 | 503,569 | 573,779 | 588,319 | 3,226,994 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | 283 | | | 283 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 3,227,277 |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . **| 12 |**

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2022 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | 99.990 % |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . | **15** | 99.990 % |

**16a 33 1/3% support test—2022.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . ▶ ☑

  **b 33 1/3% support test—2021.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . ▶ ☐

**17a 10%-facts-and-circumstances test—2022.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . ▶ ☐

  **b 10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Schedule A (Form 990) 2022

Case 3:23-cv-08403-DWL-MAR Document 39-1 Filed 11/04/24　　Page 551 of 664
Page ID #:1578
AGO – Connolly – 551
Exhibit - 22

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6 Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8 Public support.** (Subtract line 7c from line 6.) | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2018 | (b) 2019 | (c) 2020 | (d) 2021 | (e) 2022 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| **13 Total support.** (Add lines 9, 10c, 11, and 12.). . | | | | | | |

**14 First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2022 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | |
| **16** Public support percentage from 2021 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . . . | **16** | |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2022** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | |
| **18** Investment income percentage from **2021** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | |

**19a 33 1/3% support tests-2022.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**b 33 1/3% support tests—2021.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**20 Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . ▶ ☐

Case 2:24-cr-09428-NDV-MAR    Document 30-1    Filed 11/04/24    Page 552 of 664
Page ID #:1579

**Part IV** Supporting Organizations *(continued)*

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** | | |

AGO, Gov. Dkt. 552
Exhibit 22

Case 1:18-cv-02248-IDV-MAU   Document 30-1   Filed 11/04/24   Page 553 of 664
Page ID #:1580

**Part IV**  Support Schedule for Organizations (continued)

| | | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described on 11a above? | **11b** | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in Part VI.* | **11c** | | |

### Section B. Type I Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | | |

### Section C. Type II Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

### Section D. All Type III Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* | **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1**  Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

**a** ☐ The organization satisfied the Activities Test. Complete **line 2** below.

**b** ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below.

**c** ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

**2**  Activities Test. **Answer lines 2a and 2b below.**

| | | | Yes | No |
|---|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |

**3**  Parent of Supported Organizations. **Answer lines 3a and 3b below.**

| | | | Yes | No |
|---|---|---|---|---|
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No", provide details in Part VI.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI the role played by the organization in this regard.* | **3b** | | |

AGO – Connolly – 553
Exhibit - 22

**Part V** **Type III Non-functionally Integrated 509(a)(3) Supporting Organizations**

| | | | | |
|---|---|---|---|---|
| **1** | ☐ | Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E. | | |

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors (*explain in detail in Part VI*): | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 0.035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | |
| **2** | Enter 85% of line 1 | **2** | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | |
| **4** | Enter greater of line 2 or line 3 | **4** | |
| **5** | Income tax imposed in prior year | **5.** | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | |
| **7** | ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions) | | |

AGO – Connolly – 554

Exhibit - 22

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

Case 1:24-cv-08468-HJY-MAR Document 20-1 Filed 11/04/24 Page 555 of 664
Page ID #:1582

| **Section D - Distributions** | | | | **Current Year** |
|---|---|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | | | **1** | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | **2** | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | | | **3** | |
| **4** Amounts paid to acquire exempt-use assets | | | **4** | |
| **5** Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | | **5** | |
| **6** Other distributions (*describe in **Part VI***). See instructions | | | **6** | |
| **7** **Total annual distributions.** Add lines 1 through 6. | | | **7** | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | | **8** | |
| **9** Distributable amount for 2022 from Section C, line 6 | | | **9** | |
| **10** Line 8 amount divided by Line 9 amount | | | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2022 | **(iii)** Distributable Amount for 2022 |
|---|---|---|---|
| **1** Distributable amount for 2022 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2022 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2022: | | | |
| **a** From 2017. . . . . . . | | | |
| **b** From 2018. . . . . . . | | | |
| **c** From 2019. . . . . . . | | | |
| **d** From 2020. . . . . . . | | | |
| **e** From 2021. . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2022 distributable amount | | | |
| **i** Carryover from 2017 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2022 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2022 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2022, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2022. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2023.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2018. . . . . . | | | |
| **b** Excess from 2019. . . . . | | | |
| **c** Excess from 2020. . . . . | | | |
| **d** Excess from 2021. . . . . | | | |
| **e** Excess from 2022. . . . . | | | |

AGO – Connolly – 555

Exhibit - 22

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 556 of 664 Page ID #:1583

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

AGO – Connolly – 556

Exhibit - 22

| Facts And Circumstances Test |
| --- |
|  |
|  |

# SCHEDULE D
## (Form 990)

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

# 2022

**Open to Public Inspection**

| Name of the organization SCV PREGNANCY CENTER | Employer identification number 95-4069854 |
|---|---|

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year . . . . . . . . | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . .  ☐ Yes ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes ☐ No

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)  ☐ Preservation of an historically important land area

☐ Protection of natural habitat  ☐ Preservation of a certified historic structure

☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | **Held at the End of the Year** |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . . . . | **2a** |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . | **2b** |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** |
| d | Number of conservation easements included in (c) acquired after July 25, 2006, and not on a historic structure listed in the National Register . . . | **2d** |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶

4  Number of states where property subject to conservation easement is located ▶ _____

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . .  ☐ Yes ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes ☐ No

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a  If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b  If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . ▶ $ _____

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . ▶ $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

Exhibit - 22

a  Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . ▶ $ _____

b  Assets included in Form 990, Part X . . . . . . . . . . . . . . . . ▶ $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990.    Cat. No. 52283D    **Schedule D (Form 990) 2022**

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition      **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research      **e** ☐ Other ................................................

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .   ☐ **Yes**   ☐ **No**

| **Part IV** | **Escrow and Custodial Arrangements.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . .   ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | **Amount** |
|---|---|---|
| **c** Beginning balance . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

| **Part V** | **Endowment Funds.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ...........................................

**b** Permanent endowment ▶ ...........................................

**c** Term endowment ▶ ...........................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | | **Yes** | **No** |
|---|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . | | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . . | | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . | | 411,140 | | 411,140 |
| **b** Buildings . . . . . | | 548,280 | 69,725 | 478,555 |
| **c** Leasehold improvements | | 405,933 | 50,983 | 354,950 |
| **d** Equipment . . . . . | | | | |
| **e** Other . . . . . | | 20,000 | 6,395 | 13,605 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 1,258,250 |

AGO – Connolly – 558
Exhibit - 22

**Schedule D (Form 990) 2022**

**Part VII** **Investments - Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

**Part VIII** **Investments - Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. | (a) Description of liability | (b) Book value |
|---|---|---|
| (1) | Federal income taxes | |
| | ALLOCATED FUNDS | 1,565 |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | | 1,565 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

**Schedule D (Form 990) 2022**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 560

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.    Exhibit - 22

| Return Reference | Explanation |
|---|---|

| **Part XIII** | **Supplemental Information** *(continued)* |
|---|---|
| Return Reference | Explanation |

**SCHEDULE G**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 562 of 664
Page ID #:1589

# Supplemental Information Regarding Fundraising or Gaming Activities

Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a.
▶ **Attach to Form 990 or Form 990-EZ.**
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2022**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| SCV PREGNANCY CENTER | 95-4069854 |

---

**Part I** | **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17. Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

a ☐ Mail solicitations

b ☐ Internet and email solicitations

c ☐ Phone solicitations

d ☐ In-person solicitations

e ☐ Solicitation of non-government grants

f ☐ Solicitation of government grants

g ☐ Special fundraising events

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?  ☐ **Yes** ☐ **No**

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Total** . . . . . . . . . . . . . . . . . ▶ | | | | | | |

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AGO – Connolly – 562

Exhibit - 22

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** | Cat. No. 50083H | **Schedule G (Form 990) 2022**

**Part II**    Fundraising Events. Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | **(a)** Event #1 | **(b)** Event #2 | **(c)** Other events | **(d)** Total events (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| | | **BABY BOTTLE FUNDRAISER** (event type) | **WALK FOR LIFE** (event type) | **1** (total number) | |
| **Revenue** | **1** Gross receipts . . . . . | 70,403 | 92,787 | 72,950 | 236,140 |
| | **2** Less: Contributions . . . . | | | | |
| | **3** Gross income (line 1 minus line 2) | 70,403 | 92,787 | 72,950 | 236,140 |
| **Direct Expenses** | **4** Cash prizes . . . . . . | | | | |
| | **5** Noncash prizes . . . . . | | | | |
| | **6** Rent/facility costs . . . . | | | 5,466 | 5,466 |
| | **7** Food and beverages . . . | | 751 | | 751 |
| | **8** Entertainment . . . . . | | | | |
| | **9** Other direct expenses . . . | 3,126 | 11,590 | 27,988 | 42,704 |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . . . ▶ | | | | 48,921 |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . . ▶ | | | | 187,219 |

**Part III**    **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | **(a)** Bingo | **(b)** Pull tabs/Instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| **Revenue** | **1** Gross revenue . . . . . . | | | | |
| **Direct Expenses** | **2** Cash prizes . . . . . . | | | | |
| | **3** Noncash prizes . . . . . | | | | |
| | **4** Rent/facility costs . . . . | | | | |
| | **5** Other direct expenses . . . | | | | |
| | **6** Volunteer labor . . . . . | ☐ Yes _____% ☐ No | ☐ Yes _____% ☐ No | ☐ Yes _____% ☐ No | |
| | **7** Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . . . ▶ | | | | |
| | **8** Net gaming income summary. Subtract line 7 from line 1, column (d) . . . . . . . . ▶ | | | | |

**9**   Enter the state(s) in which the organization conducts gaming activities: _____

   **a**   Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . .   ☐ Yes   ☐ No

   **b**   If "No," explain: _____

_____

**10a**   Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? . . . .   ☐ Yes   ☐ No

   **b**   If "Yes," explain: _____

_____

AGO – Connolly – 563

Exhibit - 22

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 564 of 664
Page ID #:1591

**11** Does the organization conduct gaming activities with nonmembers?    ☐ Yes ☐ No

**12** Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming?    ☐ Yes ☐ No

**13** Indicate the percentage of gaming activity conducted in:

**a** The organization's facility    | **13a** | % |

**b** An outside facility    | **13b** | % |

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ ------------------------------------------------------------------------------------------------

Address ▶ ------------------------------------------------------------------------------------------------

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue?    ☐ Yes ☐ No

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____ .

**c** If "Yes," enter name and address of the third party:

Name ▶ ------------------------------------------------------------------------------------------------

Address ▶ ------------------------------------------------------------------------------------------------

**16** Gaming manager information:

Name ▶ ------------------------------------------------------------------------------------------------

Gaming manager compensation ▶ $------------------------------------------------------------------------

Description of services provided ▶ ------------------------------------------------------------------

☐ Director/officer        ☐ Employee        ☐ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license?    ☐ Yes ☐ No

**b** Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $              • AGO – Connolly – 564

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
| --- | --- |

Exhibit 22

| Return Reference | Explanation |
| --- | --- |

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 565 of 664
Page ID #:1502

# SCHEDULE O
## (Form 990)

Department of the Treasury
Internal Revenue Service

## Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

# 2022

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| SCV PREGNANCY CENTER | 95-4069854 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION A, LINE 8B | NO SEPARATE COMMITTEE MEETINGS WERE HELD |

AGO – Connolly – 565

Exhibit  - 22

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 11B | RETURNS DISTRIBUTED TO THE BOARD OF DIRECTORS |

AGO – Connolly – 566

Exhibit - 22

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 12C | CONFLICT OF INTEREST DISCLOSURES ARE REVIEWED ANNUALLY FOR PERSONAL OR PROFESSIONAL RELATIONSHIPS THAT COULD GIVE RISE TO CONFLICTS. A LIST OF VENDORS IS ALSO REVIEWED BY THE BOARD ANNUALLY FOR COMPLIANCE PURPOSES. |

AGO – Connolly – 567

Exhibit - 22

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION C, LINE 19 | ALL FINANCIAL STATEMENTS ARE AVAILABLE UPON REQUEST, INCLUDING THE 990. |

AGO – Connolly – 568

Exhibit  - 22

# EXHIBIT 23

OMB No. 1545-0047

Form **990**

# Return of Organization Exempt From Income Tax

**2021**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

**A** For the 2021 calendar year, or tax year beginning 01-01-2021 , and ending 12-31-2021

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | SCV Pregnancy Center | 95-4069854 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| ☐ Amended return | 25174 Rye Canyon Road | | (661) 255-0084 |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code | | |
| | Santa Clarita, Ca 91355 | | **G** Gross receipts $ 841,187 |

| **F** Name and address of principal officer: | **H(a)** Is this a group return for subordinates? | ☐ Yes ☑ No |
|---|---|---|
| Angela Bennett | **H(b)** Are all subordinates included? | ☐ Yes ☐ No |
| 23838 Valencia Blvd | If "No," attach a list. See instructions. | |
| Valencia, CA 91355 | | |

**I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶

**H(c)** Group exemption number ▶

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1986 | **M** State of legal domicile: CA

## Part I Summary

**Activities & Governance**

**1** Briefly describe the organization's mission or most significant activities:
PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES.

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . | **3** | 5 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . . | **4** | 4 |
| **5** Total number of individuals employed in calendar year 2021 (Part V, line 2a) . . . . | **5** | 15 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . | **6** | 84 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . . | **7b** | 0 |

**Revenue**

| | Prior Year | Current Year |
|---|---|---|
| **8** Contributions and grants (Part VIII, line 1h) . . . . . . . | 503,569 | 573,779 |
| **9** Program service revenue (Part VIII, line 2g) . . . . . . . | 12,394 | 7,333 |
| **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | 283 | 0 |
| **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . . | 217,162 | 224,248 |
| **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12 . . . . | 733,408 | 805,360 |

**Expenses**

| | | |
|---|---|---|
| **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . . | 0 | 0 |
| **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . | 0 | 0 |
| **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 391,006 | 379,860 |
| **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | 0 | 0 |
| **b** Total fundraising expenses (Part IX, column (D), line 25) ▶119,637 | | |
| **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 209,888 | 204,354 |
| **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) . . . . | 600,894 | 584,214 |
| **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . . | 132,514 | 221,146 |

**Net Assets or Fund Balances**

| | Beginning of Current Year | End of Year |
|---|---|---|
| **20** Total assets (Part X, line 16) . . . . . . . . . . | 1,842,671 | 2,002,278 |
| **21** Total liabilities (Part X, line 26) . . . . . . . . . . | 65,328 | 3,789 |
| **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . . | 1,777,343 | 1,998,489 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2021-09-15 Date |
|---|---|---|
| | Angela Bennett  President & CEO | |
| | Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01438131 |
|---|---|---|---|---|---|
| | Firm's name ▶ ARXIS FINANCIAL INC | | | Firm's EIN ▶ 95-4557548 | |
| | Firm's address ▶ 2468 TAPO CANYON ROAD | | | Phone no. (805) 306-7890 | |
| | SIMI VALLEY, CA 93063 | | | | |

AGO - Connolly - 570

Exhibit - 23

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. | Cat. No. 11282Y | Form **990** (2021)

Case 1:24-cv-03412-SAG Document 30-1 Filed 11/04/24 Page 571 of 664
Page ID #: 1598

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . □

**1** Briefly describe the organization's mission:

PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES.

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . □ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . □ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: ) (Expenses $ 367,878 including grants of $ ) (Revenue $ )

See Additional Data

**4b** (Code: ) (Expenses $ including grants of $ ) (Revenue $ )

**4c** (Code: ) (Expenses $ including grants of $ ) (Revenue $ )

• AGO – Connolly – 571

Exhibit - 23

**4d** Other program services (Describe in Schedule O.)

(Expenses $ including grants of $ ) (Revenue $ )

**4e** Total program service expenses ▶ 367,878

Form **990** (2021)

Case 1:24-cv-03048-SAG   Document 30-1   Filed 11/04/24   Page 572 of 664
Page ID #:1599

| Part IV | Checklist of Required Schedules | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* . . | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services?  *If "Yes," complete Schedule D, Part IV* . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* . . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* . | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* . | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* . | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* . | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. . . . . | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . | **21** | | No |

AGO – Connolly – 203

Exhibit 23

Case 1:24-cr-00468-JMAR Document 30-1    Filed 11/04/24    Page 573 of 664
Page ID #:1600

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,Part III* . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . | **38** | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . □

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | <span style="color:red">AGO – Connolly</span> 0 | 573 | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| | | | | <span style="color:red">Exhibit - 23</span> | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . | | | **1c** | | |

Case 24-03006-JDW-7 Filings and Tax Compliance Filed 11/04/24 Page 574 of 664
Page ID #:1601

**Part V** Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . | **2a** | 15 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | **2b** | | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** | | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . | **5c** | | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | **6a** | | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | **6b** | | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . | **7c** | | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . | **7g** | | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . | **7h** | | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | **8** | | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | **9a** | | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | **13a** | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | **14b** | | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . . . If "Yes," see the instructions and file Form 4720, Schedule N. | **15** | | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? If "Yes," complete Form 4720, Schedule O. | **16** | | | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . If "Yes," complete Form 6069. | **17** | | | |

Case 2:24-cv-08469-HDV-MAR   Document 20-1   Filed 11/04/24   Page 575 of 664
lines   8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.

**Part VI**   **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines   8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI  .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☑

## Section A. Governing Body and Management

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 5 |  |  |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. |  |  |  |  |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 4 |  |  |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? .   .   .   .   .   .   .   .   . | | | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets?  .   . | | | **5** | | No |
| **6** | Did the organization have members or stockholders?  .   .   .   .   .   .   .   .   .   .   . | | | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | | | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? .   .   .   .   .   .   .   .   .   .   .   . | | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| **a** | The governing body?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? .   .   .   .   .   .   . | | | **8b** | | No |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* .   .   .   .   .   . | | | **9** | | No |

## Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates?  .   .   .   .   .   .   .   . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990.   .   .   .   .   . | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* .   .   .   .   . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* .   .   .   .   .   .   .   .   .   .   .   . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? .   .   .   .   .   .   .   .   . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? .   .   .   .   . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official .   .   .   .   .   .   . | **15a** | | No |
| **b** | Other officers or key employees of the organization  .   .   .   .   .   .   .   .   .   . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? .   .   .   .   .   .   .   .   .   .   .   . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? .   .   .   .   .   .   .   .   .   . | **16b** | | |

## Section C. Disclosure

**17**   List the states with which a copy of this Form 990 is required to be filed▶

**18**   Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website      ☑ Another's website      ☐ Upon request      ☐ Other (explain in Schedule O)     <span style="color:red">AGO – Connolly – 575</span>

**19**   Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.     <span style="color:red">Exhibit - 23</span>

**20**   State the name, address, and telephone number of the person who possesses the organization's books and records:
▶ANGELA BENNETT   25174 RYE CANYON BLVD   SANTA CLARITA, CA 91355 (661) 255-0084

Case 24-03647-5-DMW Doc 65-15 Filed 01/24/25 Entered 01/24/25 Page 576 of 664

Page ID #:1603

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . ☐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) ANGELA BENNETT | 40.00 | X | | X | | | | 84,808 | 0 | 0 |
| PRESIDENT/CEO | | | | | | | | | | |
| (2) JASON FOWLER | 1.00 | X | | X | | | | 0 | 0 | 0 |
| CHAIRMAN OF THE BOARD | | | | | | | | | | |
| (3) JOHN MORRISETTE | 1.00 | X | | X | | | | 0 | 0 | 0 |
| SECRETARY | | | | | | | | | | |
| (4) EDWARD WONG | 1.00 | X | | | | | | 0 | 0 | 0 |
| DIRECTOR | | | | | | | | | | |
| (5) THOMAS DIERCKMAN | 1.00 | X | | X | | | | 0 | 0 | 0 |
| TREASURER | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | ● AGO – Connolly – 576 | | |
| | | | | | | | | Exhibit – 23 | | |
| | | | | | | | | | | |

Form **990** (2021)

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . ▶ | | | | | | | | 84,808 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?If "Yes," complete Schedule J for such person . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 577 | |
| | Exhibit  - 23 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

Case 8:24-cv-01646-HDV-MAR    Document 30-1    Filed 11/04/24    Page 578 of 664 Page ID #:1605

Part VIII | Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . ☐

| | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . | **1b** | | | | |
| | **c** Fundraising events . . | **1c** | | | | |
| | **d** Related organizations . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** 573,779 | | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . . ▶ | | 573,779 | | | |
| **Program Service Revenue** | | | Business Code | | | |
| | **2a** CLINIC SERVICES | 624100 | 7,333 | 7,333 | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue . | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 7,333 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties . . . . . . . . . . . . . ▶ | | | | | |
| | | | **(i) Real** | **(ii) Personal** | | |
| | **6a** Gross rents | **6a** | | | | |
| | **b** Less: rental expenses | **6b** | | | | |
| | **c** Rental income or (loss) | **6c** | | | | |
| | **d** Net rental income or (loss) . . . . . . . ▶ | | | | | |
| | | | **(i) Securities** | **(ii) Other** | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | |
| | **c** Gain or (loss) | **7c** | | | | |
| | **d** Net gain or (loss) . . . . . . . . . ▶ | | | | | |
| | **8a** Gross income from fundraising events (not including $ ____ of contributions reported on line 1c). See Part IV, line 18 . . . . | **8a** 260,075 | | | | |
| | **b** Less: direct expenses . . . | **8b** 35,827 | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | 224,248 | | | 224,248 |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** Less: cost of goods sold . . | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue . . . . . | | | | | |
| | **e Total.** Add lines 11a–11d . . . . . . ▶ | | | | | |
| | **12 Total revenue.** See instructions . . . . . . ▶ | | 805,360 | 7,333 | 0 | 224,248 |

• AGO – Connolly – 578

Exhibit - 23

Form **990** (2021)

Case 1:24-cv-00400-HYJ-MV Document 30-1 Filed 11/04/24 Page 579 of 664
Page ID #:1606

**Part IX** Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . □

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . | 84,808 | 51,390 | 11,893 | 21,525 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . | | | | |
| **7** Other salaries and wages . . . . . . . . . | 241,914 | 146,590 | 33,924 | 61,400 |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 8,222 | | 8,222 | |
| **9** Other employee benefits . . . . . . . . . | 19,048 | | 19,048 | |
| **10** Payroll taxes . . . . . . . . . . . | 25,868 | 15,675 | 3,627 | 6,566 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . . . | | | | |
| **d** Lobbying . . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | | | | |
| **12** Advertising and promotion . . . . . | 18,741 | 18,741 | | |
| **13** Office expenses . . . . . . . . . | 40,658 | 30,234 | 4,137 | 6,287 |
| **14** Information technology . . . . . . . | | | | |
| **15** Royalties . . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . . . | 32,575 | 24,223 | 3,315 | 5,037 |
| **17** Travel . . . . . . . . . . . . | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | | | | |
| **19** Conferences, conventions, and meetings . . . . . | | | | |
| **20** Interest . . . . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | 25,633 | 18,456 | 3,076 | 4,101 |
| **23** Insurance . . . . . . . . . | 20,422 | 15,186 | 2,078 | 3,158 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** CLINIC EXPENSES | 21,818 | 16,224 | 2,220 | 3,374 |
| **b** DEVELOPMENT | 15,616 | 11,612 | 1,589 | 2,415 |
| **c** STAFF TRAINING & DEVELO | 11,845 | 8,808 | 1,205 | 1,832 |
| **d** TELEPHONE | 8,887 | 5,385 | 1,246 | 2,256 |
| **e** All other expenses | 8,159 | 5,354 | 1,119 | 1,686 |
| **25** Total functional expenses. Add lines 1 through 24e | 584,214 | 367,878 | 96,699 | 119,637 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ □ if following SOP 98-2 (ASC 958-720). | | | | |

AGO - Connolly - 579

Exhibit - 23

**Part X** | Balance Sheet

Case 24-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 580 of 664
Page ID #:1607

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . ☐

|  |  |  | (A) Beginning of year |  | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash–non-interest-bearing . . . . . . . . | 317,740 | **1** | 464,032 |
|  | 2 | Savings and temporary cash investments . . . . . . . | 185,284 | **2** | 232,167 |
|  | 3 | Pledges and grants receivable, net . . . . . | | **3** | |
|  | 4 | Accounts receivable, net . . . . . . . . | | **4** | |
|  | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | |
|  | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | |
|  | 7 | Notes and loans receivable, net . . . . . . . | | **7** | |
|  | 8 | Inventories for sale or use . . . . . . . | | **8** | |
|  | 9 | Prepaid expenses and deferred charges . . . . . | | **9** | |
|  | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 1,379,355 | | | |
|  | b | Less: accumulated depreciation **10b** 101,470 | 1,303,518 | **10c** | 1,277,885 |
|  | 11 | Investments—publicly traded securities . | | **11** | |
|  | 12 | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | |
|  | 13 | Investments—program-related. See Part IV, line 11 . . . | | **13** | |
|  | 14 | Intangible assets . . . . . . . . . . . | 8,200 | **14** | 8,200 |
|  | 15 | Other assets. See Part IV, line 11 . . . . . . . | 27,929 | **15** | 19,994 |
|  | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 1,842,671 | **16** | 2,002,278 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | | **17** | 250 |
|  | 18 | Grants payable . . . . | | **18** | |
|  | 19 | Deferred revenue . . . . . . . . | | **19** | |
|  | 20 | Tax-exempt bond liabilities . . . . . . . | | **20** | |
|  | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
|  | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . | | **22** | |
|  | 23 | Secured mortgages and notes payable to unrelated third parties . | | **23** | |
|  | 24 | Unsecured notes and loans payable to unrelated third parties . . | 56,300 | **24** | 2,974 |
|  | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 9,028 | **25** | 565 |
|  | 26 | **Total liabilities.** Add lines 17 through 25 . . | 65,328 | **26** | 3,789 |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33. | | | |
|  | 27 | Net assets without donor restrictions . . . . . . . . | 1,777,343 | **27** | 1,998,489 |
|  | 28 | Net assets with donor restrictions . . . . . . . . | | **28** | |
|  | | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | |
|  | 29 | Capital stock or trust principal, or current funds . . . . | | **29** | |
|  | 30 | Paid-in or capital surplus, or land, building or equipment fund . | | **30** | |
|  | 31 | Retained earnings, endowment, accumulated income, or other funds . | | **31** | |
|  | 32 | Total net assets or fund balances . . . . . . | 1,777,343 | **32** | 1,998,489 |
|  | 33 | Total liabilities and net assets/fund balances . . . . . . . | 1,842,671 | **33** | 2,002,278 |

AGO – Connolly – 580

Exhibit - 23

Case 9:24-cv-00363-AS-MAR   Document 30-1   Filed 11/04/24   Page 581 of 664   Page ID #:2608

| Part XI | Reconciliation of Net Assets | | | | |
|---------|------------------------------|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . | **1** | 805,360 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . | **2** | 584,214 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . | **3** | 221,146 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 1,777,343 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **9** | 0 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 1,998,489 |

| Part XII | **Financial Statements and Reporting** |
|----------|----------------------------------------|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:   ☑ Cash  ☐ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

• AGO – Connolly – 581
Exhibit – 23

Form **990** (2021)

**Software ID:**

**Software Version:**

**EIN:** 95-4069854

**Name:** SCV PREGNANCY CENTER

AGO – Connolly – 582

Form 990 (2021)

Exhibit - 23

**Form 990, Part III, Line 4a:**

PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES.

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493278017352
Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 583 of 664
Page ID #:1670

**SCHEDULE A**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2021**

**Public Charity Status and Public Support**

Complete if the organization is a section 501(c)(3) organization or a section
4947(a)(1) nonexempt charitable trust.
▶ **Attach to Form 990 or Form 990-EZ.**
▶ **Go to** *www.irs.gov/Form990* **for instructions and the latest information.**

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| SCV PREGNANCY CENTER | 95-4069854 |

**Part I**    **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10 ☐ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f   Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . . _____

g   Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

AGO - Connolly - 583

Exhibit - 23

For Paperwork Reduction Act Notice, see the Instructions for
Form 990 or 990-EZ.      Cat. No. 11285F      **Schedule A (Form 990) 2021**

**Part II**   Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | 839,592 | 828,099 | 733,228 | 503,569 | 573,779 | 3,478,267 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | 839,592 | 828,099 | 733,228 | 503,569 | 573,779 | 3,478,267 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | 3,478,267 |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | 839,592 | 828,099 | 733,228 | 503,569 | 573,779 | 3,478,267 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | 283 | | 283 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 3,478,550 |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2021 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . | **14** | 99.990 % |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . | **15** | |

**16a** **33 1/3% support test—2021.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . ▶ ☑

  **b** **33 1/3% support test—2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **b** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Case 3:23-cv-08449-RV-MAR Document 39-1 Filed 12/04/24    Page 585 of 664

Page ID #:1612

**Part III**   Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.). . | | | | | | |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2021 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | |
| **16** Public support percentage from 2020 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . . | **16** | |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2021** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | |
| **18** Investment income percentage from **2020** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | |

**19a** **331/3% support tests—2021.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not
more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**b** **33 1/3% support tests—2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is
not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . . ▶ ☐

• AGO – Connolly – 585

Exhibit - 23

**Schedule A (Form 990) 2021**

**Part IV** Supporting Organizations
(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

|  |  | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** |  |  |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** |  |  |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** |  |  |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* **3b** |  |  |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** |  |  |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** |  |  |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** |  |  |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** |  |  |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** |  |  |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** |  |  |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** |  |  |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI.*** **6** |  |  |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* **7** |  |  |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** |  |  |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI.*** **9a** |  |  |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI.*** **9b** |  |  |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI.*** **9c** |  |  |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** |  |  |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* **10b** |  |  |

AGO v. Gonzalez - 586

Exhibit - 25

Schedule A (Form 990) 2021

**Part IV** Case 1:18-cv-00460-LEK-WRP (continued)    Document 30-1    Filed 11/04/24    Page 587 of 664

Page ID #:1614

|  |  | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? |  |  |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** |  |  |
| **b** | A family member of a person described on 11a above? | **11b** |  |  |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in Part VI.* | **11c** |  |  |

### Section B. Type I Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** |  |  |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** |  |  |

### Section C. Type II Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** |  |  |

### Section D. All Type III Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** |  |  |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** |  |  |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* | **3** |  |  |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1**  Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

**a** ☐ The organization satisfied the Activities Test. Complete **line 2** below.

**b** ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below.

**c** ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

**2**  Activities Test. **Answer lines 2a and 2b below.**

|  |  | Yes | No |
|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** |  |  |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** |  |  |

**3**  Parent of Supported Organizations. **Answer lines 3a and 3b below.**

|  |  | Yes | No |
|---|---|---|---|
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No", provide details in Part VI.* | **3a** |  |  |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard.* | **3b** |  |  |

AGO – Connolly – 587

Exhibit - 23

**Part V**   Type III Non-functionally Integrated 509(a)(3) Supporting Organizations

| 1 | ☐ | Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E. | | | |
|---|---|---|---|---|---|

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors *(explain in detail in Part VI)*: | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 0.035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| **Section C - Distributable Amount** | | Current Year |
|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | |
| **2** | Enter 85% of line 1 | **2** | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | |
| **4** | Enter greater of line 2 or line 3 | **4** | |
| **5** | Income tax imposed in prior year | **5.** | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | |

AGO – Connolly – 588

Exhibit - 23

| 7 | ☐ | Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions) |
|---|---|---|

**Part V**　Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| **Section D - Distributions** | | | | **Current Year** |
|---|---|---|---|---|
| **1** | Amounts paid to supported organizations to accomplish exempt purposes | | **1** | |
| **2** | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | **2** | |
| **3** | Administrative expenses paid to accomplish exempt purposes of supported organizations | | **3** | |
| **4** | Amounts paid to acquire exempt-use assets | | **4** | |
| **5** | Qualified set-aside amounts (*prior IRS approval required - provide details in **Part VI***) | | **5** | |
| **6** | Other distributions (*describe in **Part VI***). See instructions | | **6** | |
| **7** | **Total annual distributions.** Add lines 1 through 6. | | **7** | |
| **8** | Distributions to attentive supported organizations to which the organization is responsive (*provide details in **Part VI***). See instructions | | **8** | |
| **9** | Distributable amount for 2021 from Section C, line 6 | | **9** | |
| **10** | Line 8 amount divided by Line 9 amount | | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2021 | **(iii)** Distributable Amount for 2021 |
|---|---|---|---|
| **1** Distributable amount for 2021 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2021 (reasonable cause required-- *explain in **Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2021: | | | |
| **a** From 2016. . . . . . . . | | | |
| **b** From 2017. . . . . . . | | | |
| **c** From 2018. . . . . . . | | | |
| **d** From 2019. . . . . . . | | | |
| **e** From 2020. . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2021 distributable amount | | | |
| **i** Carryover from 2016 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2021 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2021 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in **Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2017. . . . . . | | | |
| **b** Excess from 2018. . . . . | | | |
| **c** Excess from 2019. . . . . | | | |
| **d** Excess from 2020. . . . . | | | |
| **e** Excess from 2021. . . . . | | | |

AGO – Connolly – 589

Exhibit - 23

**Schedule A (Form 990) (2021)**

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 590 of 664 Page ID #:1617

**Part VI** Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

- AGO – Connolly – 590

**Facts And Circumstances Test**

Exhibit - 23

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 591 of 664
Page ID #:618

| SCHEDULE D<br>(Form 990) | **Supplemental Financial Statements** | OMB No. 1545-0047 |
|---|---|---|
| | ▶ Complete if the organization answered "Yes," on Form 990,<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.<br>▶ Attach to Form 990. | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| **Name of the organization**<br>SCV PREGNANCY CENTER | **Employer identification number**<br>95-4069854 |
|---|---|

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . .    ☐ Yes   ☐ No

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes   ☐ No

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)    ☐ Preservation of an historically important land area

☐ Protection of natural habitat    ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | **Held at the End of the Year** |
|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

**4** Number of states where property subject to conservation easement is located ▶ _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . .    ☐ Yes   ☐ No

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . .    ☐ Yes   ☐ No

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . ▶ $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . ▶ $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . ▶ $ _____

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . ▶ $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990.    Cat. No. 52283D    **Schedule D (Form 990) 2021**

| **Part III** | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition  **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research  **e** ☐ Other ...............................................................

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .  ☐ Yes ☐ No

| **Part IV** | Escrow and Custodial Arrangements. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . .  ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .  ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . . . ☐

| **Part V** | Endowment Funds. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ...........................................

**b** Permanent endowment ▶ ...........................................

**c** Term endowment ▶ ...........................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | Land, Buildings, and Equipment. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . | | 411,140 | | 411,140 |
| **b** Buildings . . . . . | | 548,280 | 55,667 | 492,613 |
| **c** Leasehold improvements | | 399,935 | 40,725 | 359,210 |
| **d** Equipment . . . . . | | | | |
| **e** Other . . . . . | | 20,000 | 5,078 | 14,922 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 1,277,885 |

AGO – Connolly – 592

Exhibit – 23

| **Part VII** | **Investments - Other Securities.** | | |
|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12. | | |
| **(a)** Description of security or category (including name of security) | | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value |
| **(1)** Financial derivatives . . . . . . . . . | | | |
| **(2)** Closely-held equity interests . . . . . . . . | | | |
| **(3)** Other _____ | | | |
| (A) _____ | | | |
| (C) | | | |
| (D) | | | |
| (E) | | | |
| (F) | | | |
| (G) | | | |
| (H) | | | |
| (H) | | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | | |

| **Part VIII** | **Investments - Program Related.** | |
|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13. | |
| **(a)** Description of investment | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value |
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 13.) ▶ | | |

| **Part IX** | **Other Assets.** |
|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15. |
| **(a)** Description | **(b)** Book value |
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 15.) . . . . . . . . . . . ▶ | |

| **Part X** | **Other Liabilities.** | |
|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25. | |
| **1.** | **(a)** Description of liability | **(b)** Book value |
| **(1)** Federal income taxes | | |
| (2) ALLOCATED FUNDS | | 565 |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 25.) ▶ | | 565 |

AGO – Connolly – 593

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

| **Part XI** | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | | **5** | |

| **Part XII** | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . | | **5** | |

| **Part XIII** | Supplemental Information |
|---|---|

AGO – Connolly – 594

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Exhibit - 23

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    AGO – Connolly – 595    Page 595 of 664

Page ID #:1622

Exhibit - 23

| **Part XIII** | **Supplemental Information** *(continued)* |
|---|---|
| Return Reference | Explanation |

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 596 of 664
Page ID #:1623

| | | |
|---|---|---|
| **SCHEDULE G** (Form 990) | **Supplemental Information Regarding Fundraising or Gaming Activities** Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a. ▶ **Attach to Form 990 or Form 990-EZ.** ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047 **2021** **Open to Public Inspection** |

Department of the Treasury
Internal Revenue Service

| Name of the organization SCV PREGNANCY CENTER | Employer identification number 95-4069854 |
|---|---|

**Part I** **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17.
Form 990-EZ filers are not required to complete this part.

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

**a** ☐ Mail solicitations

**b** ☐ Internet and email solicitations

**c** ☐ Phone solicitations

**d** ☐ In-person solicitations

**e** ☐ Solicitation of non-government grants

**f** ☐ Solicitation of government grants

**g** ☐ Special fundraising events

**2a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services? ☐ Yes ☐ No

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Total** . . . . . . . . . . . . . . . . . ▶

AGO – Connolly – 596

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

Exhibit - 23

Case 1:08-cv-MAR Document 30-1 Filed 11/04/24 Page 597 of 664
Page ID #:1624

## Part II   Fundraising Events. Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | (a) Event #1 BABY BOTTLE FUNDRAISER (event type) | (b) Event #2 WALK FOR LIFE (event type) | (c) Other events 1 (total number) | (d) Total events (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| Revenue | 1 Gross receipts . . . . . | 60,801 | 104,442 | 94,832 | 260,075 |
| | 2 Less: Contributions . . . . | | | | |
| | 3 Gross income (line 1 minus line 2) | 60,801 | 104,442 | 94,832 | 260,075 |
| Direct Expenses | 4 Cash prizes . . . . . | | | | |
| | 5 Noncash prizes . . . . | | | | |
| | 6 Rent/facility costs . . . | | 606 | 7,000 | 7,606 |
| | 7 Food and beverages . . . | | 585 | | 585 |
| | 8 Entertainment . . . . | | | | |
| | 9 Other direct expenses . . . | 898 | 8,524 | 18,214 | 27,636 |
| | 10 Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . . . . . ▶ | | | | 35,827 |
| | 11 Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . . . . ▶ | | | | 224,248 |

## Part III   Gaming. Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/Instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| Revenue | 1 Gross revenue . . . . . | | | | |
| Direct Expenses | 2 Cash prizes . . . . . | | | | |
| | 3 Noncash prizes . . . . | | | | |
| | 4 Rent/facility costs . . . | | | | |
| | 5 Other direct expenses . . . | | | | |
| | 6 Volunteer labor . . . . | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | |
| | 7 Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . . . ▶ | | | | |
| | 8 Net gaming income summary. Subtract line 7 from line 1, column (d). . . . . . . . . ▶ | | | | |

9   Enter the state(s) in which the organization conducts gaming activities:_____

a   Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . . . ☐ Yes ☐ No

b   If "No," explain: _____

10a   Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? ☐ Yes ☐ No

b   If "Yes," explain: _____

AGO – Connolly – 597

Exhibit - 23

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 598 of 664
Page ID #:1625

**11**   Does the organization conduct gaming activities with nonmembers?                     ☐ **Yes**   ☐ **No**

**12**   Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity
formed to administer charitable gaming?                           ☐ **Yes**   ☐ **No**

**13**   Indicate the percentage of gaming activity conducted in:

**a**   The organization's facility                          | **13a** |       %

**b**   An outside facility                               | **13b** |       %

**14**   Enter the name and address of the person who prepares the organization's gaming/special events books and records:

     Name ▶ --------------------------------------------------------------------------------------------------------------------

     Address ▶ -----------------------------------------------------------------------------------------------------------------

**15a**   Does the organization have a contract with a third party from whom the organization receives gaming
revenue?                                ☐ **Yes**   ☐ **No**

**b**   If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the
amount of gaming revenue retained by the third party ▶ $ _____ .

**c**   If "Yes," enter name and address of the third party:

     Name ▶ --------------------------------------------------------------------------------------------------------------------

     Address ▶ -----------------------------------------------------------------------------------------------------------------

**16**   Gaming manager information:

     Name ▶ --------------------------------------------------------------------------------------------------------------------

     Gaming manager compensation ▶ $ ---------------------------------------------------

     Description of services provided ▶ -----------------------------------------------------------------------------------

     ☐ Director/officer          ☐ Employee          ☐ Independent contractor

**17**   Mandatory distributions:

**a**   Is the organization required under state law to make charitable distributions from the gaming proceeds to
retain the state gaming license?                           ☐ Yes   ☐ No

**b**   Enter the amount of distributions required under state law distributed to other exempt organizations or spent
in the organization's own exempt activities during the tax year ▶ $      •    AGO – Connolly – 598

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |

<span style="color:red">Exhibit 23</span>

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 599 of 664
Page ID #:1620

OMB No. 1545-0047

# SCHEDULE O
**(Form 990)**

Department of the Treasury
Internal Revenue Service

## Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to** _www.irs.gov/Form990_ **for the latest information.**

**2021**

**Open to Public
Inspection**

Name of the organization
SCV PREGNANCY CENTER

Employer identification number

95-4069854

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION A, LINE 8B | NO SEPARATE COMMITTEE MEETINGS WERE HELD |

AGO – Connolly – 599

Exhibit - 23

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 11B | RETURNS DISTRIBUTED TO THE BOARD OF DIRECTORS |

AGO – Connolly – 600

Exhibit - 23

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 12C | CONFLICT OF INTEREST DISCLOSURES ARE REVIEWED ANNUALLY FOR PERSONAL OR PROFESSIONAL RELATIONSHIPS THAT COULD GIVE RISE TO CONFLICTS. A LIST OF VENDORS IS ALSO REVIEWED BY THE BOARD ANNUALLY FOR COMPLIANCE PURPOSES. |

AGO – Connolly – 601

Exhibit  - 23

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION C, LINE 19 | ALL FINANCIAL STATEMENTS ARE AVAILABLE UPON REQUEST, INCLUDING THE 990. |

AGO – Connolly – 602

Exhibit  - 23

# EXHIBIT 24

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 608 of 664
Page ID #:1631

Form **990**

Department of the Treasury
Internal Revenue Service

OMB No 1545-0047

**2019**

Open to Public Inspection

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

**A  For the 2019 calendar year, or tax year beginning 01-01-2019 , and ending 12-31-2019**

| B Check if applicable | C Name of organization SCV PREGNANCY CENTER | D Employer identification number |
|---|---|---|
| ☐ Address change | Doing business as | 95-4069854 |
| ☐ Name change | | |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address)  Room/suite | E Telephone number |
| ☐ Final return/terminated | 23838 VALENCIA BLVD 270 | (661) 255-0084 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | |
| ☐ Application pending | VALENCIA, CA  91355 | G Gross receipts $ 1,022,315 |

| F  Name and address of principal officer | H(a) Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| 23838 VALENCIA BLVD 270 VALENCIA, CA  91355 | H(b) Are all subordinates included? ☐ Yes ☐ No If "No," attach a list (see instructions) |

**I** Tax-exempt status   ☑ 501(c)(3)  ☐ 501(c) (  ) ◀ (insert no )  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶  N/A

H(c) Group exemption number ▶

**K** Form of organization ☑ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶     **L** Year of formation  1986    **M** State of legal domicile

### Part I  Summary

**1** Briefly describe the organization's mission or most significant activities
PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | |
|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 5 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 0 |
| **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) | **5** | 0 |
| **6** Total number of volunteers (estimate if necessary) | **6** | 93 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, line 39 | **7b** | |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 828,100 | 733,228 |
| **9** | Program service revenue (Part VIII, line 2g) | 4,919 | 1,751 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 14 | 64 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 190,792 | 233,990 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,023,825 | 969,033 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) | | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4 ) | | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 306,341 | 315,279 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ▶88,088 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 270,306 | 254,969 |
| **18** | Total expenses  Add lines 13–17 (must equal Part IX, column (A), line 25) | 576,647 | 570,248 |
| **19** | Revenue less expenses  Subtract line 18 from line 12 | 447,178 | 398,785 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 1,657,155 | 1,715,449 |
| **21** | Total liabilities (Part X, line 26) | 410,575 | 69,575 |
| **22** | Net assets or fund balances  Subtract line 21 from line 20 | 1,246,580 | 1,645,874 |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

**Sign Here**

| ****** Signature of officer | 2020-07-17 Date |
|---|---|
| ANGELA BENNETT  President & CEO | |
| Type or print name and title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00522715 |
|---|---|---|---|---|
| Firm's name ▶ PROFESSIONAL TAX SERVICES | | | Firm's EIN ▶ 95-3780968 | |
| Firm's address ▶ 27451 TOURNEY RD STE 160 VALENCIA, CA  91355 | | | Phone no (661) 259-1967 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.    Cat No 11282Y    Form **990** (2019)

AGO - Currently - 604

Exhibit - 24

Case 1:24-cv-03388-SEG Document 30-1 Filed 11/04/24 Page 605 of 664 Page ID #:1632

| Part III | Statement of Program Service Accomplishments |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission

PROVIDING FREE INFORMATION, EDUCATION AND MEDICAL CLINIC SERVICES TO WOMEN FACING UNPLANNED PREGNANCIES

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported

**4a** (Code ) (Expenses $ 365,433 including grants of $ ) (Revenue $ )

See Additional Data

**4b** (Code ) (Expenses $ including grants of $ ) (Revenue $ )

**4c** (Code ) (Expenses $ including grants of $ ) (Revenue $ )

• AGO – Connolly – 605

Exhibit - 24

**4d** Other program services (Describe in Schedule O )

(Expenses $ including grants of $ ) (Revenue $ )

**4e** **Total program service expenses ▶** 365,433

Form **990** (2019)

Case 1:24-cv-08659-RAR     Document 30-1     Filed 11/04/24     Page 606 of 664
Page ID #:1633

**Part IV** Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* 🖉 | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* 🖉 | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* 🖉 . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* 🖉 | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* 🖉 | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* 🖉 . . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* 🖉 | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* 🖉 . . . . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* 🖉 . . . . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* 🖉 . . . . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* 🖉 | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* 🖉 | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🖉 | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🖉 | **12b** | | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . . | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . . | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . . . 🖉 | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . 🖉 | **18** | Yes | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . | **21** | | No |

AGO – Connolly –
Exhibit

Case 1:24-cr-08469-JDW-JAR Document 30-1 Filed 11/04/24 Page 607 of 664
Page ID #:1634

**Part IV** Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|:---:|:---:|:---:|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K If "No," go to line 25a* . . . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,Part III* . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . . . . | **38** | Yes | |

**Part V** Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|:---:|:---:|:---:|:---:|
| 1a | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable . . | **1a** | AGO – Connolly 0 607 | | |
| b | Enter the number of Forms W-2G included in line 1a Enter -0- if not applicable | **1b** | 0 | | |
| | | | Exhibit - 24 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . | **1c** | | | No |

Case 2:24-cv-03460-ODW-MRW Document 60 Filed 12/04/24    Page 608 of 664
Page ID #:1635

**Part V** Statements Regarding Other IRS Filings and Tax Compliance (continued)

| | | | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . . | **2a** | 0 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | **2b** | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?If "No" to line 3b, provide an explanation in Schedule O . . . | **3b** | | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | | No |
| **b** | If "Yes," enter the name of the foreign country ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . | **5c** | | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | **6a** | | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | **6b** | | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | **7a** | | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . | **7c** | | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | 0 | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . | **7g** | | | No |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . | **7h** | | | No |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | **8** | | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | **9a** | | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O | **13a** | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?If "No," provide an explanation in Schedule O . . | **14b** | | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N | **15** | | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O | **16** | | | No |

Anderson Oliphant – 608
Exhibit – 24

Case 2:24-cv-08460-HDV-MAR   Document 30-1   Filed 11/04/24   Page 609 of 664
Page ID #:3630

| Part VI | Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O  See instructions* |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . ☑

## Section A. Governing Body and Management

|  |  |  |  | | **Yes** | **No** |
|---|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 5 | | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O | | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 0 | | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . | | | | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . | | | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . | | | | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . | | | | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . | | | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . | | | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | | | | **8b** | | No |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | | | | **9** | | No |

## Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

|  |  | **Yes** | **No** |
|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990 | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | | No |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions) | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection  Indicate how you made these available  Check all that apply

☐ Own website    ☑ Another's website    ☐ Upon request    ☐ Other (explain in Schedule O)   <span style="color:red">AGO – Connolly – 609</span>

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year   <span style="color:red">Exhibit - 24</span>

**20** State the name, address, and telephone number of the person who possesses the organization's books and records
▶ANGELA BENNETT   23838 VALENCIA BLVD SUITE 270   VALENCIA, CA 91355 (661) 255-0084

Case 2:24-cv-08480-HDV-MAR Trustees, Key Employees, Highest Compensated Employees,
Page ID #:1637

**Part VII** **Section A. Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . □

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed Report compensation for the calendar year ending with or within the organization's tax year

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation Enter -0- in columns (D), (E), and (F) if no compensation was paid

● List all of the organization's **current** key employees, if any See instructions for definition of "key employee "

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

See instructions for the order in which to list the persons above

□ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) ANGELA BENNETT | 40 00 | X | | X | | | | 80,000 | 0 | 0 |
| President/CEO | 0 00 | | | | | | | | | |
| (2) JASON FOWLER | 0 00 | X | | X | | | | 0 | 0 | 0 |
| CHAIR | 0 00 | | | | | | | | | |
| (3) JOHN MORRISETTE | 0 00 | X | | X | | | | 0 | 0 | 0 |
| Secretary | 0 00 | | | | | | | | | |
| (4) EDWARD WONG MD | 0 00 | X | | X | | | | 0 | 0 | 0 |
| GENERAL MEMBER | 0 00 | | | | | | | | | |
| (5) THOMAS DIERCKMAN | 0 00 | X | | X | | | | 0 | 0 | 0 |
| Treasurer | 0 00 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

● AGO – Connolly – 610

Exhibit - 24

Part VII Case 1:21-cv-06540-LDH-TAM Document 38-1 Filed 04/24/ Page ID #:1638 ges 611 of 664 Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee<br>or director | Institutional Trustee | Officer | Key employee | Highest compensated<br>employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 80,000 | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . | **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . . | **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization Report compensation for the calendar year ending with or within the organization's tax year

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| • | AGO – Connolly – 611 | |
| | Exhibit – 24 | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

Part VIII  Case 2:24-cv-08467-HDV-MAR    Document 30-1    Filed 11/04/24    Page 612 of 664
Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . □

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a Federated campaigns . . | 1a | | | | |
| | b Membership dues . . | 1b | | | | |
| | c Fundraising events . . | 1c | | | | |
| | d Related organizations . | 1d | | | | |
| | e Government grants (contributions) | 1e | | | | |
| | f All other contributions, gifts, grants, and similar amounts not included above | 1f | 733,228 | | | |
| | g Noncash contributions included in lines 1a - 1f $ | 1g | | | | |
| | h Total. Add lines 1a-1f . . . . . . . . ▶ | | 733,228 | | | |
| **Program Service Revenue** | | | Business Code | | | |
| | 2a Fees & Contracts Gov Agencies | | | 1,751 | | 1,751 |
| | b | | | | | |
| | c | | | | | |
| | d | | | | | |
| | e | | | | | |
| | f All other program service revenue ▶ | | | | | |
| | g Total. Add lines 2a–2f. . . . . ▶ | | 1,751 | | | |
| **Other Revenue** | 3 Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | 64 | | | 64 |
| | 4 Income from investment of tax-exempt bond proceeds ▶ | | 0 | | | |
| | 5 Royalties . . . . . . . . . . ▶ | | 0 | | | |
| | | | (i) Real | (ii) Personal | | | |
| | 6a Gross rents | 6a | | | | | |
| | b Less rental expenses | 6b | | | | | |
| | c Rental income or (loss) | 6c | | | | | |
| | d Net rental income or (loss) . . . . . . ▶ | | 0 | | | |
| | | | (i) Securities | (ii) Other | | | |
| | 7a Gross amount from sales of assets other than inventory | 7a | | | | | |
| | b Less cost or other basis and sales expenses | 7b | | | | | |
| | c Gain or (loss) | 7c | | | | | |
| | d Net gain or (loss) . . . . . . . . ▶ | | 0 | | | |
| | 8a Gross income from fundraising events (not including $ _____ of contributions reported on line 1c) See Part IV, line 18 . . . | 8a | 287,272 | | | |
| | b Less direct expenses . . . | 8b | 53,282 | | | |
| | c Net income or (loss) from fundraising events . . ▶ | | 233,990 | | | 233,990 |
| | 9a Gross income from gaming activities See Part IV, line 19 . . . | 9a | | | | |
| | b Less direct expenses . . . | 9b | | | | |
| | c Net income or (loss) from gaming activities . . ▶ | | 0 | | | |
| | 10a Gross sales of inventory, less returns and allowances . . | 10a | | | | |
| | b Less cost of goods sold . . | 10b | | | | |
| | c Net income or (loss) from sales of inventory . . ▶ | | 0 | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | 11a | | | | | |
| | b | | | | | |
| | c | | | | | |
| | d All other revenue . . . . | | | • AGC – Connolly – 612 | | |
| | e Total. Add lines 11a–11d . . . . . . ▶ | | 0 | Exhibit - 24 | | |
| | 12 Total revenue. See instructions . . . . . ▶ | | 969,033 | | | 235,805 |

Part IX   Case 2:24-cr-00469-JLR   Document 30-1   Filed 11/04/24   Page 613 of 664

**Part IX**   **Statement of Functional Expenses**   Page ID #:1646

Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . ☐

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)**<br>Total expenses | **(B)**<br>Program service expenses | **(C)**<br>Management and general expenses | **(D)**<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments  See Part IV, line 21 . . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals  See Part IV, line 22 . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals  See Part IV, lines 15 and 16 . . . . . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . . | 80,000 | 44,800 | 8,800 | 26,400 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . . | 208,131 | 133,204 | 41,626 | 33,301 |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . . | 5,059 | | 5,059 | |
| **9** Other employee benefits . . . . . . . . . | 0 | | | |
| **10** Payroll taxes . . . . . . . . . . . . | 22,089 | 14,137 | 4,418 | 3,534 |
| **11** Fees for services (non-employees) | | | | |
| **a** Management . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . | 0 | | | |
| **c** Accounting . . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services  See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 2,635 | 1,686 | 527 | 422 |
| **12** Advertising and promotion . . . . . | 9,641 | 6,170 | 1,928 | 1,543 |
| **13** Office expenses . . . . . . . . . | 47,609 | 30,470 | 9,522 | 7,617 |
| **14** Information technology . . . . . . . | 0 | | | |
| **15** Royalties . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . . . | 35,690 | 22,842 | 7,138 | 5,710 |
| **17** Travel . . . . . . . . . . . | 0 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials  . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . . | 0 | | | |
| **20** Interest . . . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . . | 25,757 | | 25,757 | |
| **23** Insurance . . . | 49,740 | 31,833 | 9,949 | 7,958 |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e  If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** STAFF RECRUIT/DEV/TRAIN | 20,915 | 20,915 | | |
| **b** CLINIC EXPENSE | 18,612 | 18,612 | | |
| **c** DEVELOPMENT | 13,822 | 13,822 | | |
| **d** OTHER EXPENSES | 12,290 | 12,290 | | |
| **e** All other expenses | 18,258 | 14,652 | 2,003 | 1,603 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 570,248 | 365,433 | 116,727 | 88,088 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation | | | | |
| Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

AGO – Connolly – 613

Exhibit - 24

Case 1:24-cr-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 614 of 664
Page ID #:1641

**Part X**  Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **Assets** | 1 Cash—non-interest-bearing . . . . . . . . | 181,150 | **1** | 274,939 |
| | 2 Savings and temporary cash investments . . . . . . . . . | 91,531 | **2** | 95,039 |
| | 3 Pledges and grants receivable, net . . . . . . | | **3** | 0 |
| | 4 Accounts receivable, net . . . . . . . . . | | **4** | 0 |
| | 5 Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . | | **5** | 0 |
| | 6 Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | 0 |
| | 7 Notes and loans receivable, net . . . . . . . . | | **7** | 0 |
| | 8 Inventories for sale or use . . . . . . . . | | **8** | 0 |
| | 9 Prepaid expenses and deferred charges . . . . . | | **9** | 0 |
| | 10a Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D **10a** 1,379,355 | | | |
| | b Less accumulated depreciation **10b** 50,204 | 1,354,908 | **10c** | 1,329,151 |
| | 11 Investments—publicly traded securities . | | **11** | 0 |
| | 12 Investments—other securities See Part IV, line 11 . . . . | | **12** | 0 |
| | 13 Investments—program-related See Part IV, line 11 . . | | **13** | 0 |
| | 14 Intangible assets . . . . . . . . . . . | 8,200 | **14** | 8,200 |
| | 15 Other assets See Part IV, line 11 . . . . . . . . . | 21,366 | **15** | 8,120 |
| | 16 **Total assets.** Add lines 1 through 15 (must equal line 34) . . . | 1,657,155 | **16** | 1,715,449 |
| **Liabilities** | 17 Accounts payable and accrued expenses . . . . . . | | **17** | |
| | 18 Grants payable . . . | | **18** | |
| | 19 Deferred revenue . . . . | | **19** | |
| | 20 Tax-exempt bond liabilities . . . . . . | | **20** | |
| | 21 Escrow or custodial account liability Complete Part IV of Schedule D | | **21** | |
| | 22 Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . | | **22** | |
| | 23 Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| | 24 Unsecured notes and loans payable to unrelated third parties . . | 410,722 | **24** | 65,402 |
| | 25 Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24) Complete Part X of Schedule D | -147 | **25** | 4,173 |
| | 26 **Total liabilities.** Add lines 17 through 25 . . | 410,575 | **26** | 69,575 |
| **Net Assets or Fund Balances** | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 Net assets without donor restrictions . . . . . . . . . | 1,246,580 | **27** | 1,645,874 |
| | 28 Net assets with donor restrictions . . . . . . | | **28** | |
| | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | |
| | 29 Capital stock or trust principal, or current funds . . . . | | **29** | |
| | 30 Paid-in or capital surplus, or land, building or equipment fund . . . | | **30** | |
| | 31 Retained earnings, endowment, accumulated income, or other funds . . | | **31** | |
| | 32 Total net assets or fund balances . . . . . . . | 1,246,580 | **32** | 1,645,874 |
| | 33 Total liabilities and net assets/fund balances . . . . . . . | 1,657,155 | **33** | 1,715,449 |

AGO – Connolly – 614

Exhibit - 24

Part XI   Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . ☑

| | | | |
|---|---|---|---:|
| **1** | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . | **1** | 969,033 |
| **2** | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . | **2** | 570,248 |
| **3** | Revenue less expenses  Subtract line 2 from line 1 . . . . . . . . . . . . | **3** | 398,785 |
| **4** | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . | **4** | 1,246,580 |
| **5** | Net unrealized gains (losses) on investments . . . . . . . . . . . . . | **5** | |
| **6** | Donated services and use of facilities . . . . . . . . . . . . . | **6** | |
| **7** | Investment expenses . . . . . . . . . . . . . . . | **7** | |
| **8** | Prior period adjustments . . . . . . . . . . . . . . . | **8** | |
| **9** | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . | **9** | 509 |
| **10** | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | **10** | 1,645,874 |

Part XII   **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **1** Accounting method used to prepare the Form 990    ☑ Cash  ☐ Accrual  ☐ Other _____ | | | |
| If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| **2a** Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both | | | |
| ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **b** Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both | | | |
| ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **c** If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| **3a** As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | | |

AGO – Connolly – 615

Exhibit – 24

Form **990** (2019)

**Additional Data**

Software ID: 19009920
Software Version: 2019v5.0
EIN: 95-4069854
Name: SCV PREGNANCY CENTER

AGO – Connolly – 616

Exhibit - 24

Form 990 (2019)

**Form 990, Part III, Line 4a:**

PREGNANCY TESTING AND EDUCATION AND PROGRAMS

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 6 of 654
Page 9 of 10

| | | |
|---|---|---|
| **SCHEDULE A** (Form 990 or 990EZ) | **Public Charity Status and Public Support** Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. ▶ **Attach to Form 990 or Form 990-EZ.** ▶ **Go to** _www.irs.gov/Form990_ **for instructions and the latest information.** | OMB No 1545-0047 **2019** **Open to Public Inspection** |
| Department of the Treasury Internal Revenue Service | | |

**Name of the organization**
SCV PREGNANCY CENTER

**Employer identification number**
95-4069854

## Part I  Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is  (For lines 1 through 12, check only one box )

1  ☐  A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐  A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ) )

3  ☐  A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐  A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state

5  ☐  An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II )

6  ☐  A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☑  An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8  ☐  A community trust described in **section 170(b)(1)(A)(vi)**  (Complete Part II )

9  ☐  An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture  See instructions  Enter the name, city, and state of the college or university

10 ☐  An organization that normally receives  (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2).** (Complete Part III )

11 ☐  An organization organized and operated exclusively to test for public safety  See **section 509(a)(4).**

12 ☐  An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a  ☐  **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization  **You must complete Part IV, Sections A and B.**

b  ☐  **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s)  **You must complete Part IV, Sections A and C.**

c  ☐  **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions)  **You must complete Part IV, Sections A, D, and E.**

d  ☐  **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated  The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions)  **You must complete Part IV, Sections A and D, and Part V.**

e  ☐  Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization

f   Enter the number of supported organizations

g   Provide the following information about the supported organization(s)

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | ~~AGO - Connolly - 617~~ | |
| | | | | | | |
| **Total** | | | | | ~~Exhibit - 24~~ | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.    Cat No 11285F    **Schedule A (Form 990 or 990-EZ) 2019**

Case 4:24-cv-00468-P Document 30-1 Filed 11/04/24 Page 618 of 664
Page ID #:645

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grant ") | 376,368 | 598,201 | 839,592 | 828,099 | 733,228 | 3,375,488 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | 0 |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| **4** **Total.** Add lines 1 through 3 | 376,368 | 598,201 | 839,592 | 828,099 | 733,228 | 3,375,488 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | 0 |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | 3,375,488 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | 376,368 | 598,201 | 839,592 | 828,099 | 733,228 | 3,375,488 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | 0 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | 0 |
| **10** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | 0 |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 3,375,488 |
| **12** Gross receipts from related activities, etc (see instructions) | | | | | **12** | |

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization,
check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) | **14** | 100 000 % |
| **15** Public support percentage for 2018 Schedule A, Part II, line 14 | **15** | 100 000 % |

**16a** **33 1/3% support test—2019.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box
and **stop here.** The organization qualifies as a publicly supported organization ▶ ☑

  **b** **33 1/3% support test—2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this
box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**17a** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14
is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain
in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported
organization ▶ ☐

  **b** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line
15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box **and stop here.**
Explain in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly
supported organization ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see
instructions ▶ ☐

Connolly – 618

Exhibit - 24

Case 3:24-cv-08408-JD-VKD Document 38-1 Filed 12/04/24     Page 619 of 664

**Part III**   Support Schedule for Organizations Described in Section 509(a)(2)
Page ID #:1646
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| **c** Add lines 7a and 7b | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6 ) | | | | | | |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12 ) | | | | | | |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**          ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2019 (line 8, column (f) divided by line 13, column (f)) | **15** | |
| **16** Public support percentage from 2018 Schedule A, Part III, line 15 | **16** | |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2019** (line 10c, column (f) divided by line 13, column (f)) | **17** | |
| **18** Investment income percentage from **2018** Schedule A, Part III, line 17 | **18** | |

**19a** **331/3% support tests—2019.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization   ▶ ☐

**b** **33 1/3% support tests—2018.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization   ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions     ▶ ☐

AGO – Connolly – 619
Exhibit - 24

Case 3:24-cr-00406-IDV-MAR    Document 30-1    Filed 11/04/24    Page 620 of 664
Page ID #:1647

**Part IV** Supporting Organizations
(Complete only if you checked a box on line 12 of Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain* | | |
| | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2)* | | |
| | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer (b) and (c) below* | | |
| | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination* | | |
| | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use* | | |
| | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked 12a or 12b in Part I, answer (b) and (c) below* | | |
| | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations* | | |
| | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes* | | |
| | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer (b) and (c) below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document)* | | |
| | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | | |
| | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | | |
| | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* | | |
| | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* | | |
| | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* | | |
| | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* | | |
| | **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* | | |
| | **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* | | |
| | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below* | | |
| | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings)* | | |
| | **10b** | | |

AG01-Comply, "620

Exhibit - 24

**Part IV**   Supporting Organizations *(continued)*

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization?    **11a** | | |
| **b** | A family member of a person described in (a) above?    **11b** | | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI*    **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year*   **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization*   **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)*   **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided?   **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s)*   **2** | | |
| **3** | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard*   **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1**   Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**

- **a** ☐ The organization satisfied the Activities Test Complete **line 2** below
- **b** ☐ The organization is the parent of each of its supported organizations Complete **line 3** below
- **c** ☐ The organization supported a governmental entity Describe in **Part VI** how you supported a government entity (see instructions)

**2**   Activities Test **Answer (a) and (b) below.**

| | | Yes | No |
|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities*   **2a** | | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement*   **2b** | | |
| **3** | Parent of Supported Organizations **Answer (a) and (b) below.** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.*   **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard*   **3b** | | |

AGO – Connolly – 621

Exhibit - 24

Case 1:24-cv-08463-HDV-MAR　Document 20　Filed 11/04/24　Page 622 of 664
Page ID #:1649

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov 20, 1970 (explain in Part VI) **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E

| | **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Net short-term capital gain | **1** | | |
| **2** | Recoveries of prior-year distributions | **2** | | |
| **3** | Other gross income (see instructions) | **3** | | |
| **4** | Add lines 1 through 3 | **4** | | |
| **5** | Depreciation and depletion | **5** | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** | Other expenses (see instructions) | **7** | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| | **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year) | **1** | | |
| **a** | Average monthly value of securities | **1a** | | |
| **b** | Average monthly cash balances | **1b** | | |
| **c** | Fair market value of other non-exempt-use assets | **1c** | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** | **Discount** claimed for blockage or other factors (explain in detail in Part VI) | | | |
| **2** | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| **3** | Subtract line 2 from line 1d | **3** | | |
| **4** | Cash deemed held for exempt use Enter 1-1/2% of line 3 (for greater amount, see instructions) | **4** | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** | Multiply line 5 by 035 | **6** | | |
| **7** | Recoveries of prior-year distributions | **7** | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| | **Section C - Distributable Amount** | | Current Year |
|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | |
| **2** | Enter 85% of line 1 | **2** | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | |
| **4** | Enter greater of line 2 or line 3 | **4** | |
| **5** | Income tax imposed in prior year | **5** | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | |

AGO – Connolly – 622

Exhibit - 24

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

Case 2:24-nw-03468-HDV-MAR   Document 50-1   Filed 11/04/24   Page 623 of 664

Page ID #:1650

**Part V**   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| Section D - Distributions | | | Current Year |
|---|---|---|---|
| **1**   Amounts paid to supported organizations to accomplish exempt purposes | | | |
| **2**   Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | |
| **3**   Administrative expenses paid to accomplish exempt purposes of supported organizations | | | |
| **4**   Amounts paid to acquire exempt-use assets | | | |
| **5**   Qualified set-aside amounts (prior IRS approval required) | | | |
| **6**   Other distributions (describe in **Part VI**) See instructions | | | |
| **7**   **Total annual distributions.** Add lines 1 through 6 | | | |
| **8**   Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**) See instructions | | | |
| **9**   Distributable amount for 2019 from Section C, line 6 | | | |
| **10**   Line 8 amount divided by Line 9 amount | | | |

| Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2019 | (iii) Distributable Amount for 2019 |
|---|---|---|---|
| **1**   Distributable amount for 2019 from Section C, line 6 | | | |
| **2**   Underdistributions, if any, for years prior to 2019 (reasonable cause required-- explain in **Part VI**) See instructions | | | |
| **3**   Excess distributions carryover, if any, to 2019 | | | |
| **a**   From 2014. . . . . . . . | | | |
| **b**   From 2015. . . . . . . . | | | |
| **c**   From 2016. . . . . . . . | | | |
| **d**   From 2017. . . . . . . . | | | |
| **e**   From 2018. . . . . . . . | | | |
| **f**   **Total** of lines 3a through e | | | |
| **g**   Applied to underdistributions of prior years | | | |
| **h**   Applied to 2019 distributable amount | | | |
| **i**   Carryover from 2014 not applied (see instructions) | | | |
| **j**   Remainder Subtract lines 3g, 3h, and 3i from 3f | | | |
| **4**   Distributions for 2019 from Section D, line 7   $ | | | |
| **a**   Applied to underdistributions of prior years | | | |
| **b**   Applied to 2019 distributable amount | | | |
| **c**   Remainder Subtract lines 4a and 4b from 4 | | | |
| **5**   Remaining underdistributions for years prior to 2019, if any Subtract lines 3g and 4a from line 2 If the amount is greater than zero, explain in **Part VI** See instructions | | | |
| **6**   Remaining underdistributions for 2019 Subtract lines 3h and 4b from line 1 If the amount is greater than zero, explain in **Part VI** See instructions | | | |
| **7**   **Excess distributions carryover to 2020.** Add lines 3j and 4c | | | |
| **8**   Breakdown of line 7 | | | |
| **a**   Excess from 2015. . . . . . | | | |
| **b**   Excess from 2016. . . . . . | | AGO – Complly – 623 | |
| **c**   Excess from 2017. . . . . . | | | |
| **d**   Excess from 2018. . . . . . | | Exhibit - 24 | |
| **e**   Excess from 2019. . . . . . | | | |

**Software ID:** 19005920
**Software Version:** 2019v5.0
**EIN:** 95-4069854
**Name:** SCV PREGNANCY CENTER

---

Schedule A (Form 990 or 990-EZ) 2019    Page **8**

| **Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10, Part II, line 17a or 17b, Part III, line 12, Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c, Part IV, Section B, lines 1 and 2, Part IV, Section C, line 1, Part IV, Section D, lines 2 and 3, Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b, Part V, line 1, Part V, Section B, line 1e, Part V Section D, lines 5, 6, and 8, and Part V, Section E, lines 2, 5, and 6  Also complete this part for any additional information  (See instructions) |
|---|---|



| **Facts And Circumstances Test** |
|---|

- AGO – Connolly – 624

Exhibit  - 24

Case 2:24-cv-08468-HDV-MAR Document 30-1 Filed 11/04/24 Page 625 of 664 Page ID #:1652

| | |
|---|---|
| **SCHEDULE D**<br>(Form 990) | **Supplemental Financial Statements** |

OMB No. 1545-0047

**2019**

► Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
► Attach to Form 990.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**Open to Public
Inspection**

| Name of the organization<br>SCV PREGNANCY CENTER | Employer identification number<br>95-4069854 |
|---|---|

| **Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**<br>Complete if the organization answered "Yes" on Form 990, Part IV, line 6. |
|---|---|

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ☐ **Yes** ☐ **No**

| **Part II** | **Conservation Easements.**<br>Complete if the organization answered "Yes" on Form 990, Part IV, line 7. |
|---|---|

**1** Purpose(s) of conservation easements held by the organization (check all that apply)

☐ Preservation of land for public use (e g , recreation or education) ☐ Preservation of an historically important land area

☐ Protection of natural habitat ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

| | | **Held at the End of the Year** |
|---|---|---|
| **a** | Total number of conservation easements | **2a** | |
| **b** | Total acreage restricted by conservation easements | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ►

**4** Number of states where property subject to conservation easement is located ► _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ► _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ► $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**<br>Complete if the organization answered "Yes" on Form 990, Part IV, line 8. |
|---|---|

**1a** If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items

**b** If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

**(i)** Revenue included on Form 990, Part VIII, line 1 ► $ _____

**(ii)** Assets included in Form 990, Part X ► $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items

**a** Revenue included on Form 990, Part VIII, line 1 ► $ **Exhibit - 24**

**b** Assets included in Form 990, Part X ► $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990. Cat No 52283D **Schedule D (Form 990) 2019**

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?    ☐ **Yes**    ☐ **No**

**Part IV** **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?    ☐ **Yes**    ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table

|   |   | Amount |
|---|---|---|
| **c** Beginning balance | **1c** | |
| **d** Additions during the year | **1d** | |
| **e** Distributions during the year | **1e** | |
| **f** Ending balance | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes**    ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII  Check here if the explanation has been provided in Part XIII  . . . . ☐

**Part V** **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|   | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance  .  .  .  .  . | | | | | |
| **b** Contributions  .  .  . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships  .  .  . | | | | | |
| **e** Other expenditures for facilities and programs  .  .  . | | | | | |
| **f** Administrative expenses  .  .  .  . | | | | | |
| **g** End of year balance  .  .  .  .  . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

**a** Board designated or quasi-endowment ▶

**b** Permanent endowment ▶

**c** Temporarily restricted endowment ▶

The percentages on lines 2a, 2b, and 2c should equal 100%

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by

|   |   | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations  .  .  .  .  .  .  .  .  .  .  .  .  . | **3a(i)** | | |
| **(ii)** related organizations  .  .  .  .  .  .  .  .  .  .  .  .  . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R?  .  .  .  .  .  .  .  .  . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds

**Part VI** **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land  .  .  .  . | | 411,140 | | 411,140 |
| **b** Buildings  .  .  .  . | | 548,280 | 27,551 | 520,729 |
| **c** Leasehold improvements | | 399,935 | AGO – Connelly – 626 | 379,726 |
| **d** Equipment  .  .  .  . | | | | |
| **e** Other  .  .  .  . | | 20,000 | 2,444 Exhibit - 24 | 17,556 |
| **Total.** Add lines 1a through 1e  *(Column (d) must equal Form 990, Part X, column (B), line 10(c) )*  .  .  ▶ | | | | 1,329,151 |

**Part VII**  **Investments—Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)** Other _____ | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 12 ) ▶ | | |

**Part VIII**  **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 13 ) ▶ | | |

**Part IX**  **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 15 ) . . . . . . . . . . . . . ▶ | |

**Part X**  **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 25 ) ▶ | 4,173 |

AGO – Connolly – 627

**2.** Liability for uncertain tax positions  In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740)  Check here if the text of the footnote has been provided in Part XIII ☐

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | |
| **a** | Net unrealized gains (losses) on investments . . . . . | **2a** | |
| **b** | Donated services and use of facilities . . . . . . . . . | **2b** | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1** | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| **b** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total revenue Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12 ) . . . . . . . . | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | |
| **a** | Donated services and use of facilities . . . . . . . . . | **2a** | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| **b** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | **4c** | |
| **5** | Total expenses Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18 ) . . . . . . . . | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

AGO – Connolly – 628

Provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line 2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b Also complete this part to provide any additional information

Exhibit - 24

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   AGO – Connolly – 629   Page 629 of 664
Page ID #:1656

Exhibit - 24

| Part XIII | Supplemental Information *(continued)* |
|---|---|
| Return Reference | Explanation |

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 630 of 664
Page ID #:1637

**SCHEDULE G**
**(Form 990 or 990-EZ)**

OMB No 1545-0047

## Supplemental Information Regarding Fundraising or Gaming Activities

Complete if the organization answered "Yes" on Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a

▶Attach to Form 990 or Form 990-EZ.

▶Go to *www irs gov/Form990* for instructions and the latest information

**2019**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

| Name of the organization | Employer identification number |
|---|---|
| SCV PREGNANCY CENTER | 95-4069854 |

**Part I** **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17.
Form 990-EZ filers are not required to complete this part.

1 Indicate whether the organization raised funds through any of the following activities Check all that apply

a ☐ Mail solicitations

b ☐ Internet and email solicitations

c ☐ Phone solicitations

d ☐ In-person solicitations

e ☐ Solicitation of non-government grants

f ☐ Solicitation of government grants

g ☑ Special fundraising events

2a Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?   ☐ Yes ☑ No

b If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | ▶ | | | | |

3 List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing

AGO – Connolly – 630

Exhibit - 24

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 50083H     **Schedule G (Form 990 or 990-EZ) 2019**

Case 1:24-cv-06848-HDV-MAR   Document 30-1   Filed 11/04/24   Page 631 of 664

Page ID #:1658

**Part II**   **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | **(a)** Event #1 **BANQUET** (event type) | **(b)** Event #2 **WALK FOR LIFE** (event type) | **(c)** Other events **1** (total number) | **(d)** Total events (add col **(a)** through col **(c)**) |
|---|---|---|---|---|---|
| Revenue | **1** Gross receipts | 111,483 | 92,993 | 82,796 | 287,272 |
| | **2** Less Contributions | | | | |
| | **3** Gross income (line 1 minus line 2) | 111,483 | 92,993 | 82,796 | 287,272 |
| Direct Expenses | **4** Cash prizes | | | | |
| | **5** Noncash prizes | | | | |
| | **6** Rent/facility costs | | | | |
| | **7** Food and beverages | | | | |
| | **8** Entertainment | | | | |
| | **9** Other direct expenses | 31,402 | 14,108 | 7,772 | 53,282 |
| | **10** Direct expense summary Add lines 4 through 9 in column (d) ▶ | | | | 53,282 |
| | **11** Net income summary Subtract line 10 from line 3, column (d) ▶ | | | | 233,990 |

**Part III**   **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | **(a)** Bingo | **(b)** Pull tabs/Instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col **(a)** through col **(c)**) |
|---|---|---|---|---|---|
| Revenue | **1** Gross revenue | | | | |
| Direct Expenses | **2** Cash prizes | | | | |
| | **3** Noncash prizes | | | | |
| | **4** Rent/facility costs | | | | |
| | **5** Other direct expenses | | | | |
| | **6** Volunteer labor | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | ☐ Yes_____% ☐ No | |
| | **7** Direct expense summary Add lines 2 through 5 in column (d) ▶ | | | | |
| | **8** Net gaming income summary Subtract line 7 from line 1, column (d) ▶ | | | | |

**9**   Enter the state(s) in which the organization conducts gaming activities _____

**a**   Is the organization licensed to conduct gaming activities in each of these states?    ☐ Yes   ☐ No

**b**   If "No," explain _____

_____

**10a**   Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year?    ☐ Yes   ☐ No

**b**   If "Yes," explain _____

_____

AGO – Connolly – 651

Exhibit - 24

Case 2:24-cv-08468-HDV-MAR    Document 30-1    Filed 11/04/24    Page 632 of 664
Page ID #:1659

**11** Does the organization conduct gaming activities with nonmembers?    ☐ **Yes** ☐ **No**

**12** Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity
formed to administer charitable gaming?    ☐ **Yes** ☐ **No**

**13** Indicate the percentage of gaming activity conducted in

**a** The organization's facility    **13a** | %

**b** An outside facility    **13b** | %

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records

Name ▶ ------------------------------------------------------------------

Address ▶ ------------------------------------------------------------------

**15a** Does the organization have a contract with a third party from whom the organization receives gaming
revenue?    ☐ **Yes** ☐ **No**

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the
amount of gaming revenue retained by the third party ▶ $ _____

**c** If "Yes," enter name and address of the third party

Name ▶ ------------------------------------------------------------------

Address ▶ ------------------------------------------------------------------

**16** Gaming manager information

Name ▶ ------------------------------------------------------------------

Gaming manager compensation ▶ $------------------------------------------------

Description of services provided ▶ ------------------------------------------------

☐ Director/officer            ☐ Employee            ☐ Independent contractor

**17** Mandatory distributions

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to
retain the state gaming license?    ☐ Yes ☐ No

**b** Enter the amount of distributions required under state law distributed to other exempt organizations or spent
in the organization's own exempt activities during the tax year ▶ $    • AGO – Connolly – 632

| Part IV | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
|---|---|

Exhibit 24

| Return Reference | Explanation |
|---|---|

Case 2:24-cv-08468-HDV-MAR   Document 30-1   Filed 11/04/24   Page 633 of 664
Page ID #:1669

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury

# Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

## 2019

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| SCV PREGNANCY CENTER | 95-4069854 |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 11b Form 990 Review Process | CEO AND TREASURER •     AGO – Connolly – 633 <br><br> Exhibit - 24 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 19 Other Organization Documents Publicly Available | All financial statements are available upon request including the 990 |

- AGO – Connolly – 634

Exhibit - 24

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Other Changes In Net Assets Or Fund Balances - Other Increases | PRIOR PERIOD ADJUSTMENT = $509 |

- AGO – Connolly – 635

Exhibit - 24

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B POLICIES | LINE 12BCONFLICT OF INTEREST DISCLOSURES ARE REVIEWED ANNUALLY FOR PERSONAL OR PROFESSIONAL RELATIONSHIPS THAT COULD GIVE RISE TO CONFLICTS LINE 12CA LIST OF VENDORS IS REVIEWED BY THE BOARD ANNUALLY FOR COMPLIANCE PURPOSES |

AGO – Connolly – 636

Exhibit  - 24

# EXHIBIT 25

| | |
|---|---|
| | **Tips and Updates 2021 State Utilization Data File of Primary Care Clinics**<br>**Database Extract Date: September 16,2022** |

## 2021 PRIMARY CARE CLINICS ANNUAL UTILIZATION DATABASE

| | |
|---|---|
| **Worksheet Names** | The **worksheet names** (i.e. the Excel workbook tabs at the bottom of this workbook) refer to the various data **pages** of the *Annual Utilization Report of Primary Care Clinics* |
| **Header Rows -** *Your Choice* | The header rows contain both an abbreviated English name and a "Page Column Line" designation that refer to the data's location in the Annual Utilization Report. For example the header **1.1.2** is the data element located in Page 1, Column 1 and Line 2 of the Annual Utilization Report of Primary Care Clinics.  The English abbreviation just above it shows that this data element is the facility identification number - FAC_NO.<br>The report form and instructions are located at the following Link:<br>Utilization Reporting forms and Instructions |
| **Facility ID Numbers** | The data for each facility in all data worksheets are in **numeric order by FAC_NO number**.  The FAC_NO is assigned to the site, thus regardless of name and ownership changes, the FAC_NO number remains constant over time.<br>The first three digits for all licensed Clinics are 306<br>The 4th and 5th digits are the county code<br>The last 4 digits are the unique facility identifier within the county |
| **Reporting Primary Care Clinics** | **1245** licensed Primary Care Clinics submitted the Annual Utilization Report for 2021.<br>**1** licensed Primary Care Clinics submitted multiple partial year reports for 2021. (306070655) |
| **Not-In-Operation and Nonresponders** | **Not in Operation:** There were **61** licensed Primary Care Clinics reported being "**not in operation**" during 2021 ("No" reported in field 1.1.9).  These were clinics that had a valid license during the year but were not in operation.  In some cases a clinic would be allowed to submit an NIO report because it was opened for a very short period during the year or OSHPD discovered the existence of the clinic after the reports were due.  Although no utilization data is reported on these clinics, all of the license information and geographic data are displayed (their utilization data values are all zero). |
| | **Nonresponders:**  There were **72** licensed Primary Care Clinics that **failed to provide their utilization data** for 2021 (each is listed in the NonResp worksheet). |
| **Primary Care Clinics by License Type** | The specific Primary Care Clinic **license types are reported on Page 2, Column 1, Line 1 (column AM)**.  The licensed types are Community  and Free Clinics. |
| **License Status** | In data file item LICENSE_STATUS, a licensed facility is noted as, 1) Open,  2)Closed, or  3)Suspense.<br>LICENSE_STATUS may not reflect most current license status of the facility.  Please refer to CDPH's Cal Health Find Database for the facility's current license status.<br>https://www.cdph.ca.gov/Programs/CHCQ/LCP/CalHealthFind |
| **File Extraction Date** | The data contained in this Final Annual Utilization Report of Primary Care Clinics - 2021 was extracted from the SIERA application on September 16, 2022. |

## New and/or Revised Data Items for Report Form 2021

**Community Services**
- 2.1.11  Case Management
- 2.1.14  Community Health Workers
- 2.1.17  Eligibility Assistance
- 2.1.20  Interpretation Services

**Other Community Services**
- 2.1.27  Line given for specification
- 2.1.27  Line given for specification

**Health Services**
- 2.1.41  Pharmaceuticals
- 2.1.42  X-Ray

**Other Health Services**
- 2.1.41  Line given for specification
- 2.1.42  Line given for specification

**Languages Spoken by Staff and Patients**
    2.1.54  Farsi/Pashto
    2.1.55 French
**Other Language -**
    2.68  Line given for specification
    2.69  Line given for specification

**Race and Ethnicity - has been combined**
    Lines 1-6 - Race
    Columns 1-3 - Ethnicity

**Age Category and Gender**
    3.3.30-3.3.38  Other/ Unknown Column Added

**REPORT PAGE 4 – ENCOUNTERS BY PRINCIPAL DIAGNOSIS**
    The Encounters by Principal Diagnosis table reflects updated ICD Codes for the 2021 report year.
    Line 18, Column 3 – Z32-Z99 changed from Z40-Z99
    Line 20, Column 3 – Z30-Z31 changed from Z30-Z39

**REPORT PAGE 5 – ENCOUNTERS BY PRINCIPAL SERVICE**
    The Encounters by Principal Service table reflects updated CPT Codes for the 2021 report year.
    Line 1, Column 3 – 99202-99205 changed from 99201-99205
    Line 5, Column 3 – Added 99421-99423
    Line 12, Column 3 – 10030-19499 changed from 10004-19499
    Line 13, Column 3 – 20100-29999 changed from 20005-29999
    Line 15, Column 3 – 33016-37799 changed from 33010-37799
    Line 20, Column 3 – 54000-55920 changed from 54000-55899
    Line 29, Column 3 – Added 0001U-0284U
    Line 30, Column 3 – 90281-99082 changed from 90281-99091
    Line 30, Column 3 – Removed 99170-99199
    Line 33, Column 3 – 0042T-0713T changed from 0042T-0542T

|   | A | B | C |
|---|---|---|---|
| **1** | **Description** | **FAC_NO** | **FAC_NAME** |
| 283 | | 306190559 | SCV PREGNANCY CENTER |
| 777 | | 306344187 | ALTERNATIVES PREGNANCY RESOURCE CENTER |
| 874 | | 306374346 | PREGNANCY CARE CENTER |

• AGO – Connolly – 640

Exhibit - 25

| | D | E | F | G | H | I | JI |
|---|---|---|---|---|---|---|---|
| 1 | FAC_STR_ADDR | FAC_CITY | FAC_ZIP | FAC_PHONE | FAC_ADMIN_NAME | FAC_OPERATED_THIS_YR | MEDICARE_PATS |
| 283 | 25174 RYE CANYON RD | SANTA CLARITA | 91355 | 661-255-0082 | Angela Bennett | Yes | |
| 777 | 1111 HOWE AVE, STE 610 | SACRAMENTO | 95825 | 916-880-4040 | Heidi Matzke | Yes | |
| 874 | 677 S MAGNOLIA AVE | EL CAJON | 92020 | 619-442-4357 | Josh McClure | Yes | |

| | JJ | JK | JL | JM | JN | JO | JP | JQ | JR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MEDICARE_MANAGED_CARE_PATS | MEDI_CAL_PATS | MEDI_CAL_MANAGED_CARE_PATS | COUNTY_INDIGENT_CMSP_MISP_PATS | PRIV_INSURANCE_PATS | COVERED_CA | ALAMEDA_ALLIANCE_FOR_HEALTH_PATS | MY_HEALTH_LA_PATS | PACE_PROGRAM_PATS |
| 283 | | 24 | | | | | | | |
| 777 | | | | | | | | | |
| 874 | | | | | | | | | |

| | JS | JT | JU | JV |
|---|---|---|---|---|
| | **SELFPAY_SLIDING_SCALE_PATS** | **FREE_PATS** | **OTHER_PAYERS_PATS** | **TOT_PATS_BY_PAT_COVERAGE** |
| 1 | | | | |
| 283 | | 382 | | 406 |
| 777 | | 1358 | | 1358 |
| 874 | | 627 | | 627 |

# EXHIBIT 26

| | |
|---|---|
| | **Tips and Updates 2020 State Utilization Data File of Primary Care Clinics**<br>Database Extract Date: September 27, 2021 |
| colspan | **FINAL 2020 PRIMARY CARE CLINICS ANNUAL UTILIZATION DATABASE** |
| **Worksheet Names** | The **worksheet names** (i.e. the Excel workbook tabs at the bottom of this workbook) refer to the various data **pages** of the *Annual Utilization Report of Primary Care Clinics* |
| **Header Rows -**<br>*Your Choice* | The header rows contain both an abbreviated English name and a "Page Column Line" designation that refer to the data's location in the Annual Utilization Report. For example the header **1.1.2** is the data element located in Page 1, Column 1 and Line 2 of the Annual Utilization Report of Primary Care Clinics.  The English abbreviation just above it shows that this data element is the facility identification number - FAC_NO.<br>The report form and instructions are located at the following Link:<br>Utilization Reporting forms and Instructions |
| **Facility ID Numbers** | The data for each facility in all data worksheets are in **numeric order by FAC_NO number**.  The FAC_NO is assigned to the site, thus regardless of name and ownership changes, the FAC_NO number remains constant over time.<br>The first three digits for all licensed Clinics are 306<br>The 4th and 5th digits are the county code<br>The last 4 digits are the unique facility identifier within the county |
| **Reporting Primary Care Clinics** | **1295** licensed Primary Care Clinics submitted the Annual Utilization Report for 2020.<br>**5** licensed Primary Care Clinics submitted multiple partial year reports for 2020. (306100605, 306244058, 306370576, 306380604, 306400382) |
| **Not-In-Operation and Nonresponders** | **Not in Operation:** There were **58** licensed Primary Care Clinics reported being "**not in operation**" during 2020 ("No" reported in field 1.1.9).  These were clinics that had a valid license during the year but were not in operation.  In some cases a clinic would be allowed to submit an NIO report because it was opened for a very short period during the year or OSHPD discovered the existence of the clinic after the reports were due.  Although no utilization data is reported on these clinics, all of the license information and geographic data are displayed (their utilization data values are all zero). |
| | **Nonresponders:**  There were **82** licensed Primary Care Clinics that **failed to provide their utilization data** for 2020 (each is listed in each of the NonResp worksheets). |
| **Primary Care Clinics by License Type** | The specific Primary Care Clinic **license types are reported on Page 2, Column 1, Line 1 (column AK)**.  The licensed types are Community  and Free Clinics. |
| **License Status** | In data file item LICENSE_STATUS, a licensed facility is noted as, 1) Open,  2)Closed, or  3)Suspense.<br>LICENSE_STATUS may not reflect most current license status of the facility.  Please refer to CDPH's Cal Health Find Database for the facility's current license status.<br>https://www.cdph.ca.gov/Programs/CHCQ/LCP/CalHealthFind |
| **File Extraction Date** | The data contained in this Final Annual Utilization Report of Primary Care Clinics - 2020 was extracted from the SIERA application on September 27, 2021. |

| |
|---|
| **New and/or Revised Data Items for Report Form 2020** |

No Changes

|   | A | B | C |
|---|---|---|---|
| 1 | Description | FAC_NO | FAC_NAME |
| 299 | | 306190559 | SCV PREGNANCY CENTER |
| 801 | | 306344187 | ALTERNATIVES PREGNANCY RESOURCE CENTER |
| 905 | | 306374346 | PREGNANCY CARE CENTER |

| | D | E | F | G | H | I | IT |
|---|---|---|---|---|---|---|---|
| 1 | FAC_STR_ADDR | FAC_CITY | FAC_ZIP | FAC_PHONE | FAC_ADMIN_NAME | FAC_OPERATED_THIS_YR | MEDICARE_PATS |
| 299 | 25174 RYE CANYON RD | SANTA CLARITA | 91355 | 6612550082 | Angela Bennett | Yes | |
| 801 | 1111 HOWE AVE, STE 610 | SACRAMENTO | 95825 | 916-880-4040 | Heidi Matzke | Yes | |
| 905 | 677 S MAGNOLIA AVE | EL CAJON | 92020 | 619-442-4357 | Josh McClure | Yes | |

| | IU | IV | IW | IX | IY | IZ | JA | JB | JC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MEDICARE_MANAGED_CARE_PATS | MEDI_CAL_PATS | MEDI_CAL_MANAGED_CARE_PATS | COUNTY_INDIGENT_CMSP_MISP_PATS | PRIV_INSURANCE_PATS | COVERED_CA | ALAMEDA_ALLIANCE_FOR_HEALTH_PATS | MY_HEALTH_LA_PATS | PACE_PROGRAM_PATS |
| 299 | | 32 | | | | | | | |
| 801 | | | | | | | | | |
| 905 | | | | | | | | | |

| | JD | JE | JF | JG |
|---|---|---|---|---|
| 1 | SELFPAY_SLIDING_SCALE_PATS | FREE_PATS | OTHER_PAYERS_PATS | TOT_PATS_BY_PAT_COVERAGE |
| 299 | | 425 | | 457 |
| 801 | | 1326 | | 1326 |
| 905 | | 505 | | 505 |

• AGO – Connolly – 649

Exhibit  - 26

# EXHIBIT 27

• AGO – Connolly – 650

Exhibit - 27

| | |
|---|---|
| | Tips and Updates 2019 State Utilization Data File of Primary Care Clinics |
| | Database Extract Date: October 20, 2020 |

## FINAL 2019 PRIMARY CARE CLINICS ANNUAL UTILIZATION DATABASE

| | |
|---|---|
| **Worksheet Names** | The **worksheet names** (i.e. the Excel workbook tabs at the bottom of this workbook) refer to the various data **pages** of the *Annual Utilization Report of Primary Care Clinics* |
| **Header Rows - *Your Choice*** | The header rows contain both an abbreviated English name and a "Page Column Line" designation that refer to the data's location in the Annual Utilization Report. For example the header **1.1.2** is the data element located in Page 1, Column 1 and Line 2 of the Annual Utilization Report of Primary Care Clinics.  The English abbreviation just above it shows that this data element is the facility identification number - FAC_NO.<br>The report form and instructions are located at the following Link:<br>Utilization Reporting forms and Instructions |
| **Facility ID Numbers** | The data for each facility in all data worksheets are in **numeric order by FAC_NO number**.  The FAC_NO is assigned to the site, thus regardless of name and ownership changes, the FAC_NO number remains constant over time.<br>The first three digits for all licensed Clinics are 306<br>The 4th and 5th digits are the county code<br>The last 4 digits are the unique facility identifier within the county |
| **Reporting Primary Care Clinics** | **1350** licensed Primary Care Clinics submitted the Annual Utilization Report for 2019.<br>**6** licensed Primary Care Clinics submitted multiple partial year reports for 2019. (306344070, 306374433, 306374449, 306514038, 306514050, 306584009) |
| **Not-In-Operation and Nonresponders** | **Not in Operation:** There were **54** licensed Primary Care Clinics reported being "**not in operation**" during 2019 ("No" reported in field 1.1.9).  These were clinics that had a valid license during the year but were not in operation.  In some cases a clinic will be allowed to submit an NIO report because it was opened for a very short period during the year or OSHPD discovered the existence of the clinic after the reports were due.  Although no utilization data is reported on these clinics, all of the license information and geographic data are displayed (their utilization data values are all zero).<br><br>**Nonresponders:**  There were **87** licensed Primary Care Clinics that **failed to provide their utilization data** for 2019 (each is listed in each of the NonResp worksheets). |
| **Primary Care Clinics by License Type** | The specific Primary Care Clinic **license types are reported on Page 2, Column 1, Line 1 (column AK)**.  The licensed types are Community  and Free Clinics. |
| **License Status** | In data file item LICENSE_STATUS, a licensed facility is noted as, 1) Open,  2)Closed, or  3)Suspense.<br>LICENSE_STATUS may not reflect most current license status of the facility.  Please refer to CDPH's Cal Health Find Database for the facility's current license status.<br>https://www.cdph.ca.gov/Programs/CHCQ/LCP/CalHealthFind |
| **File Extraction Date** | The data contained in this Final Annual Utilization Report of Primary Care Clinics - 2019 was extracted from the SIERA application on October 20, 2020 and reflect utilization report data as of the extracted date.  For the most up-to-date utilization reports, please visist OSHPD's SIERA Financial and Utilizarton Report Page.<br>https://reports.siera.oshpd.ca.gov/ |

## New and/or Revised Data Items for Report Form 2019

No Changes

|   | A | B | C |
|---|---|---|---|
| 1 | Description | FAC_NO | FAC_NAME |
| 434 | | 306197082 | SCV PREGNANCY CENTER |
| 826 | | 306344187 | ALTERNATIVES PREGNANCY RESOURCE CENTER |
| 922 | | 306374346 | PREGNANCY CARE CENTER |

| | D | E | F | G | H | I | IT |
|---|---|---|---|---|---|---|---|
| 1 | FAC_STR_ADDR | FAC_CITY | FAC_ZIP | FAC_PHONE | FAC_ADMIN_NAME | FAC_OPERATED_THIS_YR | MEDICARE_PATS |
| 434 | 23838 VALENCIA BLVD, STE 270 | VALENCIA | 91355 | 661-255-0082 | Angela Bennett | Yes | |
| 826 | 1111 HOWE AVE, STE 610 | SACRAMENTO | 95825 | 9168804040 | Heidi Matzke | Yes | |
| 922 | 677 S MAGNOLIA AVE | EL CAJON | 92020 | 619-442-4357 | Josh McClure | Yes | |

| | IU | IV | IW | IX | IY | IZ | JA | JB | JC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MEDICARE_MANAGED_CARE_PATS | MEDI_CAL_PATS | MEDI_CAL_MANAGED_CARE_PATS | COUNTY_INDIGENT_CMSP_MISP_PATS | PRIV_INSURANCE_PATS | COVERED_CA | ALAMEDA_ALLIANCE_FOR_HEALTH_PATS | MY_HEALTH_LA_PATS | PACE_PROGRAM_PATS |
| 434 | | 95 | | | | | | | |
| 826 | | | | | | | | | |
| 922 | | | | | | | | | |

|  | JD | JE | JF | JG |
|---|---|---|---|---|
|  | SELFPAY_SLIDING_SCALE_PATS | FREE_PATS | OTHER_PAYERS_PATS | TOT_PATS_BY_PAT_COVERAGE |
| 1 |  |  |  |  |
| 434 |  | 400 |  | 495 |
| 826 |  | 976 |  | 976 |
| 922 |  | 609 |  | 609 |

•     AGO – Connolly – 655

Exhibit  - 27

# EXHIBIT 28

*Original Research*

# Mifepristone Antagonization With Progesterone to Prevent Medical Abortion

*A Randomized Controlled Trial*

*Mitchell D. Creinin, MD, Melody Y. Hou, MD, MPH, Laura Dalton, DO, MBA, Rachel Steward, MD, MSc, and Melissa J. Chen, MD, MPH*

Downloaded from https://journals.lww.com/greenjournal by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cg== on 06/11/2021

**OBJECTIVE:** To estimate the efficacy and safety of mifepristone antagonization with high-dose oral progesterone.

**METHODS:** We planned to enroll 40 patients in a double-blind, placebo-controlled, randomized trial. We enrolled patients at 44–63 days of gestation with ultrasound-confirmed gestational cardiac activity who were planning surgical abortion. Participants ingested mifepristone 200 mg and initiated oral progesterone 400 mg or placebo 24 hours later twice daily for 3 days, then once daily until their planned surgical abortion 14–16 days after enrollment. Follow-up visits were scheduled 3±1, 7±1, and 15±1 days after mifepristone intake with ultrasonography and blood testing for human chorionic gonadotropin and progesterone. Participants exited from the study when they had their surgical abortion or earlier for gestational cardiac activity absence, gestational sac expulsion, or medically indicated suction aspiration. We assessed the primary outcome of continued gestational cardiac activity at approximately 2 weeks (15±1 day), side effects after drug ingestion, and safety outcomes including hemorrhage and emergent treatment.

**RESULTS:** We enrolled participants from February to July 2019 and stopped enrollment after 12 patients for safety concerns. Mean gestational age was 52.5 days. Two (one per group) voluntarily discontinued 3 days after mifepristone ingestion for subjective symptoms (nausea and vomiting, bleeding). Among the remaining 10 patients (five per group), gestational cardiac activity continued for 2 weeks in four in the progesterone group and two in the placebo group. One patient in the placebo group had no gestational cardiac activity 3 days after mifepristone use. Severe hemorrhage requiring ambulance transport to hospital occurred in three patients; one received progesterone (complete expulsion, no aspiration) and two received placebo (aspiration for both, one required transfusion). We halted enrollment after the third hemorrhage. No other significant side effects were reported.

**CONCLUSION:** We could not estimate the efficacy of progesterone for mifepristone antagonization due to safety concerns when mifepristone is administered without subsequent prostaglandin analogue treatment. Patients in early pregnancy who use only mifepristone may be at high risk of significant hemorrhage.

**CLINICAL TRIAL REGISTRATION:** ClinicalTrials.gov, NCT03774745.

*(Obstet Gynecol 2020;135:158–65)*
*DOI: 10.1097/AOG.0000000000003620*

*From the Department of Obstetrics and Gynecology, University of California, Davis, Sacramento, Planned Parenthood Mar Monte, San Jose, and FPA Women's Health, Sacramento, California.*

*Supported by the Society of Family Planning Research Fund.*

*The authors thank the staff and physicians at the study centers for assisting with referral and conduct of the clinical trial.*

*The findings and conclusions expressed in this article are those of the authors and do not necessarily reflect the views of Planned Parenthood Federation of America, Inc. or FPA Women's Health.*

*Each author has confirmed compliance with the journal's requirements for authorship.*

*Corresponding author: Mitchell D. Creinin, MD, University of California, Davis, Sacramento, CA; email: mdcreinin@ucdavis.edu.*

**Financial Disclosure**
*Mitchell D. Creinin is a consultant for Danco Laboratories, providing medical consultation for clinicians that contact Danco with questions regarding mifepristone. Laura Dalton is an employee of Planned Parenthood. The other author did not report any potential conflicts of interest.*

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. All rights reserved.
ISSN: 0029-7844/20

I n the United States, approximately 862,000 abortions occur per year, of which almost 40% occur using medical abortion.[1] The treatment approved by the U.S. Food and Drug Administration for medical abortion is a combination of mifepristone and miso-

AGO – Connolly – 657

Exhibit - 28

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

prostol through 70 days of gestation.[2] Mifepristone acts as a competitive progesterone receptor antagonist and promotes decidual necrosis to weaken implantation, enhances uterine sensitivity to prostaglandins, and softens the cervix.[3] Accordingly, mifepristone has some activity to induce abortion when used alone. However, overall efficacy is generally 80% or less, and these studies typically included patients at less than 49 days of gestation.[4] Medical abortion efficacy is improved significantly with the addition of a prostaglandin analogue.[4] Mifepristone followed in 24–48 hours by misoprostol is 96–97% effective through 70 days of gestation; however, as gestation advances from 49 to 70 days, complete abortion rate decreases and continuing pregnancy rate increases.[2] Approximately 0.3% of patients at 49 days of gestation or less experience a continuing pregnancy compared with 3.1% of patients at 64–70 days.[2] A recent U.K. study of patients who initiated medical abortion at 64–70 days found that 9 of 89 (10%) patients with continuing pregnancies detected at follow-up opted to continue the pregnancy.[5]

Case series have reported that some patients may change their minds about terminating their pregnancies after ingesting mifepristone and before misoprostol treatment.[6–8] Although an exact proportion is unknown, the best estimate is that fewer than 0.005% of patients who use mifepristone choose to continue their pregnancies.[9] Because mifepristone binds strongly to the progesterone receptor and has a long half-life,[4] some scientists believe that this action is potentially irreversible. However, others have questioned this theory and believe that providing high doses of progesterone may antagonize the effects of mifepristone when administered for abortion.[6]

No clinical trials have been performed to adequately study antagonizing mifepristone with progesterone treatment. Case series reported to date have significant limitations, including using investigational treatment (high-dose progesterone) after mifepristone ingestion without consenting patients for this experiment; incomplete reporting of outcomes; use of varying progesterone doses, routes and durations; and lack of control groups to understand true efficacy.[6–8] The largest case series (547 patients evaluated) reported a 48% continuing pregnancy rate using various progesterone regimens, with the highest rates (64–68%) using various intramuscular or oral treatments.[8] To address these issues, we conducted a double-blind placebo-controlled randomized trial to evaluate continuing pregnancy rates, safety, and side effects of

high-dose oral progesterone in patients who used mifepristone during early pregnancy.

## METHODS

We conducted this randomized, double-blind, placebo-controlled trial at the University of California, Davis Medical Center. We approached patients who had completed counseling and consent for a surgical abortion and were 63 days of gestation or less about study participation. Inclusion criteria were 18 years or older, English-speaking, singleton pregnancy, and willingness to delay the abortion by approximately 2 weeks. Exclusion criteria were medical contraindications to medical abortion per the mifepristone U.S. Food and Drug Administration label,[2] an allergy to mifepristone or progesterone, or a peanut allergy (on-label contraindication to oral progesterone). The University of California, Davis, Institutional Review Board approved this study and all participants gave written study consent before beginning any study procedures.

The screening visit included obtaining study consent, recording demographic information, soliciting baseline pregnancy symptoms (subjectively rated as none, mild, moderate or severe), and inquiring whether they had used mifepristone or progesterone previously. Patients for whom transvaginal ultrasonography demonstrated gestational cardiac activity and a gestational age 44–63 days of gestation based on Goldstein and Wolfson's criteria[10] could enroll that day. Patients who were at less than 44 days of gestation at screening returned for enrollment, at which time transvaginal ultrasonography was repeated to confirm gestational cardiac activity and gestational age.

Enrolled participants had blood drawn for human chorionic gonadotropin (hCG) and progesterone levels, then swallowed mifepristone 200 mg in front of an investigator. Study treatment (progesterone or placebo) was prepared by the University of California, Davis Investigational Drug Service by placing 38 capsules of progesterone 200 mg or similar-appearing placebo capsules in opaque pill containers. The Investigational Drug Service could not over-encapsulate the drugs due to product size. The Investigational Drug Service performed the randomization allocation using a computer-generated random sequence in blocks of four, sequentially numbered the containers, and maintained the randomization log to ensure drug allocation concealment until study completion. Participants were instructed to start study treatment 24 hours after mifepristone ingestion by taking two capsules twice daily for 3 days, then two

Creinin et al   *Mifepristone Antagonization*   **159**
•
AGO – Connolly – 658

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Exhibit - 28



capsules once daily until the study exit visit. We chose this dosing regimen because it was the most effective option previously described in a case series of mifepristone antagonization.[8] Participants received a diary to document any side effects and capsule intake. Participants also received the standard medical abortion bleeding and side effect instructions distributed to medical abortion patients at the University of California, Davis.

Research staff contacted participants 24 hours after mifepristone administration to confirm the start of study treatment. Follow-up visits were scheduled 3 (±1), 7 (±1), and 15 (±1) days after mifepristone intake. Each visit included diary review, assessment of symptoms or drug side effects, ultrasonography to establish presence or absence of gestational cardiac activity, and blood testing for hCG and progesterone. Additionally, a research coordinator independently counted unused study drug to maintain investigator blinding. The patient's planned surgical abortion was scheduled concurrent with her last study visit. Participants exited from the study when they had their surgical abortion, or earlier for gestational cardiac activity absence, gestational sac expulsion, or medically indicated suction aspiration. At the final visit, participants were asked whether they knew what treatment they received or looked up the capsules online for identification.

The primary outcome was continuing pregnancy with presence of gestational cardiac activity after approximately 2 weeks (15±1 days). Secondary outcomes included expulsion rates over 2 weeks, change in hCG and progesterone levels during treatment, study drug side effects, and safety outcomes (eg, hemorrhage, emergency department visit, emergent suction aspiration). Safety evaluations (adverse events review) were performed by the principal investigator after each patient completed the study and at research review meetings every 2 weeks by the primary study team. The principal investigator was responsible for continued safety oversight and decisions to stop the study for safety reasons.

We estimated a 68% continuing pregnancy rate with oral progesterone treatment based on a report using the same dosing after mifepristone administration in early pregnancy, stating that 68% of patients had pregnancies that continued to 20 weeks of gestation or more.[8] We also estimated that only 25% of patients receiving placebo would have continuing pregnancies.[11] Using 80% power and α=0.05, 20 participants per group were required.

We performed an intention-to-treat analysis, using Fisher exact test or $\chi^2$ test as indicated, $t$ test for continuous variables and Mann-Whitney $U$ for comparing median values.

## RESULTS

We enrolled 12 patients from February 2019 to July 2019 (Fig. 1). Patient characteristics are presented in Table 1. Two patients exited the study voluntarily related to side effects; both underwent suction aspiration 3 days after mifepristone administration. The first patient, in the placebo group, was 48 days at enrollment and had a prior medical abortion. She had increased anxiety about bleeding that started 2 days after mifepristone use and requested a suction aspiration. The second patient, in the progesterone group, had three prior pregnancies and mild nausea and vomiting at baseline. She had developed increasing nausea and vomiting after enrolling, resulting in dehydration that required intravenous fluids as an outpatient. She took only two of her four treatment doses before requesting a suction aspiration.

Overall, four of six patients in the progesterone group and two of six patients in the placebo group had continuing pregnancies at 2 weeks. Excluding the two patients who did not finish treatment, these rates are four of five and two of five, respectively. A detailed listing of individual patient characteristics and outcomes is included in Appendix 1, available online at http://links.lww.com/AOG/B658.

Four pregnancies did not continue, including one patient at 48 days in the placebo group who had no gestational cardiac activity 3 days after mifepristone use and had an uneventful suction aspiration. Three other patients had severe bleeding requiring ambulance transport to an emergency department. The first patient received progesterone treatment after enrollment at 56 days of gestation. She reported no bleeding at the first follow-up visit 2 days postmifepristone. Shortly after her visit, she started having brisk bleeding and called an ambulance. Transvaginal ultrasound examination in the emergency department found no gestational sac and a heterogenous endometrial lining of approximately 1.5 cm. Heavy bleeding lasted about 3 hours overall, and no intervention was needed. The second patient received placebo and enrolled at 60 days of gestation. She noted new mild bleeding at a follow-up visit 2 days after mifepristone use. The following day, she called an ambulance after onset of heavy vaginal bleeding. In the emergency department, a study physician found significant heterogenous material in the uterine cavity on ultrasound examination with continued brisk bleeding, so a suction

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

AGO – Connolly – 659

Exhibit - 28





**Fig. 1.** Participant flowchart of patients who received mifepristone 200 mg followed by progesterone for up to 2 weeks.
*Creinin. Mifepristone Antagonization. Obstet Gynecol 2019.*

aspiration was performed. Pathology demonstrated normal chorionic villi. The third patient also received placebo and enrolled at 60 days of gestation. She noted new mild spotting at a follow-up visit 2 days after mifepristone use. The following day, she called an ambulance after experiencing hemorrhage. In the emergency department, a study physician evaluated the patient, who had significant brisk bleeding, hypotension, and tachycardia. Transvaginal ultrasound examination showed that the gestational sac was still in the uterine cavity, so an emergent suction aspiration was performed. This patient's hemoglobin level decreased in the emergency department from 9.2 to 7.5 g/dL, and she received a 1-unit transfusion of packed red blood cells. At safety contacts 2 and 4 weeks later, the patient reported no issues. We stopped enrollment for safety reasons after the third patient required emergent evaluation and a transfusion.

Baseline and follow-up serum hCG and progesterone levels are presented in Figures 2 and 3, respectively. Median baseline hCG and progesterone levels for the progesterone group were 76,776 milli-international units/mL (range 21,062–126,647 milli-international units/mL) and 12.4 ng/mL (range 10.5–24.0 ng/mL), respectively. Median baseline hCG and progesterone levels for the placebo group were 153,908 milli-international units/mL (range 25,450–246,638 milli-international units/mL) and 16.3 ng/mL (range 11.2–18.9 ng/mL), respectively. In the progesterone group, progesterone levels increased 240–1,010% within a few days of starting treatment among patients with continuing gestational cardiac activity at 2 weeks; the one patient with hemorrhage demonstrated an increase of only 45% despite being adherent to study drug instructions.

Table 2 describes side effects related to pregnancy or treatment. One patient in the progesterone group noted the onset of severe nausea and vomiting shortly after mifepristone intake that preceded progesterone treatment; otherwise, no appreciable differences in development of new severe side effects were identified between treatment groups. All patients experienced some spotting (n=8) or bleeding (n=9) during treatment, except for the patient with the highest baseline progesterone level (24.1 ng/mL).

Only two participants believed they received progesterone, of whom one did (continuing

Creinin et al    *Mifepristone Antagonization*    **161**

• AGO – Connolly – 660

Exhibit - 28

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.



**Table 1.** Characteristics at Enrollment for Patients Receiving Mifepristone and Randomized to Progesterone or Placebo Treatment

| Characteristic | Total (N=12) | Progesterone (n=6) | Placebo (n=6) |
|---|---|---|---|
| Age (y) | 27.3 (20.9–39.6) | 29.8 (24.6–39.6) | 24.1 (20.9–33.8) |
| Gestational age (d) | 52.5 (47–61) | 49.5 (47–56) | 55 (48–61) |
| BMI (kg/m²) | 24.6 (19.0–52.3) | 24.8 (19.0–36.4) | 24.6 (22.7–52.3) |
| Obese (30.0 or higher) | 4 (33) | 2 (33) | 2 (33) |
| Race | | | |
| White | 3 (25) | 0 | 3 (50) |
| Black or African American | 5 (42) | 4 (67) | 1 (17) |
| Asian | 4 (33) | 2 (33) | 2 (33) |
| Ethnicity | | | |
| Hispanic or Latina | 2 (17) | 1 (17) | 1 (17) |
| Marital status | | | |
| Never married | 7 (58) | 3 (50) | 4 (67) |
| Married | 2 (17) | 1 (17) | 1 (17) |
| Divorced or separated | 3 (25) | 2 (33) | 1 (17) |
| Education level | | | |
| High school graduate | 2 (17) | 0 | 2 (33) |
| Some college | 9 (75) | 5 (83) | 4 (67) |
| College graduate | 1 (8) | 1 (17) | 0 |
| Gravidity | 4 (1–12) | 4.5 (1–10) | 3.5 (1–12) |
| More than 3 prior pregnancies | 7 (58) | 4 (67) | 3 (33) |
| Parity | 1 (0–6) | 1.5 (0–6) | 0.5 (0–3) |
| Nulliparous | 4 (33) | 1 (17) | 3 (33) |
| Prior abortion | 9 (75) | 4 (67) | 5 (83) |
| More than 3 prior abortions | 4 (33) | 2 (33) | 2 (33) |
| Past mifepristone use | 4 (733) | 1 (17) | 3 (33) |
| Prior progesterone use | 0 | 0 | 0 |

BMI, body mass index.
Data are median (range) or n (%).

pregnancy at 2 weeks) and one did not (hemorrhage requiring emergent aspiration). The remaining 10 patients were evenly split between placebo and unsure. None of the patients looked on the internet to identify the study capsules they received.

## DISCUSSION

Although the study sample size was powered to demonstrate a difference in continuing pregnancy rates between progesterone and placebo treatment after mifepristone ingestion, we could not evaluate this outcome owing to stopping enrollment for safety reasons. However, we can make a few global and important conclusions from this very small, randomized trial. First, patients who receive high-dose oral progesterone treatment do not experience side effects that are noticeably different than placebo. Although patients using progesterone did report worsening of some pregnancy symptoms such as vomiting and tiredness, these issues were rarely severe.

Second and most important are the lessons about treatment safety. Providing treatment in any medical situation requires a full understanding of the potential benefits and risks. Previous case series reports do not describe outcomes for the one third or more patients without continuing pregnancies after progesterone treatment.[8] Three of 12 patients enrolled experienced very heavy bleeding resulting in ambulance transport to an emergency department, a rate higher than reported with medical abortion, in which 0.6% of patients may have emergency department visits.[12] Patients who use mifepristone for a medical abortion should be advised that not using misoprostol could result in severe hemorrhage, even with progesterone treatment. We stopped the study because of these complications and, thus, could not quantify the full extent of this risk. Because of the potential dangers for patients who opt not to use misoprostol after mifepristone ingestion, any mifepristone antagonization treatment must be considered experimental.

The study has multiple limitations, primarily the inability to safely reach the enrollment goal to fully assess the primary outcome. Additionally, blinding for progesterone capsules is difficult and imperfect; however, we believe we maintained blinding because the

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Exhibit - 28





**Fig. 2.** Serum human chorionic gonadotropin (hCG) levels in patients who received mifepristone 200 mg followed by progesterone for up to 2 weeks. *Participants experiencing hemorrhage. †Participant experienced loss of gestational cardiac activity. ‡Value greater than 270,000 (upper limit of hCG test). §Discontinued related to side effects.

*Creinin. Mifepristone Antagonization. Obstet Gynecol 2019.*

patients enrolled had never used progesterone and none looked up the treatment to identify the drug. Of note, the variability in progesterone level among patients in the progesterone group may be explained by differential oral absorption of progesterone.[13] Although one may postulate another route of progesterone administration might affect the outcome, the case reports in the literature suggest similar continuing pregnancy rates after oral and intramuscular treatment.[8]

Our study established outcomes at 2 weeks as a surrogate for ongoing pregnancy; as such, it does not capture those who may still experience pregnancy loss more than 2 weeks after mifepristone exposure.[14] Accordingly, the outcomes described may not reflect the ultimate rate of pregnancies that continue past 20 weeks of gestation. Progesterone levels declined from high peaks to levels near baseline with continued treatment for 2 weeks. These findings raise two opposing questions: First, if progesterone can prevent medical abortion after mifepristone, is treatment necessary for more than 2 weeks? The case report from which the oral progesterone regimen for this study was based used the treatment through the "end of the first trimester."[8] Second, do those treated with placebo just expel the pregnancy earlier than those who receive proges-

terone but no overall long-term difference in continuing pregnancy exists?

The context of this study is the question of whether a patient who has taken mifepristone 200 mg for a medical abortion and decides not to proceed with misoprostol treatment will be less likely to expel the pregnancy if she receives high-dose progesterone as compared with no treatment. Although mifepristone can cause abortion when used by itself in early pregnancy, the exact rate is not clear because studies were small and limited primarily to pregnancies of 49 days or less. Medical abortion today is used through 70 days of gestation. Additionally, a background rate of pregnancy loss is present regardless of mifepristone treatment. In patients with gestational





**Fig. 3.** Progesterone levels in patients who received mifepristone 200 mg followed by progesterone (**A**) or placebo (**B**) for up to 2 weeks. *Participants experiencing hemorrhage. †Participant experienced loss of gestational cardiac activity. ‡Discontinued related to side effects.

*Creinin. Mifepristone Antagonization. Obstet Gynecol 2019.*

• AGO – Connolly – 662

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Exhibit - 28



**Table 2.** Side Effects* Noted During Follow-up of Patients in Early Pregnancy Receiving Mifepristone and Randomized to Progesterone or Placebo Treatment for Up to 2 Weeks

| | Reported at Baseline | | Increased From Baseline[†] | | Increased to Severe During Follow-up[†] | |
|---|---|---|---|---|---|---|
| | Progesterone (n=6) | Placebo (n=6) | Progesterone (n=6) | Placebo (n=6) | Progesterone (n=6) | Placebo (n=6) |
| Nausea | 4 (67) | 5 (83) | 2 (33) | 2 (33) | 2 (33) | 1 (17) |
| Vomiting | 2 (33) | 3 (50) | 4 (67) | 0 | 2 (33) | 0 |
| Mastalgia | 4 (67) | 5 (83) | 1 (17) | 0 | 0 | 0 |
| Tiredness | 5 (83) | 4 (67) | 3 (50) | 0 | 0 | 1 (17) |
| Mood changes | 4 (67) | 5 (83) | 0 | 0 | 1 (17) | 0 |
| Reflux | 2 (33) | 2 (33) | 1 (17) | 0 | 0 | 0 |
| Dizziness | 2 (33) | 1 (17) | 0 | 0 | 0 | 0 |
| Bleeding | 0 | 0 | 4 (67) | 4 (67) | 1 (17) | 3 (50) |
| Spotting | 1 (17) | 1 (17) | 3 (50) | 4 (67) | 0 | 0 |
| Cramping | 3 (50) | 2 (33) | 4 (67) | 5 (83) | 0 | 0 |

Data are n (%).
* Subjectively assessed by participant as none, mild, moderate, or severe.
[†] At any time during follow-up.

cardiac activity demonstrated by ultrasonography at 6–10 weeks, 13.4% will spontaneously have an early pregnancy loss.[15]

This study, although small, provides important insight into the safety of mifepristone antagonization with progesterone during early pregnancy. We should not dismiss mifepristone antagonization as impossible; fully understanding outcomes will serve as the best means to accurately inform our patients, the medical community, and legislators. Existing literature before this study is comprised of case reports and series, which are not evidence of efficacy and do not address safety.[6–8] This level of evidence is inadequate to support or refute the benefits and risks of any treatment. Unfortunately, legislators often fail to understand differences in levels of evidence and some states now require physicians who provide medical abortion to counsel patients that the actions of mifepristone can be reversed if they change their mind. In 2015, Arkansas implemented mandatory abortion-reversal counseling, followed by Arizona (later repealed in 2016), South Dakota, Utah, Idaho, and, most recently, North Dakota. Several other states have introduced and passed legislation, although some was vetoed by the governors. Abortion is no different than any other medical treatment when considering clinical practice guidelines; laws should not mandate counseling or provision of any treatment when we do not fully understand treatment efficacy (including best route of administration, dose, and duration) and safety.

The dilemma that has been created around mifepristone antagonization exists only because of the void in high-quality research addressing the issue. For now, such a treatment is experimental and should be offered only in institutional review board–approved human clinical trials to ensure proper oversight.

## REFERENCES

1. Jones RK, Witwer E, Jerman J. Abortion incidence and service availability in the United States, 2017. Available at: https://www.guttmacher.org/report/abortion-incidence-service-availability-us-2017. Accessed October 8, 2019.
2. Danco Laboratories, LLC. Mifeprex®. 2016. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf. Accessed October 8, 2019.
3. Spitz IM, Bardin CW. Mifepristone (RU 486)–a modulator of progestin and glucocorticoid action. N Engl J Med 1993;329:404–12.
4. Mahajan DK, London SN. Mifepristone (RU486): a review. Fertil Steril 1997;68:967–76.
5. Hsia JK, Lohr PA, Taylor J, Creinin MD. Medical abortion with mifepristone and vaginal misoprostol between 64 and 70 days' gestation. Contraception 2019;100:178–81.
6. Delgado G, Davenport ML. Progesterone use to reverse the effects of mifepristone. Ann Pharmacother 2012;46:e36.
7. Garratt D, Turner JV. Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone. Eur J Contracept Reprod Health Care 2017;22:472–5.
8. Delgado G, Condly SJ, Davenport M, Tinnakornsrisuphap T, Mack J, Khauv V, et al. A case series detailing the successful reversal of the effects of mifepristone using progesterone. Issues Law Med 2018;33:3–13.
9. Grossman D, White K, Harris L, Reeves M, Blumenthal PD, Winikoff B, et al. Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review. Contraception 2015;92:206–11.

AGO – Connolly – 663

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Exhibit - 28

10. Goldstein SR, Wolfson R. Endovaginal ultrasonographic measurement of early embryonic size as a means of assessing gestational age. J Ultrasound Med 1994;13:27–31.

11. Maria B, Chaneac M, Stampf F, Ulmann A. Early pregnancy interruption using an antiprogesterone steroid: mifepristone (RU 486). J Gynecol Obstet Biol Reprod (Paris) 1988;17:1089–94.

12. Upadhyay UD, Desai S, Zlidar V, Weitz TA, Grossman D, Anderson P, et al. Incidence of emergency department visits and complications after abortion. Obstet Gynecol 2015;125:175–83.

13. Sitruk-Ware R, Bricaire C, De Lignieres B, Yaneva H, Mauvais-Jarvis P. Oral micronized progesterone. Bioavailability pharmacokinetics, pharmacological and therapeutic implications–a review. Contraception 1987;36:373–402.

14. Bernard N, Elefant E, Carlier P, Tebacher M, Barjhoux CE, Bos-Thompson MA, et al. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study. BJOG 2013;120:568–74.

15. Papaioannou GI, Syngelaki A, Maiz N, Ross JA, Nicolaides KH. Ultrasonographic prediction of early miscarriage. Hum Reprod 2011;26:1685–92.

**Authors' Data Sharing Statement**

Will individual participant data be available (including data dictionaries)? *Yes.*

What data in particular will be shared? *Data included with the submission in Appendix 1, available online at* http://links.lww.com/AOG/B658.

What other documents will be available? *No.*

When will data be available (start and end dates)? *With publication.*

By what access criteria will data be shared (including with whom, for what types of analyses, and by what mechanism)? *In Appendix 1,* http://links.lww.com/AOG/B658.

**PEER REVIEW HISTORY**

Received September 5, 2019. Received in revised form October 9, 2019. Accepted October 17, 2019. Peer reviews are available at http://links.lww.com/AOG/B659.

# Visit the Green Journal's Website!
## www.greenjournal.org

Access online-only features, including:
- Journal Club questionnaires
- CME for the Clinical Expert Series
- Videos
- Editor's Picks podcasts
- Curated Collections of articles

*rev 12/2019*

• AGO – Connolly – 664

Exhibit - 28

© 2019 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

