J. Caleb Dalton (*pro hac vice*)
cdalton@adflegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
T: (571) 707-4655 │ F: (571) 707-4656

Sean P. Gates, SBN 186247
sgates@charislex.com
CHARIS LEX P.C.
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
T: (626) 508-1715 │ F: (626) 508-1730

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES** et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **ROB BONTA**, in his official capacity as Attorney General of the State of California, <br><br> *Defendant.* | Case No. 2:24-cv-08468-HDV-MARx <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO BRING ELECTRONICS INTO COURTROOM** <br><br> Hearing Date: December 17, 2024 <br> Hearing Time: 10:00 a.m. <br><br> Judge: Hernán D. Vera <br> Courtroom: 5B |

J. Caleb Dalton is hereby authorized to bring his laptop computer into Courtroom 5B of the First Street Courthouse for the limited purpose of readily accessing briefs and the exhibit record directly related to oral argument in the above-referenced case scheduled for Tuesday, December 17, 2024 at 10 a.m. Any use of the laptop computer is limited to counsel's table.

Counsel identified in this Order certifies that he will not use the laptop computer inside the courtroom to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the laptop computer lacks any infrared ports or alternatively that counsel has disabled all infrared ports.

Dated: 12/17/24

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2024, I caused a true and correct copy of the foregoing document to be served via this court's ECF service upon all counsel in this case.

/s/ J. Caleb Dalton
J. Caleb Dalton
*Attorney for Plaintiffs*