Erik Baptist (*pro hac vice*)
ebaptist@adflegal.org
J. Caleb Dalton (*pro hac vice*)
cdalton@adflegal.org
Allison H. Pope (*pro hac vice*)
apope@adflegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
T: (571) 707-4655 | F: (571) 707-4656

Lincoln Wilson (*pro hac vice*)
lwilson@adflegal.org
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
T: (480) 444-0020 | F: (480) 444-0028

Sean Gates, SBN 186247
sgates@charislex.com
CHARIS LEX P.C.
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
T: (626) 508-1715 | F: (626)508-1730

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>*Defendant*. | Case No. 2:24-cv-08468-HDV-MARx<br><br>**PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

1       Please take notice that Plaintiffs National Institute of Family and Life Advocates (NIFLA) on behalf of itself and it is members, and SCV Pregnancy Center hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order (ECF No. 50) denying Plaintiffs' motion for preliminary injunction. Order Denying Pls.' Mot. for Preliminary Inj. [Dkt. No. 19], ECF No. 50 (March 6, 2025).

      This is not a cross-appeal and there have been no previous appeals in this case.

      Attached hereto is a Representation Statement, pursuant to Ninth Circuit Rule 3-2 and 12-2.

      Respectfully submitted April 7, 2025.

By: */s/* J. Caleb Dalton
    Erik Baptist*
    ebaptist@adflegal.org
    J. Caleb Dalton*
    cdalton@adflegal.org
    Allison H. Pope*
    apope@adflegal.org
    ALLIANCE DEFENDING FREEDOM
    44180 Riverside Pkwy
    Lansdowne, Virginia 20176
    T: (571) 707-4655
    F: (571) 707-4656

    Lincoln Wilson*
    lwilson@adflegal.org
    ALLIANCE DEFENDING FREEDOM
    15100 N 90th Street
    Scottsdale, AZ 85260
    T: (480) 444-0020
    F: (480) 444-0028

    Sean Gates, SBN 186247
    sgates@charislex.com
    CHARIS LEX P.C.
    155 N. Lake Ave., Suite 800
    Pasadena, CA 91101
    T: (626) 508-1715
    F: (626)508-1730

*Attorneys for Plaintiffs*

*\* Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2025, I caused a true and correct copy of the foregoing document to be served via this court's ECF service upon all counsel in this case.

/s/ J. Caleb Dalton
J. Caleb Dalton
*Attorney for Plaintiffs*

**REPRESENTATION STATEMENT**

**Appellants:**
National Institute of Family and Life Advocates, on behalf of itself and its members; SCV Pregnancy Center

**Counsel for Appellants:**
Erin Hawley
Erik Baptist
J. Caleb Dalton
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
T: (571) 707-4655

Lincoln Wilson
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
T: (480) 444-0020

**Appellee:**
Rob Bonta, in his official capacity as Attorney General of the State of California

**Counsel for Appellee:**
Erica M Connolly
T: (916) 210-7755
Hayley Frances Penan
T: (916) 210-7785
Karli Eisenberg
T: (916) 210-7913
OFFICE OF THE ATTORNEY GENERAL
1300 I Street
Sacramento, CA 95814

Kathleen Marie Boergers
CAAG - CALIFORNIA ATTORNEY GENERAL OFFICE
1515 Clay Street 20th Floor
Oakland, CA 94612
T: (510) 879-0011