UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-08468-HDV-MAR | Date | February 6, 2026 |
|---|---|---|---|
| Title | *National Institute of Family and Life Advocates v. Rob Bonta* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** IN CHAMBERS) ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY DISTRICT COURT PROCEEDINGS [62] AND REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO STAY (JS-6)

On February 3, 2026, Plaintiffs moved to stay all discovery and district court proceedings in this case until the United States Court of Appeals for the Ninth Circuit issues its decision on Plaintiffs' pending appeal of their motion for preliminary injunction, No. 25-2287. [Dkt. 62]. Defendants do not oppose the motion. [Dkt. 62] at 3. Weighing the parties' competing interests and finding no party will be prejudiced by a stay, *see CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962), the Court grants the motion. All discovery and proceedings in this Court are stayed until the Ninth Circuit issues its decision in Plaintiffs' appeal No. 25-2287. The February 10, 2026 Scheduling Conference is vacated.

Having stayed the case in its entirety pending appeal, this action is therefore removed from this Court's active caseload until further application by the parties or order of this Court.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**